# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Re: Case No.: 20CV954

NOTICE OF RIGHT TO CONSENT
TO THE EXERCISE OF CIVIL JURISDICTION
BY A MAGISTRATE JUDGE

Your attention is invited to Title 28 U.S.C. § 636(c).

You are hereby notified that if all parties to a civil case consent, the United States magistrate judges of this district court, in addition to their other duties, may conduct a trial pursuant to 28 U.S.C. § 636(c)(1) and order the entry of a final judgment. An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as any appeal from a judgment of the district court.

Your decision to consent to the referral of your case to a United States magistrate judge for trial and entry of a final judgment must be entirely voluntary. The judge or magistrate judge to whom the case has been assigned will not be informed of your decision unless all parties agree that the case may be referred to a magistrate judge for these specific purposes. A less than unanimous decision will not be communicated by my office to either the judge or magistrate judge.

In order to consent, you must complete the Consent to Jurisdiction by a United States Magistrate Judge form available on the Court's website at www.ncmd.uscourts.gov and return the form to the Clerk of the Court only:

US District Court
324 W. Market Street
Greensboro, NC 27401

If you do not consent, no response is necessary.

10/16/2020
    Date

                              /s/ John S. Brubaker
                      JOHN S. BRUBAKER, Clerk of Court