IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **NOTICE OF APPEARANCE** |

NOW COMES the undersigned, Ripley Rand, being duly admitted to practice before the United States District Court for the Middle District of North Carolina, and hereby enters an appearance as counsel for Plaintiff Farhad Azima.

Respectfully submitted on this, the 19th day of October, 2020.

          **WOMBLE BOND DICKINSON (US) LLP**

          /s/ Ripley Rand
          Ripley Rand
          North Carolina State Bar No. 22275
          555 Fayetteville Street, Suite 1100
          Raleigh, North Carolina 27601
          Telephone:    (919) 755-8125
          Facsimile:    (919) 755-6752
          Email:    Ripley.Rand@wbd-us.com

          *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

FARHAD AZIMA,

    Plaintiff,

v.

NICHOLAS DEL ROSSO and VITAL
MANAGEMENT SERVICES, INC.,

    Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system.

This, the 19th day of October, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Ripley Rand
Ripley Rand
North Carolina State Bar No. 22275
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone:    (919) 755-8125
Facsimile:    (919) 755-6752
Email:    Ripley.Rand@wbd-us.com

*Counsel for Plaintiff*