# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Farhad Azima <br><br> *Plaintiff(s)* <br> v. <br> Nicholas Del Rosso and Vital Management Services, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-000954 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nicholas Del Rosso
318 Lystra Preserve Drive
Chapel Hill, North Carolina 27517

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Womble Bond Dickinson (US) LLP
Christopher Jones, Ripley Rand, and Jonathon Townsend
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Attorneys for Plaintiff Farhad Azima

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Samantha Hicks
Deputy Clerk

October 16, 2020
Date

Civil Action No. 1:20-cv-000954

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Nicholas Del Rosso**
was received by me on *(date)* **10/16/20**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Henry Stevens** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Shanahan Law Group**
on *(date)* **10/16/20** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **10/16/20**

*Server's signature*

**Samuel M. Downs III**
*Printed name and title* **Process Server**

**1101 Haynes St.**
**Raleigh, NC**
*Server's address*

Additional information regarding attempted service, etc: