UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-cv-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>Defendants. | MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENAS BEFORE RULE 26(f) CONFERENCE |

Plaintiff Farhad Azima ("Plaintiff" or "Azima") moves this Court, pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, Local Rule 26.1(a), and the Court's inherent powers, for leave to serve limited subpoenas on six third parties and states as follows:

1. Plaintiff filed a complaint against Defendants Nicholas Del Rosso and Vital Management Services, Inc. ("Defendants") alleging eleven causes of action that arise from Defendants overseeing and directing the hacking of Plaintiff's computer data and email accounts by non-parties CyberRoot Risk Advisory Private Limited ("CyberRoot") and BellTroX Info Tech Services ("BellTroX"). (ECF No. 1.)

2. Plaintiff served the complaint on October 16, 2020. (ECF Nos. 5, 6.)

3. Plaintiff requests leave to serve third-party subpoenas on the following third parties:

   a. Dechert LLP (Exhibit A);

b. KARV Communications, Inc. (Exhibit B);

c. Andrew Frank (Exhibit C);

d. Ammir Handjani (Exhibit D);

e. Stuart Page (Exhibit E);

f. Northern Technologies, Inc. (Exhibit F);

g. Bank of America (Exhibit G); and

h. Khotak Mahindra Bank (Exhibit H) (collectively, the "Third-Party Subpoenas").

For the foregoing reasons and the reasons more thoroughly explained in the accompanying brief, Plaintiff respectfully requests that the Court grant this Motion and enter an Order:

1. Granting Plaintiff leave to issue and serve the Third-Party Subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure before the parties conduct a Rule 26(f) conference.

2. Awarding Plaintiff such other and further relief the Court deems just and proper.

This, the 21st day of October, 2020.

          Respectfully submitted,

          **WOMBLE BOND DICKINSON (US) LLP**

          /s/ Ripley Rand
          Ripley Rand
          North Carolina Bar No. 22275
          Christopher W. Jones
          North Carolina Bar No. 27625
          555 Fayetteville Street, Suite 1100
          Raleigh, North Carolina 27601
          Phone: 919-755-2100
          Fax: 919-755-2150
          Email:      chris.jones@wbd-us.com
                          ripley.rand@wbd-us.com

          **MILLER & CHEVALIER CHARTERED**

          /s/ Kirby D. Behre
          Kirby D. Behre
          Brian Hill
          Tim O'Toole
          Ian Herbert
          Calvin Lee
          900 16th Street, NW
          Washington, D.C. 20006
          Telephone: (202) 626-5800
          Fax: (202) 626-5801
          Email: kbehre@milchev.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　　Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing Motion for Leave to Serve Third-Party Subpoenas with the Clerk of Court using the CM/ECF system and by U.S. Mail to:

Brandon S. Neuman
Shanahan Law Group
128 E. Hargett St., Third Floor
Raleigh, NC 27601

This, the 21st day of October, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Ripley Rand
Ripley Rand
North Carolina State Bar No. 22275
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone:　(919) 755-8125
Facsimile:　(919) 755-6752
Email:　　　Ripley.Rand@wbd-us.com

*Counsel for Plaintiff*

4