UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-UA-JLW

| | |
|---|---|
| FARHAD AZIMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| NICHOLAS DEL ROSSO and | ) |
| VITAL MANAGEMENT | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | |

PLEASE TAKE NOTICE that Kieran J. Shanahan, counsel for Defendants Nicholas del Rosso and Vital Management Services, Inc. ("Defendants") in the above captioned matter, hereby gives notice of his appearance on behalf of the Defendants, and requests that all notices and pleadings in this case be served on:

>Kieran J. Shanahan
>Shanahan Law Group, PLLC
>128 E. Hargett Street, Suite 300
>Raleigh, North Carolina 27601
>Telephone: (919) 856-9494
>Facsimile: (919) 856-9499
>kieran@shanahanlawgroup.com

This the 22nd day of October, 2020.

                                        **SHANAHAN LAW GROUP, PLLC**

                        By: */s/ Kieran J. Shanahan*
                             Kieran J. Shanahan, NCSB# 13329
                             Brandon S. Neuman, NCSB# 33590
                             Jeffrey M. Kelly, NCSB# 47269
                             Nathaniel J. Pencook, NCSB# 52339
                             128 E. Hargett Street, Suite 300
                             Raleigh, North Carolina 27601
                             Telephone: (919) 856-9494
                             Facsimile: (919) 856-9499
                             kieran@shanahanlawgroup.com
                             bneuman@shanahanlawgroup.com
                             jkelly@shanahanlawgroup.com
                             npencook@shanahanlawgroup.com
                             *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of October, 2020, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

>Jonathan D. Townsend
>Christopher W. Jones
>Ripley Rand
>Womble Bond Dickinson (US) LLP
>555 Fayetteville Street, Suite 1100
>Raleigh, NC 27601
>jonathan.townsend@wbd-us.com
>ripley.rand@wbd-us.com
>chris.jones@wbd-us.com

                                        **SHANAHAN LAW GROUP, PLLC**

By:    */s/ Kieran J. Shanahan*
       Kieran J. Shanahan, NCSB# 13329
       Brandon S. Neuman, NCSB# 33590
       Jeffrey M. Kelly, NCSB# 47269
       Nathaniel J. Pencook, NCSB# 52339
       128 E. Hargett Street, Suite 300
       Raleigh, North Carolina 27601
       Telephone: (919) 856-9494
       Facsimile: (919) 856-9499
       kieran@shanahanlawgroup.com
       bneuman@shanahanlawgroup.com
       jkelly@shanahanlawgroup.com
       npencook@shanahanlawgroup.com
       *Counsel for Defendants*