UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

FARHAD AZIMA

      Plaintiff(s),

vs. NICHOLAS DEL ROSSO and
VITAL MANAGEMENT SERVICES, INC.

      Defendant(s).

Case No.: 1:20-cv-00954-UA-JLW

### DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__Nicholas del Rosso__ who is __Defendant__,
(Name of Party)      (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

      ( ) Yes      (✓) No

2. Does party have any parent corporations?

      ( ) Yes      (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes         (✓) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes         (✓) No

If yes, identify entity and nature of interest: _____
_____
_____

| /s/ Kieran J. Shanahan | 10/22/2020 |
|---|---|
| (Signature) | (Date) |

MDNC (01/03)

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2020, I electronically filed the foregoing **Disclosure of Corporate, Affiliations and Other Entities with a Direct Financial Interest in Litigation** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

>Jonathan D. Townsend
>Christopher W. Jones
>Ripley Rand
>Womble Bond Dickinson (US) LLP
>555 Fayetteville Street, Suite 1100
>Raleigh, NC 27601
>jonathan.townsend@wbd-us.com
>ripley.rand@wbd-us.com
>chris.jones@wbd-us.com

**SHANAHAN LAW GROUP, PLLC**

By: */s/ Kieran J. Shanahan*
Kieran J. Shanahan, NCSB# 13329
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
Facsimile: (919) 856-9499
kieran@shanahanlawgroup.com
bneuman@shanahanlawgroup.com
jkelly@shanahanlawgroup.com
npencook@shanahanlawgroup.com
*Counsel for Defendants*