UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-UA-JLW

| | |
|---|---|
| FARHAD AZIMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| NICHOLAS DEL ROSSO and ) | |
| VITAL MANAGEMENT ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. | |

PLEASE TAKE NOTICE that Brandon S. Neuman, counsel for Defendants Nicholas del Rosso and Vital Management Services, Inc. ("Defendants") in the above captioned matter, hereby gives notice of his appearance on behalf of the Defendants, and requests that all notices and pleadings in this case be served on:

>Brandon S. Neuman
>Shanahan Law Group, PLLC
>128 E. Hargett Street, Suite 300
>Raleigh, North Carolina 27601
>Telephone: (919) 856-9494
>Facsimile: (919) 856-9499
>bneuman@shanahanlawgroup.com

This the 22nd day of October, 2020.

                                              **SHANAHAN LAW GROUP, PLLC**

                          By:    */s/ Brandon S. Neuman*
                                   Kieran J. Shanahan, NCSB# 13329
                                   Brandon S. Neuman, NCSB# 33590
                                   Jeffrey M. Kelly, NCSB# 47269
                                   Nathaniel J. Pencook, NCSB# 52339
                                   128 E. Hargett Street, Suite 300
                                   Raleigh, North Carolina 27601
                                   Telephone: (919) 856-9494
                                   Facsimile: (919) 856-9499
                                   kieran@shanahanlawgroup.com
                                   bneuman@shanahanlawgroup.com
                                   jkelly@shanahanlawgroup.com
                                   npencook@shanahanlawgroup.com
                                   *Counsel for Defendants*

# CERTIFICATE OF SERVICE

     I hereby certify that on this 22nd day of October, 2020, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

> Jonathan D. Townsend
> Christopher W. Jones
> Ripley Rand
> Womble Bond Dickinson (US) LLP
> 555 Fayetteville Street, Suite 1100
> Raleigh, NC 27601
> jonathan.townsend@wbd-us.com
> ripley.rand@wbd-us.com
> chris.jones@wbd-us.com

          **SHANAHAN LAW GROUP, PLLC**

By:    */s/ Brandon S. Neuman*
        Kieran J. Shanahan, NCSB# 13329
        Brandon S. Neuman, NCSB# 33590
        Jeffrey M. Kelly, NCSB# 47269
        Nathaniel J. Pencook, NCSB# 52339
        128 E. Hargett Street, Suite 300
        Raleigh, North Carolina 27601
        Telephone: (919) 856-9494
        Facsimile: (919) 856-9499
        kieran@shanahanlawgroup.com
        bneuman@shanahanlawgroup.com
        jkelly@shanahanlawgroup.com
        npencook@shanahanlawgroup.com
        *Counsel for Defendants*

3

Case 1:20-cv-00954-UA-JLW   Document 12   Filed 10/22/20   Page 3 of 3