UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-UA-JLW

| | |
|---|---|
| FARHAD AZIMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| NICHOLAS DEL ROSSO and | ) |
| VITAL MANAGEMENT | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | |

PLEASE TAKE NOTICE that Jeffrey M. Kelly, counsel for Defendants Nicholas del Rosso and Vital Management Services, Inc. ("Defendants") in the above captioned matter, hereby gives notice of his appearance on behalf of the Defendants, and requests that all notices and pleadings in this case be served on:

>Jeffrey M. Kelly
>Shanahan Law Group, PLLC
>128 E. Hargett Street, Suite 300
>Raleigh, North Carolina 27601
>Telephone: (919) 856-9494
>Facsimile: (919) 856-9499
>jkelly@shanahanlawgroup.com

This the 22nd day of October, 2020.

                                          **SHANAHAN LAW GROUP, PLLC**

                        By:    */s/ Jeffrey M. Kelly*
                              Kieran J. Shanahan, NCSB# 13329
                              Brandon S. Neuman, NCSB# 33590
                              Jeffrey M. Kelly, NCSB# 47269
                              Nathaniel J. Pencook, NCSB# 52339
                              128 E. Hargett Street, Suite 300
                              Raleigh, North Carolina 27601
                              Telephone: (919) 856-9494
                              Facsimile: (919) 856-9499
                              kieran@shanahanlawgroup.com
                              bneuman@shanahanlawgroup.com
                              jkelly@shanahanlawgroup.com
                              npencook@shanahanlawgroup.com
                              *Counsel for Defendants*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of October, 2020, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

> Jonathan D. Townsend
> Christopher W. Jones
> Ripley Rand
> Womble Bond Dickinson (US) LLP
> 555 Fayetteville Street, Suite 1100
> Raleigh, NC 27601
> jonathan.townsend@wbd-us.com
> ripley.rand@wbd-us.com
> chris.jones@wbd-us.com

                                        **SHANAHAN LAW GROUP, PLLC**

By:     */s/ Jeffrey M. Kelly*
        Kieran J. Shanahan, NCSB# 13329
        Brandon S. Neuman, NCSB# 33590
        Jeffrey M. Kelly, NCSB# 47269
        Nathaniel J. Pencook, NCSB# 52339
        128 E. Hargett Street, Suite 300
        Raleigh, North Carolina 27601
        Telephone: (919) 856-9494
        Facsimile: (919) 856-9499
        kieran@shanahanlawgroup.com
        bneuman@shanahanlawgroup.com
        jkelly@shanahanlawgroup.com
        npencook@shanahanlawgroup.com
        *Counsel for Defendants*