## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:20-cv-00954-UA-JLW

| | | |
|---|---|---|
| FARHAD AZIMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| NICHOLAS DEL ROSSO and | ) | |
| VITAL MANAGEMENT | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | | |

PLEASE TAKE NOTICE that Nathaniel J. Pencook, counsel for Defendants Nicholas del Rosso and Vital Management Services, Inc. ("Defendants") in the above captioned matter, hereby gives notice of his appearance on behalf of the Defendants, and requests that all notices and pleadings in this case be served on:

> Nathaniel J. Pencook
> Shanahan Law Group, PLLC
> 128 E. Hargett Street, Suite 300
> Raleigh, North Carolina 27601
> Telephone: (919) 856-9494
> Facsimile: (919) 856-9499
> npencook@shanahanlawgroup.com

This the 22nd day of October, 2020.

SHANAHAN LAW GROUP, PLLC

By:     */s/ Nathaniel J. Pencook*

Kieran J. Shanahan, NCSB# 13329
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
Facsimile: (919) 856-9499
kieran@shanahanlawgroup.com
bneuman@shanahanlawgroup.com
jkelly@shanahanlawgroup.com
npencook@shanahanlawgroup.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2020, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan D. Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
jonathan.townsend@wbd-us.com
ripley.rand@wbd-us.com
chris.jones@wbd-us.com

**SHANAHAN LAW GROUP, PLLC**

By:      */s/ Nathaniel J. Pencook*
Kieran J. Shanahan, NCSB# 13329
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
Facsimile: (919) 856-9499
kieran@shanahanlawgroup.com
bneuman@shanahanlawgroup.com
jkelly@shanahanlawgroup.com
npencook@shanahanlawgroup.com
*Counsel for Defendants*