IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　Defendants. | **NOTICE OF APPEARANCE** |

NOW COMES the undersigned, Christopher W. Jones, being duly admitted to practice before the United States District Court for the Middle District of North Carolina, and hereby enters an appearance as counsel for Plaintiff Farhad Azima.

Respectfully submitted this, the 22nd day of October, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Christopher W. Jones
Christopher W. Jones, N.C. State Bar 27265
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone:　(919) 755-8173
Facsimile:　(919) 755-6771
Email:　　　Chris.Jones@wbd-us.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

Kieran J. Shanahan, Esq.
Brandon S. Neuman, Esq.
Jeffrey M. Kelly, Esq.
Nathaniel J. Pencook, Esq.
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
Facsimile: (919) 856-9499
kieran@shanahanlawgroup.com
bneuman@shanahanlawgroup.com
jkelly@shanahanlawgroup.com
npencook@shanahanlawgroup.com

This, the 22nd day of October, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Christopher W. Jones
Christopher W. Jones, N.C. State Bar 27265
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone:	(919) 755-8173
Facsimile:	(919) 755-6771
Email:		Chris.Jones@wbd-us.com

*Counsel for Plaintiff*

2

Case 1:20-cv-00954-UA-JLW   Document 15   Filed 10/22/20   Page 2 of 2