# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Case No. 20-cv-954

| | |
|---|---|
| FARHAD AZIMA., <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC., <br><br> Defendants. | **NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Calvin Lee as counsel of record for Plaintiff Farhad Azima in the above-captioned civil action. Mr. Lee certifies that he is an active member in good standing of the bar of the District of Columbia. Mr. Lee further certifies that he understands that by entering an appearance he submits to the disciplinary jurisdiction of this Court for any misconduct in connect with the above-captioned civil action for which he is specially appearing.

Mr. Lee represents that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conference, hearings, trials, and other proceedings. Mr. Lee further states that he has affiliated with Ripley Rand and Christopher Jones of the law firm Womble Bond Dickinson (US) LLP, who are members of the bar of this Court and will also serve as counsel of record for Plaintiff Farhad Azima.

Mr. Lee has registered as a filing user with this Court's CM/ECF system under Local Rule 5.3(c).

Respectfully submitted, this, the 22nd day of October, 2020

| MILLER & CHEVALIER CHARTERED | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| /s/ Calvin Lee | /s/ Ripley Rand |
| Calvin Lee | Ripley Rand |
| Ian Herbert | North Carolina Bar No. 22275 |
| Tim O'Toole | Christopher W. Jones |
| Brian Hill | North Carolina Bar No. 27625 |
| Kirby D. Behre | 555 Fayetteville Street, Suite 1100 |
| 900 16th Street, NW | Raleigh, North Carolina 27601 |
| Washington, D.C. 20006 | Phone: 919-755-2100 |
| Telephone: (202) 626-5800 | Fax: 919-755-2150 |
| Fax: (202) 626-5801 | Email: chris.jones@wbd-us.com |
| Email: clee@milchev.com | ripley.rand@wbd-us.com |
| *By Special Appearance* | |

*Attorneys for Plaintiff Farhad Azima*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 22nd day of October, 2020, a true and genuine copy of the foregoing was sent by electronic mail and ECF to the following:

>Kieran J. Shanahan, NCSB# 13329
>Brandon S. Neuman, NCSB# 33590
>Jeffrey M. Kelly, NCSB# 47269
>Nathaniel J. Pencook, NCSB# 52339
>128 E. Hargett Street, Suite 300
>Raleigh, North Carolina 27601
>Telephone: (919) 856-9494
>Facsimile: (919) 856-9499
>kieran@shanahanlawgroup.com
>bneuman@shanahanlawgroup.com
>jkelly@shanahanlawgroup.com
>npencook@shanahanlawgroup.com
>
>*Counsel for Defendants*

/s/ Calvin Lee
Calvin Lee