|  |  |
|---|---|
| FARHAD AZIMA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| NICHOLAS DEL ROSSO and VITAL | ) |
| MANAGEMENT SERVICES, INC., | ) |
|  | ) |
| Defendants. | ) |

**DECLARATION OF BRANDON S. NEUMAN
IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENAS
BEFORE RULE 26(f) CONFERENCE**

I, **Brandon S. Neuman**, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury the following:

1. I am a partner of the law firm of Shanahan Law Group, PLLC, 128 East Hargett Street, Suite 300, Raleigh, North Carolina, 27601. I am a member in good standing of the Bars of the State of North Carolina, the State of California, and of this Court. Shanahan Law Group, PLLC is counsel to Defendants Nicholas Del Rosso and Vital Management Services, Inc., in this matter.

2. I attach hereto as **Exhibit 1** a true and correct copy of the Approved Judgment of the High Court of Justice Business and Property Courts of

Case 1:20-cv-00954-WO-JLW   Document 22   Filed 11/12/20   Page 1 of 5

England and Wales Business List (ChD) in <u>Ras Al Khaimah Investment Authority v Farhad Azima</u>, [2020] EWHC 1327 (Ch), dated May 22, 2020. The proceedings leading to this judgment (assigned claim number HC-2016-002798) are referred to herein as the "English Proceedings."

3. I attach hereto as **Exhibit 2** a true and correct copy of the Approved Addendum to Judgment of the High Court of Justice Business and Property Courts of England and Wales Business List (ChD) in the English Proceedings (<u>Ras Al Khaimah Investment Authority v Farhad Azima</u>, [2020] EWHC 1686 (Ch)), dated June 30, 2020.

4. I attach hereto as **Exhibit 3** a true and correct copy of the Order of the High Court of Justice Business and Property Courts of England and Wales Business List (ChD) in the English Proceedings, sealed on July 31, 2020.

5. I attach hereto as **Exhibit 4** a true and correct copy of the Order of the Court of Appeal, Civil Division in <u>Ras Al Khaimah Investment Authority v Farhad Azima</u>, dated September 9, 2020 (regarding Plaintiff Farhad Azima's ("<u>Azima's</u>") application for permission to appeal aspects of the English High Court's judgments dated May 22, and June 30, 2020).

6. I attach hereto as **Exhibit 5** a true and correct copy of Azima's Re-Re-Amended Defence and Counterclaim filed in the English Proceedings, dated August 16, 2019.

7.	I attach hereto as **Exhibit 6** a true and correct copy of Azima's Defendant's Skeleton Argument for Trial filed in the English Proceedings, dated January 15, 2020.

8.	I attach hereto as **Exhibit 7** a true and correct copy of Azima's Defendant's Closing Submissions filed in the English Proceedings, dated February 11, 2020.

9.	I attach hereto as **Exhibit 8** a true and correct copy of the email, letter, and draft complaint sent by Azima's counsel who has "specially appeared" in this matter, Kirby D. Behre of Miller & Chevalier Chartered in Washington, D.C., to Mr. Del Rosso on October 13, 2020. [Dkt. No. 17.]

10.	On October 26, 2020, I participated in a teleconference with Azima's counsel, Kirby D. Behre of Miller & Chevalier Chartered and Ripley Rand of Womble Bond Dickinson (US) LLP, and Shanahan Law Group lawyers Kieran Shanahan and Jeffrey Kelly, regarding the status of this matter. During this teleconference, counsel for Plaintiff agreed to an extension of Defendants' deadline to file their Motion to Dismiss but refused to consent to my request for a courtesy extension of time for Defendants to respond to Azima's Motion for Leave to Serve Third-Party Subpoenas Before Rule 26(f) Conference. Mr. Behre also declined to share any evidence supporting Azima's claims in this action. Mr. Behre suggested this action could be resolved if

Defendants would simply cooperate, stating that "information was much more valuable than money."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2020 in Raleigh, North Carolina.

 

_____

Brandon S. Neuman

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2020, I electronically filed the foregoing **Declaration of Brandon S. Neuman in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Serve Third-Party Subpoenas Before Rule 26(f) Conference** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan D. Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
jonathan.townsend@wbd-us.com
ripley.rand@wbd-us.com
chris.jones@wbd-us.com

Calvin Lee
Ian Herbert
Brian Hill
Kirby D. Behre
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
clee@milchev.com
iherbert@milchev.com
bhill@milchev.com
kbehre@milchev.com

**SHANAHAN LAW GROUP, PLLC**

By:  */s/ Brandon S. Neuman*
Kieran J. Shanahan, NCSB# 13329
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
Facsimile: (919) 856-9499
kieran@shanahanlawgroup.com
bneuman@shanahanlawgroup.com
jkelly@shanahanlawgroup.com
npencook@shanahanlawgroup.com
*Counsel for Defendants*