UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954-UA-JLW

| | |
|---|---|
| FARHAD AZIMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NICHOLAS DEL ROSSO and VITAL | ) |
| MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

NOW COME Kieran J. Shanahan, Brandon S. Neuman, Jeffrey M. Kelly, and Nathaniel J. Pencook of Nelson Mullins Riley & Scarborough, LLP, formerly of Shanahan Law Group, PLLC, as counsel for Defendants Nicholas del Ross and Vital Management Services, Inc., and hereby notify the Court in this matter of the lawyers' change of address as follows:

>Kieran J. Shanahan
>Brandon S. Neuman
>Jeffrey M. Kelly
>Nathaniel J. Pencook
>Nelson Mullins Riley & Scarborough, LLP
>4140 Parklake Avenue, 2nd Floor
>Raleigh, North Carolina 27612
>Telephone: (919) 329-3800
>Facsimile: (919) 329-3799
>kieran.shanahan@nelsonmullins.com
>brandon.neuman@nelsonmullins.com
>jeff.kelly@nelsonmullins.com
>nate.pencook@nelsonmullins.com

This the 11th day of December, 2020.

                                      **NELSON MULLINS RILEY & SCARBOROUGH, LLP**

                 By:    */s/ Brandon S. Neuman*
                         Kieran J. Shanahan, NCSB# 13329
                         Brandon S. Neuman, NCSB# 33590
                         Jeffrey M. Kelly, NCSB# 47269
                         Nathaniel J. Pencook, NCSB#52339
                         4140 Parklake Avenue, 2nd Floor
                         Raleigh, North Carolina 27612
                         Telephone: (919) 329-3800
                         Facsimile: (919) 329-3799
                         kieran.shanahan@nelsonmullins.com
                         brandon.neuman@nelsonmullins.com
                         jeff.kelly@nelsonmullins.com
                         nate.pencook@nelsonmullins.com
                         *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2020, I electronically filed the foregoing **Notice of Change of Address** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan D. Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
jonathan.townsend@wbd-us.com
ripley.rand@wbd-us.com
chris.jones@wbd-us.com

Calvin Lee
Ian Herbert
Brian Hill
Kirby D. Behre
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
clee@milchev.com
iherbert@milchev.com
bhill@milchev.com
kbehre@milchev.com

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: */s/ Brandon S. Neuman*
Kieran J. Shanahan, NCSB# 13329
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB#52339
4140 Parklake Avenue, 2nd Floor
Raleigh, North Carolina 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
kieran.shanahan@nelsonmullins.com
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
*Counsel for Defendants*