UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-cv-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　Defendants. | **DECLARATION OF IAN A. HERBERT IN SUPPORT OF PLAINTIFF'S NOTICE OF SUPPLEMENTAL MATERIALS** |

**I, Ian A. Herbert**, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury the following:

1. I am counsel at the law firm of Miller & Chevalier Chartered, 900 16th Street NW, Washington, D.C., 20036. I am a member in good standing of the bar of the District of Columbia Bar and I have made a special appearance in this Court on behalf of Plaintiff Farhad Azima. Docket No. 19.

2. I attach hereto as Exhibit 1 a true and correct copy of Kotak Mahindra Bank records filed in the matter styled *In re* Application of KARAM SALAH AL DIN AWNI AL SADEQ and STOKOE PARTNERSHIP SOLICITORS for an Order Under 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings, No. 1:21-MC-00006 (M.D.N.C.).

3. An attorney at my firm used PACER to retrieve the Exhibit from the Declaration of Haralambos Tsiattalou filed with the Application described above. The Exhibit was Exhibit G to Mr. Tsiattalou's Declaration. *See* Docket No. 4, Exhibit G.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2021, in Washington, D.C.

_____
Ian A. Herbert

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

FARHAD AZIMA,

    Plaintiff,

v.

NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,

    Defendants.

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing DECLARATION OF IAN A. HERBERT IN SUPPORT OF PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL MATERIALS with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

Kieran J. Shanahan, Esq.
Brandon S. Neuman, Esq.
Jeffrey M. Kelly, Esq.
Nathaniel J. Pencook, Esq.
GlenLake One
4140 Parklake Avenue - Suite 200
Raleigh, NC 27612
kieran.shanahan@nelsonmullins.com
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
Telephone: 919.329.3800
Facsimile: 919.329.3799

This, the 8th day of February, 2021.

                                          **WOMBLE BOND DICKINSON (US) LLP**

                                          /s/ Ripley Rand
                                          Ripley Rand
                                          North Carolina State Bar No. 22275
                                          555 Fayetteville Street, Suite 1100
                                          Raleigh, NC 27601
                                          Telephone:   (919) 755-8125
                                          Facsimile:    (919) 755-6752
                                          Email:          Ripley.Rand@wbd-us.com

                                          *Counsel for Plaintiff*