# Exhibit 1

**Exhibit G to Declaration of Haralambos Tsiattalou – Redacted Bank Statements**

CYBERROOT RISK ADVISORY PRIVATE LIMITED

House Number-791 Sector-10-A

GURGAON-122001
HARYANA,INDIA

| Period | : | 01-01-2015 To |
| Cust.Reln.No | : | |
| Account No | : | |
| Currency | : | USD |
| Branch | : | GURGAON- ME|
| Nominee Registered | : | N |

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) |
|---|---|---|---|---|
| | B/F | | | |
| 21-01-2015 | | | | 1,987.50 |
| 22-01-2015 | | | | 7,475.00 |
| 02-02-2015 | | | 17,432.69 | |
| 24-02-2015 | | | | 4,975.00 |
| 24-02-2015 | | | | 7,475.00 |
| 02-03-2015 | | | 9,462.50 | |
| 03-03-2015 | | | | 1,975.00 |
| 23-03-2015 | | | 6,125.00 | |
| 26-03-2015 | | | | 1,975.00 |
| 04-04-2015 | | | 6,325.00 | |
| 16-04-2015 | | | | 6,225.00 |
| 02-05-2015 | | | 3,950.00 | |
| 06-05-2015 | | | | 1,975.00 |
| 11-05-2015 | | | | 3,000.00 |
| 13-05-2015 | | | | 14,975.00 |
| 15-05-2015 | | | | 11,992.00 |
| 18-05-2015 | | | 26,175.00 | |
| 22-05-2015 | | | | 4,000.00 |
| 05-06-2015 | | | | 1,975.00 |
| 09-06-2015 | | | 15,992.00 | |
| 12-06-2015 | | | | 13,492.00 |

RROOT RISK ADVISORY PRIVATE LIMITED

use Number-791 Sector-10-A

URGAON-122001
HARYANA,INDIA

Period : 01-01-2015 To 31-12-2015
Cust.Reln.No :
Account No :
Currency : USD
Branch : GURGAON- MEHRAULI GURG
Nominee Registered : N

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) | Balance |
|---|---|---|---|---|---|
| | | | | 8,000.00 | 23,467.00(Cr) |
| 15-06-2015 | | | | 31,992.00 | 55,459.00(Cr) |
| 23-06-2015 | | | | 20,992.00 | 76,451.00(Cr) |
| 01-07-2015 | | | | 1,175.00 | 77,626.00(Cr) |
| 06-07-2015 | | | | 2,275.00 | 79,901.00(Cr) |
| 06-07-201 | | | | 7,500.00 | 87,401.00(Cr) |
| 28-07-2015 | FIR-0261FIR15055050-VITAL MANAGEMENT SERVICES INC | | 5,459.00 | | 81,942.00(Cr) |
| 31-07-2015 | | | | 4,980.00 | 86,922.00(Cr) |
| 18-08-2015 | | | | 11,292.00 | 98,214.00(Cr) |
| 18-08-2015 | | | | 5,976.00 | 104,190.00(Cr) |
| 15-09-2015 | | | | 2,475.00 | 106,665.00(Cr) |
| 28-09-2015 | | | 214.00 | | 106,451.00(Cr) |
| 30-09-2015 | | | | 3,465.00 | 109,916.00(Cr) |
| 08-10-2015 | | | 8,451.00 | | 101,465.00(Cr) |
| 30-10-2015 | | | 3,465.00 | | 98,000.00(Cr) |
| 23-11-2015 | | | 50,000.00 | | 48,000.00(Cr) |
| 01-12-2015 | | | | 10,975.00 | 58,975.00(Cr) |
| 07-12-2015 | | | | 16,462.50 | 75,437.50(Cr) |
| 15-12-2015 | | | | 16,462.50 | 91,900.00(Cr) |
| 31-12-2015 | | | | | |

# Kotak Mahindra Bank

**CYBERROOT RISK ADVISORY PRIVATE LIMITED**

House Number-791 Sector-10-A

GURGAON-122001
HARYANA,INDIA

| Period | : | 01-01-2016 To 31-12-2016 |
| --- | --- | --- |
| Cust.Reln.No | : | ▮ |
| Account No | : | ▮ |
| Currency | : | USD |
| Branch | : | GURGAON- MEHRAULI GURG |
| Nominee Registered | : | N |

