UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:20-CV-00954

| | |
|---|---|
| FARHAD AZIMA,<br><br>  Plaintiff,<br><br> v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>  Defendants. | **PLAINTIFF'S REPLY RELATED TO ITS NOTICE OF SUPPLEMENTAL AUTHORITY** |

In filing their Response (Docket No. 50) to Plaintiff Farhad Azima's Notice of Supplemental Authority (Docket No. 49), Defendants concede the relevance of the subsequent authority provided by Mr. Azima and concede that Mr. Azima's Complaint should not be dismissed because of preclusion. Defendants' response should have ended there. Instead, Defendants spend the vast majority of their Response repeating arguments that they have previously made in the filings related to their Motion to Dismiss and other matters before the Court. None of those arguments concern the subsequent authority. Such arguments are inappropriate in a response to a Notice of Subsequent Authority and the Court should disregard them.

"[A] suggestion of subsequent pertinent and significant authorities may be filed at any time prior to the Court's ruling and shall contain only the citation to the case relied upon, if published, or a copy of the opinion if the case is unpublished." LR 7.3(i). "[T]he purpose for filing a notice of supplemental authority is to alert the court to case law that

1

was unavailable to the parties when making a previous filing, but is relevant to the court's consideration on the matter." *Ashghari-Kamrani v. United Services Auto. Ass'n*, Civil Action No. 2:15-cv-478, 2016 WL 8253884 (E.D. Va. Mar. 18, 2016). In the context of a Notice of Supplemental Authority, making additional arguments or repeating arguments already made in other filings is improper. *See, e.g.*, *Legal Sea Foods, LLC v. Strathmore Ins. Co.*, ___ F. Supp. 3d ___, ___, Civil Action No. 20-10850-NMG, 2021 WL 372453, *1 (D. Mass. Feb. 3, 2021) ("Several courts have held that it is improper for a notice to include legal argument accompanying the cited authority.") (citations omitted); *Myers v. Freed*, No. CV-19-05683-PHX-SMB, 2020 WL 6048327, *1 (D. Ariz. Oct. 13, 2020) (citation omitted) ("[A] Notice of Supplemental Authority is . . . not a venue for submission of additional argument or factual evidence."); *see also, e.g.*, *Hodges v. School Bd. of Orange Cty., Fla.*, No. 6:11–cv–135–Orl–36GJK., 2012 WL 5457427, *4 n.5 (M.D. Fla. Nov. 8, 2012) (noting that parties cannot raise new arguments in connection with notice of supplemental authority or otherwise file additional replies without leave of court under local rules). Defendants' rehashed arguments from their previous filings are meritless, but because they are inappropriate in this posture, Plaintiff does not intend to respond and instead respectfully requests that the Court disregard them.

*[The remainder of this page was left blank intentionally.]*

This, the 26th day of March, 2021.

                Respectfully submitted,

                **WOMBLE BOND DICKINSON (US) LLP**

                /s/ Ripley Rand
                Ripley Rand
                North Carolina Bar No. 22275
                Christopher W. Jones
                North Carolina Bar No. 27625
                555 Fayetteville Street, Suite 1100
                Raleigh, North Carolina 27601
                Phone: 919-755-2100
                Fax: 919-755-2150
                Email: chris.jones@wbd-us.com
                        ripley.rand@wbd-us.com

                **MILLER & CHEVALIER CHARTERED**

                /s/ Kirby D. Behre
                Kirby D. Behre
                Brian Hill
                Tim O'Toole
                Ian Herbert
                Calvin Lee
                900 16th Street, NW
                Washington, D.C. 20006
                Telephone: (202) 626-5800
                Fax: (202) 626-5801
                Email: kbehre@milchev.com

## CERTIFICATE OF WORD COUNT

I certify under Local Rule 7.3(d)(1) that the body of this brief, headings, and footnotes together contain 3,125 words or fewer, as reported by the word count feature in Microsoft Word 2016.

This, the 26th day of March, 2021.

/s/ *Ripley Rand*
Ripley Rand

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

    I hereby certify that I electronically filed the foregoing Plaintiff's Reply In Support of Notice of Supplemental Authority with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

    Kieran J. Shanahan, Esq.
    Brandon S. Neuman, Esq.
    Jeffrey M. Kelly, Esq.
    Nathaniel J. Pencook, Esq.
    GlenLake One
    4140 Parklake Avenue - Suite 200
    Raleigh, NC 27612
    kieran.shanahan@nelsonmullins.com
    brandon.neuman@nelsonmullins.com
    jeff.kelly@nelsonmullins.com
    nate.pencook@nelsonmullins.com
    Telephone: 919.329.3800
    Facsimile: 919.329.3799

This, the 26th day of March, 2021.

                                                 **WOMBLE BOND DICKINSON (US) LLP**

                                                 /s/ *Ripley Rand*
                                                 Ripley Rand
                                                 North Carolina State Bar No. 22275
                                                 555 Fayetteville Street, Suite 1100
                                                 Raleigh, NC 27601
                                                 Telephone:   (919) 755-8125
                                                 Facsimile:    (919) 755-6752
                                                 Email:        Ripley.Rand@wbd-us.com

                                                 *Counsel for Plaintiff*