# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Case No. 20-cv-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　Defendants. | **NOTICE OF INTENT TO FILE EMERGENCY MOTION AND SUPPLEMENTAL MATERIALS** |

Plaintiff Farhad Azima ("Azima") respectfully submits this Notice of Intent to file an Emergency Motion and Supplemental Materials related to the Court's consideration of the Objections to the Order and Recommendation of United States Magistrate Judge Joe L. Webster (Document No. 54) in this case. Azima will file his emergency motion and supplemental materials related to the issues before the Court at the earliest opportunity during the week of September 27, 2021.

This, the 24th day of September, 2021.

　　　　　　　　　　　　　　　　　　**WOMBLE BOND DICKINSON (US) LLP**

　　　　　　　　　　　　　　　　　　*/s/ Ripley Rand*
　　　　　　　　　　　　　　　　　　Ripley Rand
　　　　　　　　　　　　　　　　　　North Carolina Bar No. 22275
　　　　　　　　　　　　　　　　　　Christopher W. Jones
　　　　　　　　　　　　　　　　　　North Carolina Bar No. 27625
　　　　　　　　　　　　　　　　　　555 Fayetteville Street, Suite 1100
　　　　　　　　　　　　　　　　　　Raleigh, North Carolina 27601
　　　　　　　　　　　　　　　　　　Phone: 919-755-2100
　　　　　　　　　　　　　　　　　　Fax: 919-755-2150
　　　　　　　　　　　　　　　　　　Email: ripley.rand@wbd-us.com
　　　　　　　　　　　　　　　　　　　　　　　chris.jones@wbd-us.com

1

**MILLER & CHEVALIER CHARTERED**

*/s/ Kirby D. Behre*
Kirby D. Behre (*pro hac vice*)
Brian A. Hill (*pro hac vice*)
Tim O'Toole (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　Defendants. | **CERTIFICATE OF SERVICE** |

　　I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

　　Kieran J. Shanahan, Esq.
　　Brandon S. Neuman, Esq.
　　Jeffrey M. Kelly, Esq.
　　Nathaniel J. Pencook, Esq.
　　GlenLake One
　　4140 Parklake Avenue - Suite 200
　　Raleigh, NC 27612
　　kieran.shanahan@nelsonmullins.com
　　brandon.neuman@nelsonmullins.com
　　jeff.kelly@nelsonmullins.com
　　nate.pencook@nelsonmullins.com
　　Telephone: 919.329.3800
　　Facsimile: 919.329.3799

This, the 24th day of September, 2021.

                **WOMBLE BOND DICKINSON (US) LLP**

                /s/ *Ripley Rand*
                Ripley Rand
                North Carolina State Bar No. 22275
                555 Fayetteville Street, Suite 1100
                Raleigh, NC 27601
                Telephone:  (919) 755-8125
                Facsimile:   (919) 755-6752
                Email:      ripley.rand@wbd-us.com

                *Counsel for Plaintiff*