# Exhibit 1

Today

I hear you are working with
Page and Burlington law firm?     6:20 PM

6:25 PM     Nopes am not.

6:25 PM     What's the background ?

UK investigator close to Page
says you are doing something
with him over Belltrox affair.
They say you are trying to
Point finger at others,
although I'm not sure what
that means. Other who? They
say Burlington Law Firm
involved. Hope this is not
correct. We should talk     6:29 PM

I have heard about Burlington
for the first time. I have
absolutely no connections at
all with page.

Let's speak whenever you're
6:34 PM     good.

Thanks 10 mins?     6:38 PM

6:39 PM     S⌄

Case 1:20-cv-0093



Media

**Fri, 11 Sep 2020**

Hi, hope all is well. If you are, please stop any interference in Azima case. We don't want to get dragged into something that has nothing to do with us. Thank you

4:16 PM

Hi , yes am absolutely disconnected on this and there is no interference from my side .

4:18 PM

Please let me know if there is something that we can help on

4:18 PM

We are facing wierd responses also from our clients and people have stopped talking suddenly with us.

4:19 PM

Specifically when we are trying to reach out for new business

4:19 PM

Please make sure no one else is using your name then or any associate of yours is

Please make sure no one else is using your name then or any associate of yours is interfering as it starts rumors and gossip which others pick up on. Thanks.   4:20 PM

please let me know if you have any info on this , I will also check internally myself.   4:23 PM

I don't have anything specific, but various people in London are talking about this case, they seem to have information which is probably incorrect but can make lawyers and others think there is possibly something to follow. I'm not there so can't get much more.   4:26 PM

Let me investigate this aggressively , should I target someone? Do we have any direction?   4:32 PM

Because now this rumour is affecting our work without any reasons. We need to figure out what's happening.   4:33 PM



4:34 PM

This happened today all of a sudden and we had no clues about it

4:34 PM

I don't have any names but imagine somewhere Stuart Page is in this. For some reason he tries to drag us into everything to do with it. However, I don't know and have nothing against him. So it's only a guess.

4:36 PM

4:36 PM    That's really weird .

It is. Not sure what's going on and hope it's only a bit of rumor or gossip. If you hear

It is. Not sure what's going on and hope it's only a bit of rumor or gossip. If you hear anything let me know. Thanks   4:39 PM

4:39 PM ☑   Yep , I will get into gravity of this.

Sat, 12 Sep 2020

Hi Nick , I have details with me. Let's speak whenever you're good.

11:37 AM ☑

Hi ok. Details of what?   1:55 PM

1:55 PM ☑   FA issue going around us.

Ok   1:56 PM

↙ **Incoming call**
Duration: 04:17   📞🔒   2:00 PM

0.6 MB



2:01 PM ☑   IMG_6395.jpg

Thanks for info. So correct for

0.6 MB



IMG_6395.jpg

2:01 PM

Thanks for info. So correct for me to think this person is not connected to you; is he connected to Belltrox?  2:04 PM

He joined us in March 2020.

He was a freelance developer and he didn't accept that he was connected to belltrox.  2:05 PM

But I suspect there is a link, hence this notice  2:05 PM

Ok.  2:11 PM

Also to mention , we both are connected for payments In a different entity altogether.

Vikas was a developer in a separate entity , which is not connected to me directly.

So no trails from our side



Ok. 2:11 PM

Also to mention , we both are connected for payments in a different entity altogether.

Vikas was a developer in a separate entity , which is not connected to me directly.

2:23 PM  So no trails from our side .

Thanks – let's be careful we don't want to get dragged into this FA matter. It's sounding like a nightmare
2:23 PM

True , am clearing everything around us carefully and I will keep you posted on developments.
2:24 PM

Hi, who is the guy the letter is addressed to is he the person you said just left? I don't think the letter is genuine but can probably find out. Is there someone who could be spoofing you, trying to get info? Again, do be careful there's lots of strange things going on and I at least don't

Hi, who is the guy the letter is addressed to is he the person you said just left? I don't think the letter is genuine but can probably find out. Is there someone who could be spoofing you, trying to get info? Again, do be careful there's lots of strange things going on and I at least don't want to get caught up in the games others are playing.   8:56 PM

-Yes , he is the guy who left us today.

