UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-cv-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>Defendants. | **MOTION OF PLAINTIFF FARHAD AZIMA TO SET AN INITIAL PRETRIAL CONFERENCE AND TO INITIATE RULE 26(f) AND LOCAL RULE 16.1(f) CONFERENCES AND REPORTING PROCESS** |

Plaintiff Farhad Azima filed his Complaint in this case on October 16, 2020. *See* Document No. 1. On August 9, 2021, United States Magistrate Judge Joe L. Webster issued an Order and Recommendation with respect to Defendants' Motion to Dismiss. *See* Document No. 54. On December 10, 2021, United States District Judge William L. Osteen, Jr., adopted in part and modified in part Judge Webster's Recommendation with respect to Defendants' Motion to Dismiss, denying Defendants' Motion to Dismiss as to North Carolina claims of misappropriation of trade secrets and civil conspiracy. *See* Document No. 65.

In his Order and Recommendation, Judge Webster "decline[d] to schedule an initial pretrial conference or otherwise order the commencement of general discovery before there has been a final ruling on Defendants' Motion to Dismiss." *See* Document No. 54 at 37. Now that there has been a final ruling on Defendants' Motion to Dismiss, Plaintiff respectfully requests that the Court order and set an initial pretrial conference, which will

1

trigger a related Rule 26(f) conference, so that the parties may meet and organize themselves so as to avoid any delay in the discovery process.

This, the 17th day of December, 2021.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina Bar No. 22275
Christopher W. Jones
North Carolina Bar No. 27625
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: 919-755-2100
Fax: 919-755-2150
Email: ripley.rand@wbd-us.com
chris.jones@wbd-us.com

**MILLER & CHEVALIER CHARTERED**

*/s/ Kirby D. Behre*
Kirby D. Behre (*pro hac vice*)
Brian A. Hill (*pro hac vice*)
Tim O'Toole (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

*Counsel for Plaintiff*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　　Defendants. | **CERTIFICATE OF SERVICE** |

　　　I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

　　　Kieran J. Shanahan, Esq.
　　　Brandon S. Neuman, Esq.
　　　Jeffrey M. Kelly, Esq.
　　　Nathaniel J. Pencook, Esq.
　　　GlenLake One
　　　4140 Parklake Avenue - Suite 200
　　　Raleigh, NC 27612
　　　kieran.shanahan@nelsonmullins.com
　　　brandon.neuman@nelsonmullins.com
　　　jeff.kelly@nelsonmullins.com
　　　nate.pencook@nelsonmullins.com
　　　Telephone: 919.329.3800
　　　Facsimile: 919.329.3799

This, the 17th day of December, 2021.

        **WOMBLE BOND DICKINSON (US) LLP**

        /s/ Ripley Rand
        Ripley Rand
        North Carolina State Bar No. 22275
        555 Fayetteville Street, Suite 1100
        Raleigh, NC 27601
        Telephone:   (919) 755-8125
        Facsimile:   (919) 755-6752
        Email:   Ripley.Rand@wbd-us.com

        *Counsel for Plaintiff*

4

Case 1:20-cv-00954-WO-JLW   Document 66   Filed 12/17/21   Page 4 of 4