UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954-WO-JLW

FARHAD AZIMA,                       )
                                    )
           Plaintiff,               )
                                    )
     v.                             )
                                    )
NICHOLAS DEL ROSSO and VITAL        )
MANAGEMENT SERVICES, INC.,          )
                                    )
           Defendants.              )

**DEFENDANTS' MOTION TO RECONSIDER
THE PARTIAL DENIAL OF THEIR MOTION TO DISMISS**

Defendants Nicholas Del Rosso and Vital Management Services, Inc. (collectively, "Defendants"), by and through undersigned counsel, hereby respectfully move the Court to partially reconsider and revise its Order holding that Plaintiff Farhad Azima stated a claim under the North Carolina Trade Secrets Protection Act ("TSPA") and a derivative conspiracy claim based on allegations of conduct in 2018 and 2019 and to dismiss the Complaint in full.  Reconsideration and dismissal are appropriate because the allegations in the Complaint that are not time-barred fail to state a TSPA claim against Defendants.  The Complaint is deficient because the remaining allegations based on the 2018 and 2019 conduct do not allege primary liability against Defendants for violation of the

TSPA.  Because there is no standalone civil conspiracy claim under North Carolina law, this claim, too, fails with Plaintiff's TSPA claim.

**WHEREFORE**, as further explained in the supporting Memorandum of Law filed contemporaneously herewith and incorporated herein by reference, Defendants respectfully request that the Court enter an Order:

1. Reconsidering its prior Order, dismissing the remainder of Counts VIII and X pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and dismissing the Complaint in its entirety and with prejudice; and

2. Granting Defendants such other and further relief as the Court deems just and proper.

Respectfully submitted this 10th day of January, 2022.

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: _/s/ Brandon S. Neuman_
Kieran J. Shanahan, NCSB# 13329
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
Glenlake One
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina, 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
kieran.shanahan@nelsonmullins.com
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
_Counsel for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2022, I electronically filed the foregoing **Defendants' Motion to Reconsider the Partial Denial of Their Motion to Dismiss** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson(US) LLP
555 Fayetteville Street
Suite 1100
Raleigh, North Carolina 27601
jonathan.townsend@wbd-us.com
chris.jones@wbd-us.com
ripley.rand@wbd-us.com

Calvin Lee
Ian Herbert
Brian Hill
Kirby D. Behre
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
clee@milchev.com
iherbert@milchev.com
bhill@milchev.com
kbehre@milchev.com

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: _/s/ Brandon S. Neuman_
Kieran J. Shanahan, NCSB# 13329
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
Glenlake One
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina, 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
kieran.shanahan@nelsonmullins.com
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
*Counsel for Defendants*