```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

```
FARHAD AZIMA,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )        1:20CV954
                                 )
NICHOLAS DEL ROSSO and           )
VITAL MANAGEMENT SERVICES,       )
INC.,                            )
                                 )
          Defendants.            )
```

## ORDER

**OSTEEN, JR., District Judge**

     Pending before this court is Plaintiff's Motion of Plaintiff Farhad Azima to Set an Initial Pretrial Conference and to Initiate Rule 26(f) and Local Rule 16.1(f) Conferences and Reporting Process. (Doc. 66.) Defendants Nicholas Del Rosso and Vital Management Services, Inc. oppose the motion on the grounds previously and persuasively explained by the Magistrate Judge. (See Defs' Opp. (Doc. 70) at 3.)

     This court has now entered its ruling on Defendants' second motion to dismiss, (see Doc. 80); no impediments remain to proceeding with discovery. Thus, in accordance with local rules and local practice, this case will be set for a pretrial conference pursuant to LR 16.1. Plaintiff's motion, (Doc. 66), is moot.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion of Plaintiff Farhad Azima to Set an Initial Pretrial Conference and to Initiate Rule 26(f) and Local Rule 16.1(f) Conferences and Reporting Process, (Doc. 66), is **DENIED** as moot.

The Clerk is directed to schedule an initial pretrial conference in accordance with LR 16.1.

This the 29th day of September, 2022.

_____
United States District Judge