## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 20-CV-954-WO-JLW

FARHAD AZIMA,           )
                        )
        Plaintiff,     )
                        )
        v.             )
                        )    **MOTION FOR WITHDRAWAL**
NICHOLAS DEL ROSSO and   )      **AS COUNSEL**
VITAL MANAGEMENT     )
SERVICES, INC.,        )
                        )
        Defendants.   )

**NOW COME** Defendants Nicholas del Rosso and Vital Management

Services, Inc. ("Defendants"), by and through the undersigned counsel, and

hereby move the Court to allow Kieran J. Shanahan ("Mr. Shanahan"),

formerly of Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins") to

withdraw as counsel of record for Defendants. In support of his motion,

Defendants state the following:

    1.     Mr. Shanahan is no longer practicing with Nelson Mullins.

    2.     Defendants continue to be represented by Brandon S. Neuman,

Jeffrey M. Kelly, and Nathaniel J. Pencook all of Nelson Mullins.

    3.     Defendants have been notified and consent to Mr. Shanahan's

withdrawal.

1

4.     Counsel for Defendants have conferred with counsel for Plaintiff Farhad Azima, and they consent to this motion.

5.     This motion is made in good faith and will not be prejudicial to any parties or delay the proceedings.

**WHEREFORE,** Defendants respectfully pray the Court to allow Mr. Shanahan, formerly of Nelson Mullins, to withdraw as counsel of record for Defendants.

Respectfully submitted this 7th day of October, 2022.

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By:    */s/ Brandon S. Neuman*
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
4140 Parklake Avenue, 2nd Floor
Raleigh, North Carolina, 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2022, I electronically filed the foregoing **Motion for Withdrawal as Counsel** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
jonathan.townsend@wbd-us.com
ripley.rand@wbd-us.com
chris.jones@wbd-us.com

Calvin Lee
Ian Herbert
Brian Hill
Kirby D. Behre
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
clee@milchev.com
iherbert@milchev.com
bhill@milchev.com
kbehre@milchev.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:    /s/ Brandon S. Neuman
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
4140 Parklake Avenue, 2nd Floor
Raleigh, North Carolina, 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
*Counsel for Defendants*

3