UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-UA-JLW

| | |
|---|---|
| FARHAD AZIMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER ON MOTION FOR** |
| ) | **WITHDRAWAL AS COUNSEL** |
| NICHOLAS DEL ROSSO and ) | |
| VITAL MANAGEMENT ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

THIS CAUSE comes before the Court upon Defendants Nicholas del Rosso and Vital Management Services, Inc.'s ("Defendants") Motion for Withdrawal as Counsel [DE 84] allowing Kieran J. Shanahan to withdraw as counsel for Defendants. It appears to the Court that counsel for Plaintiff, Farhad Azima, consents to this motion, that good cause has been shown and that the motion should be allowed.

IT IS HEREBY ORDERED that the Motion is GRANTED and Kieran J. Shanahan is withdrawn as counsel of record for Defendants.

This the ____ day of October, 2022.

_____
The Honorable Joe L. Webster
Magistrate Judge
United States District Court
Middle District of North Carolina