IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| FARHAD AZIMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV954 |
| | ) | |
| NICHOLAS DEL ROSSO and | ) | |
| VITAL MANAGEMENT SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter comes before the court on a Motion for Withdrawal as Counsel, (Doc. 84), of record for Defendants filed by attorney Kieran J. Shanahan. Mr. Shanahan is no longer practicing with Nelson Mullins Riley & Scarborough, LLP. Having considered the motion, with the consent of the Defendants and Plaintiff, and for good cause shown,

**IT IS ORDERED** that the Motion for Withdrawal as Counsel, (Doc. 84), is **GRANTED** and attorney Kieran J. Shanahan is hereby withdrawn from representing Defendants. Remaining counsel of record for Defendants shall continue as counsel in this matter.

This the 14th day of October, 2022.

_____
United States District Judge