IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
FARHAD AZIMA,                        )
                                     )
         Plaintiff,                  )
                                     )
    v.                               )    1:20CV954
                                     )
NICHOLAS DEL ROSSO and               )
VITAL MANAGEMENT SERVICES,           )
INC.,                                )
         Defendants.                 )
```

### ORDER

This matter comes before the court on Defendants' Motion for Extension of Time to File Responsive Pleading. (Doc. 82.) Defendants move the court for a thirty (30) day extension of time, up to and including November 11, 2022 to respond to Plaintiff's Complaint, (Doc. 1). Plaintiff filed a response, and Defendants replied. (Docs. 83, 84.) On October 12, 2022, Defendants filed an Answer and Affirmative Defenses to Complaint. (Doc. 86.) It appears the motion for extension, (Doc. 82), is moot.

**IT IS ORDERED** that Defendants' Motion for Extension of Time to File Responsive Pleading, (Doc. 82), is **DENIED AS MOOT**.

This the 14th day of October, 2022.

_____
United States District Judge