# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FARHAD AZIMA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NICHOLAS DEL ROSSO and VITAL )<br>MANAGEMENT SERVICES, INC., )<br>)<br>Defendants. ) | 1:20CV954 |

## **ORDER**

This matter came before the Court for an initial pretrial conference hearing on November 15, 2022. Both parties submitted Individual Rule 26(f) Reports and a Joint Local Rule 5.5 Report for the Court's review. (*See* Docket Entries 90-92.) After further discussion with the parties and review of the reports, the Court adopts the Joint Local Rule 5.5 Report (Docket Entry 92) and sets forth the following scheduling order:

- Discovery shall commence upon entry of this Order.

- Initial disclosures required by Fed. R. Civ. P. 26(a)(1) shall be due by December 21, 2022.

- Scope of discovery: Discovery will be conducted on the operative allegations and claims contained in Plaintiff's Complaint, the denials and defenses raised in Defendants' Answer, and all other relevant matters within the scope of Fed. R. Civ. P.

1

26, provided that either party may assert objections based on relevance, proportionality or any other basis allowed under Fed. R. Civ. P. 26.[1]

- Discovery shall be pursuant to a Complex case management track as modified herein.
- The completion date of fact discovery shall be July 1, 2023, with all discovery requests to be served at least 30 days in advance such that responses are due on or before the close of fact discovery.
- Pursuant to the Complex case management track, the parties shall serve no more than 25 interrogatories and requests for admission per party and take no more than 7 depositions each (including of any experts) without leave from the Court.
- The parties shall designate experts by the close of fact discovery, and expert discovery shall conclude by August 1, 2023.
- All discovery shall conclude by August 1, 2023.
- Mediation shall occur any time before the close of discovery, the exact date to be set by the mediator in consultation with the parties. If the parties cannot agree on a mediator <u>within 21 days of this Order</u>, the mediator shall be selected by the Clerk from the Court's panel of mediators.
- Depositions may begin upon entry of this Order, following notices of depositions, and at dates and times in the notice of deposition or otherwise agreed upon by the parties.

---

[1] The parties are urged to work cooperatively in discovery regarding disputes on the scope of discovery and should seek to resolve any disputes without Court intervention.

- The parties shall have until 21 days after the entry of this Order to request leave to join additional parties or amend pleadings. After these dates, the Court will consider, *inter alia*, whether the granting of leave would delay trial.

- Trial of the action is expected to take approximately 14 days. A jury trial has been demanded.

- The parties have agreed that a protective order shall be entered before any confidential information is disclosed.

- Dispositive motions shall be filed no later than 30 days following the close of the discovery period.

**IT IS FURTHER ORDERED** that the parties' Individual Rule 26(f) Reports (Docket Entries 90, 91) shall be **TERMINATED**.

/s/ Joe L. Webster
United States Magistrate Judge

Date: November 16, 2022