UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-UA-JLW

| | |
|---|---|
| FARHAD AZIMA, | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF CHANGE OF ADDRESS** |
| NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC., | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that the address of counsel for Defendants should be changed, effective immediately, to the following:

>Brandon S. Neuman
>Jeffrey M. Kelly
>Nathaniel J. Pencook
>Nelson Mullins Riley & Scarborough LLP
>301 Hillsborough Street, Suite 1400
>Raleigh, North Carolina 27603

Telephone and facsimile numbers, and email addresses remain unchanged.

This the 16th day of November, 2022.

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: /s/ *Brandon S. Neuman*
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2022, I electronically filed the foregoing **Notice of Change of Address** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Ripley Rand
Christopher W. Jones
Jonathon Townsend
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
ripley.rand@wbd-us.com
chris.jones@wbd-us.com
jonathon.townsend@wbd-us.com

Kirby D. Behre
Tim O'Toole
Ian Herbert
Calvin Lee
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
kbehre@milchv.com

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: /s/ *Brandon S. Neuman*
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook, NCSB# 52339
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
*Counsel for Defendants*

2

Case 1:20-cv-00954-WO-JLW   Document 94   Filed 11/16/22   Page 2 of 2