UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-cv-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>   Plaintiff,<br><br>   v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>   Defendants. | **CONSENT MOTION TO EXTEND TIME TO SELECT MEDIATOR** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 6.1, Plaintiff Farhad Azima ("Plaintiff") respectfully requests and moves, with the consent of Defendants Nicholas Del Rosso and Vital Management Services, Inc. ("Defendants"; collectively with Plaintiff, the "Parties"), for an extension of time to select a mediator for this case. In support of this motion, Plaintiff shows the following:

1.    Plaintiff filed the complaint against Defendants on October 15, 2020. ECF No. 1.

2.    On November 16, 2022, the Court entered a scheduling order stating, among other things, that "[i]f the parties cannot agree on a mediator <u>within 21 days of this Order</u>, the mediator shall be selected by the Clerk from the Court's panel of mediators." ECF No. 93 at p. 2.

3. The Parties have conferred and are working collaboratively toward selecting a mediator for this matter but have not yet identified a mediator that the parties believe would be most effective to assist in resolving the unusual dispute in this case.

4. Counsel for Plaintiff proposed and counsel for Defendants consent to this request for an additional 30 days to fully vet and agree upon a mediator for this dispute.

5. On December 8, 2022, the Parties received an email from Melisa Bond, Mediation Coordinator for this Court. Counsel for Plaintiff responded on the same day to inform Ms. Bond that the Parties working toward selecting a mediator and that the Parties had agreed to request a 30-day extension of time. Ms. Bond informed counsel for Plaintiff that she could not extend the deadline without an Order from the Court.

6. Plaintiff thus submits this consent motion for an extension of time in good faith and for good cause and not for the purpose of delay and requests that, because this is a consent motion, and the specified basis is set forth herein, this motion be treated as a memorandum supporting the same as contemplated by the Local Rules.

2708497.3

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for the Parties to select a mediator by thirty (30) days up to and including January 6, 2023.

This, the 9th day of December, 2022.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina Bar No. 22275
Christopher W. Jones
North Carolina Bar No. 27625
Jonathon Townsend
North Carolina State Bar No. 51751
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: 919-755-2100
Fax: 919-755-2150
Email: ripley.rand@wbd-us.com
     chris.jones@wbd-us.com

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Brian A. Hill (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

*Counsel for Plaintiff*

3

2708497.3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

FARHAD AZIMA,

    Plaintiff,

v.

NICHOLAS DEL ROSSO and
VITAL MANAGEMENT
SERVICES, INC.,

    Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

    Kieran J. Shanahan, Esq.
    Brandon S. Neuman, Esq.
    Jeffrey M. Kelly, Esq.
    Nathaniel J. Pencook, Esq.
    GlenLake One
    4140 Parklake Avenue - Suite 200
    Raleigh, NC 27612
    kieran.shanahan@nelsonmullins.com
    brandon.neuman@nelsonmullins.com
    jeff.kelly@nelsonmullins.com
    nate.pencook@nelsonmullins.com
    Telephone: 919.329.3800
    Facsimile: 919.329.3799

4

2708497.3

This, the 9th day of December, 2022.

>  **WOMBLE BOND DICKINSON (US) LLP**
>
>  /s/ Ripley Rand
>
>  Ripley Rand
>  North Carolina State Bar No. 22275
>  555 Fayetteville Street, Suite 1100
>  Raleigh, NC 27601
>  Telephone: (919) 755-8125
>  Facsimile: (919) 755-6752
>  Email: ripley.rand@wbd-us.com
>
>  *Counsel for Plaintiff*