IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FARHAD AZIMA,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )          1:20CV954
                                 )
NICHOLAS DEL ROSSO and           )
VITAL MANAGEMENT SERVICES,       )
INC.,                            )
                                 )
          Defendants.            )

## ORDER

This matter comes before the court upon Plaintiff Farhad

Azima's Consent Motion to Extend Time to Select a Mediator. (Doc.

95.) Plaintiff moves the court for a thirty-day extension of

time, through and including January 6, 2023, for the parties to

select a mediator. Having considered the motion, with the consent

of Defendants, and for good cause shown,

**IT IS THEREFORE ORDERED** that Plaintiff Farhad Azima's

Consent Motion to Extend Time to Select a Mediator, (Doc. 95), is

**GRANTED,** and the deadline to select a mediator is extended to and

including January 6, 2023.

This the 12th day of December, 2022.

_____
William L. Osteen, Jr.
United States District Judge