| | |
|---|---|
| **From:** | Behre, Kirby <kbehre@milchev.com> |
| **Sent:** | Wednesday, January 4, 2023 11:20 AM |
| **To:** | Brandon Neuman |
| **Cc:** | Herbert, Ian; Christopher Jones; Rand, Ripley; Lee, Calvin; Jeff Kelly; John Branch; Rillotta, Joseph |
| **Subject:** | Azima - deposition of Del Rosso on Tuesday 1/10/23 |

◄External Email► - From: kbehre@milchev.com

We are proceeding with our plans for Tuesday's deposition as noticed. Given your client's medical issues we would be amenable to holding the first part of the deposition on Tuesday for 3.5 hours of on the record time. The remainder could occur on a date we select in the future. Let us know your views in this regard.

Thanks and we look forward to seeing you next week.

**KIRBY D. BEHRE**
Member | Miller & Chevalier Chartered
900 16th Street NW | Black Lives Matter Plaza | Washington, DC 20006
kbehre@milchev.com | T. 202.626.5960 | M. 202.294.8406
millerchevalier.com

* * *
This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.