UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>               Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>               Defendants. | **REPLY WITHDRAWING MOTION FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION AS MOOT** |

On December 20, 2022, Defendants Nicholas Del Rosso and Vital Management Services, Inc. ("Defendants") filed the present Motion for Extension of Time ("Motion"), seeking a reasonable 20-day extension of time to serve responses to Plaintiff Farhad Azima's ("Plaintiff") First Set of Requests for Production ("Requests"). (D.E. 100). Nevertheless, Defendants timely served their written responses and objections to Plaintiff's Requests on December 22, 2022, noting several issues including but not limited to:

- Plaintiff's extensive attempts to probe Defendants' lawful business with a third-party law firm (Dechert LLP) in the course of its representation of clients, including but not limited to the Ras al Khaimah Investment Authority;

- topics and persons with no relation to Plaintiff's claims;

- topics and information that are the subject of a new lawsuit filed by Plaintiff in the U.S. District Court for the Southern District of New York – *Azima, et al. v. Dechert, et al.*, Case No. 1:22-CV-08728-PGG (the "SDNY Matter") – in which discovery has been stayed pending resolution of the defendants' motions to dismiss (*see* SDNY Matter, at D.E. 104); and

- Plaintiff's failure to serve requests that are proportional to the needs of his remaining claims that were significantly narrowed by the Court (*see, e.g.*, D.E. 80 p.4).

Moreover, Defendants have begun producing non-confidential responsive documents while their Motion for Entry of a Confidentiality Protective Order is pending, *see* D.E. 101, and continue to work in good faith to address complicated questions of privilege, scope, and proportionality regarding the same.

Accordingly, while Defendants disagree with the characterizations set forth by Plaintiff in his response to this routine Motion, the relief requested in the Motion is now moot. Therefore, Defendants respectfully withdraw the Motion.

Respectfully submitted, this the 24th day of January, 2023.

        **NELSON MULLINS RILEY &
        SCARBOROUGH, LLP**

By: */s/ Brandon S. Neuman*
     Brandon S. Neuman, NCSB# 33590
     Jeffrey M. Kelly, NCSB# 47269
     John E. Branch III, NCSB# 32598
     Nathaniel J. Pencook, NCSB# 52339
     Sam A. Rosenthal
     301 Hillsborough Street, Suite 1400
     Raleigh, North Carolina 27603
     Telephone: (919) 329-3800
     Facsimile: (919) 329-3799
     brandon.neuman@nelsonmullins.com
     jeff.kelly@nelsonmullins.com
     john.branch@nelsonmullins.com
     nate.pencook@nelsonmullins.com
     sam.rosenthal@nelsonmullins.com
     *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of January, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan D. Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
jonathon.townsend@wbd-us.com
chris.jones@wbd-us.com
ripley.rand@wbd-us.com

Ian A. Herbert
Joseph Rillotta
Kirby D. Behre
Timothy O'Toole
Cody Marden
Calvin Lee
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, D.C. 20006
iherbert@milchev.com
jrillotta@milchev.com
kbehre@milchev.com
totoole@milchev.com
cmarden@milchev.com
clee@milchev.com

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By:   */s/ Brandon S. Neuman*
      Brandon S. Neuman, NCSB# 33590
      Jeffrey M. Kelly, NCSB# 47269
      John E. Branch III, NCSB# 32598
      Nathaniel J. Pencook, NCSB# 52339
      Sam A. Rosenthal
      301 Hillsborough Street, Suite 1400
      Raleigh, North Carolina 27603
      Telephone: (919) 329-3800
      Facsimile: (919) 329-3799
      brandon.neuman@nelsonmullins.com
      jeff.kelly@nelsonmullins.com
      john.branch@nelsonmullins.com
      nate.pencook@nelsonmullins.com
      sam.rosenthal@nelsonmullins.com
      *Counsel for Defendants*

3

Case 1:20-cv-00954-WO-JLW   Document 124   Filed 01/24/23   Page 3 of 4

## WORD COUNT CERTIFICATION

Pursuant to Local Rule 7.3(d)(1), I hereby certify, subject to Fed. R. Civ. P. 11, that the accompanying brief contains 276 words, according to the word count feature of the word processing system used to prepare the brief. Accordingly, the brief does not exceed the 3,125-word limitation.

Respectfully submitted this 24th day of January, 2023.

        **NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: */s/ Brandon S. Neuman*
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
John E. Branch III, NCSB# 32598
Nathaniel J. Pencook, NCSB# 52339
Sam A. Rosenthal
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
john.branch@nelsonmullins.com
nate.pencook@nelsonmullins.com
sam.rosenthal@nelsonmullins.com
*Counsel for Defendants*