# Exhibit 3



# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

John E. Branch III
T: 919.329.3828
john.branch@nelsonmullins.com

301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
T: 919.329.3800  F: 919.329.3799
nelsonmullins.com

January 20, 2023

Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601

RE: *Azima v. Vital Management Services and Nicholas Del Rosso*
Defendants' Initial Production of Documents

Dear Ripley:

Enclosed is a drive containing Defendants' initial production of documents. We are in the process of evaluating issues related to privilege and work product, but the enclosed data is the first of what we intend to be an ongoing (rolling) production. The data contained on the enclosed drive (approximately 45 GB) is the data retrieved by NTi, which was previously discussed in the UK matter and in associated testimony. With respect to potential subsequent productions, we note that the Court has yet to enter the Confidentiality Protective Order, the terms of which have been agreed to by the Parties. Further, this production, and any potential subsequent production, are subject to and without waiving any of the objections Defendants' have set out with respect to Plaintiff's discovery requests to Defendants and third parties, including as to the scope of discovery in this matter.

Have a good weekend.

Very truly yours,

John E. Branch III

JB

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS
MINNESOTA | NEW YORK | NORTH CAROLINA | OHIO | SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA

4892-0665-7100

Case 1:20-cv-00954-WO-JLW   Document 131-3   Filed 01/26/23   Page 2 of 2