# Exhibit 2

# Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF FLORIDA
 3                      MIAMI DIVISION
 4   _____
                                   )
 5   FARHAD AZIMA,                 )
                                   )
 6              Petitioner,        )
                                   )
 7   vs.                           )  Case No.:
                                   )  1:22-MC-20707
 8   INSIGHT ANALYSIS AND RESEARCH LLC )
     AND SDC-GADOT LLC,            )
 9                                 )
                Respondents.       )
10   _____)
11
12
13
14           Videotaped 30(b)(6) Deposition of
15                      SDC-GADOT LLC
16      by and through its Corporate Representative
17                      AMIT FORLIT
18                Wednesday, July 20, 2022
19             11:09 a.m. Israel Daylight Time
20
21
22
23
24
25   Reported by:  BRENDA MATZOV, CSR NO. 9243
```

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

# Page 2

```
 1         Videoconference 30(b)(6) deposition
 2   of SDC-GADOT LLC, by and through its Corporate
 3   Representative, AMIT FORLIT, taken in the
 4   above-entitled cause pending in the United
 5   States District Court, for the Southern
 6   District of Florida, Miami Division, before
 7   BRENDA MATZOV, CSR NO. 9243, at the David
 8   Intercontinental Hotel, Tel Aviv, Israel,
 9   and simultaneously in the Zoom participants'
10   remote locations, on Wednesday, the 20th
11   day of July, 2022, at 11:09 a.m. Israel
12   Daylight Time.
```

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

# Page 3

```
 1   APPEARANCES:
 2   FOR PETITIONER:
 3         BARET LAW GROUP
           By:  ELAN I. BARET, ESQ.
 4         3999 Sheridan Street
           Suite 200
 5         Hollywood, Florida 33021
           (954) 486-9966
 6         elan@baretlawgroup.com
 7
 8   FOR RESPONDENTS:
 9         MILLER & CHEVALIER CHARTERED
           By:  KIRBY D. BEHRE, ESQ.
10              IAN A. HERBERT, ESQ.
           900 16th Street N.W.
11         Black Lives Matter Plaza
           Washington, D.C. 20006
12         (202) 626-5800
           kbehre@milchev.com
13         iherbert@milchev.com
14
           BURLINGTONS LEGAL, LLP
15         By:  DOMINIC HOLDEN
           5 Stratford Place
16         London W1C 1AX
           +44 20 7529 5420
17         dominic.holden@burlingtons.legal
```

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

# Page 4

```
 1   APPEARANCES (Continued):
 2   ALSO PRESENT (in Israel):
 3         MITCHELL COOPERSMITH, Videographer
 4         HAYA SHAVIT-KEDAR, Hebrew Interpreter
 5         RUCHIE AVITAL, Hebrew Interpreter
 6
 7   ALSO PRESENT (remotely via Zoom):
 8         LESLEY SEMONES, Miller & Chevalier
 9         FREDERICK WILMOT-SMITH, Burlingtons Legal
10         LUKE HACKETT, Burlingtons Legal
11         FARHAD AZIMA
```

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

**Page 37**

1  from the Israeli Ministry about your travel?
2      A.   Yes.  Every citizen can do that.
3      Q.   And do you have a copy of that
4  with you today?
5      A.   I have it in the mail.  I can
6  have it printed if you want.
7      Q.   Okay.  We'd appreciate that.
8      A.   My attorney will provide you
9  that in reference to the specific dates.
10     Q.   (Not translated.)  Now, going
11 back to the people you might have spoken
12 with to prepare for your testimony, did
13 you -- did you speak with anyone from
14 Karv Communications, such as Andrew
15 Frank, before you --
16          THE INTERPRETER:  From Karv?
17 BY MR. BEHRE:
18     Q.   (Not translated.)  -- testified
19 here today?
20          THE INTERPRETER:  Karv -- Karv
21 Communications?
22          MR. BEHRE:  Karv, K-a-r-v.
23          THE INTERPRETER:  Okay.
24          (Pending question translated.)
25          THE WITNESS:  Just like my

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

**Page 38**

1  previous answer, I have never met him.
2  I don't know him.  I have never communicated
3  with him.
4  BY MR. BEHRE:
5      Q.   And how about David Hughes?
6      A.   I have met David Hughes when he
7  was working at Dechert.  And I believe that
8  the last time I met him was in that meeting
9  in Cyprus, which is described in Stuart's
10 affidavit.  I have never communicated with
11 him directly, neither before nor after, and
12 not indirectly either.
13     Q.   Okay.  And how about Majdi Halabi?
14     A.   The last time I spoke to Majdi
15 Halabi was after he submitted his affidavit.
16          After I have learned about his
17 affidavit from the Reuters reporter, I
18 called him.  And he refuted, he denied
19 that he had provided such an affidavit.
20 And when I saw -- when I saw it, I -- I
21 cut my connections with him.  And since
22 then, I have not spoken to him.
23     Q.   When's the last time you
24 communicated with him by text, e-mail,
25 or messaging service?

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

**Page 39**

1      A.   It was a telephone conversation.
2  And I believe it was close to the date
3  that he had submitted his affidavit.  And
4  since then, I had no communication with
5  him whatsoever.
6      Q.   (Partially translated.)  Okay.
7  How about the U.K. lawyer, Lucy Ward, did
8  you speak with her before you testified
9  here today?
10          THE COURT REPORTER:  "Lucy."
11          THE INTERPRETER:  What's her
12 name?  Lucy Ward.  Lucy Ward.
13          (Remainder of pending question
14     translated.)
15          THE WITNESS:  I don't know this
16 lady.  And I've never spoken to her.
17 BY MR. BEHRE:
18     Q.   Have you ever communicated with
19 her in any other way?
20     A.   No.
21     Q.   How about Nicholas Del Rosso,
22 did you speak with him before you
23 testified here today?
24     A.   Same answer.
25          In all my 55 years of existence,

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

**Page 40**

1  never met, never heard, never spoken, don't
2  know.
3      Q.   But you've certainly heard of him;
4  right?
5      A.   Yes.
6          Now, seriously, in the beginning
7  of the investigation, I learned that Nick
8  Del Rosso was recruited and he's working
9  on the case in parallel to us but on
10 different -- other issues.
11          I remember that Stuart Page
12 was deeply offended that Nick Del Rosso
13 is being employed.  And he was told that
14 Nick's employment had been suspended.
15          And the next time we encountered
16 the name of Nick Del Rosso, we were told
17 that he was making the connection between
18 a company that was studying the materials
19 leaked from Farhad Azima and the customer,
20 the client.
21          THE COURT REPORTER:  "And" or
22 "in"?
23          THE INTERPRETER:  "And the client."
24 BY MR. BEHRE:
25     Q.   The connection between a company

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

