# EXHIBIT B

(WhatsApp Messages Received - Submitted Under Seal)