# EXHIBIT C

(Action Taken Report by EOWII)

IN THE COURT OF SH. MANOJ KUMAR RANA, ACJM, GURUGRAM

CYBER ROOT          VS          PAPPU KUMAR

COMI 568/21

ACTION TAKEN REPORT



Sir,

       The investigation of the complaint bearing number 7449/CP/21/BPT dated 21.06.2021 (DD.MM.YYYY), Diary No. 84-EOW-II dated 29-06-2021 of the complainant company CYBER ROOT was done by me, the Sub Inspector. It was found upon the investigation that the bank statement of account number 2511468461 of the complainant company was accessed and leaked by the bank officials Mr. Deepak Kumar who was posted at the Kotak Mahindra Bank Branch at A-3/14 Paschim Vihar, Delhi and Mr. Pappu Kumar who was posted at Netaji Subhash Place, New Delhi. On investigation, the case was found to be that of Delhi region so, the complaint has been forwarded for further action to DCP, North-West, Delhi through the letter number 155/PD-DCP-HQRS dated 13.10.2021 of SCP/Hqrs/Gurgaon. The copy of the investigation report and the letter number 155/PD-DCP-HQRS, dated 13.10.2021 is attached herewith for perusal. Report is presented herewith.

Signature [Illegible]
Sub Inspector Umesh Kumar,
Economic Offence Wing-2,
Gurugram.
Dated 07.12.2021

**Economic Offence Wing-II**                                              **District Gurugram I**

**Complaint No :-**7449/CP/21/BPT dt 21.06.2021 & Diary No 84 – EOW – II Dt. 29.06.2021

**Complainant :-** Chiranshu Ahuja CEO Cyber Root Risk Advisory Pvt. Ltd., Emaar Digital Greens, Sec 61, Gurugram.

**Accused :-**       1. Mr. Pappu Kumar. Ex-employee, Kotak Mahindra Bank Ltd
                     2. Mr. Deepak, Ex-employee, Kotak Mahindra Bank Ltd.
                     3. Mr. Ashutosh Dhyani, Branch Manager, Kotak Mahindra Bank Ltd.
                     4. Mr. Kanhaiya Agarwal, Area Manager, Kotak Mahindra Bank Ltd.
                     5. Mr. Sumit Gupta, Relationship Manager, Kotak Mahindra Bank Ltd.
                     6. Regional Manager, Kotak Mahindra Bank Ltd.
                     7. Mr. Haralambos Tsiattalou, Partner, Stokoe Partnership Solicitors.

**Charges :-**  About leaking of the bank statement of account Number2511468461 of Kotak Mahindra Bank Branch JMD, Regent Square, Gurugram of the complainant company Cyber Root Risk Advisory Pvt Ltd. to the third party.

**Summary of the investigation :-** Sir, the investigation of the said complaint was done by me, the sub inspector. During the investigation, the alleged bank Kotak Mahindra bank branch of JMD Regent Square, Gurugram was included in the investigation by issuing a notice to them and the accused Mr. Pappu Kumar, Mr. Deepak Kumar and one more person Onkar Nath Tripathi were included in the investigation and their statements were recorded and are attached herewith. On behalf of the accused Kotak Mahindra Bank, Mr. Ashutosh Dhyani, the Branch Manager, JMD Regent Square, Gurugram appeared and presented the answers to the questions. While going through this, it was found that one Farhad Azima, an Iranian aviation executive has filed a petition against Cyber Root Risk Advisory Pvt. Ltd. And others in the District Court for the Middle District of North Carolina, United States, for hacking and publishing his personal details. A hefty sum of money was transferred to the complainant company Cyber Root Risk Advisory Pvt Ltd by Mr. Del Rosso, CEO of VMS (Vital Management Services Inc.) for hacking into the details of Farhad Azima about which a law firm Miller and Chevalier had asked for the bank statement of the complainant company Cyber Root for the details of illegal hacking payment. The bank refused to issue the bank statement/personal information at the request of a third party. When the complainant company informed Kotak Mahindra Bank branch JMD Regent Square, Gurugram about leaking of its bank statement from 01.04.2016 to 01.07.2020, the bank made an internal inquiry. In the inquiry, it was found that the bank statement was generated on 30.06.2020 and 01.07.2020 by Mr. Deepak Kumar, the employee of Kotak Mahindra Bank, at Netaji Subhash Place, New Delhi branch, at the request of Mr. Pappu Kumar, an employee of Kotak Mahindra Bank, at Netaji Subhash Place, New Delhi branch and it was given to him. Who had given this statement to a person called Onkar Nath Tripathi. The bank inquiry found that no other official or officer of the bank was involved in this. Those who leaked the bank statement, Mr. Pappu Kumar was terminated on 24.03.2021 and Mr. Deepak Kumar was terminated on 25.03.2021 according to the bank's regulations.

