# Exhibit 2

# Filed Under Seal















