UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-UA-JLW

FARHAD AZIMA,

    Plaintiff,

v.

NICHOLAS DEL ROSSO and
VITAL MANAGEMENT
SERVICES, INC.,

    Defendants.

**DECLARATION OF BRANDON S. NEUMAN**

I, **Brandon S. Neuman**, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

1. I am a partner of the law firm Nelson Mullins Riley & Scarborough LLP, 301 Hillsborough St., Suite 1400, Raleigh, North Carolina 27603. I am a member in good standing of the Bars of the State of North Carolina, the State of California, and of this Court. Nelson Mullins Riley & Scarborough LLP is counsel to Defendants Nicholas Del Rosso and Vital Management Services, Inc., in this matter. I submit this declaration in connection with Defendant Nicholas Del Rosso's Reply in Support of Motion for Protective Order filed in the above-captioned matter.

2. I attach hereto as **Exhibit A** a true and correct copy of a February 15, 2023 letter sent by Defendants' counsel to Plaintiff Farhad Azima's

counsel regarding the improper use of restricted information across multiple pending matters.

3. I attach hereto as **Exhibit B** a true and correct copy of Plaintiff Farhad Azima's Rule 26(a)(1) Initial Disclosures, served on Defendants on December 21, 2022.

4. I attach hereto as **Exhibit C** a true and correct copies transcript excerpts from the deposition of Nicholas Del Rosso, which took place on February 13th and 14th, 2023.

5. I attach hereto as **Exhibit D** a true and correct copy of a February 13, 2023 letter that Defendants' counsel received from Allen & Overy LLP, a law firm representing RAK Development LLC and the Investment and Development Office of the Government of Ras Al Khaimah ("RAK").

6. I am over the age of eighteen years of age and competent to testify as to the matters set forth in this Declaration.

7. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on February 24, 2023 in Raleigh, North Carolina.

*/s/ Brandon S. Neuman*
Brandon S. Neuman

Respectfully submitted, this the 24th day of February, 2023.

                        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                        By: */s/ Brandon S. Neuman*
                            Brandon S. Neuman, NCSB# 33590
                            Jeffrey M. Kelly, NCSB# 47269
                            John E. Branch III, NCSB# 32598
                            Nathaniel Pencook, NCSB# 52339
                            Sam A. Rosenthal
                            301 Hillsborough Street, Suite 1400
                            Raleigh, North Carolina 27603
                            Telephone: (919) 329-3800
                            Facsimile: (919) 329-3799
                            brandon.neuman@nelsonmullins.com
                            jeff.kelly@nelsonmullins.com
                            john.branch@nelsonmullins.com
                            nate.pencook@nelsonmullins.com
                            sam.rosenthal@nelsonmullins.com
                            *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan D. Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
jonathon.townsend@wbd-us.com
chris.jones@wbd-us.com
ripley.rand@wbd-us.com

Ian A. Herbert
Joseph Rillotta
Kirby D. Behre
Timothy O'Toole
Cody Marden
Calvin Lee
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, D.C. 20006
iherbert@milchev.com
jrillotta@milchev.com
kbehre@milchev.com
totoole@milchev.com
cmarden@milchev.com
clee@milchev.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Brandon S. Neuman*
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
John E. Branch III, NCSB# 32598
Nathaniel J. Pencook, NCSB# 52339
Sam A. Rosenthal
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
john.branch@nelsonmullins.com
nate.pencook@nelsonmullins.com
sam.rosenthal@nelsonmullins.com
*Counsel for Defendants*