# EXHIBIT D

Allen & Overy letter dated 2-13-23 to Neuman

