# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## Case No. 20-CV-954-WO-JLW

FARHAD AZIMA,

   Plaintiff,

v.

NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,

   Defendants.

**NOTICE ON PROPOSED SEALING OF DOCUMENTS (ECF NOS. 105, 107, 108)**

Pursuant to the Court's Order of February 22, 2023, denying the Motion of Plaintiff Farhad Azima to Seal (ECF No. 108) Plaintiff's Response to Defendants' Motion for Protective Order (ECF No. 105) and certain exhibits thereto (ECF No. 107), Plaintiff provides the following notice to the Court. On February 27, 2023, counsel for Plaintiff and counsel for Defendants met and conferred via email about the effect of the Court's Order denying Plaintiff's Motion to Seal. As a result of that meet and confer, Plaintiff does not propose any redactions to the Response and exhibits as filed.

1

This, the 28th day of February, 2023.

>WOMBLE BOND DICKINSON (US) LLP
>
>*/s/ Ripley Rand*
>Ripley Rand
>North Carolina State Bar No. 22275
>Christopher W. Jones
>North Carolina State Bar No. 27265
>Jonathon Townsend
>North Carolina State Bar No. 51751
>555 Fayetteville Street, Suite 1100
>Raleigh, North Carolina 27601
>Phone: 919-755-2100
>Fax: 919-755-2150
>Email:  ripley.rand@wbd-us.com
>        chris.jones@wbd-us.com
>        jonathon.townsend@wbd-us.com
>
>-and-
>
>MILLER & CHEVALIER CHARTERED
>
>Kirby D. Behre (*pro hac vice*)
>Timothy P. O'Toole (*pro hac vice*)
>Brian A. Hill (*pro hac vice*)
>Joseph Rillotta (*pro hac vice*)
>Ian Herbert (*pro hac vice*)
>Calvin Lee (*pro hac vice*)
>Cody Marden (*pro hac vice*)
>900 16th Street, NW
>Washington, D.C. 20006
>Telephone: (202) 626-5800
>Fax: (202) 626-5801
>Email: kbehre@milchev.com
>
>*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS DEL ROSSO and <br> VITAL MANAGEMENT <br> SERVICES, INC., <br><br> Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

Brandon S. Neuman, Esq.
John Branch, III, Esq.
Jeffrey M. Kelly, Esq.
Nathaniel J. Pencook, Esq.
NELSON MULLINS RILEY & SCARBOROUGH, LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
john.branch@nelsonmullins.com
Tel.: 919.329.3800
Fax.: 919.329.3799

3

Samuel Rosenthal
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

John Charles Quinn
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Ste. 63rd Floor
New York, NY 10118
Email: jquinn@kaplanhecker.com
Tel.: 212-763-0883
Fax.: 212-564-0883

Kearns Davis
Daniel D. Adams
Brooks Pierce McLendon Humphrey & Leonard LLP
PO Box 26000
Greensboro, NC 27420-6000
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com
Tel.:336-373-8850
Fax.: 336-378-1001

*Counsel for Dechert LLP*

Walter C. Holton, Jr.
Holton Law Firm, PLLC
857 West Fifth Street
Winston-Salem, NC 27101
Email: wholton@walterholton.com
Tel.: 336-777-3480
Fax: 336-722-3478

*Counsel for Christopher Swecker and Christopher Swecker Enters. LLC*

4

This, the 28th day of February, 2023.

                                              **WOMBLE BOND DICKINSON (US) LLP**

                                              /s/ *Ripley Rand*
                                              Ripley Rand
                                              North Carolina State Bar No. 22275
                                              555 Fayetteville Street, Suite 1100
                                              Raleigh, NC 27601
                                              Telephone:  (919) 755-8125
                                              Facsimile:   (919) 755-6752
                                              Email:      ripley.rand@wbd-us.com

                                              *Counsel for Plaintiff*