# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　　　Defendants. | CASE NO. 1:20-cv-00954-WO-JLW |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Shanahan Law Group, PLLC ("SLG") filed its Motion to Quash Plaintiff Farhad Azima's ("Plaintiff") [revised] Subpoena to First National Bank of Pennsylvania [D.E. 133] with its Memorandum of Law in Support of SLG's Motion to Quash [D.E. 134] on January 30, 2023. SLG hereby submits Plaintiff's revised Subpoena to First National Bank, attached hereto as Exhibit A and incorporated herein by reference, for completeness of the Court's docket.

Respectfully submitted, this the 7th day of March, 2023.

　　　　　　　　　　　　　　　　**SHANAHAN LAW GROUP, PLLC**

　　　　　　　　By:　*/s/ Kieran J. Shanahan*
　　　　　　　　　　　Kieran J. Shanahan, NCSB# 13329
　　　　　　　　　　　128 E. Hargett Street, Suite 300
　　　　　　　　　　　Raleigh, North Carolina 27601
　　　　　　　　　　　Telephone: (919) 856-9494
　　　　　　　　　　　kieran@shanahanlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2023, I electronically filed the foregoing **Notice of Filing** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan D. Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
jonathan.townsend@wbd-us.com
chris.jones@wbd-us.com
ripley.rand@wbd-us.com

Calvin Lee
Ian Herbert
Kirby D. Behre
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
clee@milchev.com
iherbert@milchev.com
kbehre@milchv.com

Brandon S. Neuman
John E. Branch III
Jeffrey M. Kelly
Nathaniel J. Pencook
Nelson Mullins Riley & Scarborough, LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
brandon.neuman@nelsonmullins.com
john.branch@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com

                                            **SHANAHAN LAW GROUP, PLLC**

By:    */s/ Kieran J. Shanahan*
       Kieran J. Shanahan, NCSB# 13329
       128 E. Hargett Street, Suite 300
       Raleigh, North Carolina 27601
       Telephone: (919) 856-9494
       kieran@shanahanlawgroup.com

2

Case 1:20-cv-00954-WO-JLW   Document 192   Filed 03/07/23   Page 2 of 2