# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## Case No. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>   Plaintiff,<br><br>   v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>   Defendants. | **PLAINTIFF'S MOTION TO SEAL** |

Plaintiff Farhad Azima respectfully moves this Court to file under seal the document currently filed as ECF No. 201-1, which is Exhibit 1 to Plaintiff's Response in Opposition to the Motion to Quash filed by Defendants as to the subpoena issued to First Citizens Bank (ECF No. 196). The grounds for this motion are set forth in the memorandum in support of the motion filed contemporaneously herewith. To the extent the Court determines that this document or any portion of it should not be sealed, Plaintiff requests a reasonable time in which to Plaintiff or Defendants may attempt to redact any portion of this document that may be appropriately redacted.

Attached hereto is a corrected version of the Exhibit to Plaintiff's Response in Opposition to the Motion to Quash.

This, the 17th day of April, 2023.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina Bar No. 22275
Christopher W. Jones
North Carolina Bar No. 27625
Jonathon Townsend
North Carolina State Bar No. 51751
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: 919-755-2100
Fax: 919-755-2150
Email:   ripley.rand@wbd-us.com
         chris.jones@wbd-us.com
         jonathon.townsend@wbd-us.com


**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Brian A. Hill (*pro hac vice*)
Joseph Rillotta (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C.  20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>   Plaintiff,<br><br>   v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT<br>SERVICES, INC.,<br><br>   Defendants. | **CERTIFICATE OF SERVICE** |

   I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

   Brandon S. Neuman, Esq.
   John Branch, III, Esq.
   Jeffrey M. Kelly, Esq.
   Nathaniel J. Pencook, Esq.
   NELSON MULLINS RILEY & SCARBOROUGH, LLP
   301 Hillsborough Street, Suite 1400
   Raleigh, NC 27603
   brandon.neuman@nelsonmullins.com
   jeff.kelly@nelsonmullins.com
   nate.pencook@nelsonmullins.com
   john.branch@nelsonmullins.com
   Tel.: 919.329.3800
   Fax.: 919.329.3799

Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

This, the 17th day of April, 2023.

                                  **WOMBLE BOND DICKINSON (US) LLP**

                                  /s/ *Ripley Rand*
                                  Ripley Rand
                                  North Carolina State Bar No. 22275
                                  555 Fayetteville Street, Suite 1100
                                  Raleigh, NC 27601
                                  Telephone:   (919) 755-8125
                                  Facsimile:   (919) 755-6752
                                  Email:        ripley.rand@wbd-us.com

                                  *Counsel for Plaintiff*