# EXHIBIT R

(April 19, 2023 Caldaro and Lee email exchange)

# Azima v. Del Rosso: Subpoena File No. 21623-1

**Caldaro, Kristen** <Kristen.Caldaro@firstcitizens.com>
Wed 4/19/2023 8:24 PM

To: clee@milchev.com <clee@milchev.com>

Cc: sbarney@milchev.com <sbarney@milchev.com>;John Branch <john.branch@nelsonmullins.com>;Brandon Neuman <brandon.neuman@nelsonmullins.com>

◄External Email► - From: Kristen.Caldaro@firstcitizens.com

Good evening Mr. Lee,

Your below email was forwarded to the Legal Department for further assistance. In reviewing the docket, it appears the courts have not ruled on the Motion to Quash for the 2nd Subpoena; however, if that information is incorrect or the parties have reached an agreement, please let us know and we will handle accordingly.

Thanks,

**Kristen Caldaro** | Litigation Paralegal
Legal Department | First Citizens Bank
FCB Mail Code: FCC-22 | 4300 Six Forks Road | Raleigh, NC 27609

919.716.8034 phone
919.716.7518 fax



---

**From:** Lee, Calvin <clee@milchev.com>
**Sent:** Wednesday, April 19, 2023 4:50 PM
**To:** Best, Courtney <courtney.best@firstcitizens.com>
**Cc:** Barney, Sarah <sbarney@milchev.com>
**Subject:** [EXTERNAL] Azima v. Del Rosso: Subpoena File No. 21623-1

NOTICE: External Sender. Please exercise caution when opening attachments or clicking links.

Ms. Best,

We represent the plaintiff in the above captioned matter, Farhad Azima, in regards to a third party subpoena we issued First Citizens on March 23 which was due April 7. We just spoke with your colleague Whitney who informed us that First Citizens is withholding production due to Defendants' pending motion to quash the subpoena for the Vital Management Services bank records.

First Citizens has filed neither objections, nor its own motion to quash. Defendants' pending motion to quash does not alone alleviate the bank's independent production obligations under the Federal Rules and our subpoena really only asks for standard account records that should be readily obtainable.

I've attached our response filed on Monday in opposition to the motion to quash. We look forward to speaking later this week to discuss the production.

Sincerely,

Calvin

### CALVIN LEE

Senior Associate | he/him/his | Miller & Chevalier Chartered
900 16th Street NW | Black Lives Matter Plaza | Washington, DC 20006
clee@milchev.com | 202.626.5981 | millerchevalier.com

*\*\*\**

This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

This electronic mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail. Visit us online at www.firstcitizens.com or call 1-888-FC DIRECT (1-888-323-4732). First Citizens Bank. Forever First®. Member FDIC.
-------------------------------------------------------------------------------------------------