# EXHIBIT 1
# (Redacted)

1        A.    No.  To the best of my knowledge, no.
2        Q.    Are you a licensed private
3    investigator?
4        A.    No.
5        Q.    Is VMS licensed?
6        A.    No.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

135

1   █████████████████████████████████
2  █████████████████████████████████
3  █████████████████████████████████
4           MR. NEUMAN:  Objection to scope.
5      Vague and ambiguous.  Overly broad.
6  █████████████████████████████████
7  █████████████████████████████████
8  █████████████████████████████████
9  █████████████████████████████████
10 BY MR. BEHRE:
11 █████████████████████████████████
12 █████████████████████████████████
13 █████████████████████████████████
14 █████████████████████████████████
15 █████████████████████████████████
16 █████████████████████████████████
17 █████████████████████████████████
18 █████████████████████████████████
19 █████████████████████████████████
20 █████████████████████████████████
21 █████████████████████████████████
22 █████████████████████████████████
23 █████████████████████████████████
24 █████████████████████████████████
25 █████████████████████████████████