# EXHIBIT H

(Excerpts from transcript of Del Rosso deposition - redacted)

```
1                  MR. NEUMAN:  Objection to form.  Lacks
2          foundation.  Scope.
3                  THE WITNESS:  I'm not aware of other
4          evidence or discussions that were going on in
5          that trial.
6                  I mean, what I was asked, I answered.
7    BY MR. BEHRE:
8          Q.    What about Paul Robinson?  When is the
9    last time you spoke with him?
10                 MR. NEUMAN:  Objection.  Scope.
11                 THE WITNESS:  I can't remember.  2020,
12         maybe.
13   BY MR. BEHRE:
14         Q.    And how do you know him?
15                 MR. NEUMAN:  Same objection.
16                 THE WITNESS:  He was a consultant that
17         I called on from time to time.
18   BY MR. BEHRE:
19         Q.    He was a consultant to you?
20         A.    A consultant to many people I used,
21   along did others.  As did others.
22   ███████████████████████████████████████████████
23   ███████████████████████████████████████████████
24                 MR. NEUMAN:  Objection to form.  Vague
25         and ambiguous.
```

50

```
1                THE WITNESS:  Project Nariman.
2                COURT REPORTER:  Say it again, please.
3                THE WITNESS:  Nariman, N-A-R-I-M-A-N.
4                COURT REPORTER:  Thank you.
5     BY MR. BEHRE:
6     [REDACTED]
7     [REDACTED]
8                MR. NEUMAN:  Objection.  I'm going to
9     object on the basis that it calls for
10    information protected by the attorney-client
11    privilege and instruct him not to answer.
12               MR. BEHRE:  I'm simply asking what the
13    mean -- name means to him.
14               MR. NEUMAN:  To extent that the name
15    has meaning associated with work that Dechert
16    was doing for RAK, then that would be
17    privileged, and I'm instructing him not to
18    answer.
19               MR. BEHRE:  In theory, it would be.
20    Are you representing that's the case?
21               MR. NEUMAN:  I'm rep- -- I'm
22    representing that to the extent it was part
23    of Dechert's representation of RAK, it's not
24    our privilege to waive.  RAK holds that
25    privilege.
```

                                                               51

1    A.   (Indiscernible due to overtalking.)

2         MR. NEUMAN:  Same objection.

3         COURT REPORTER:  Hold on.

4         MR. BEHRE:  You have to let the

5    witness answer now.

6         MR. NEUMAN:  I'm objecting before he

7    answers.

8         MR. BEHRE:  Come on.

9         THE WITNESS:  Okay.  Sorry.

10        MR. BEHRE:  (Indiscernible due to

11   overtalking.)

12        MR. NEUMAN:  Objecting on the basis of

13   form.

14        You can answer.

15        THE WITNESS:  Am I --

16        MR. NEUMAN:  Just wait until I have an

17   opportunity to object.

18        THE WITNESS:  Okay.  Am I answering

19   this question?

20        MR. NEUMAN:  Yes.

21        THE WITNESS:  Project Concord?

22        MR. BEHRE:  Yes.

23        THE WITNESS:  It's unrelated to that,

24   the engagement with Dechert.

25

59

```
1   BY MR. BEHRE:
2        Q.    Okay.  Project Endeavor, are you
3   familiar with that project?
4              MR. NEUMAN:  Objection.  Scope.
5              THE WITNESS:  Again, unrelated to my
6        engagement with Dechert.
7   BY MR. BEHRE:
8   ████████████████████████████████████████████
9   ████████████████████████████████████████████
10             MR. NEUMAN:  Objection to form.  Lacks
11       foundation.  Scope.
12             THE WITNESS:  I really don't know.
13  BY MR. BEHRE:
14  ████████████████████████████████████████████
15  ████████████████████████████████████████████
16  ████████████████████████████████████████████
17  ████████████████████████████████████████████
18  ████████████████████████████████████████████
19  ████████████████████████████████████████████
20  ████████████████████████████████████████████
21       Q.    But you've just testified it doesn't
22  involve your work for Dechert; correct?
23       A.    It does not.
24  ████████████████████████████████████████████
25             MR. NEUMAN:  Objection.  Scope.
```

60

1  CyberRoot?
2       A.    Well, I imagine so because that's the
3  one that I used.
4       Q.    What about Wickr?  Have you ever used
5  Wickr, W-I-C-K-R?
6       A.    A couple of years ago.  It's an awful
7  app.
8       Q.    How many years ago?
9       A.    Sort of around 2012, that sort of time
10 period.
11      Q.    What about Silent Circle?  Have you
12 ever used that?
13      A.    I have, yeah.
14      Q.    Did you use that with CyberRoot?
15      A.    I don't know.  I don't remember.
16      Q.    And what about good old-fashioned
17 e-mail?  Did you ever communicate with CyberRoot on
18 e-mail?
19      A.    No.
20      Q.    Why did you find it necessary to use
21 Signal and not e-mail?
22      A.    First of all, calls between us are
23 free, and it seemed like the most secure option to
24 communicate.
25 ███████████████████████████████████████████████████

125

```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ████████████████████████████████████████
 4  ████████████████████████████████████████
 5          MR. NEUMAN:  Objection on the basis
 6  that it would call for information protected
 7  by attorney-client privilege.
 8          Instruct you not to answer on that
 9  basis.
10  BY MR. BEHRE:
11  ████████████████████████████████████████
12  ████████████████████████████████████████
13      A.    I say --
14          MR. NEUMAN:  Other than what was
15  comm- -- what was on behalf of Dechert in its
16  representation of RAK.
17  ████████████████████████████████████████
18  ████████████████████████████████████████
19  ████████████████████████████████████████
20  ████████████████████████████████████████
21  ████████████████████████████████████████
22  ████████████████████████████████████████
23  ████████████████████████████████████████
24  ████████████████████████████████████████
25  ████████████████████████████████████████
```

126

```
 1   BY MR. BEHRE:
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13              MR. NEUMAN:  Objection.  Same
14       objection.
15              Instruct you not to answer.
16   BY MR. BEHRE:
17
18
19
20       A.    You'll have to go back over that
21   question.
22
23
24
25
```

140

1  THE WITNESS: I don't remember
2  the -- this conversation, but it looks to me
3  like it's telling him not to cover anything up.
4  BY ATTORNEY BEHRE:
5  Q. Do you see further down the entry that reads,
6  and I quote:
7  "From my end, other than two
8  matters involving cyber security
9  review/monitoring, including the
10 current one, I see the rest of the
11 invoices are billed against ORM.
12 Some of those go back to when Craig
13 worked with you," end quote.
14 Do you see that?
15 A. I do.
16 Q. What is project ORM?
17 ATTORNEY NEUMAN: Same objection
18 regarding authenticity.
19 THE WITNESS: Well, I'm not sure there
20 is a project ORM. It just means online
21 reputation management.
22 BY ATTORNEY BEHRE:
23 Q. So that's an abbreviation for online reputation
24 management?
25 A. Yes.

306

1
2
3
4
5
6
7
8
9
10
11
12
13
14

15  Q.   So why is it that with regard to your
16       relationship with Aditya Jain you're unable to
17       remember even the big picture circumstances of
18       that relationship?
19            ATTORNEY NEUMAN:  Objection.  Form.
20       Argumentative.
21            THE WITNESS:  I think it would be with
22       any -- I don't know that you're asking me big
23       picture stuff, detail.  I have an impaired
24       memory.  You know, I have trouble remembering
25       stuff.

307