**Sarah Strickland**

| | |
|---|---|
| **From:** | Kieran Shanahan |
| **Sent:** | Tuesday, April 11, 2023 5:31 PM |
| **To:** | ripley.rand@wbd-us.com |
| **Cc:** | Sarah Strickland; Rillotta, Joseph |
| **Subject:** | Azima v. VMS: Motion to Quash Subpoenas to Craig Evers |

Ripley,

As you may have seen, we just filed a Motion to Quash Subpoenas on behalf of our client, Craig Evers, with a supporting Declaration and Memo. While we do plan to timely respond in writing to Plaintiff's Subpoena for request of documents, it is not our intention to produce our client for his deposition (currently scheduled for April 18, 2023) until the Court rules on our Motion.

Sincerely,

**Kieran Shanahan** | Principal



128 E. Hargett Street | Suite 300
Raleigh, NC 27601

**Phone**: (919) 264-7515
**Email**: kieran@shanahanlawgroup.com

Please see the IRS Circular 230 Notice and the Confidentiality Notice below before reading this email.
PRIVILEGED AND CONFIDENTIAL: This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.

**EXHIBIT 3**