UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>      Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT SERVICES,<br>INC.,<br><br>      Defendants. | **NOTICE OF FILING REGARDING THE DEPOSITION OF DEFENDANT VITAL MANAGEMENT SERVICES, INC.** |

Defendants Nicholas Del Rosso and Vital Management Services, Inc. ("VMS") (collectively, "Defendants") hereby provide notice to the Court of Plaintiff Farhad Azima's ("Plaintiff") Second Amended Notice of Rule 30(b)(6) Deposition of VMS, rescheduling VMS's deposition from May 17, 2023 to June 8, 2023. *See* **Ex. A** (the "Second Amended Notice").

Defendants provide this notice because they have two motions pending before the Court regarding VMS's deposition—a Motion to Stay (D.E. 205) and a Motion for Protective Order (D.E. 216) (together, the "Motions")—where they request, *inter alia*, expedited and interim relief prior to May 17, 2023 that VMS's deposition be postponed.

Further, the time has not yet expired for Defendants to file reply briefs in support of the Motions. Accordingly, Defendants will address any

arguments to the Second Amended Notice in their reply briefs in support of the Motions.

Respectfully submitted, this the 15th day of May, 2023.

        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

        By: *Brandon S. Neuman*
        Brandon S. Neuman, NCSB# 33590
        Jeffrey M. Kelly, NCSB# 47269
        John E. Branch III, NCSB# 32598
        Nathaniel Pencook, NCSB# 52339
        Sam A. Rosenthal
        301 Hillsborough Street, Suite 1400
        Raleigh, North Carolina 27603
        Telephone: (919) 329-3800
        Facsimile: (919) 329-3799
        brandon.neuman@nelsonmullins.com
        jeff.kelly@nelsonmullins.com
        john.branch@nelsonmullins.com
        nate.pencook@nelsonmullins.com
        sam.rosenthal@nelsonmullins.com
        *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan D. Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
jonathon.townsend@wbd-us.com
chris.jones@wbd-us.com
ripley.rand@wbd-us.com

Ian A. Herbert
Joseph Rillotta
Kirby D. Behre
Timothy O'Toole
Cody Marden
Calvin Lee
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, D.C. 20006
iherbert@milchev.com
jrillotta@milchev.com
kbehre@milchev.com
totoole@milchev.com
cmarden@milchev.com
clee@milchev.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: *Brandon S. Neuman*
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
John E. Branch III, NCSB# 32598
Nathaniel J. Pencook, NCSB# 52339
Sam A. Rosenthal (*special appearance*)
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
john.branch@nelsonmullins.com
nate.pencook@nelsonmullins.com
sam.rosenthal@nelsonmullins.com
*Counsel for Defendants*