# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## Case No. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　Defendants. | **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.3(d)** |

With respect to Plaintiff's Opposition to Non-Party First Citizens Bank & Trust Co.'s Motion for Protective Order [ECF Doc. 236], I hereby certify that the body of the response brief, excluding the caption and signature lines, is less than 6,250 words as permitted by Local Rule 7.3(d).

This, the 5th day of June, 2023.

**MILLER & CHEVALIER CHARTERED**

*/s/ Kirby D. Behre*

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren E. Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

1

> totoole@milchev.com
> lbriggerman@milchev.com
> iherbert@milchev.com
> clee@milchev.com
> cmarden@milchev.com

**FITZGERALD HANNA & SULLIVAN**

/s/ *Douglas W. Hanna*
Douglas W. Hanna, NCSB #18225
3737 Glenwood Avenue, Suite 375
Raleigh, NC 27612
Telephone: (919) 863-9091
Email: dhanna@fhslitigation.com
*L.R. 83.1(d) Counsel for Plaintiff*