UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>Defendants. | **PLAINTIFF'S OPPOSITION TO THE MOTIONS OF DECHERT LLP FOR LEAVE TO FILE MOTIONS TO QUASH SUBPOENA SERVED ON HSBC BANK USA, N.A.**<br>**[ECF NOS. 238 AND 239]** |

Dechert LLP ("Dechert") once again seeks to obstruct discovery in this case by filing two baseless motions to quash a single third-party subpoena\* for relevant bank records (the "HSBC Subpoena"). *See* ECF Nos. 238, 239. Dechert concedes that "some discovery in response to the HSBC Subpoena may become appropriate," Mot. at 3 (ECF No. 238), yet it takes the heavy-handed approach to thwart the production of *all* documents from HSBC. Dechert's efforts are belied by the fact that the subpoena recipient itself, HSBC, has not objected to the documents Plaintiff seeks on any grounds and has agreed to produce documents forthwith. Clearly, HSBC recognizes that it possesses relevant documents, and that producing them

---

\* There is only one HSBC Subpoena. In fact, HSBC requested that Plaintiff revise the subpoena issued to it to include more information to assist the bank in identifying relevant transactions for production. Plaintiff then served an amended subpoena in place of the original one.

1

would not be overly burdensome or disproportionate to the needs of the case as Dechert argues. *Id.*

Fact discovery ends in less than two weeks, and Plaintiff cannot simply sit back and wait to serve discovery while the clock winds down. Defendants and their co-conspirator, Dechert, have engaged in a concerted effort to block *all* documents from Plaintiff that would shed light on their criminal conduct to hack and steal Plaintiff's trade secrets, including by failing to produce *any* of their own documents responsive to Plaintiff's requests, *see* ECF No. 148 at 2, and by seeking to prevent other third-party subpoena respondents from turning over relevant discovery. Dechert cannot use the discovery disputes currently before this Court as an excuse to prevent third parties from upholding their independent subpoena obligations, as HSBC is in the process of doing here.

Finally, Dechert's argument that the attorney-client privilege shields HSBC banking records is frivolous and without merit. Plaintiff does not seek attorney-client communications; Plaintiff seeks financial records prepared by a bank. These records are not privileged as to HSBC, nor do they implicate any privileged information held by Dechert. Fourth Circuit courts have repeatedly ruled that the privilege does not extend to the bank records sought here. *See Lesh v. United States*, 715 F. Supp. 1333, 1335 (E.D. Va. 1989) ("The fact that bank records derive from transactions involving an attorney's client trust

account does not cloak those records with any special protection. To hold otherwise would give individuals the opportunity to use the attorney-client privilege for the impermissible purpose of masking fraud.") (citation omitted); *RBC Bank (USA) v. Epps*, No. 4:11–cv–0124, 2012 WL 486626, at *2 (D.S.C. Feb. 14, 2012) (denying defendant attorney's motion to quash production of attorney banking records); *see also SAS Inst. Inc. v. Akin Gump Strauss Hauer & Feld, LLP*, No. 5:10-CV-101, 2011 WL 6370482, at *6 (E.D.N.C. Dec. 20, 2011) ("As a general matter, the attorney-client privilege does not extend to billing records and expense reports.") (cleaned up).

Dechert's requests to file motions to quash are yet more thinly veiled attempts to impede discovery that Dechert admits may be relevant, to pressure third parties into refusing to comply with their subpoena obligations, and to waste limited judicial resources. Accordingly, this Court should deny Dechert's leave to file motions to quash the HSBC Subpoena.

This, the 22nd day of June, 2023.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina State Bar No. 22275
Christopher W. Jones
North Carolina State Bar No. 27265
555 Fayetteville Street, Suite 1100
Raleigh, N.C. 27601
Phone: (919) 755-2100
Fax: (919) 755-2150
Email:  ripley.rand@wbd-us.com
            chris.jones@wbd-us.com

-and-

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren E. Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C.  20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email:  kbehre@milchev.com
            totoole@milchev.com
            lbriggerman@milchev.com
            iherbert@milchev.com
            clee@milchev.com
            cmarden@milchev.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT SERVICES, INC.,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

Brandon S. Neuman, Esq.
John Branch, III, Esq.
Jeffrey M. Kelly, Esq.
Nathaniel J. Pencook, Esq.
NELSON MULLINS RILEY & SCARBOROUGH, LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
john.branch@nelsonmullins.com
Tel.: (919) 329-3800
Fax.: (919) 329-3799

Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Email: sam.rosenthal@nelsonmullins.com
Tel.: (202) 689-2951
Fax: (202) 689-2860

*Counsel for Defendants*

John Charles Quinn, Esq.
Kaplan Hecker & Fink LLP
350 Fifth Avenue
Ste. 63rd Floor
New York, NY 10118
Email: jquinn@kaplanhecker.com
Tel.: (212) 763-0883
Fax.: (212) 564-0883

Kearns Davis, Esq.
Daniel D. Adams, Esq.
Brooks Pierce McLendon Humphrey & Leonard LLP
PO Box 26000
Greensboro, NC 27420-6000
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com
Tel.: (336) 373-8850
Fax.: (336) 378-1001

*Counsel for Dechert LLP*

This, the 22nd day of June, 2023.

                **WOMBLE BOND DICKINSON (US) LLP**

                /s/ *Ripley Rand*
                Ripley Rand
                North Carolina State Bar No. 22275
                555 Fayetteville Street, Suite 1100
                Raleigh, NC 27601
                Telephone:  (919) 755-8125
                Facsimile:  (919) 755-6752
                Email:    ripley.rand@wbd-us.com

                *Counsel for Plaintiff*