UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>  Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>  Defendants. | **PLAINTIFF'S SUGGESTION OF SUBSEQENTLY DECIDED AUTHORITY PURSUANT TO LOCAL RULE 7.3** |

Pursuant to Local Rule 7.3(i), Plaintiff submits the following recently issued Order of the United States District Court for the Eastern District of North Carolina ("E.D.N.C. Court") that is relevant to the issues presented in numerous outstanding discovery motions.

On June 27, 2023, the E.D.N.C. Court denied a motion to quash a subpoena that Plaintiff had issued to a third-party bank for financial records in this litigation.* The Court ruled that Defendants in this litigation, as the account holders, have no standing to challenge a third-party subpoena for their bank records. *See* Ex. A, Order, *Azima v. Del Rosso*, 5:23-MC-00016-BO (E.D.N.C. Jun. 27, 2023), ECF No. 10 ("E.D.N.C. Order").

---

* The District Court for the Eastern District of North Carolina (instead of this Court) decided the motion because under Rule 45 the situs for compliance with the subpoena was the Eastern District.

1

The E.D.N.C. Court's ruling directly applies to at least four motions to quash that are fully briefed and pending before the Court:

- Defendants' Emergency Motion to Quash Plaintiff's Subpoenas to First National Bank of Pennsylvania ("First National") and First Citizens Bank & Trust Co. ("First Citizens") – *see* ECF No. 122;

- Non-Party Shanahan Law Group's Motion to Quash Plaintiff's Subpoena to First National – *see* ECF No. 133;

- Defendants' Motion to Quash Plaintiff's Subpoena to Amex – *see* ECF No. 154; and

- Defendants' Motion to Quash Second Subpoena to First Citizens – *see* ECF No. 196.

The E.D.N.C. Order is also relevant to the proposed motion of Non-Party Dechert LLP to quash a subpoena Plaintiff issued to HSBC seeking bank records relating to Dechert. *See* ECF Nos. 238-242.

Plaintiff respectfully suggests that the Court should take notice of the E.D.N.C. Order as it considers the issues presented in those motions.

This, the 28th day of June, 2023.

        **WOMBLE BOND DICKINSON (US) LLP**

        */s/ Ripley Rand*
        Ripley Rand
        North Carolina State Bar No. 22275
        Christopher W. Jones
        North Carolina State Bar No. 27265
        555 Fayetteville Street, Suite 1100
        Raleigh, North Carolina 27601
        Phone: 919-755-2100
        Fax: 919-755-2150
        Email:   ripley.rand@wbd-us.com
                      chris.jones@wbd-us.com

        **MILLER & CHEVALIER CHARTERED**

        Kirby D. Behre (*pro hac vice*)
        Timothy P. O'Toole (*pro hac vice*)
        Ian Herbert (*pro hac vice*)
        Lauren E. Briggerman (*pro hac vice*)
        Calvin Lee (*pro hac vice*)
        Cody Marden (*pro hac vice*)
        900 16th Street, NW
        Washington, D.C. 20006
        Telephone: (202) 626-5800
        Fax: (202) 626-5801
        Email: kbehre@milchev.com

        *Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT<br>SERVICES, INC.,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

    I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

    Brandon S. Neuman, Esq.
    John Branch, III, Esq.
    Jeffrey M. Kelly, Esq.
    Nathaniel J. Pencook, Esq.
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    301 Hillsborough Street, Suite 1400
    Raleigh, NC 27603
    brandon.neuman@nelsonmullins.com
    jeff.kelly@nelsonmullins.com
    nate.pencook@nelsonmullins.com
    john.branch@nelsonmullins.com
    Tel.: 919.329.3800
    Fax.: 919.329.3799

Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

John Charles Quinn, Esq.
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Ste. 63rd Floor
New York, NY 10118
Email: jquinn@kaplanhecker.com
Tel.: 212-763-0883
Fax.: 212-564-0883

Kearns Davis, Esq.
Daniel D. Adams
Brooks Pierce McLendon Humphrey & Leonard LLP
PO Box 26000
Greensboro, NC 27420-6000
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com
Tel.:336-373-8850
Fax.: 336-378-1001

*Counsel for Dechert LLP*

Kieran Shanahan, Esq.
Shanahan Law Group
128 East Hargett Street, Suite 300
Raleigh, NC 27601
Tel.: 919-264-7515
Email: kieran@shanahanlawgroup.com

*Counsel for Shanahan Law Group*

Walter Clinton Holton, Jr.
Walter C. Holton, Jr., PLLC
857 W. Fifth Street
Winston-Salem, NC 27101
336-777-3480
Fax: 336-722-3478
Email: wholton@walterholton.com

*Counsel for Christopher Swecker and Christopher Swecker Enterprises, LLC*

This, the 28th day of June, 2023.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Ripley Rand*
Ripley Rand
North Carolina State Bar No. 22275
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8125
Facsimile: (919) 755-6752
Email: ripley.rand@wbd-us.com

*Counsel for Plaintiff*