# Exhibit 1

```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
              Case No.: 20-CV-954

FARHAD AZIMA,              )
                           )
         Plaintiff,        )
                           )
    vs.                    )
                           )
NICHOLAS DEL ROSSO and VITAL)
MANAGEMENT SERVICES, INC., )
                           )
         Defendants.       )
_____
```

DEPOSITION OF NICHOLAS DEL ROSSO

Volume I

Contains Confidential Testimony

_____

2:07 P.M.

Monday, February 13, 2023

_____

By:  Lisa Taylor, RPR

```
 1              A P P E A R A N C E S
 2    On behalf of the Plaintiff:
 3         MILLER & CHEVALIER CHARTERED
           BY:  KIRBY D. BEHRE, ESQ.
 4              IAN HERBERT, ESQ.
           900 16th Street NW
 5         Washington, DC 20006
           (202)626-5800
 6         kbehre@milchev.com
           iherbert@milchev.com
 7
           WOMBLE BOND DICKINSON (US), LLP
 8         BY:  CHRISTOPHER W. JONES, ESQ.
           555 Fayetteville Street
 9         Suite 1100
           Raleigh, NC 27601
10         (919)755-2100
           chris.jones@wbd-us.com
11
12    On behalf of the Defendants:
13         NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
           BY:  BRANDON S. NEUMAN, ESQ.
14              JOHN BRANCH, III, ESQ.
                 - (via videoconference)
15              MATT GORGA, ESQ.
           301 Hillsborough Street
16         Suite 1400
           Raleigh, NC 27603
17         (919)329-3800
           brandon.neuman@nelsonmullins.com
18         john.branch@nelsonmullins.com
           matt.gorga@nelsonmullins.com
19
           NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
20         BY:  SAMUEL ROSENTHAL, ESQ.
           101 Constitution Ave NW
21         Suite 900
           Washington, DC 20001
22         (202)689-2951
           sam.rosenthal@nelsonmullins.com
23
24
25
                                                         2
```

1       A.      I know he's a lawyer working for
2   Azima.
3       Q.      Have you ever spoken to him?
4       A.      No.
5       Q.      And what's your basis for saying he
6   offered a bribe?
7       A.      He put it in writing.  It's in a
8   document that he sent to Pandey.
9       Q.      And does the document say, "I'm going
10  to give you a bribe if you don't -- if you do this"?
11      A.      Not in that direct form, but in
12  offering to pay him however much it was, 300 and --
13  $550 an hour for 30 hours a month.  Or was it 30
14  hours a month?  Yeah.
15      Q.      So have you seen the report that was
16  prepared by Meta, which I think is the owner of
17  Facebook, regarding CyberRoot being a hacking
18  company?
19              MR. NEUMAN:  Objection and lacks
20      foundation.
21              THE WITNESS:  I'm not aware that --
22  BY MR. BEHRE:
23      Q.      Are you aware that --
24      A.      Let me just finish my answer.
25      Q.      Sorry.

166

```
1        A.    I'm not aware that CyberRoot is a
2   hacking company.  I don't believe that to be the
3   case.
4             And -- I'm sorry.  Who is Meta?  Who's
5   Meta?  Something about Meta?
6        Q.    Meta, the owner of Facebook, has
7   kicked CyberRoot off of Facebook because it did an
8   internal investigation and reached a conclusion that
9   CyberRoot was a hacking company.
10            MR. NEUMAN:  Lacks foundation and
11       calls for speculation.  Scope.
12            THE WITNESS:  I've not seen that, no.
13  BY MR. BEHRE:
14       █        ████████████████████████████████
15  ████████████████████████████████████████████████████
16  ██████████████████████████
17       █        ████████████████
18       █        ██████████████████
19       █        ████████████████████████████████
20  ███████████████████████████████████████
21       █        ████████████████████████████████
22       █        ████████████████████████████████
23  █████████████████████
24       █        █████████████████████████
25       █        ███████████████████████████████
```

167

C E R T I F I C A T E

I, Lisa Taylor, Registered Professional Reporter and notary public certify:

That the foregoing deposition of Nicholas Del Rosso was taken before me at the time and place therein set forth at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the deposition were recorded stenographically by me and thereafter transcribed;

That the foregoing deposition is a true record of the testimony and of all objections made at the time of the deposition.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

My certification as to the accuracy of this transcript, if it has been reformatted or altered from its original form in any manner, is null and void.

In witness whereof, I have subscribed my name this 16th day of February 2023.

*Lisa Taylor*

Lisa Taylor
Registered Professional Reporter
Notary Public

212

DISCOVERY COURT REPORTERS    www.discoverydepo.com    1-919-424-8242
Case 1:20-cv-00954-WO-JLW   Document 245-1   Filed 07/20/23   Page 6 of 6