UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | No. 1:20-cv-00954-WO-JLW |

## DECLARATION OF JOHN C. QUINN

I, JOHN C. QUINN, hereby declare as follows:

1. I am an attorney with the law firm of Kaplan Hecker & Fink, counsel for non-party Dechert LLP ("Dechert"). I submit this declaration in support of Dechert LLP's Status Report on Discovery Efforts and Motion to Extend Deadlines pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule 6.1.

2. Attached hereto as Exhibit A is a true and correct copy of the Fifth Witness Statement of Edward Allen in *Ras al Khaimah Investment Authority v. Azima*, No. HC-2016-002798.

Respectfully submitted this the 4th day of August 2023.

Dated: August 4, 2023
      New York, New York

By: _____
John C. Quinn
Sean Hecker
David Gopstein
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0833
jquinn@kaplanhecker.com
shecker@kaplanhecker.com
dgopstein@kaplanhecker.com

*Counsel for Non-Party Dechert LLP*

/s/ Daniel Adams
Kearns Davis
N.C. State Bar No. 22014
Daniel Adams
N.C. State Bar No. 51806
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Telephone: (336) 271-3174
Facsimile: (336) 232-9174
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com

*Local Civil Rule 83.1(d) Counsel for Non-Party Dechert LLP*