IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-CV-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA, | ) |
| Plaintiff | ) |
| v. | ) |
| | ) NOTICE OF APPEARANCE |
| NICHOLAS DEL ROSSO & VITAL MANAGEMENT SERVICES, INC., | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE, that the undersigned, Nana Asante-Smith, of Parker Poe Adams & Bernstein LLP, a member in good standing of the State of North Carolina and admitted to practice before this Court, does hereby enter her appearance in this action on behalf of non-party witnesses, Christopher Swecker and Christopher Swecker Enterprises, LLC. By this Notice of Appearance, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

Respectfully submitted this 7th day of August, 2023.

/s/ Nana Asante-Smith
Nana Asante-Smith, NCSB#: 51569
**PARKER POE ADAMS & BERNSTEIN LLP**
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Tel: 919.828.0564
Fax: 919.834.4564
Email: nanaasantesmith@parkerpoe.com
*Attorney for Non-Party Witnesses Christopher Swecker and Christopher Swecker Enterprises, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

Dated this 7th day of August, 2023.

/s/ Nana Asante-Smith
Nana Asante-Smith, NCSB#: 51569
**PARKER POE ADAMS & BERNSTEIN LLP**
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Tel: 919.828.0564
Fax: 919.834.4564
Email: nanaasantesmith@parkerpoe.com
*Attorney for Non-Party Witnesses Christopher Swecker and Christopher Swecker Enterprises, LLC*