UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-UA-JLW

| | |
|---|---|
| FARHAD AZIMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **DECLARATION OF** |
| v. | ) **BRANDON S. NEUMAN** |
| | ) **IN SUPPORT OF DEFENDANTS'** |
| NICHOLAS DEL ROSSO and | ) **MOTION TO FOR** |
| VITAL MANAGEMENT | ) **CLARIFICATION** |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

I, **Brandon S. Neuman**, do hereby declare under penalty of perjury the following:

1. I am a partner of the law firm of Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins"), 301 Hillsborough Street, Suite 1400, Raleigh, North Carolina 27603. I am a member in good standing of the Bars of the State of North Carolina, the State of California, and of this Court. Nelson Mullins is counsel to Defendants Nicholas Del Rosso and Vital Management Services, Inc., in this matter.

2. I attach hereto as **Exhibit A** a true and correct copy of Plaintiff's Nov. 2, 2022 Document Request.

3. I attach hereto as **Exhibit B** a true and correct copy of correspondence from counsel for Plaintiff regarding deposition of Mr. del Rosso.

4. I attach hereto as **Exhibit C** a true and correct copy of correspondence from counsel for Plaintiff dated June 7, 2023, regarding Azima's cancellation of his deposition.

5. I attach hereto as **Exhibit D** a true and correct copy of Defendants' correspondence to counsel for Plaintiff dated June 8, 2023, regarding Plaintiff's incomplete discovery.

6. I attach hereto as **Exhibit E** a true and correct copy of correspondence received from counsel for Plaintiff on August 7, 2023 relating to Mr. del Rosso's deposition.

7. I attach hereto as **Exhibit F** a true and correct copy of correspondence from Defendants to counsel for Plaintiff regarding Plaintiff's use of a document marked "attorney-client privilege" and "work product" in connection with Mr. del Rosso's deposition.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2023 in Raleigh, North Carolina.

_____
Brandon S. Neuman

# CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of August 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

| | |
|---|---|
| Jonathan D. Townsend<br>Christopher W. Jones<br>Ripley Rand<br>Womble Bond Dickinson (US) LLP<br>555 Fayetteville Street, Suite 1100<br>Raleigh, NC 27601<br>jonathon.townsend@wbd-us.com<br>chris.jones@wbd-us.com<br>ripley.rand@wbd-us.com | Ian A. Herbert<br>Joseph Rillotta<br>Kirby D. Behre<br>Timothy O'Toole<br>Cody Marden<br>Calvin Lee<br>Miller & Chevalier Chartered<br>900 16th Street, N.W.<br>Washington, D.C. 20006<br>iherbert@milchev.com<br>jrillotta@milchev.com<br>kbehre@milchev.com<br>totoole@milchev.com<br>cmarden@milchev.com<br>clee@milchev.com |

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: *Brandon S. Neuman*
    Brandon S. Neuman, NCSB# 33590
    Jeffrey M. Kelly, NCSB# 47269
    John E. Branch III, NCSB# 32598
    Nathaniel J. Pencook, NCSB# 52339
    Sam A. Rosenthal (*special appearance*)
    301 Hillsborough Street, Suite 1400
    Raleigh, North Carolina 27603
    Telephone: (919) 329-3800
    Facsimile: (919) 329-3799
    brandon.neuman@nelsonmullins.com
    jeff.kelly@nelsonmullins.com
    john.branch@nelsonmullins.com
    nate.pencook@nelsonmullins.com
    sam.rosenthal@nelsonmullins.com
    *Counsel for Defendants*