UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT SERVICES,<br>INC.,<br><br>    Defendants. | **PLAINTIFF'S NOTICE OF<br>INTENT TO RESPOND** |

After close of business on Tuesday, August 8, 2023, Defendants Nicholas Del Rosso and Vital Management Services, Inc. ("Defendants") filed a "Motion for Clarification" (ECF No. 256; *see also* ECF Nos. 257-60) fourteen days after the Court entered its July 25, 2023, Order on various discovery motions (ECF No. 248). Forty-three minutes later, Non-Party Dechert LLP filed a "Motion to Clarify Or To Reconsider In Part" (ECF No. 261; *see also* ECF Nos. 262-63) with respect to the same Order. Plaintiff Farhad Azima hereby gives Notice to the Court and to the relevant interested parties here of its intent to file Responses to these Motions. Given the nature of the Motions, Plaintiff proposes twenty-one days (to Tuesday, August 29, 2023) to file said Responses.

1
Case 1:20-cv-00954-WO-JLW   Document 265   Filed 08/09/23   Page 1 of 5

Respectfully submitted on this, the 9th day of August, 2023.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina State Bar No. 22275
Christopher W. Jones
North Carolina State Bar No. 27265
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: 919-755-2100
Fax: 919-755-2150
Email:   ripley.rand@wbd-us.com
           chris.jones@wbd-us.com

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Lauren E. Briggerman (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C.  20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT<br>SERVICES, INC.,<br><br>　　Defendants. | **CERTIFICATE OF SERVICE** |

　　I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

　　Brandon S. Neuman, Esq.
　　John Branch, III, Esq.
　　Jeffrey M. Kelly, Esq.
　　Nathaniel J. Pencook, Esq.
　　NELSON MULLINS RILEY & SCARBOROUGH, LLP
　　301 Hillsborough Street, Suite 1400
　　Raleigh, NC 27603
　　brandon.neuman@nelsonmullins.com
　　jeff.kelly@nelsonmullins.com
　　nate.pencook@nelsonmullins.com
　　john.branch@nelsonmullins.com
　　Tel.: 919.329.3800
　　Fax.: 919.329.3799

Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

John Charles Quinn, Esq.
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Ste. 63rd Floor
New York, NY 10118
Email: jquinn@kaplanhecker.com
Tel.: 212-763-0883
Fax.: 212-564-0883

Kearns Davis, Esq.
Daniel D. Adams
Brooks Pierce McLendon Humphrey & Leonard LLP
PO Box 26000
Greensboro, NC 27420-6000
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com
Tel.:336-373-8850
Fax.: 336-378-1001

*Counsel for Dechert LLP*

Kieran Shanahan, Esq.
Shanahan Law Group
128 East Hargett Street, Suite 300
Raleigh, NC 27601
Tel.: 919-264-7515
Email: kieran@shanahanlawgroup.com

*Counsel for Shanahan Law Group*

Walter Clinton Holton, Jr.
Walter C. Holton, Jr., PLLC
857 W. Fifth Street
Winston-Salem, NC 27101
336-777-3480
Fax: 336-722-3478
Email: wholton@walterholton.com

Richard S. Glaser, Jr.
Parker Poe
620 South Tryon Street
Suite 800
Charlotte, North Carolina 28202
Tel.: 704-335-9531
Email: rickglaser@parkerpoe.com

Nana Asante-Smith
Parker Poe
PNC Plaza
301 Fayetteville Street
Suite 1400
Raleigh, North Carolina 27601
Tel.: 919-835-4683
Email: nanaasantesmith@parkerpoe.com

*Counsel for Christopher Swecker and Christopher Swecker Enterprises, LLC*

This, the 9th day of August, 2023.

                     **WOMBLE BOND DICKINSON (US) LLP**

                     /s/ *Ripley Rand*
                     Ripley Rand
                     North Carolina State Bar No. 22275
                     555 Fayetteville Street, Suite 1100
                     Raleigh, NC 27601
                     Telephone: (919) 755-8125
                     Facsimile: (919) 755-6752
                     Email: ripley.rand@wbd-us.com

                     *Counsel for Plaintiff*