UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-WO-JLW

FARHAD AZIMA,

    Plaintiff,

v.

NICHOLAS DEL ROSSO and
VITAL MANAGEMENT SERVICES, INC.,

    Defendants.

**NOTICE OF FILING**

Defendants Nicholas Del Rosso and Vital Management Services, Inc. ("VMS") (collectively, "Defendants") hereby provide notice to the Court of the filing of a redacted public copy of Exhibit A to the Declaration of Calvin Lee, D.E. 127 *See* **Ex. A** ("Redacted Exhibit A').

Defendants provide this notice pursuant to the Court's order regarding the parties' various motions to seal (D.E. 264).

Respectfully submitted, this the 14th day of August, 2023.

        **NELSON MULLINS RILEY &
        SCARBOROUGH LLP**

        By:   *Brandon S. Neuman*
            Brandon S. Neuman, NCSB# 33590
            Jeffrey M. Kelly, NCSB# 47269
            John E. Branch III, NCSB# 32598
            Nathaniel Pencook, NCSB# 52339
            Sam A. Rosenthal
            301 Hillsborough Street, Suite 1400
            Raleigh, North Carolina 27603

Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
john.branch@nelsonmullins.com
nate.pencook@nelsonmullins.com
sam.rosenthal@nelsonmullins.com
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Jonathan D. Townsend
Christopher W. Jones
Ripley Rand
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
jonathon.townsend@wbd-us.com
chris.jones@wbd-us.com
ripley.rand@wbd-us.com

Ian A. Herbert
Kirby D. Behre
Timothy O'Toole
Cody Marden
Calvin Lee
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, D.C. 20006
iherbert@milchev.com
kbehre@milchev.com
totoole@milchev.com
cmarden@milchev.com
clee@milchev.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: *Brandon S. Neuman*
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
John E. Branch III, NCSB# 32598
Nathaniel J. Pencook, NCSB# 52339
Sam A. Rosenthal (*special appearance*)
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
john.branch@nelsonmullins.com
nate.pencook@nelsonmullins.com
sam.rosenthal@nelsonmullins.com
*Counsel for Defendants*