UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>   Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT SERVICES,<br>INC.,<br><br>   Defendants. | **NOTICE OF FILING<br>REDACTED EXHIBIT A TO<br>DECLARATION OF CALVIN LEE** |

PLEASE TAKE NOTICE THAT, in accordance with the August 9, 2023, Order of the Court (ECF No. 264) regarding several motions to seal, Plaintiff Farhad Azima hereby submits the redacted public copy of Exhibit A attached to the Declaration of Calvin Lee (ECF No. 127).

            **WOMBLE BOND DICKINSON (US) LLP**

            */s/ Ripley Rand*
            Ripley Rand
            North Carolina State Bar No. 22275
            Christopher W. Jones
            North Carolina State Bar No. 27265
            555 Fayetteville Street, Suite 1100
            Raleigh, North Carolina 27601
            Phone: 919-755-2100
            Fax: 919-755-2150
            Email: ripley.rand@wbd-us.com
                 chris.jones@wbd-us.com

1

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren E. Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT<br>SERVICES, INC.,<br><br>　　Defendants. | **CERTIFICATE OF SERVICE** |

　　I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

　　Brandon S. Neuman, Esq.
　　John Branch, III, Esq.
　　Jeffrey M. Kelly, Esq.
　　Nathaniel J. Pencook, Esq.
　　NELSON MULLINS RILEY & SCARBOROUGH, LLP
　　301 Hillsborough Street, Suite 1400
　　Raleigh, NC 27603
　　brandon.neuman@nelsonmullins.com
　　jeff.kelly@nelsonmullins.com
　　nate.pencook@nelsonmullins.com
　　john.branch@nelsonmullins.com
　　Tel.: 919.329.3800
　　Fax.: 919.329.3799

Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

This, the 14th day of August, 2023.

                                       **WOMBLE BOND DICKINSON (US) LLP**

                                       /s/ *Ripley Rand*
                                       Ripley Rand
                                       North Carolina State Bar No. 22275
                                     555 Fayetteville Street, Suite 1100
                                     Raleigh, NC 27601
                                     Telephone: (919) 755-8125
                                     Facsimile: (919) 755-6752
                                     Email: ripley.rand@wbd-us.com

                                       *Counsel for Plaintiff*