# Exhibit A

# REDACTED/PUBLIC VERSION

| Exhibit A: PNC Bank Transactions Relating to RAK Entities, Shanahan Law Group PLLC, and GH Holding LLC |||||||
|---|---|---|---|---|---|
| Date | Sender | Recipient | Amount In | Amount Out | Bates Number |
| 12/8/2015 | Nat'l Bank of Ras Al Khaiman PSC/Fed Wire In 006402 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000491 |
| 12/28/2015 | Nat'l Bank of Ras Al Khaiman PSC/Fed Wire in 005791 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000491 |
| 2/1/2016 | Nat'l Bank of Ras Al Khaiman PSC/Fed Wire In 005366 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000497 |
| 2/29/2016 | Nat'l Bank of RAK/RAK/ Fed Wire IN 017954 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000497 |
| 4/4/2016 | Nat'l Bank of RAK/RAK/Fed Wire In 011837 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000503 |
| 5/2/2016 | Nat'l Bank of RAK/RAK/ Fed Wire In 014020 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000506 |
| 6/1/2016 | Nat'l Bank of RAK/ RAK/Fed Wire In 024824 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000510 |
| 7/11/2016 | RAK/Fed Wire in 014127 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000513 |
| 8/1/2016 | RAK/ Fed Wire in 004640 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000516 |
| 9/6/2016 | RAK/Int'l Wire in 002108 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000520 |
| 10/4/2016 | RAK/Int'l Wire in 022661 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000524 |
| 10/18/2016 | RAK/Int'l Wire In 08802 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000524 |
| 11/1/2016 | RAK/ Int'l Wire IN 000100 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000528 |
| 12/5/2016 | RAK/Int'l Wire in 000824 | PNC BANK 9581 | | | FA_MDNC_PNC_00000532 |
| 1/4/2017 | RAK / Int'L Wire In 001760 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000536 |
| 2/2/2017 | RAK/ Int'l Wire in 001841 | PNC BANK 9581 | | | FA_MDNC_PNC_00000540 |
| 3/10/2017 | RAK / Int'l Wire In 001616 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000544 |
| 4/3/2017 | RAK / Int'l Wire In 001444 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000547 |
| 5/16/2017 | RAK / Int'l Wire In 004664 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000550 |
| 6/8/2017 | RAK / Int'l Wire In 001108 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000553 |
| 6/26/2017 | Vital Management Services, Inc. | Shananhan Law Group PLLC /Fed Wire Out 017999 0626 | | | FA_MDNC_PNC_00000553 |
| 7/17/2017 | RAK/ Int'l Wire In 000569 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000556 |
| 7/18/2017 | Vital Management Services, Inc. | Shanahan Law Group PLLC/Fed Wire Out O 17455 0718 | | | FA_MDNC_PNC_00000556 |
| 8/7/2017 | RAK/ Int'l Wire In 000551 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000559 |
| 8/24/2017 | RAK Development, LLC | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000559 |
| 9/5/2017 | RAK / Int'L Wire In 011796 0905 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000563 |
| 9/5/2017 | Vital Management Services, Inc. | Shananhan Law Group PLLC/ Fed Wire Out 003881 0905 | | | FA_MDNC_PNC_00000563 |

