# EXHIBIT I

(Examples from Plaintiff's
4/25/23 production)

| From: | auto-confirm@amazon.co.uk |
|---|---|
| Sent: | Thursday, June 16, 2016 12:49 PM |
| To: | fa@fa1.us |
| Subject: | Your Amazon.co.uk order of "Motorola TLKR T80 Extreme..." |



Your Orders | Your Account | Amazon.co.uk

# Order Confirmation
Order #204-6765736-2152313

## Hello,

Thanks for your order. We'll let you know once your item(s) have dispatched. Your estimated delivery date is indicated below. You can view the status of your order or make changes to it by visiting Your Orders on Amazon.co.uk.

**Arriving:**
**Tuesday, June 21 - Thursday, June 23**

Your delivery option:
**Delivery**



Your order will be sent to:
**Farhad Azima**
**FLAT 2 42 LOWNDES SQUARE**
**LONDON, SW1X 9JL**
**United Kingdom**

## Order Details

Order #204-6765736-2152313
Placed on June 16, 2016



Motorola TLKR T80 Extreme two-way radio - PMR (Quad)    £131.98
Condition: New
Sold by Insdec
Fulfilled by Amazon

| | |
|---:|---:|
| Item Subtotal: | £131.98 |
| Postage & Packing: | £4.75 |
| Promotion Applied: | -£4.75 |
| **Order Total:** | **£131.98** |
| | USD 194.20* |
| Selected Payment Method: | Amex |

Need to make changes to your order? Visit our Help page for more information and video guides.

1

FA_MDNC_00025505

Click here to learn more about managing your orders in your local currency.

We hope to see you again soon.

**Amazon.co.uk**

---

## Frequently Bought Together with Motorola TLKR T80 Extreme two-wa…



4 x Motorola TLKR Radio Earpiece for TLKR-T3...
£38.99



3in1 Multi-Function Universal Pouch Bag Holster...
£4.70



Covert Acoustic Bodyguard Style Earpiece...
£15.99

Fulfilled By Amazon (usually referred to as FBA) items are generally sold by third-party sellers but stored in an Amazon Fulfilment Centre and sent to you from there. Items which are sold by Warehouse Deals are also labeled Fulfilled by Amazon. Warehouse Deals is a trading name for Amazon EU Sarl, and is part of the Amazon.com group.

Unless otherwise noted, items sold by Amazon EU Sarl are subject to Value Added Tax based on country of delivery in accordance with the EU laws on distance selling. If your order contains one or more items from a seller other than Amazon EU Sarl, it may also be subject to VAT, depending upon the seller's business policies and the location of their operations. Learn more about VAT and seller information.

If your item(s) are purchased from Amazon Marketplace, the seller may request additional information such as the VAT number or your VAT code, in order to issue a valid invoice.

This e-mail is only an acknowledgement of receipt of your order. Your contract to purchase these items is not complete until we send you an e-mail notifying you that the items have been dispatched.

Please note: This e-mail was sent from a notification-only address that can't accept incoming e-mail. Please do not reply to this message.

*Amazon Currency Converter is operated by Amazon Services Europe SARL, and your use of Amazon Currency Converter is governed by the Amazon Currency Converter Terms and Conditions.

FA_MDNC_00025506

Case 1:20-cv-00954-WO-JLW   Document 269-9   Filed 08/16/23   Page 3 of 9

| | |
|---|---|
| **From:** | Popular in your network <info@twitter.com> |
| **Sent:** | Sunday, June 26, 2016 9:14 PM |
| **To:** | Farhad Azima |
| **Subject:** | Donald J. Trump tweeted: Top 50 Facts About Crooked Hillary Clinton From Trump 'Stakes Of The Election' Address: |







| From: | Wider Yachts USA <sales@wideryachtsusa.com> |
|---|---|
| Sent: | Friday, July 8, 2016 7:05 PM |
| To: | fa@fa1.us |
| Subject: | Wider 42' Demo - BIG Summer Discounts |



**Paint: Metallic Silver**
[Click here for catalogue](#)
**Deck:**
*Double the Deck space in 12 seconds at the touch of a button
*Buoyancy compensators for stability at anchor

*100% carbon fiber T-TOP, dinette, flooring, & stairways to bow & cabin

*Dinette converts to sunpad or chaise longue
*Outdoor galley with a teppanyaki griddle, fridge, & icebox
*Bow sun pads & stern multipad system
*Upgraded Stereo with JL
*Bow Thruster
**Cabin :**
*C-Shaped seating area, converted into a large double bed
*A flat screen LED TV
*Crystal shower unit, a glass washbasin, and carbon fiber toilet
*Kitchen area worktop with a sink, and a ceramic burner
*Double drawer fridge unit with freezer
*Upgraded Air conditioning

**Technical Specs:**
Beam 11'6" - **Expanded beam 21' 6"**
Draft 2' 11"

**WIDER....the name says it all...**
This revolutionary model has two side extensions that enlarge the deck by 10 feet of usable space, appearing in only 12 seconds.
Each of these extensions/terraces have buoyancy compensators underneath for stability.
The Wider 42' remains extremely light and strong, as she is 70% carbon fiber.
This model is constructed using the vacuum infusion molding techniques, the **same** techniques used for aerospace and formula one racing.  The **stepped hull**, an offshore racing design, and power from Twin Cummins 480hp engines with Arneson surface drives, ensure an impressive speed of 50 Knots.
The **stern multi-pad system** is extremely versatile, taking on different layouts.  A space which can be used for sunpad, storage of diving equipment, or a jet ski.

For more information please contact
Monica Hernandez at sales@wideryachtsusa.com

The Quay
1535 SE 17 Street, Suite 117
Fort Lauderdale, FL 33316
Ofc. 954.368.6661
Mob. 786.351.0810
Mob. 954.347.6771



FA_MDNC_00027611

Case 1:20-cv-00954-WO-JLW   Document 269-9   Filed 08/16/23   Page 8 of 9

Wider Yacht USA, The Quay - 1535 SE 17 Street, Suite 117, FORT LAUDERDALE, FL 33316

SafeUnsubscribe™ fa@fa1.us

Forward this email | Update Profile | About our service provider

Sent by sales@wideryachtsusa.com in collaboration with



Try it free today

3

FA_MDNC_00027612