# EXHIBIT A

| From: | Asante-Smith, Nana |
|---|---|
| Sent: | Tuesday, August 8, 2023 3:58 PM |
| To: | Rand, Ripley |
| Cc: | Glaser, Richard S. |
| Subject: | Re: Motion for Extension of Time |

Thank you, Ripley.

Nana Asante-Smith

> On Aug 8, 2023, at 3:54 PM, Rand, Ripley <Ripley.Rand@wbd-us.com> wrote:
>
> ***Caution: External email***
>
> Got it. I have talked this over with our team; based on all the circumstances, you can note our objection but we don't care to be heard further. Thanks.
>
> Ripley
>
> **From:** Glaser, Richard S. <rickglaser@parkerpoe.com>
> **Sent:** Tuesday, August 8, 2023 3:29 PM
> **To:** Rand, Ripley <Ripley.Rand@wbd-us.com>; Asante-Smith, Nana <nanaasantesmith@parkerpoe.com>
> **Subject:** RE: Motion for Extension of Time
>
> Yes to both, Ripley. I'll need a better understanding of what Swecker docs Dechert produced in the UK but given some have been produced I am unaware of how we'd argue privilege over those (but I don't want to foreclose that possibility w/o looking into it first).
>
> Thanks, Rick
>
> **Richard Glaser**
> Retired of Counsel
>
> 620 South Tryon Street | Suite 800 | Charlotte, NC 28202
> Office: 704.335.9531 | Fax: 704.335.4476 | map
>
> Visit our website at
> www.parkerpoe.com
>
> **From:** Rand, Ripley <Ripley.Rand@wbd-us.com>
> **Sent:** Tuesday, August 8, 2023 3:24 PM

**To:** Asante-Smith, Nana <nanaasantesmith@parkerpoe.com>
**Cc:** Glaser, Richard S. <rickglaser@parkerpoe.com>
**Subject:** RE: Motion for Extension of Time

***Caution: External email***

Hi Nana (and Rick) – Apologies for the delay. A couple of things I wanted to ask: (1) Do you expect based on what you have seen that most if not all of the documents at issue will be protected by privilege issues? And (2) are you aware of the extent to which Dechert has already produced emails involving Mr. Swecker and waived the privilege as to issues in those communications in connection with the UK proceeding?

Ripley

Give the privilege issues I wonder if they will actually produce anything. I think that is the response – ask them to explain the privilege issues, and whether that will result in them protecting most / all of the documents they reference. I think (but not sure) that some of the emails produced by Dechert involved Sweker. You may want to ask them if they are aware that Sweker's emails have already been produced due to a wavier

**Ripley Rand**
Partner
Womble Bond Dickinson (US) LLP

**d:** 919-755-8125
**m:** 919-523-7371
**e:** Ripley.Rand@wbd-us.com

555 Fayetteville Street
Suite 1100
Raleigh, NC 27601

**womblebonddickinson.com**

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** Asante-Smith, Nana <nanaasantesmith@parkerpoe.com>
**Sent:** Tuesday, August 8, 2023 2:29 PM
**To:** Rand, Ripley <Ripley.Rand@wbd-us.com>
**Cc:** Glaser, Richard S. <rickglaser@parkerpoe.com>
**Subject:** Motion for Extension of Time

Good afternoon Ripley,

I hope you're well. It was nice speaking with you yesterday, even if only for a moment.

I just wanted to follow up on our conversation yesterday regarding our impending Motion for Extension of Time. Are you able to share your position on that motion before we proceed with filing by the close of business?

Thanks so much, Ripley.

Best,
Nana Asante-Smith

---

**Nana Asante-Smith**
She/Her/Hers
Associate

PNC Plaza | 301 Fayetteville Street | Suite 1400 | Raleigh, NC 27601
Office: 919.835.4683 | Mobile: 608.512.9758 | Fax: 919.834.4564 | map

Visit our website at
www.parkerpoe.com