IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954-WLO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO AND VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | NOTICE OF<br>SPECIAL APPEARANCE OF<br>MARK WEINER |

PLEASE TAKE NOTICE that Mark Weiner hereby enters a notice of special appearance as counsel for Non-Party Dechert LLP in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Kearns Davis and Daniel Adams of the law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

This the 23rd day of August, 2023.

                                          KAPLAN HECKER & FINK LLP

                                          _____
                                          Mark Weiner
                                          N.Y. State Bar No. 5064274
                                          350 Fifth Avenue, 63rd Floor
                                          New York, New York 10118
                                          Tel: (212) 763-0883
                                          Fax: (212) 564-0883
                                          Email: mweiner@kaplanhecker.com
                                          *Counsel for Non-Party Dechert LLP*


                                          BROOKS, PIERCE, McLENDON,
                                            HUMPHREY & LEONARD, LLP

                                          /s/ Daniel Adams
                                          Kearns Davis
                                          N.C. State Bar No. 22014
                                          Daniel Adams
                                          N.C. State Bar No. 51806
                                          P.O. Box 26000
                                          Greensboro, NC 27420
                                          Telephone: (336) 271-3174
                                          Facsimile: (336) 232-9174
                                          Email: kdavis@brookspierce.com
                                          Email: dadams@brookspierce.com
                                          *Local Civil Rule 83.1(d) Counsel for Non-Party Dechert LLP*