UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **PLAINTIFF'S MOTION TO SHOW CAUSE AND FOR IN-PERSON HEARING** |

Plaintiff Farhad Azima moves pursuant to this Court's July 25, 2023, Order (ECF No. 248) and this Court's inherent authority to protect and enforce its Orders for an Order as follows:

(1) reaffirming the Court's July 25, 2023, Order and rejecting Defendants' motions to clarify that order;

(2) requiring Defendants Nicholas Del Rosso and Vital Management Services, Inc. ("Defendants") and nonparty Dechert LLP to show cause why they are not in contempt of the Court's Orders for willfully failing to comply with the Court's Order that they produce all responsive documents by August 8, 2023;

(3) directing both Defendants and Dechert to provide complete and non-evasive responses to Plaintiff's discovery requests in accordance with the Court's previous Order;

(4) sanctioning Defendants and Dechert for their willful refusal to comply with the Court's Order directing discovery responses as follows:

(a) immediate production of all responsive documents on or before Friday, September 8, 2023;

(b) production of all documents not expressly included and described on a privilege log by September 8, 2023;

(c) complying with depositions of Defendant Del Rosso (for three hours), Defendant Vital Management Services, and nonparty Dechert LLP on or before September 29, 2023;

(d) attorneys' fees in connection with the filing and prosecution of this Motion and other motions involving discovery disputes resulting from the delay tactics of Defendants and Dechert in failing to respond to discovery requests;

(e) civil contempt penalties of $500.00 a day for each day after September 8, 2023, that Defendants and Dechert are not in full compliance with the Court's Orders; and

(4) scheduling an in-person hearing for the Court to inquire into these issues and determine whether any further relief may be necessary.

In support of this Motion, Plaintiff relies upon and respectfully submits the accompanying Memorandum in Support of Motion to Show Cause and

Response to the Motions for Clarification filed by Defendants and Dechert and the related exhibits to that Memorandum.

This, the 29th day of August, 2023.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina State Bar No. 22275
Christopher W. Jones
North Carolina State Bar No. 27265
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: 919-755-2100
Fax: 919-755-2150
Email: ripley.rand@wbd-us.com
chris.jones@wbd-us.com

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-CV-954-WO-JLW

FARHAD AZIMA,

    Plaintiff,

v.

NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,

    Defendants.

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

    Brandon S. Neuman, Esq.
    John Branch, III, Esq.
    Jeffrey M. Kelly, Esq.
    Nathaniel J. Pencook, Esq.
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    301 Hillsborough Street, Suite 1400
    Raleigh, NC 27603
    brandon.neuman@nelsonmullins.com
    jeff.kelly@nelsonmullins.com
    nate.pencook@nelsonmullins.com
    john.branch@nelsonmullins.com
    Tel.: 919.329.3800
    Fax.: 919.329.3799

4

Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

John Charles Quinn, Esq.
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Ste. 63rd Floor
New York, NY 10118
Email: jquinn@kaplanhecker.com
Tel.: 212-763-0883
Fax.: 212-564-0883

Kearns Davis, Esq.
Daniel D. Adams
Brooks Pierce McLendon Humphrey & Leonard LLP
PO Box 26000
Greensboro, NC 27420-6000
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com
Tel.:336-373-8850
Fax.: 336-378-1001

*Counsel for Dechert LLP*

Kieran Shanahan, Esq.
Shanahan Law Group
128 East Hargett Street, Suite 300
Raleigh, NC 27601
Tel.: 919-264-7515
Email: kieran@shanahanlawgroup.com

*Counsel for Shanahan Law Group*

Richard S. Glaser, Jr.
Parker Poe
620 South Tryon Street
Suite 800
Charlotte, North Carolina 28202
Tel.: 704-335-9531
Email: rickglaser@parkerpoe.com

Nana Asante-Smith
Parker Poe
PNC Plaza
301 Fayetteville Street
Suite 1400
Raleigh, North Carolina 27601
Tel.: 919-835-4683
Email: nanaasantesmith@parkerpoe.com

*Counsel for Christopher Swecker and Christopher Swecker Enterprises, LLC*

This, the 29th day of August, 2023.

           **WOMBLE BOND DICKINSON (US) LLP**

           /s/ *Ripley Rand*
           Ripley Rand
           North Carolina State Bar No. 22275
           555 Fayetteville Street, Suite 1100
           Raleigh, NC 27601
           Telephone: (919) 755-8125
           Facsimile: (919) 755-6752
           Email: ripley.rand@wbd-us.com

           *Counsel for Plaintiff*