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) | Balance |
| --- | --- | --- | --- | --- | --- |
| | B/F | | | | 91,900.00(Cr) |
| 07-01-2016 | ▮ | | 43,900.00 | | 48,000.00(Cr) |
| 08-01-2016 | ▮ | | | 14,926.61 | 62,926.61(Cr) |
| 04-02-2016 | ▮ | | | 44,459.50 | 107,386.11(Cr) |
| 12-02-2016 | ▮ | | 48,000.00 | | 59,386.11(Cr) |
| 26-02-2016 | ▮ | | | 11,965.00 | 71,351.11(Cr) |
| 14-03-2016 | FIR-0261FIR16022894-VITAL MANAGEMENT SERVICES INC | | | 7,500.00 | 78,851.11(Cr) |
| 15-03-2016 | FIR-0261FIR16023323-VITAL MANAGEMENT SERVICES INC | | | 7,500.00 | 86,351.11(Cr) |
| 16-03-2016 | ▮ | | | 2,565.00 | 88,916.11(Cr) |
| 30-03-2016 | ▮ | | | 5,995.73 | 94,911.84(Cr) |
| 31-03-2016 | ▮ | | | 11,962.50 | 106,874.34(Cr) |
| 18-04-2016 | ▮ | | | 5,995.75 | 112,870.09(Cr) |
| 28-04-2016 | ▮ | | | 11,962.50 | 124,832.59(Cr) |
| 29-04-2016 | ▮ | | 4,874.34 | | 119,958.25(Cr) |
| 10-05-2016 | FIR-0261FIR16041606-VITAL MANAGEMENT SERVICES INC | | | 10,000.00 | 129,958.25(Cr) |
| 16-05-2016 | FIR-0261FIR16043148-VITAL MANAGEMENT SERVICES INC | | | 14,991.67 | 144,949.92(Cr) |
| 20-05-2016 | FIR-0261FIR16045084-VITAL MANAGEMENT SERVICES INC | | | 42,491.67 | 187,441.59(Cr) |
| 25-05-2016 | ▮ | | | 17,965.00 | 205,406.59(Cr) |
| 25-05-2016 | ▮ | | 43,000.00 | | 162,406.59(Cr) |
| 07-06-2016 | ▮ | | | 4,975.00 | 167,381.59(Cr) |
| 07-06-2016 | ▮ | | | 9,965.00 | 177,346.59(Cr) |
| 07-06-2016 | FIR-0261FIR16052056-VITAL MANAGEMENT SERVICES INC | | | 47,991.67 | 225,338.26(Cr) |

Scanned with CamScanner

# Kotak Mahindra Bank

**CYBERROOT RISK ADVISORY PRIVATE LIMITED**

House Number-791 Sector-10-A

GURGAON-122001
HARYANA,INDIA

| Period | : | 01-01-2016 To 31-12-2016 |
| Cust.Reln.No | : | |
| Account No | : | |
| Currency | : | USD |
| Branch | : | GURGAON- MEHRAULI GURG |
| Nominee Registered | : | N |

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) | Balance |
|---|---|---|---|---|---|
| 10-06-2016 | FIR-0261FIR16053726-VITAL MANAGEMENT SERVICES INC | | | 7,500.00 | 232,838.26(Cr) |
| 16-06-2016 | FIR-0261FIR16055560-VITAL MANAGEMENT SERVICES INC | | | 9,500.00 | 242,338.26(Cr) |
| 20-06-2016 | | | 4,000.00 | | 238,338.26(Cr) |
| 20-06-2016 | | | 60,000.00 | | 178,338.26(Cr) |
| 21-06-2016 | | | | 11,975.00 | 190,313.26(Cr) |
| 11-07-2016 | | | | 6,000.00 | 196,313.26(Cr) |
| 19-07-2016 | FIR-0261FIR16068174-VITAL MANAGEMENT SERVICES INC | | | 82,991.67 | 279,304.93(Cr) |
| 20-07-2016 | | | | 3,500.00 | 282,804.93(Cr) |
| 20-07-2016 | | | | 7,490.00 | 290,294.93(Cr) |
| 25-07-2016 | | | | 5,975.00 | 296,269.93(Cr) |
| 26-07-2016 | | | | 5,975.00 | 302,244.93(Cr) |
| 27-07-2016 | | | 59,000.00 | | 243,244.93(Cr) |
| 28-07-2016 | | | | 5,975.00 | 249,219.93(Cr) |
| 01-08-2016 | | | | 4,975.00 | 254,194.93(Cr) |
| 03-08-2016 | FIR-0261FIR16074994-VITAL MANAGEMENT SERVICES INC | | | 49,491.67 | 303,686.60(Cr) |
| 10-08-2016 | | | | 1,500.00 | 305,186.60(Cr) |
| 26-08-2016 | FIR-0261FIR16083889-VITAL MANAGEMENT SERVICES INC | | | 14,991.67 | 320,178.27(Cr) |
| 31-08-2016 | | | | 3,975.00 | 324,153.27(Cr) |
| 06-09-2016 | | | | 6,475.00 | 330,628.27(Cr) |
| 06-09-2016 | FIR-0261FIR16088183-VITAL MANAGEMENT SERVICES INC | | | 56,491.67 | 387,119.94(Cr) |
| 08-09-2016 | | | | 6,475.00 | 393,594.94(Cr) |
| 12-09-2016 | FIR-0261FIR16090420-VITAL MANAGEMENT SERVICES INC | | | 7,500.00 | 401,094.94(Cr) |