-Not sure about spoofing. Could be possible.

-We are absolutely refraining ourselves from any communication and keeping a Low profile.

9:00 PM

Ok good. I feel it's not a genuine letter and may be a spoof to get info. However I'll leave it there. Enjoy the rest of your weekend.   9:02 PM

9:03 PM   You too have a good or ⌄

**Fri, 06 Nov 2020**

How are you doing? Are you caught up in this crap yet? You know your company name is in my accounts/statements? Any thoughts?                    1:40 PM

Client didn't yet get a new copy of their report.          1:41 PM

> ~SA BC 86 (inactive)
> How are you doing? Are you caught up in this crap yet? You know your company name is in my accounts/statements? Any thoughts?

Doing good. Stuck with personal life a bit. We plan to send this months data as well on the drive,should be out by Sunday.

For the company name , can we do a contract for cyber security consulting services and we can do some reports to cover it up. Also we can do contract for website building

2:31 PM  👁



Thanks on the reports. Cover what up, why? I hope that's a poor choice of words. I've got enough on my plate without having to cover up anything, when there's nothing to cover; you'll have to excuse my paranoia, if thats not what you meant.

I know it may be better to have some form of ongoing consulting agreement, especially now, with all this BS going on and around, but I'm concerned, now you've said it, that it doesn't seem like we're hiding anything.

From my end, other than two matters involving cyber security review/monitoring, including the current one, I see the rest of the invoices are billed against ORM. Some of those go back to when Craig worked with you.

I will have to go to Dubai before the end of the year

Hi , hope all well.



I will have to go to Dubai before the end of the year although travel restrictions may prevent that, but that's my plan. Let's see if we can meet.

What do you hear on the CyberRoot guys?

Once the client gets their report for the past 2 months – please send out your retainer invoice/s. Thanks

2:49 PM

~SA BC 86 (inactive)
How are you doing? Are you caught up in this crap yet? You know your company name is in my accounts/statements? Any thoughts?

I was referring only to manage this aspect. Nothing to cover up.

We should do technology consulting agreement where we are providing regular service to secure systems . You can share some domain names , on which we can

Hi , hope all well.

Am back in business post

Send



~SA BC 86 (inactive)
How are you doing? Are you caught up in this crap yet? You know your company name is in my accounts/statements? Any thoughts?

I was referring only to manage this aspect. Nothing to cover up.

We should do technology consulting agreement where we are providing regular service to secure systems . You can share some domain names , on which we can share reports for security regularly.

I can plan Dubai at the time, let me know.

Haven't heard anything on cyber root guys.

I will share the invoice once the reports are out. Thanks

6:35 PM 👁

ok    6:35 PM

Sat, 07 Nov 2020

Hi , hope all well.

Am back in business post    Send



ok  6:38 PM

**Sat, 07 Nov 2020**

do you have an agreement?  1:36 AM

I am drafting one , will share it shortly by tomorrow.
10:52 PM 👁

thx  10:52 PM

**Mon, 09 Nov 2020**

28.6 kB

W目

Red Team and PT-Work Order - VMS.docx
7:21 PM 👁

Please find the draft agreement
7:21 PM 👁

please feel free to amend and advise for changes
7:21 PM 👁

THX  7:21 PM

28.5 ✓

W目

Hi , hope all well.

Am back in business post



12:14 ✈ 🔋

< Messages  ~SA BC 86 (inactive)  Edit

THX  7:21 PM

28.5 kB

Red Team and PT-Work
Order - VMS.docx

10:09 PM  👁  Slightly modified version

10:09 PM  👁  please ignore the last one.

Got it. Thanks  10:10 PM

Tue, 10 Nov 2020

Wed, 18 Nov 2020



Work Order 2019.PDF(1).pdf

Signed

12:54 PM 👁

**Thanks**    12:57 PM

Thu, 26 Nov 2020

Hi are you still able to travel? I can be in Dubai either week of (Sundays) 6th or 13th, although prefer to travel there to have a day between arrival and meetings. Let me know and whether you want me to arrange ticket/hotel.    12:37 AM

There is a travel ban till 31st dec on all commercial international flight from India. Am checking the feasibility of travel and I will advise accordingly.

6:30 PM 👁