```
 1  technology.  And if somebody has hacking
 2  ability, they just write that they can
 3  hack.
 4      Q.  And then on page 9, the war
 5  terms continue:
 6          "In order to eliminate FA's
 7  activity" against the -- "regarding
 8  the client," it says.  (As read.)
 9          Do you see that?
10      A.  Where is it approximately on
11  the page?
12      Q.  (Not translated.)  Page 9 --
13          THE INTERPRETER:  Page --
14  BY MR. BEHRE:
15      Q.  (Not translated.)  -- under:
16          "5.  Involvement of" the "U.S.
17  Relevant Authorities."  (As read.)
18      A.  This looks like a strategic document
19  that somebody prepared.  And this -- this
20  is not a subject we deal with.
21      Q.  Well, not only does this document
22  entitled "Project Beech" --
23          MR. BARET:  Excuse me.  That's
24  not what he said.
25          He said:  "It's not our document."
```

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

```
 1  and leaked his computers.
 2          And based on the procedures
 3  that are used in the U.S., I think you
 4  know who it is.
 5      Q.  And who would that be?
 6      A.  Nick Del Rosso.  According --
 7  based on the proceedings against Nick
 8  Del Rosso, I conclude that.
 9      Q.  And what's your basis for
10  saying Nick Del Rosso is the party who
11  wrote this report?
12          Is that what you're saying?
13      A.  I didn't say Nick Del Rosso
14  wrote this report.  I said that we did
15  not write this report.
16          And based on all the proceedings
17  that are being carried out, the person
18  who is responsible for the hack and the
19  leaks of the hacking is Nick Del Rosso.
20      Q.  Now, you indicated that Nick
21  Del Rosso and Stuart Page did not get
22  along; right?
23      A.  I heard from Stuart that he
24  didn't like, to put it mildly, Nick Del
25  Rosso.  But I -- I didn't even know if
```

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

```
 1          THE INTERPRETER:  Aah, you're right.
 2  Thank you.
 3          MR. BARET:  Okay.
 4          THE INTERPRETER:  "And it's not our
 5  document."
 6          Thank you.
 7  BY MR. BEHRE:
 8      Q.  This document is labeled:
 9  "Project Beech."
10          You were involved in Project Beech.
11  And this establishes, just like the last
12  document, contrary to your testimony, that
13  Farhad Azima was not only being investigated,
14  he was being attacked, he was being targeted,
15  and he was in jeopardy because of that.
16          Isn't that right?
17      A.  As I said, my reports on Project
18  Beech were sent to Stuart Page in an open
19  format.  I don't know who else Stuart used
20  the name Project Beech with.  He made up
21  that name.
22          I know that we did not investigate
23  Farhad Azima.  We did not target him as
24  a target.  But it's quite clear that
25  somebody did, because somebody hacked
```

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC

```
 1  they knew each other.
 2      Q.  And the reason Stuart Page
 3  didn't like Nick Del Rosso is because
 4  Stuart Page thought Nick Del Rosso was
 5  taking business away from Stuart Page;
 6  correct?
 7      A.  I don't know.
 8      Q.  (Not translated.)  Nick Del
 9  Rosso didn't report to Stuart Page,
10  did he, because they hated each other?
11      A.  To the best of my knowledge,
12  no.
13      Q.  And so, therefore, Nick Del
14  Rosso is not a likely suspect for the
15  content of this report, since he would
16  have had to give it to his archenemy,
17  Stuart Page, to incorporate it in the
18  report; right?
19      A.  (Translated.)  I'm not attributing
20  this report to anyone's authorship.  I'm
21  just saying that we didn't write it and
22  we did not investigate --
23          (In English.)  Farhad Azima.
24          THE INTERPRETER:  Sorry.  It's
25  late.
```

JULY 20, 2022 - AMIT FORLIT
30(B)(6) SDC-GADOT LLC