In the investigation of the complaint, it was found that the bank statement was accessed and leaked by the bank employee Mr. Deepak Kumar, who was posted at Kotak Mahindra Bank's branch at A-3/14 Paschim Vihar, Delhi and Mr. Pappu Kumar who was posted at Kotak Mahindra Bank's branch at A-3/14 Paschim Vihar, Delhi. Since on investigation, it was found that the case

belongs to Delhi s region, the complaint is recommended to be sent to DCP, North West, Delhi for further action and investigation. The report is presented herewith.

Attachment :- Original complaint with investigation report documents ({Page 01 to  )

Signature [Illegible]
(SI Umesh Kumar)
EOW-II, Gurugram
Date:- 06.10.2021

Sir,

      The investigation for the above complaint was done by Sub Inspector Umesh Kumar. From the investigation of the complaint, it was found that the bank account of the complainant company, bearing account number 2511468461 was accessed and leaked by bank employee Mr. Deepak Kumar who was posted at Kotak Mahindra Bank's branch at **A-3/14 Paschim Vihar, Delhi** and Mr. Pappu Kumar, who was posted at Kotak Mahindra Bank's branch at **A-3/14 Paschim Vihar, Delhi.** Since, on the investigation the case was found to be of Delhi region , it is recommended that the complaint be sent to concerned DCP, North West, Delhi. The report is presented herewith.

Attachment: Original complaint with the investigation report documents (Page 01 to  )



Assistant Commissioner of Police,
Crime-2, Gurugram.

Signature [Illegible]
(Inspector Bijender Singh)
Incharge
EOW-II, Gurugram
Date – 06.10.2021

Statement of Mr. Deepak Kumar son of Mr. Suryalal, a resident of At & Post Narayanpur Kalan, District Parapgadh, U.P. | Aged 33 years | Mobile Number 8010403680

Stated that I am a resident of the above address and at present I am residing as a tenant at House No 692, Saini Mohalla, Nangloi, Delhi with my wife. I am a graduate. I joined Kotak Mahindra Bank in the year 2014 as Assistant Manager and was posted till 2019, at A-3/14 Paschim Vihar, Delhi branch of the bank and joined the H7 Model Town 3, on promotion as Sales Manager, in the year 2019. In the last week of June 2020, my colleague Pappu Kumar asked me for the bank statement of account number 2511468461 of Netaji Subhash branch, so I sent him the statement of the said account from April 1, 2016 to July 01 2020 from my email ID **Deepak.s.kumar@kotak.com** to his email address **pappu.kumar@kotak.com** in confidence. Later, I came to know that one Mr. Onkar Nath Tripathi had obtained this by fraud and had misused it by handing over it to someone of his acquaintances. In this regard, the bank had dismissed me and Deepak Kumar from the job on 25.03.2021.  As a mistake is committed by me as I was fraudulently used in providing a customer's bank details which were provided to a third party. I may please be pardoned for this. I have already provided you the print out of screen shot of the details sent by Mr. Pappu Kumar to me on Whatsapp. The statement was written, heard and read by me and found to be correct.

*[Handwritten: Pappu Kumar had promised to send the Request form next day. So, believing Pappu Kumar, I had sent the soft copy of the statement after receiving his mail on his email address pappu.kumar@kotak .com.  which was with the bank.*

*Signature [Illegible]*
*13.08.2021*

*Attested*
*Signature [Illegible*

Statement of Mr. Pappu Kumar son of Mr. Ramnandan, a resident of At & Post Tiwari, District Nalanda, Bihar. Aged 42 years. Mobile Number 9711317179