| Date | Sender | Recipient | Amount In | Amount Out | Bates Number |
|---|---|---|---|---|---|
| 9/11/2017 | Vital Management Services, Inc. | Shananhan Law Group PLLC/ Fed Wire Out 007967 0911 | | ▮ | FA_MDNC_PNC_00000563 |
| 9/12/2017 | Gravitas International FZE / Fed Wire In 0( | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000563 |
| 9/14/2017 | RAK / Int'L Wire In 007581 0914 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000563 |
| 9/18/2017 | RAK /Int'L Wire In 008284 0918 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000563 |
| 9/18/2017 | RAK/ Int'L Wire In 000203 0918 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000563 |
| 9/27/2017 | RAK/ Int'L Wire In 000431 0927 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000563 |
| 10/3/2017 | RAK /Int'L Wire In 000582 1003 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000567 |
| 10/3/2017 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 013510 1003 | | ▮ | FA_MDNC_PNC_00000567 |
| 10/10/2017 | RAK/ Int'L Wire In 001147 1010 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000567 |
| 10/16/2017 | RAK /Int'L Wire In 005298 1016 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000567 |
| 10/16/2017 | RAK /Int'L Wire In 009901 1016 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000567 |
| 10/30/2017 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 024992 1030 | | ▮ | FA_MDNC_PNC_00000567 |
| 11/6/2017 | RAK/ Int'L Wire In 000161 1106 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000571 |
| 11/13/2017 | RAK/ Int'L Wire In 000150 1113 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000571 |
| 12/6/2017 | RAK Gas LLC/ Int'L Wire In 000373 1206 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000575 |
| 12/7/2017 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 012000 1207 | | ▮ | FA_MDNC_PNC_00000575 |
| 12/18/2017 | RAK Development LLC/ Int'L Wire In 0002( | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000575 |
| 12/29/2017 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 024716 1229 | | ▮ | FA_MDNC_PNC_00000575 |
| 1/16/2018 | RAK/ Int'L Wire In 000195 0116 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000579 |
| 1/22/2018 | RAK Development LLC, /Int'L Wire In 0001 78 0122 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000579 |
| 2/5/2018 | RAK Gas LLC/ Int'L Wire In 000637 0205 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000582 |
| 2/21/2018 | RAK Development LLC / Int'L Wire In 000370 0221 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000582 |
| 3/19/2018 | RAK Development LLC/ Int'L Wire In 000166 0319 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000585 |
| 3/26/2018 | Gravitas International / Fed Wire In 00188 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000585 |
| 4/16/2018 | RAK Development LLC / Int'L Wire In 0007 | PNC BANK 9581 | ▮ | | FA_MDNC_PNC_00000589 |
| 5/15/2018 | RAK Development LLC/ Int'L Wire In 005430 0515 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000592 |
| 6/20/2018 | Gravitas International FZE/ Fed Wire In 002901 0620 | Vital Management Services, Inc. | ▮ | | FA_MDNC_PNC_00000595 |

| Date | Sender | Recipient | Amount In | Amount Out | Bates Number |
|---|---|---|---|---|---|
| 6/20/2018 | RAK Development LLC/ Int'L Wire In 000725 0620 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000595 |
| 7/3/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 1873L0841Mi230ig | | | FA_MDNC_PNC_00000598 |
| 7/9/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 1879B42292Uj47PC | | | FA_MDNC_PNC_00000598 |
| 7/26/2018 | RAK / Int'L Wire In 187Qb5636Ibx579V | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000598 |
| 7/26/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC /Fed Wire Out 187Qb3530Esw080F | | | FA_MDNC_PNC_00000598 |
| 8/13/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC Iolta Fed Wire Out 188DB4107Ebml4Ks | | | FA_MDNC_PNC_00000601 |
| 8/27/2018 | Rak Development LLC/ Int'L Wire In 188Qa3142PalOCIB | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000601 |
| 8/28/2018 | Gravitas International FZE / Fed Wire In 188Sa5833Ehr0Dc6 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000601 |
| 9/4/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC Iolta/ Fed Wire Out 1894B41 l l 1Rh31Ho | | | FA_MDNC_PNC_00000604 |
| 9/7/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC Iolta / Fed Wire Out 1897B54343Ur4Fld | | | FA_MDNC_PNC_00000604 |
| 9/20/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out l 89Kb5206Jbl0Srt | | | FA_MDNC_PNC_00000604 |
| 9/25/2018 | RAK / Int'L Wire In 189PA2719Jzg2NCR | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000604 |
| 10/9/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 18A9Cl3018Yc3Vlg | | | FA_MDNC_PNC_00000607 |
| 10/23/2018 | Vital Management Services, Inc. | GH Holding LLC / Fed Wire Out l 8Anb5004Id64Jja | | | FA_MDNC_PNC_00000607 |
| 11/5/2018 | RAK Development LLC / Int'L Wire In 18B4B3137Ots0Sch | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000610 |
| 11/6/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC Iolta / Fed Wire Out 18B6C49571Yt0KlN | | | FA_MDNC_PNC_00000610 |
| 11/13/2018 | RAK Development LLC / Int'L Wire In 18Bbc0618Irb1Cga | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000610 |
| 11/16/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 18Bgc3223Pkh2Is9 | | | FA_MDNC_PNC_00000610 |
| 11/26/2018 | GRAVITIS International FZE / Fed Wire In 18Bq20942Pnu0Nks | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000610 |
| 11/26/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC Iolta /Fed Wire Out 18Bqc2454Fhs3J7Y | | | FA_MDNC_PNC_00000610 |