Scanned with CamScanner



# Kotak Mahindra Bank

CYBERROOT RISK ADVISORY PRIVATE LIMITED

House Number-791 Sector-10-A

GURGAON-122001
HARYANA,INDIA

| Period | : | 01-01-2016 To 31-12-2016 |
| --- | --- | --- |
| Cust.Reln.No | : | ▓▓▓▓▓ |
| Account No | : | ▓▓▓▓▓ |
| Currency | : | USD |
| Branch | : | GURGAON- MEHRAULI GURG |
| Nominee Registered | : | N |

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) | Balance |
| --- | --- | --- | --- | --- | --- |
| 10-06-2016 | FIR-0261FIR16053726-VITAL MANAGEMENT SERVICES INC | | | 7,500.00 | 232,838.26(Cr) |
| 16-06-2016 | FIR-0261FIR16055560-VITAL MANAGEMENT SERVICES INC | | | 9,500.00 | 242,338.26(Cr) |
| 20-06-2016 | ███ | | 4,000.00 | | 238,338.26(Cr) |
| 20-06-2016 | ███ | | 60,000.00 | | 178,338.26(Cr) |
| 21-06-2016 | ███ | | | 11,975.00 | 190,313.26(Cr) |
| 11-07-2016 | ███ | | | 6,000.00 | 196,313.26(Cr) |
| 19-07-2016 | FIR-0261FIR16068174-VITAL MANAGEMENT SERVICES INC | | | 82,991.67 | 279,304.93(Cr) |
| 20-07-2016 | ███ | | | 3,500.00 | 282,804.93(Cr) |
| 20-07-2016 | ███ | | | 7,490.00 | 290,294.93(Cr) |
| 25-07-2016 | ███ | | | 5,975.00 | 296,269.93(Cr) |
| 26-07-2016 | ███ | | | 5,975.00 | 302,244.93(Cr) |
| 27-07-2016 | ███ | | 59,000.00 | | 243,244.93(Cr) |
| 28-07-2016 | ███ | | | 5,975.00 | 249,219.93(Cr) |
| 01-08-2016 | ███ | | | 4,975.00 | 254,194.93(Cr) |
| 03-08-2016 | FIR-0261FIR16074994-VITAL MANAGEMENT SERVICES INC | | | 49,491.67 | 303,686.60(Cr) |
| 10-08-2016 | ███ | | | 1,500.00 | 305,186.60(Cr) |
| 26-08-2016 | FIR-0261FIR16083889-VITAL MANAGEMENT SERVICES INC | | | 14,991.67 | 320,178.27(Cr) |
| 31-08-2016 | ███ | | | 3,975.00 | 324,153.27(Cr) |
| 06-09-2016 | ███ | | | 6,475.00 | 330,628.27(Cr) |
| 06-09-2016 | FIR-0261FIR16088183-VITAL MANAGEMENT SERVICES INC | | | 56,491.67 | 387,119.94(Cr) |
| 08-09-2016 | ███ | | | 6,475.00 | 393,594.94(Cr) |
| 12-09-2016 | FIR-0261FIR16090420-VITAL MANAGEMENT SERVICES INC | | | 7,500.00 | 401,094.94(Cr) |

Scanned with CamScanner

**CYBERROOT RISK ADVISORY PRIVATE LIMITED**

| | |
|---|---|
| Period | : 01-01-2016 To 31-12-2016 |
| Cust.Reln.No | : ▉▉▉▉▉▉ |
| Account No | : ▉▉▉▉▉▉ |
| Currency | : USD |
| Branch | : GURGAON- MEHRAULI GURG |
| Nominee Registered | : N |