Stated that, I am a resident of the above address and at present I am residing at 305 D, Paschim Vihar, B. G. 6, New Delhi-66 on rent with my wife and kids, on rental basis. I have passed A. B. A. from Bharti Vidyapeeth University, Delhi. I had joined Kotak Mahindra  Bank as an Assistant Manager in the year 2010 and I was working as Assistant Manager from 2010 to 2019 in the A-3/14 Paschim Vihar, Delhi branch. In this branch Mr. Omkar Nath Tripathi, mobile number 9999290352, had opened his and his wife and kids personal account in the said bank. Therefore, I was knowing him well. He used to visit the bank. In July 2019 I was promoted as Sales Manager and transferred to Kotak Bank's Netaji Subhash Place branch. In the last week of June 2020, I received a Whatsapp call from Omkar Nath Tripathi, and he said he wants the bank statement of account number 2511468461 and he sent me the details of the account on Whatsapp and he said that this account belongs to a customer of his friend. So, I asked him for a request letter, to which he promised to make it available later. I asked the service officer to get the bank statement for which he asked for the request letter and in the absence of a request letter, he refused to get the statement. So, I called Mr. Deepak Kumar, Sales Manager at H7 Model Town 3, New Delhi 110009 branch and asked him to get the statement of the said account and sent him the details of the account on WhatsApp and he sent me the bank statement from 01 April 2016 to 01 July 2020 from his email ID [deepak.kumar@kotak.com](mailto:deepak.kumar@kotak.com) to my email address [pappu.kumar@kotak.com](mailto:pappu.kumar@kotak.com)  I took a printout of this statement and gave it to Omkar Nath Tripathi. I came to know later that Omkar Nath Tripathi had fraudulently got the statement issued and misused it. In this regard the bank has dismissed me and Deepak Kumar from the job on 25.03.2021. The mistake I have committed by inadvertently getting the customer's details made available to the third party, for this I may please be pardoned. I have already submitted the printout of Whatsapp chat of Omkar Nath Tripathi and the details of the bank statement asked by him and my chat with Deepak Kumar in which I had asked for the bank statement. The statement was written, heard and read and found it to be correct.
*[HW: I had asked Deepak to send after confirmation from the customer.*



Signature [Illegible]

Attested

**OFFICE OF THE DY. COMMISSIONER OF POLICE, HEAD QUARTER, GURUGRAM, 1st FLOOR, OFFICE OF COMMISSIONER OF POLICE, SOHNA ROAD, GURUGRAM. Ph. No. 0124-2869300.**

No.     /PD-DCP-HQRS   dated /

To

      Dy. Commissioner of Police ,
      North West, Delhi.

Subject:-      Complaint of Chiranshu Ahuja CEO Root Risk Advisory Pvt. Ltd, Emaar Digital Greens, Sec-61, Gurugram.

Memo/

      Enclose please find herewith the original Complaint of Chiranshu Ahuja CEO Root Risk Advisory Pvt. Ltd, Emaar Digital Greens, Sec-61, Gurugram alongwith report of I/C EOW-II, Gurugram for necessary action and direct disposal at your end.

Encls: As above.

                                       O/c   Dy. Commissioner of Police,
                                               Hqrs, Gurugram.

NO 156-P0   dated 13-1-

      A copy is forwarded to The Commissioner of Police, Gurugram w.r.t. his office endst. No. 7449/CP/21/BPT dated 21.06.2021 for information.

                                       O/c   Dy. Commissioner of Police,
                                               Hqrs, Gurugram.





City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**2021.12.07 - ATR by EOW II**" is, to the best of my knowledge and belief, a true and accurate translation from Hindi into English.

_____
Dan McCourt

Sworn to before me this
November 17, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