| Date | Sender | Recipient | Amount In | Amount Out | Bates Number |
|---|---|---|---|---|---|
| 11/28/2018 | Vital Management Services, Inc. | GH Holding LLC / Fed Wire Out 18Bsa5332F7S5Rcr | | | FA_MDNC_PNC_00000610 |
| 12/7/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC Iolta / Fed Wire Out 18C7E31087R61E0B | | | FA_MDNC_PNC_00000613 |
| 12/17/2018 | RAK Development LLC/ Int'L Wire In 18Chal 735J3H1Uog | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000613 |
| 12/27/2018 | Vital Management Services, Inc. | Shanahan Law Group PLLC /Fed Wire Out 18Crb4026Ldml627 | | | FA_MDNC_PNC_00000613 |
| 12/31/2018 | Vital Management Services, Inc. | GH Holding LLC/ Fed Wire Out 18Cvm31392Ps5Ngq | | | FA_MDNC_PNC_00000613 |
| 1/3/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out I 913K5924E9Z23Nn | | | FA_MDNC_PNC_00000616 |
| 1/31/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out I 91Vf2535O4D3Jbb | | | FA_MDNC_PNC_00000616 |
| 2/4/2019 | RAK Development LLC / Int'L Wire In 1923B3157P2D79Ay | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000619 |
| 2/4/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out I 924J40123Vc3293 | | | FA_MDNC_PNC_00000619 |
| 2/11/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC /Fed Wire Out I 92Bb 1303E9U3Dis | | | FA_MDNC_PNC_00000619 |
| 2/25/2019 | RAK Development LLC / Int'L Wire In 192Oc2709GrjlllU | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000619 |
| 3/4/2019 | Gravitas International FZE / Fed Wire In l 93420727P2J71H5 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000623 |
| 3/4/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out I 934Al 057Ini740L | | | FA_MDNC_PNC_00000623 |
| 3/5/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out I 935J3708Qpj2Fyn | | | FA_MDNC_PNC_00000623 |
| 3/11/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out I 93Ba46075Tq1D4E | | | FA_MDNC_PNC_00000623 |
| 3/18/2019 | RAK Development LLC/ Int'L Wire In l 93Ia4 l 027Yw0Ie3 | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000623 |
| 3/20/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out I 93Kc4247Q5U0581 | | | FA_MDNC_PNC_00000623 |
| 4/4/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 1944D4337O184Nlr | | | FA_MDNC_PNC_00000627 |
| 4/29/2019 | RAK Development LLC /Int'L Wire In 194Sa31184Qs31Ts | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000627 |

| Date | Sender | Recipient | Amount In | Amount Out | Bates Number |
|---|---|---|---|---|---|
| 5/3/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC Iolta/ Fed Wire Out l 953H33082Ks5Msj | | | FA_MDNC_PNC_00000631 |
| 5/20/2019 | Gravitas International FZE/Fed Wire In 195DI0711R9T5Mvo | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000631 |
| 5/23/2019 | RAK Development LLC/ Int'L Wire In 195Ja3052Jcy2P0L | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000631 |
| 6/6/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC Iolta/ Fed Wire Out l 966B08360390Q38 | | | FA_MDNC_PNC_00000635 |
| 6/10/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 196Ak2840Ckf4Hun | | | FA_MDNC_PNC_00000635 |
| 6/25/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out l 96PC5520Nlo3Swg | | | FA_MDNC_PNC_00000635 |
| 7/1/2019 | RAK Development LLC/ Int'L Wire In 1971C5337Lcy4Cxd | vital Management Services, Inc. | | | FA_MDNC_PNC_00000638 |
| 7/3/2019 | Gravitas International FZE/ Fed Wire In 197372151Nwy489K | vital Management Services, Inc. | | | FA_MDNC_PNC_00000638 |
| 7/5/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out l 975D2309O4Z5Frh | | | FA_MDNC_PNC_00000638 |
| 7/8/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out l 978D2127Hiz23P2 | | | FA_MDNC_PNC_00000638 |
| 7/15/2019 | RAK Development LLC/ Int'L Wire In 197Fb4349Gs42Jkz | vital Management Services, Inc. | | | FA_MDNC_PNC_00000638 |
| 7/19/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 197Jj03136447Qux | | | FA_MDNC_PNC_00000638 |
| 7/24/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 197Oh24383L43Vdn | | | FA_MDNC_PNC_00000638 |
| 8/2/2019 | Vital Management Services, Inc. | GH Holdings LLC / Fed Wire Out 1982C4102Owb80Um | | | FA_MDNC_PNC_00000641 |
| 8/7/2019 | Gravitas International FZE / Fed Wire In 1987622119Ng3Gsq | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000641 |
| 8/7/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out l 987E5606Cgh9Len | | | FA_MDNC_PNC_00000641 |
| 8/9/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 1989I07246Yh8Efk | | | FA_MDNC_PNC_00000641 |
| 8/29/2019 | RAK Development LLC / Int'L Wire In l 98Tb32585Er3Seg | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000641 |
| 9/3/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out l 993H4958Cit8Dxq | | | FA_MDNC_PNC_00000644 |