House Number-791 Sector-10-A

GURGAON-122001
HARYANA,INDIA

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) | Balance |
|---|---|---|---|---|---|
| 14-09-2016 | ▉▉▉ | | 15,000.00 | | 386,094.94(Cr) |
| 16-09-2016 | FIR-0261FIR16092103-VITAL MANAGEMENT SERVICES INC | | | 2,500.00 | 388,594.94(Cr) |
| 21-09-2016 | ▉▉▉ | | | 1,500.00 | 390,094.94(Cr) |
| 21-09-2016 | ▉▉▉ | | | 6,975.00 | 397,069.94(Cr) |
| 26-09-2016 | ▉▉▉ | | 77,769.94 | | 319,300.00(Cr) |
| 27-09-2016 | FIR-0261FIR16096180-VITAL MANAGEMENT SERVICES INC | | | 10,000.00 | 329,300.00(Cr) |
| 03-10-2016 | ▉▉▉ | | | 7,000.00 | 336,300.00(Cr) |
| 03-10-2016 | ▉▉▉ | | 43,000.00 | | 293,300.00(Cr) |
| 10-10-2016 | FIR-0261FIR16102005-VITAL MANAGEMENT SERVICES INC | | | 2,500.00 | 295,800.00(Cr) |
| 10-10-2016 | ▉▉▉ | | | 5,970.00 | 301,770.00(Cr) |
| 13-10-2016 | FIR-0261FIR16102773-VITAL MANAGEMENT SERVICES INC | | | 27,491.67 | 329,261.67(Cr) |
| 18-10-2016 | FIR-0261FIR16105112-VITAL MANAGEMENT SERVICES INC | | | 77,191.67 | 406,453.34(Cr) |
| 27-10-2016 | FIR-0261FIR16109553-VITAL MANAGEMENT SERVICES INC | | | 24,991.67 | 431,445.01(Cr) |
| 28-10-2016 | ▉▉▉ | | 10,000.00 | | 421,445.01(Cr) |
| 28-10-2016 | ▉▉▉ | | | 10,000.00 | 431,445.01(Cr) |
| 28-10-2016 | ▉▉▉ | | 10,000.00 | | 421,445.01(Cr) |
| 04-11-2016 | FIR-0261FIR16113247-VITAL MANAGEMENT SERVICES INC | | | 1,500.00 | 422,945.01(Cr) |
| 08-11-2016 | ▉▉▉ | | | 12,975.00 | 435,920.01(Cr) |
| 10-11-2016 | FIR-0261FIR16115141-VITAL MANAGEMENT SERVICES INC | | | 5,000.00 | 440,920.01(Cr) |
| 15-11-2016 | FIR-0261FIR16116762-VITAL MANAGEMENT SERVICES INC | | | 5,000.00 | 445,920.01(Cr) |
| 17-11-2016 | ▉▉▉ | | 150,000.00 | | 295,920.01(Cr) |
| 30-11-2016 | ▉▉▉ | | 99,000.00 | | 196,920.01(Cr) |

Scanned with CamScanner



# Kotak Mahindra Bank

CYBERROOT RISK ADVISORY PRIVATE LIMITED

Period : 01-01-2016 To 31-12-2016
Cust.Reln.No :
Account No :
Currency : USD
Branch : GURGAON- MEHRAULI GURG
Nominee Registered : N

House Number-791 Sector-10-A

GURGAON-122001
HARYANA,INDIA

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) | Balance |
|---|---|---|---|---|---|
| 02-12-2016 | | | | 5,000.00 | 201,920.01(Cr) |
| 07-12-2016 | FIR-0261FIR16126711-VITAL MANAGEMENT SERVICES INC | | | 21,491.67 | 223,411.68(Cr) |
| 13-12-2016 | | | 5,000.00 | | 218,411.68(Cr) |
| 14-12-2016 | | | 10,000.00 | | 208,411.68(Cr) |
| 22-12-2016 | FIR-0261FIR16132934-VITAL MANAGEMENT SERVICES INC | | | 7,500.00 | 215,911.68(Cr) |
| 23-12-2016 | FIR-0261FIR16133907-VITAL MANAGEMENT SERVICES INC | | | 27,491.67 | 243,403.35(Cr) |
| 30-12-2016 | | | 4,620.01 | | 238,783.34(Cr) |