IN THE COURT OF SH. MANOJ KUMAR RANA, ACJM, GURUGRAM

CYBER ROOT          VS          PAPU KUMAR

COMI 568/21



## ACTION TAKEN REPORT

श्रीमान जी,

       शिकायतकर्ता कम्पनी CYBER ROOT की शिकायत क्रमांक 7449/CP/21/BPT dt. 21.06.2021, Diary No.84-EOW-II dated 29-06-2021 की जांच मुझ उप निरीक्षक द्वारा की गई । जो शिकायत की जांच पर पाया गया कि बैंक कर्मचारी Mr. Deepak Kumar जो कि कोटक महेन्द्रा बैंक की शाखा A-3/14 Paschim Vihar, Delhi व Mr. Pappu Kumar जो कि कोटक महिंद्रा बैंक की शाखा Netaji Subhash Place, New Delhi में तैनात थे के द्वारा कोटक महिंद्रा बैंक की शाखा A-3/14 Paschim Vihar, Delhi में ही शिकायतकर्ता कम्पनी के बैंक खाता नं.2511468461 की बैंक स्टेटमैंट एक्सैस करके लीक की जानी पाई गयी है। जो जांच पर मामला दिल्ली क्षेत्र का पाए जाने पर शिकायत आगामी कार्यवाही हेतू संबंधित DCP, North-West, Delhi को DCP/Hqrs/Gurgaon के कार्यालय के पत्र क्रमांक नं.155/PD-DCP-HQRS दिनांक 13.10.2021 के अनुसार भिजवाई जा चुकी है। जांच रिपोर्ट व पत्र क्रमांक नं.155/PD-DCP-HQRS दिनांक 13.10.2021 की कॉपी अवलोकनार्थ साथ संलग्न है। रिपोर्ट सेवा में पेश है।

उप निरीक्षक उमेश कुमार,<br>
आर्थिक अपराध शाखा—2,<br>
गुरूग्राम।<br>
दिनांक 07.12.2021

**आर्थिक अपराध शाखा-II**



जिला गुरुग्राम

**शिकायत क्रमांक :-** 7449/CP/21/BPT dt 21.06.2021 & diary No. 84-EOW-II Dt 29.06.2021

**शिकायतकर्ता :-** Chiranshu Ahuja CEO Cyber Root Risk Advisory Pvt. Ltd., Emaar Digital Greens, Sec-61, Gurugram.

**आरोपी :-**
1. Mr. Pappu Kumar, ex-employee, Kotak Mahindra Bank Ltd.
2. Mr. Deepak, ex-employee, Kotak Mahindra Bank Ltd.
3. Mr. Ashutosh Dhyani, Branch Manager, Kotak Mahindra Bank Ltd.
4. Mr. Kanhaiya Agarwal, Area Manager, Kotak Mahindra Bank Ltd.
5. Mr. Sumit Gupta, Relationship Manager, Kotak Mahindra Bank Ltd.
6. Regional Manager, Kotak Mahindra Bank Ltd.
7. Mr. Haralambos Tsiattalou, Partner, Stokoe Partnership Solicitors.

**आरोप :-** शिकायतकर्ता कंपनी Cyber Root Risk Advisory Pvt. Ltd. के कोटक महिंद्रा बैंक शाखा JMD Regent Square, Gurugram के खाता न. 2511468461 की बैंक स्टेटमेंट कोटक महिंद्रा बैंक के कर्मचारियों द्वारा थर्ड पार्टी को लीक करने बारे |