| Date | Sender | Recipient | Amount In | Amount Out | Bates Number |
|---|---|---|---|---|---|
| 9/9/2019 | RAK Development LLC/ Int'L Wire In 199791821Qcs5Ogu | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000644 |
| 9/10/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out l99Ad58491Bt7Xou | | | FA_MDNC_PNC_00000644 |
| 9/24/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 199Oc08370If9651 | | | FA_MDNC_PNC_00000644 |
| 9/27/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 199Rd37289Xh6Ik6 | | | FA_MDNC_PNC_00000644 |
| 10/7/2019 | RAK Development LLC/ Int'L Wire In 19A701009A3L25Cx | PNC BANK 9581 | | | FA_MDNC_PNC_00000648 |
| 10/11/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out l9Abb2521Cfm4Dqz | | | FA_MDNC_PNC_00000648 |
| 10/16/2019 | Vital Management Services, Inc. | GH Holding LLC/ Fed Wire Out 19Ag9 l l 20 D7Rl Kth | | | FA_MDNC_PNC_00000648 |
| 10/21/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 19Alf4546Mrt75Dt | | | FA_MDNC_PNC_00000648 |
| 10/31/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 19Avg4807Fyy70VA | | | FA_MDNC_PNC_00000648 |
| 11/4/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 19B4H3107H3Y6Sxh | | | FA_MDNC_PNC_00000652 |
| 11/6/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 19B6G1148Ppy8Npv | | | FA_MDNC_PNC_00000652 |
| 11/12/2019 | RAK Development LLC/ Int'L Wire In 19Bb91950Mk5124S | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000652 |
| 11/22/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out l9Bmll 9299457Ncs | | | FA_MDNC_PNC_00000652 |
| 11/27/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out l9Bre21506941Z5Z | | | FA_MDNC_PNC_00000652 |
| 12/5/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 19C5M00166S55Yc7 | | | FA_MDNC_PNC_00000656 |
| 12/10/2019 | RAK Developmental LLC / Int'L Wire In 19Cab4811Jwg6Ane | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000656 |
| 12/19/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 19Cja0205R8M0S2K | | | FA_MDNC_PNC_00000656 |
| 12/31/2019 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 19Cvc43190Ey0Y7C | | | FA_MDNC_PNC_00000656 |
| 1/15/2020 | RAK Development LLC / lnt'L Wire In 201Fc41102W285Ei | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000660 |

Redacted/Public Version

| Date | Sender | Recipient | Amount In | Amount Out | Bates Number |
|---|---|---|---|---|---|
| 1/21/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 201La204853A1Apb | | | FA_MDNC_PNC_00000660 |
| 1/31/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 201VA36472D91J7Y | | | FA_MDNC_PNC_00000660 |
| 2/4/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 2024F21126K83Nq5 | | | FA_MDNC_PNC_00000663 |
| 2/5/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 2025H2802L482Kix | | | FA_MDNC_PNC_00000663 |
| 2/18/2020 | RAK Development LLC / Int'L Wire In 202Gb31 l 9Arr0Rtx | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000663 |
| 2/20/2020 | Al Tamimi Company FZ-LLC / Fed Wire In 202K419472Yw2Gil | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000663 |
| 2/26/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 202Qi21519Qya578 | | | FA_MDNC_PNC_00000663 |
| 3/9/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 2039D41187P2759F | | | FA_MDNC_PNC_00000666 |
| 3/16/2020 | RAK Development LLC/ lnt'L Wire In 203G834552M847Vd | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000666 |
| 4/1/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 2041I2659NSF3Pr3 | | | FA_MDNC_PNC_00000670 |
| 4/3/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 2043J06036Gg1Fxu | | | FA_MDNC_PNC_00000670 |
| 4/6/2020 | RAK Development LLC/ lnt'L Wire In 204683448gl Uac | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000670 |
| 4/23/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Fed Wire Out 204NC30586Bk2N36 | | | FA_MDNC_PNC_00000670 |
| 4/30/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 204Ub3846l4R2Fsf | | | FA_MDNC_PNC_00000670 |
| 5/7/2020 | RAK Development LLC/ Int'L Wire In 205763740Rly3I4O | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000673 |
| 5/29/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Fed Wire Out 205Tbl347Dmo4Ce | | | FA_MDNC_PNC_00000673 |
| 6/5/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC /Wire Transfer Out 2065F2457Ebm1Wg9 | | | FA_MDNC_PNC_00000677 |
| 6/19/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 206JH07238Ysa6Hi | | | FA_MDNC_PNC_00000677 |
| 7/2/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Wire Transfer Out 2072D0618Mt79R54 | | | FA_MDNC_PNC_00000680 |