**Statement Summary**

| | | |
|---|---|---|
| Opening Balance | : | 91,900.00(Cr) |
| Total Withdrawal Amount | : | 687,164.29(Dr) |
| Total Deposit Amount | : | 834,047.63(Cr) |
| Closing Balance | : | 238,783.34(Cr) |
| Withdrawal Count | : | 17 |
| Deposit Count | : | 55 |

Scanned with CamScanner



# Kotak Mahindra Bank

CYBERROOT RISK ADVISORY PRIVATE LIMITED

Period : 01-04-2016 To 01-07-2020
Cust.Reln.No :
Account No :
Currency : USD
Branch : GURGAON- MEHRAULI GURG
Nominee Registered : N

House Number-791 Sector-10-A

GURGAON-122001
HARYANA,INDIA

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) | Balance |
|---|---|---|---|---|---|
| | | | | 27,491.67 | 329,261.67(Cr) |
| 13-10-2016 | FIR-0261FIR16102773-VITAL MANAGEMENT SERVICES INC | | | 77,191.67 | 406,453.34(Cr) |
| 18-10-2016 | FIR-0261FIR16105112-VITAL MANAGEMENT SERVICES INC | | | 24,991.67 | 431,445.01(Cr) |
| 27-10-2016 | FIR-0261FIR16109553-VITAL MANAGEMENT SERVICES INC | | 10,000.00 | | 421,445.01(Cr) |
| 28-10-2016 | | | | 10,000.00 | 431,445.01(Cr) |
| 28-10-2016 | | | 10,000.00 | | 421,445.01(Cr) |
| 28-10-2016 | | | | 1,500.00 | 422,945.01(Cr) |
| 04-11-2016 | FIR-0261FIR16113247-VITAL MANAGEMENT SERVICES INC | | | 12,975.00 | 435,920.01(Cr) |
| 08-11-2016 | | | | 5,000.00 | 440,920.01(Cr) |
| 10-11-2016 | FIR-0261FIR16115141-VITAL MANAGEMENT SERVICES INC | | | 5,000.00 | 445,920.01(Cr) |
| 15-11-2016 | FIR-0261FIR16116762-VITAL MANAGEMENT SERVICES INC | | 150,000.00 | | 295,920.01(Cr) |
| 17-11-2016 | | | 99,000.00 | | 196,920.01(Cr) |
| 30-11-2016 | | | | 5,000.00 | 201,920.01(Cr) |
| 02-12-2016 | | | | 21,491.67 | 223,411.68(Cr) |
| 07-12-2016 | FIR-0261FIR16126711-VITAL MANAGEMENT SERVICES INC | | 5,000.00 | | 218,411.68(Cr) |
| 13-12-2016 | | | 10,000.00 | | 208,411.68(Cr) |
| 14-12-2016 | | | | 7,500.00 | 215,911.68(Cr) |
| 22-12-2016 | FIR-0261FIR16132934-VITAL MANAGEMENT SERVICES INC | | | 27,491.67 | 243,403.35(Cr) |
| 23-12-2016 | FIR-0261FIR16133907-VITAL MANAGEMENT SERVICES INC | | 4,620.01 | | 238,783.34(Cr) |
| 30-12-2016 | EEFC CONVERSION DEC2016 | | | 17,991.67 | 256,775.01(Cr) |
| 03-01-2017 | FIR-0261FIR17000646-VITAL MANAGEMENT SERVICES INC | | | 17,991.67 | 274,766.68(Cr) |
| 03-01-2017 | FIR-0261FIR17000647-VITAL MANAGEMENT SERVICES INC | | | 2,500.00 | 277,266.68(Cr) |
| 10-01-2017 | FIR-0261FIR17003419-VITAL MANAGEMENT SERVICES INC | | | | |

Scanned with CamScanner



# Kotak Mahindra Bank

CYBERROOT RISK ADVISORY PRIVATE LIMITED

| | |
|---|---|
| Period | : 01-04-2016 To 01-07-2020 |
| Cust.Reln.No | : |
| Account No | : |
| Currency | : USD |
| Branch | : GURGAON- MEHRAULI GURG |
| Nominee Registered | : N |