**जाँच का सार :-** श्रीमान जी, उपरोक्त शिकायत की जाँच मुझ उ.नि. द्वारा की गयी | जो जाँच के दौरान आरोपित बैंक कोटक महिंद्रा बैंक शाखा JMD Regent Square, Gurugram को नोटिस जारी करके शामिल जाँच किया गया व आरोपित Mr. Pappu Kumar व Mr. Deepak Kumar व एक अन्य व्यक्ति ओंकार नाथ त्रिपाठी को शमिल जाँच करके कथन अंकित किये गए जो साथ संलग्न है | आरोपित कोटक महिंद्रा बैंक की तरफ से श्री आशुतोष ध्यानी ब्रांच मेनेजर, कोटक महिंद्रा बैंक शाखा JMD Regent Square, Gurugram ने शामिल जाँच होकर जवाब पेश किया | जिसके अवलोकन से पाया गया है कि Farhad Azima, an Iranian aviation executive ने शिकायतकर्ता कंपनी Cyber Root Risk Advisory Pvt. Ltd. व अन्य के विरुद्ध उसकी पर्सनल डिटेल्स हैक करके पब्लिश करने बारे एक सिविल सूट District Court for the Middle District of North Carolina, United States में दायर कर रखा था | जो शिकायतकर्ता कंपनी Cyber Root Risk Advisory Pvt. Ltd. को Farhad Azima की डिटेल्स हैक करने बारे एक मोटी रकम उसके बैंक खाता में hacking कराने वाले Del Rosso, CEO of VMS (Vital management Services Inc.) नाम के व्यक्ति द्वारा ट्रान्सफर कराये गए जिस बारे में उनके बैंक से एक Miller & Chevalier नाम की लॉ फर्म ने illegal hacking payment के बारे शिकायतकर्ता कंपनी Cyber Root के बैंक खाता की स्टेटमेंट मांगी लेकिन बैंक ने किसी individual की बैंक स्टेटमेंट / पर्सनल इनफार्मेशन थर्ड पार्टी की request पर देने से मना कर दिया | जो शिकायतकर्ता कंपनी द्वारा उसकी बैंक स्टेटमेंट दिनांक 01.04.2016 से 01.07.2020 लीक होने की सूचना कोटक महिंद्रा बैंक शाखा JMD Regent Square, Gurugram को देने पर बैंक के द्वारा इंटरनल इन्क्वारी की गयी | जिसमे पाया गया कि यह बैंक स्टेटमेंट Mr. Deepak Kumar, employee of the Kotak Mahindra Bank, Branch at Netaji Subhash Place, New delhi ने Mr. Pappu Kumar, employee of Kotak Mahindra Bank, Branch at Netaji Subhash Place, New delhi की request पर यह बैंक स्टेटमेंट दिनांक 30.06.2020 व 01.07.2020 को जनरेट करके उसको दी थी | जिसने यह स्टेटमेंट ओंकार नाथ त्रिपाठी नाम के व्यक्ति को दी थी | बैंक इन्क्वारी पर अन्य किसी बैंक कर्मचारी व अधिकारी की संलिप्ता नहीं पाई गयी है | बैंक स्टेटमेंट लीक करने वाले Mr. Pappu Kumar को दिनांक 24.03.2021 व Mr. Deepak Kumar को दिनांक 25.03.2021 को बैंक नियमानुसार नौकरी से terminate कर दिया है |

जो शिकायत की जाँच से पाया गया है कि बैंक कर्मचारी Mr. Deepak Kumar जो कि कोटक महेन्द्रा बैंक की शाखा **A-3/14 Pashchim Vihar, Delhi** व Mr. Pappu Kumar जोकि कोटक महिंद्रा बैंक की शाखा

Netaji Subhash Place, New delhi में तैनात थे द्वारा कोटक महिंद्रा बैंक की शाखा **A-3/14 Pashchim Vihar, Delhi** में ही शिकायतकर्ता कंपनी के बैंक खाता न० 2511468461 की बैंक स्टेटमेंट एक्सेस करके लीक की जानी पाई गयी है | जो जाँच पर मामला दिल्ली क्षेत्र का पाए जाने पर परिवाद को आगामी कार्यवाही व जाँच के लिए सम्बंधित DCP, North West, Delhi को भिजवाये जाने की सिफारिश की जाती है | रिपोर्ट सेवा में पेश है |

संलग्न :- असल शिकायत मय जाँच रिपोर्ट कागजात ( Page 01 to   )

(SI Umesh Kumar)
EOW-II, Gurugram
Date:- 06.10.2021

श्रीमान जी,

उपरोक्त शिकायत की जाँच उ.नि. उमेश कुमार द्वारा करायी गयी है | जो शिकायत की जाँच से पाया गया है कि बैंक कर्मचारी Mr. Deepak Kumar जो कि कोटक महेन्द्रा बैंक की शाखा **A-3/14 Pashchim Vihar, Delhi** व Mr. Pappu Kumar जोकि कोटक महिंद्रा बैंक की शाखा Netaji Subhash Place, New delhi में तैनात थे द्वारा कोटक महिंद्रा बैंक की शाखा **A-3/14 Pashchim Vihar, Delhi** में ही शिकायतकर्ता कंपनी के बैंक खाता न० 2511468461 की बैंक स्टेटमेंट एक्सेस करके लीक की जानी पाई गयी है | जो जाँच पर मामला दिल्ली क्षेत्र का पाए जाने पर परिवाद को आगामी कार्यवाही व जाँच के लिए सम्बंधित DCP, North West, Delhi को भिजवाये जाने की सिफारिश की जाती है | रिपोर्ट सेवा में पेश है |

संलग्न :- असल शिकायत मय जाँच रिपोर्ट कागजात ( Page 01 to   )

(Insp. Bijender Singh)
Incharge
EOW-II, Gurugram
Date- 06.10.2021

Assistant Commissioner of Police,
Crime-2, Gurugram.