Redacted/Public Version

Redacted/Public Version

| Date | Sender | Recipient | Amount In | Amount Out | Bates Number |
|---|---|---|---|---|---|
| 7/6/2020 | RAK Development LLC / Int'L Wire In 207695952258796S | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000680 |
| 7/20/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 207K502299Gf5Zor | | | FA_MDNC_PNC_00000680 |
| 7/21/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 207Lb2141Hzd92Pz | | | FA_MDNC_PNC_00000680 |
| 8/3/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 2083D5038Rgp6Xl U | | | FA_MDNC_PNC_00000683 |
| 8/17/2020 | RAK Development LLC / Int'L Wire In 208Ga4459Row0Jaq | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000683 |
| 8/18/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC / Wire Transfer Out 208Ib0653Nvv1Jn4 | | | FA_MDNC_PNC_00000683 |
| 9/2/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 2092B47072J890Yh | | | FA_MDNC_PNC_00000686 |
| 9/4/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 2094Fl638N087Dqq | | | FA_MDNC_PNC_00000686 |
| 9/8/2020 | RAK Development LLC/ Int'L Wire In 2098A36054Gf3QlF | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000686 |
| 9/28/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 209S51047Iwk0Td8 | | | FA_MDNC_PNC_00000686 |
| 10/5/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 20A5G3647AIP4531 | | | FA_MDNC_PNC_00000690 |
| 10/7/2020 | RAK Development LLC / 20A7C58177Rp6Thc | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000690 |
| 10/8/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 20A850138Omr4H9E | | | FA_MDNC_PNC_00000690 |
| 10/21/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 20Albl61517B4Pyx | | | FA_MDNC_PNC_00000690 |
| 11/3/2020 | RAK Development LLC/ Int'L Wire In 20B3 | PNC BANK 9581 | | | FA_MDNC_PNC_00000694 |
| 11/5/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 20B5E4102RlM9F8W | | | FA_MDNC_PNC_00000694 |
| 11/13/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 20Bdl43371PO4Ugm | | | FA_MDNC_PNC_00000694 |
| 11/18/2020 | Vital Management Services, Inc. | Shanahan Law Group PLLC/ Wire Transfer Out 20Bie2917L4N4ZlG | | | FA_MDNC_PNC_00000694 |
| 12/8/2020 | RAK Development/ Int'L Wire In 20C865040Na90Mri | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000698 |
| 1/6/2021 | RAK Development LLC | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000701 |
| 2/11/2021 | RAK Development LLC | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000704 |

Page 8 of 9

Case 1:20-cv-00954-WO-JLW   Document 267-1   Filed 08/14/23   Page 9 of 10

| Date | Sender | Recipient | Amount In | Amount Out | Bates Number |
|---|---|---|---|---|---|
| 3/9/2021 | RAK | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000707 |
| 4/6/2021 | RAK Development LLC | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000711 |
| 5/6/2021 | RAK / Wire Transfer In 2156C04480J26Ntz | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000715 |
| 6/7/2021 | RAK / Wire Transfer In 2167C0515Aqh6Kve | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000719 |
| 7/6/2021 | RAK / Wire Transfer In 2176C0756Hzb5Uye | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000722 |
| 8/2/2021 | RAK / Wire Transfer In 2182C05480Fz3E5J | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000725 |
| 9/9/2021 | RAK / Wire Transfer In 2199Cl50920I3Kad | Vital Management Services, Inc. | | | FA_MDNC_PNC_00000728 |
| | | Totals | | | |

Case 1:20-cv-00954-WO-JLW   Document 267-1   Filed 08/14/23   Page 10 of 10