House Number-791 Sector-10-A

GURGAON-122001
HARYANA,INDIA

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) | Balance |
|---|---|---|---|---|---|
| 17-01-2017 | | | 95,000.00 | | 182,266.68(Cr) |
| 18-01-2017 | FIR-0261FIR17006527-VITAL MANAGEMENT SERVICES INC | | | 89,991.67 | 272,258.35(Cr) |
| 24-01-2017 | FIR-0261FIR17009016-VITAL MANAGEMENT SERVICES INC | | | 7,500.00 | 279,758.35(Cr) |
| 24-01-2017 | | | 90,000.00 | | 189,758.35(Cr) |
| 01-02-2017 | FIR-0261FIR17012866-VITAL MANAGEMENT SERVICES INC | | | 44,991.67 | 234,750.02(Cr) |
| 13-02-2017 | FIR-0261FIR17017831-VITAL MANAGEMENT SERVICES INC | | | 9,000.00 | 243,750.02(Cr) |
| 13-02-2017 | | | 55,000.00 | | 188,750.02(Cr) |
| 14-02-2017 | FIR-0261FIR17018158-VITAL MANAGEMENT SERVICES INC | | | 108,989.67 | 297,739.69(Cr) |
| 30-03-2017 | | | 20,000.00 | | 277,739.69(Cr) |
| 31-03-2017 | | | 439.69 | | 277,300.00(Cr) |
| 19-04-2017 | | | | 49,960.00 | 327,260.00(Cr) |
| 04-05-2017 | | | 49,960.00 | | 277,300.00(Cr) |
| 20-05-2017 | | | | 3,303.87 | 280,603.87(Cr) |
| 23-05-2017 | | | 60,000.00 | | 220,603.87(Cr) |
| 23-05-2017 | | | | 62,000.00 | 282,603.87(Cr) |
| 23-06-2017 | | | | 79,952.00 | 362,555.87(Cr) |
| 29-06-2017 | | | 100,000.00 | | 262,555.87(Cr) |
| 06-07-2017 | | | | 7,000.00 | 269,555.87(Cr) |
| 18-07-2017 | | | 117,300.00 | | 152,255.87(Cr) |
| 31-07-2017 | | | 45,255.87 | | 107,000.00(Cr) |
| 16-08-2017 | | | | 69,992.00 | 176,992.00(Cr) |
| 28-08-2017 | | | 76,000.00 | | 100,992.00(Cr) |

Scanned with CamScanner



**Kotak Mahindra Bank**

CYBERROOT RISK ADVISORY PRIVATE LIMITED

| | |
|---|---|
| Period | : 01-04-2016 To 01-07-2020 |
| Cust.Reln.No | : |
| Account No | : |
| Currency | : USD |
| Branch | : GURGAON- MEHRAULI GURG |
| Nominee Registered | : N |

House Number-791 Sector-10-A

GURGAON-122001
HARYANA,INDIA

| Date | Narration | Chq/Ref No | Withdrawal (Dr) | Deposit(Cr) | Balance |
|---|---|---|---|---|---|
| 22-09-2017 | FIR-0261FIR17122328-VITAL MANAGEMENT SERVICES INC | | | 139,990.00 | 240,982.00(Cr) |
| 29-09-2017 | | | 992.00 | | 239,990.00(Cr) |
| 25-10-2017 | | | | 109,990.00 | 349,980.00(Cr) |
| 26-10-2017 | | | 140,000.00 | | 209,980.00(Cr) |
| 22-11-2017 | | | | 129,950.00 | 339,930.00(Cr) |
| 30-11-2017 | | | 109,980.00 | | 229,950.00(Cr) |
| 05-12-2017 | | | 109,980.00 | | 119,970.00(Cr) |
| 06-12-2017 | | | | 129,950.00 | 249,920.00(Cr) |
| 12-12-2017 | | | | 7,972.00 | 257,892.00(Cr) |
| 21-12-2017 | | | | 103,000.00 | 360,892.00(Cr) |
| 22-12-2017 | | | | 7,972.00 | 368,864.00(Cr) |
| 29-12-2017 | | | 19,970.00 | | 348,894.00(Cr) |
| 29-12-2017 | | | | 15,964.00 | 364,858.00(Cr) |
| 02-01-2018 | | | 100,000.00 | | 264,858.00(Cr) |
| 11-01-2018 | | | | 15,000.00 | 279,858.00(Cr) |
| 17-01-2018 | | | | 89,952.00 | 369,810.00(Cr) |
| 23-01-2018 | | | | 10,000.00 | 379,810.00(Cr) |
| 20-02-2018 | | | 79,810.00 | | 300,000.00(Cr) |
| 05-03-2018 | | | | 49,992.00 | 349,992.00(Cr) |
| 05-03-2018 | | | 6,170.00 | | 343,822.00(Cr) |
| 04-04-2018 | | | | 6,400.00 | 350,222.00(Cr) |
| 05-04-2018 | | | 880.00 | | 349,342.00(Cr) |

Scanned with CamScanner