आर्थिक अपराध शाखा—IInd                                                जिला गुरूग्राम।

कथन श्री दीपक कुमार पुत्र श्री सुर्यलाल निवासी गांव व पोस्ट नारायणपुर कलॉ, जिला प्रतापगढ़, यू.पी.। बाउम्र 33 साल। मो.नं. 8010403680

कथन किया कि मैं उपरोक्त पते का रहने वाला हूँ और हाल फिलहाल मकान 692 सैनी मौहल्ला, नांगलोई दिल्ली पर अपनी बीवी के साथ किराये पर रहता हूँ। मैंने ग्रेजुएशन की हुई है। मैंने कोटक महेन्द्रा बैंक वर्ष 2014 मैं बतौर सहायक मैनेजर ज्वाईन किया था और मैं वर्ष 2019 तक इस बैंक की शाखा ए.3/14 पश्चिम विहार, दिल्ली तैनात रहा और वर्ष 2019 में बतौर सेल्स मैनेजर प्रोमोशन पर में एच.7 मॉडल टाउन 3, न्यु दिल्ली में ज्वाईन किया। जून 2020 के अंतिम सप्ताह में मुझे मेरे साथी पप्पू कुमार, जो कि कोटक बैंक की शाखा नेताजी सुभाष पैलेस ब्रांच से कोटक बैंक खाता नं.2511468461 की बैंक स्टेटमैन्ट चाहिए तो मैने विश्वास पर उसे अपनी ईमेल आई.डी.  **deepak.s.kumar@kotak.com**  से  उसकी  ईमेल **pappu.kumar@kotak.com** पर दिनांक 1 अप्रैल 2016 से 01 जुलाई 2020 तक बैंक स्टेटमैन्ट भेजी दी। जो मुझे बाद में पता चला कि औंमकारनाथ तिरपाठी ने इस बैंक स्टेटमैन्ट को धोखे से निकलवाकर बैंक स्टेटमैन्ट अपने किसी जानकार को देकर मिसयूज किया है। जिस संबंध में बैंक ने मुझे व दीपक कुमार को दिनांक 25.03.2021 को नौकरी से डिसमिश कर दिया है। जो किसी कस्टमर की बैंक डिटेल मेरे द्वारा गलत तरीके से थर्ड पार्टी को उपलब्ध कराकर गलती हुई है। माफी दी जावे। मैंने पप्पू कुमार द्वारा वैटसैप पर मुझे भेजी गई बैंक खाता डिटेल का स्क्रीन शॉट का प्रिन्ट आउट की कॉपी आपको पेश की दी है। कथन लिखा दिया सुन लिया पढ लिया जो ठीक है।

पप्पू कुमार जी से request फर्म नेक्स्ट दिन देने के लिये विश्वास दिलाया था तो इन्ह पप्पू कुमार की विश्वास पर मैंने बैंक स्टेटमेन्ट soft copy इनकी मेन्ड्राई पर pappu.kumar@kotak.com पर सेन्ड की थी। जो कि बैंक के पास पर



Kumar
13.08.2021

Attested

कथन श्री पप्पू कुमार पुत्र श्री रामनन्दन सिंह निवासी गांव व पोस्ट टीवरी जिला नालन्दा बिहार। बाउम्र 42 साल। मो.नं. 9711317179

कथन किया कि मैं उपरोक्त पते का रहने वाला हूँ और हाल फिलहाल मकान 305 डी. पश्चिम विहार, बी.जी. 6 न्यु दिल्ली—66 पर अपनी बीवी व बच्चों के साथ किराये पर रहता हूँ। मैंने भारती विद्यापीठ यूनिवर्सिटी दिल्ली से ए.बी.ए. पास हूँ। मैंने कोटक महेन्द्रा बैंक वर्ष 2010 मैं बतौर सहायक मैनेजर ज्वाईन किया था और मैं वर्ष 2010 से 2019 तक इस बैंक की शाखा ए. 3/14 पश्चिम विहार, दिल्ली में बतौर सहायक मैनेजर कार्यरत था। जो इसी शाखा में औमकारनाथ तिरपाठी मो.नं.9999290352 ने अपना व अपनी बीवी बच्चों को पर्सनल बैंक अकाउन्ट खुलवाया हुआ था। जिस कारण से मैं उसे अच्छी तरह से जानता था। वह बैंक मैं आता जाता रहता था। जूलाई 2019 में मेरी बतौर सेल्स मैनेजर प्रोमोशन होने पर मेरा तबादला कोटक बैंक की शाखा नेताजी सुभाष पैलेस ब्रांच में हो गया था। तो जून 2020 के अंतिम सप्ताह में औमकारनाथ तिरपाठी की वैट्सैप कॉल आई की मुझे कोटक बैंक खाता नं.2511468461 की बैंक स्टेटमैन्ट चाहिए व उसने वैट्सैप पर बैंक खाता की डिटेल डाली तथा उसने बतलाया कि यह खाता मेरे फ्रैन्ड के कस्टमर का है तो मैंने उनसे रिक्वैस्ट लैटर मांगा तो उन्होंने बाद में **available** कराने के लिए बोला तो मैंने अपनी बैंक शाखा के शाखा के सर्विस ऑफिसर से बैंक स्टेटमैन्ट निकालने के लिए कहा तो बिना किसी रिक्वैस्ट लैटर के बहाना बनाते हुए उसने बैंक स्टेटमैन्ट निकालने से मना कर दिया तो मैंने एच.7 मॉडल टाउन 3, न्यु दिल्ली 110009 शाखा में नियुक्त ब्रांच सेल्स मैनेजर दीपक कुमार से उक्त खाता की बैंक स्टेटमैन्ट निकालने के लिए फोन किया व वैट्सैप मैसेज पर उसे खाता नम्बर की डिटेल भेजी और उसने मुझे 01 अप्रैल 2016 से 01 जुलाई 2020 तक बैंक स्टेटमैन्ट अपनी ईमेल आई.डी. deepak.s.kumar@kotak.com से मेरी ईमेल pappu.kumar@kotak.com पर भेजी। जिसका प्रिन्ट आउट निकालकर मैंने औंमकारनाथ तिरूपाठि को दे दिया। जो मुझे बाद में पता चला कि औंमकारनाथ ने इस बैंक स्टेटमैन्ट को मुझसे धोखे से निकलवाकर बैंक स्टेटमैन्ट अपनी किसी जानकार को देकर मिसयूज किया है। जिस संबंध में बैंक ने मुझे व दीपक कुमार को दिनांक 25.03.2021 को नौकरी से डिसमिश कर दिया है। जो किसी कस्टमर की बैंक डिटेल मेरे द्वारा गलत तरीके से थर्ड पार्टी को उपलब्ध कराकर गलती हुई है। माफी दी जावे। मेरे को औमकारनाथ तिरपाठी द्वारा वैट्सैप चैट पर भेजी गई बैंक खाता डिटेल व दीपक कुमार को मेरे द्वारा वैट्सैप पर मांगी गई बैंक स्टेटमैंट की चैट प्रिन्ट आउट मैंने आपको पेश कर दी है। कथन लिखा दिया सुन लिया पढ लिया जो ठीक है।

मैंने दीपक से किस कस्टमर से इन्फर्मेशन लेनी है और ओंमनाथ तिरपाठी दे दी.21/

**OFFICE OF THE DY. COMMISSIONER OF POLICE, HEAD QUARTER, GURUGRAM, 1ˢᵗ FLOOR, OFFICE OF COMMISSIONER OF POLICE, SOHNA ROAD, GURUGRAM. Ph. No. 0124-2869300.**

No.     /PD-DCP-HQRS   dated

To

Dy. Commissioner of Police ,
North West, Delhi.

Subject:-     Complaint of Chiranshu Ahuja CEO Root Risk Advisory Pvt. Ltd,
Emaar Digital Greens, Sec-61, Gurugram.

Memo/

Enclose please find herewith the original Complaint of Chiranshu Ahuja CEO Root Risk Advisory Pvt. Ltd, Emaar Digital Greens, Sec-61, Gurugram alongwith report of I/C EOW-II, Gurugram for necessary action and direct disposal at your end.

Encls: As above.

O/c   Dy. Commissioner of Police,
Hqrs, Gurugram. ⠀12-10-21

NO 156-PD  dated 13-1-2011

A copy is forwarded to The Commissioner of Police, Gurugram w.r.t. his office endst. No. 7449/CP/21/BPT dated 21.06.2021 for information.

O/c   Dy. Commissioner of Police,
Hqrs, Gurugram. ⠀12-10-21

