# Exhibit 7



**NTi Investigative & Analytical Support Services**

# Estimate

| | |
|---|---|
| 1 Middle Street, Suite 200 | **DATE** June 7, 2019 |
| Lancaster, NH 03584 | |
| +1-603-788-4900 | |

**TO**  Dechert LLP
160 Queen Victoria Street
London EC4V 4QQ
United Kingdom

| LABOR HOURS | ITEM | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 60 | Secure deletion of all RAK related from NTi's servers and backups (excluding the Torrent Data) | NTi currently holds approximately 27 TB of RAK related data and backup copies on 5 Windows Servers, 1 Forensic Computer, and 11 backup hard drives.<br><br>To include:<br><br>1. Copies of forensic images and datasets provided by Control Risks<br><br>2. Backups of all data provided<br><br>3. Email communication and attachments<br><br>4. Reports and analytical product<br><br>5. Files extracted for production loads for Relativity<br><br>6. Information and intel provided as part of the investigation<br><br>7. Hard copies of reports and intel<br><br>8. Copies of all productions provided to CDS<br><br>**Action Plan (excluding Torrent Data)**<br><br>NTi's analysts will conduct keyword searches with our internal email database to locate and delete email correspondences containing attachments relating to RAK.<br><br>NTi will shred and destroy all hard copies of RAK related data.<br><br>NTi will identify and delete all work, analytical product, and Relativity productions containing information extracted from the RAK datasets.<br><br>NTi will complete an advanced deletion (3 passes) on any/all backup drives containing RAK data.<br><br>Please see a detailed list of the RAK related data on page 2 | $ 200.00 | $   12,000.00 |
| | | **TOTAL** | | **$  12,000.00** |

CONFIDENTIAL

JGS_000061

| RAK Data | | | |
|---|---|---|---|
| Item | Description | Size (GB) | Backup Sizes |
| | | 13 | 13 |
| | | 58 | 58 |
| | | 448 | 448 |
| | | 552 | 552 |
| | | 116 | 116 |
| | | 51 | 51 |
| | | 415 | 415 |
| | | 8 | 8 |
| | | 1,738 | 1,738 |
| | | 1,810 | 1,810 |
| | | 1,346 | 1,346 |
| | | 86 | 86 |
| | | 58 | 58 |
| | | 2 | 2 |
| | | 32 | 32 |
| | | 7.48 | 7.48 |
| | | 2.85 | 2.85 |
| | | 0 | 0 |
| | | 1.04 | 1.04 |
| | | 370 | 370 |
| | | 24.4 | 24.4 |
| | | 12.2 | 12.2 |
| | | 36.7 | 36.7 |
| | | 2.77 | 2.77 |
| | | 103 | 103 |
| | | 1.33 | 1.33 |
| | | 1.65 | 1.65 |
| | | 35.8 | 35.8 |
| | | 95.5 | 95.5 |
| | | 24 | 24 |
| | | 2.62 | 2.62 |
| | | 1.2 | 1.2 |

CONFIDENTIAL

| RAK Data | | | |
|---|---|---|---|
| Item | Description | Size (GB) | Backup Sizes |
| | | 9.91 | 9.91 |
| | | 5.12 | 5.12 |
| | | 3.97 | 3.97 |
| | | 0.566 | 0.566 |
| | | 28.7 | 28.7 |
| | | 4.88 | 4.88 |
| | | 0.964 | 0.964 |
| | | 2.05 | 2.05 |
| | | 0 | 0 |
| | | 0.121 | 0.121 |
| | | 0.077 | 0.077 |
| | | 1.54 | 1.54 |
| | | 22.2 | 22.2 |
| | | 2.84 | 2.84 |
| | | 8.98 | 8.98 |
| | | 6 | 6 |
| | | 37.8 | 37.8 |
| | | 7.77 | 7.77 |
| | | 4.83 | 4.83 |
| | | 3.29 | 3.29 |
| | | 7 | 7 |
| | | 54.7 | 54.7 |
| | | 5.53 | 5.53 |
| | | 1.99 | 1.99 |

CONFIDENTIAL

| RAK Data | | | |
|---|---|---|---|
| Item | Description | Size (GB) | Backup Sizes |
| | | 3.97 | 3.97 |
| | | 9.01 | 9.01 |
| | | 7.92 | 7.92 |
| | | 2.09 | 2.09 |
| | | 10.9 | 10.9 |
| | | 8.58 | 8.58 |
| | | 0.018 | 0.018 |
| | | 13.9 | 13.9 |
| | | 0.24 | 0.24 |
| | | 27.4 | 27.4 |
| | | 1.2 | 1.2 |
| | | 46.9 | 46.9 |
| | | 3.69 | 3.69 |
| | | 149 | 149 |
| | | 465 | 465 |
| | | 18.7 | 18.7 |
| | | 12.4 | 12.4 |
| | | 232 | 232 |
| | | 115 | 115 |
| | | 84.7 | 84.7 |
| | | 931 | 931 |
| | | 0.217 | 0.217 |
| | | 0.00115 | 0.00115 |
| | | 0.082 | 0.082 |

**CONFIDENTIAL**

JGS_000064

| RAK Data | | | |
|---|---|---|---|
| Item | Description | Size (GB) | Backup Sizes |
| █████ | █████ | 0.00045 | 0.00045 |
| █████ | █████ | 0.038 | 0.038 |
| █████ | █████ | 0.0005 | 0.0005 |
| █████ | █████ | 0.00015 | 0.00015 |
| █████ | █████ | 0.00021 | 0.00021 |
| █████ | █████ | 0.01 | 0.01 |
| █████ | █████ | 12.3 | 12.3 |
| █████ | █████ | 8.38 | 8.38 |
| █████ | █████ | 0.0001 | 0.0001 |
| █████ | █████ | 0.00674 | 0.00674 |
| █████ | █████ | 0.009 | 0.009 |
| █████ | █████ | 0.00048 | 0.00048 |
| █████ | █████ | 465 | 465 |
| █████ | █████ | 0.329 | 0.329 |
| █████ | █████ | 0.031 | 0.031 |
| █████ | █████ | 7.34 | 7.34 |
| █████ | █████ | 3.73 | 3.73 |
| █████ | █████ | 3.75 | 3.75 |
| █████ | █████ | 10.5 | 10.5 |
| █████ | █████ | 3.52 | 3.52 |
| █████ | █████ | 7.61 | 7.61 |
| █████ | █████ | 10.1 | 10.1 |
| █████ | █████ | 3.63 | 3.63 |
| █████ | █████ | 3.69 | 3.69 |

CONFIDENTIAL

JGS_000065

| RAK Data | | | |
|---|---|---|---|
| **Item** | **Description** | **Size (GB)** | **Backup Sizes** |
| | | 0.02 | 0.02 |
| | | 3.66 | 3.66 |
| | | 232 | 232 |
| | | 0.617 | 0.617 |
| | | 1.84 | 1.84 |
| | | 0.00043 | 0.00043 |
| | | 465 | 465 |
| | | 931 | 931 |
| | | 149 | 149 |
| | | 120 | 120 |
| | | 141 | 141 |
| | | 0.009 | 0.009 |
| | | 0.00032 | 0.00032 |
| | | 149 | 149 |
| | | 465 | 465 |
| | | 72.6 | 72.6 |
| | | 465 | 465 |
| | | 0.00016 | 0.00016 |
| | **Total Size** | **13556.00869** | **13556.00869** |
| | | | |
| | **Total Size of All Data and Backups (GB)** | **27112.01738** | |
| | **Total Size of All Data and Backups (TB)** | **27.11201738** | |

| | |
|---|---|
| **From:** | Poletto, Alexa <apoletto@sidley.com> |
| **Sent:** | Friday, August 28, 2020 10:51 AM |
| **To:** | Jessica Gray; Chianese, Christina Prusak; Egleson, Christopher M.; Chung, Nancy; 'Louise Flanagan' |
| **Cc:** | 'Rich Garcia'; 'Phil Renzulli'; Tom.conaway@goazimuth.com |
| **Subject:** | RE: Introduction - NTI / Sidley |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Jessica,

Would you be able to have the data ready by September 4? We appreciate your assistance in expediting this process.

Kind regards,

Alexa


**ALEXA POLETTO**
Associate

**SIDLEY AUSTIN LLP**
+1 212 839 7340
apoletto@sidley.com


**From:** Jessica Gray <jess@ntilawenforcement.org>
**Sent:** Friday, August 28, 2020 9:49 AM
**To:** Poletto, Alexa <apoletto@sidley.com>; Chianese, Christina Prusak <cchianese@sidley.com>; Egleson, Christopher M. <cegleson@sidley.com>; Chung, Nancy <nchung@sidley.com>; 'Louise Flanagan' <l.flanagan@rakez.com>
**Cc:** 'Rich Garcia' <rich@ntilawenforcement.org>; 'Phil Renzulli' <phil@ntilawenforcement.org>; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Alexa,

Please note, the data will **not** be ready for transfer by September 2nd. The data will take at least one full week to copy considering the voluminous size.

*Jessica Gray*
**Chief Operating Officer**
NTi Investigative and Analytical Support Services
Phone: (603) 788-4900 Ext. 305
Fax: (603) 788-4901
Jess@ntilawenforcement.org

GSA Certified - Contract Number GS-07F-0434Y

**CONFIDENTIAL**                                                                                              **JGS_000078**

HubZone Certified Business - #51853
Website: www.NTiLawEnforcement.org

IMPORTANT/CONFIDENTIAL: This transmission from NTi Investigative and Analytical Support Services is intended only for the use of the addresses shown. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law.  If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

**From:** Poletto, Alexa
**Sent:** Friday, August 28, 2020 9:41 AM
**To:** Jessica Gray; Chianese, Christina Prusak; Egleson, Christopher M.; Chung, Nancy; 'Louise Flanagan'
**Cc:** 'Rich Garcia'; 'Phil Renzulli'; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Jessica

Thank you for the signed engagement letter and cost proposal.  While the proposal generally looks fine to us, we would like to include a step plan and timeline for the data transfer.  Can you work with Deloitte to develop a timeline with milestones that can be included in the proposal please?  We would like the data to be ready for transport by September 2, please.  We will initiate an email chain with Deloitte to this effect so that everyone is on the same page.

Separately, we'd prefer the EL and proposal to be two stand-alone documents; we will get the EL signed and returned to you.

Thank you.

Kind regards,

Alexa


**ALEXA POLETTO**
Associate

**SIDLEY AUSTIN LLP**
+1 212 839 7340
apoletto@sidley.com

> **From:** Jessica Gray <jess@ntilawenforcement.org>
> **Sent:** Thursday, August 27, 2020 10:22 AM
> **To:** Poletto, Alexa <apoletto@sidley.com>; Chianese, Christina Prusak <cchianese@sidley.com>; Egleson, Christopher M. <cegleson@sidley.com>; Chung, Nancy <nchung@sidley.com>; 'Louise Flanagan' <l.flanagan@rakez.com>
> **Cc:** 'Rich Garcia' <rich@ntilawenforcement.org>; 'Phil Renzulli' <phil@ntilawenforcement.org>; Tom.conaway@goazimuth.com
> **Subject:** RE: Introduction - NTI / Sidley
>
> Alexa,

Attached please find the signed engagement letter. I've also attached a modified estimate to reflect the 115GB decreased size of the data.

Many thanks,

*Jessica Gray*

**Chief Operating Officer**
NTi Investigative and Analytical Support Services
Phone: (603) 788-4900 Ext. 305
Fax: (603) 788-4901
Jess@ntilawenforcement.org

*GSA Certified - Contract Number GS-07F-0434Y*
*HubZone Certified Business - #51853*

Website: www.NTiLawEnforcement.org

**IMPORTANT/CONFIDENTIAL:** This transmission from NTi Investigative and Analytical Support Services is intended only for the use of the addresses shown. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law.  If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

---

**From:** Poletto, Alexa [mailto:apoletto@sidley.com]
**Sent:** Thursday, August 20, 2020 5:14 PM
**To:** Jessica Gray; Chianese, Christina Prusak; Egleson, Christopher M.; Chung, Nancy; 'Louise Flanagan'
**Cc:** 'Rich Garcia'; 'Phil Renzulli'; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Jessica,

Please find attached an updated engagement letter reflecting our discussions on Tuesday. I've also attached a redline against the version that we last circulated.

Separately, we will follow up with an email connecting you with Deloitte in order to help facilitate the transfer.

Kind regards,

Alexa

**ALEXA POLETTO**
Associate

**SIDLEY AUSTIN LLP**
+1 212 839 7340
apoletto@sidley.com

CONFIDENTIAL                                                                      JGS_000080

**From:** Jessica Gray <jess@ntilawenforcement.org>
**Sent:** Tuesday, August 18, 2020 7:43 AM
**To:** Poletto, Alexa <apoletto@sidley.com>; Chianese, Christina Prusak <cchianese@sidley.com>; Egleson, Christopher M. <cegleson@sidley.com>; Chung, Nancy <nchung@sidley.com>; 'Louise Flanagan' <l.flanagan@rakez.com>
**Cc:** 'Rich Garcia' <rich@ntilawenforcement.org>; 'Phil Renzulli' <phil@ntilawenforcement.org>; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Hi Alexa,

12:30pm EST would be fantastic.

Many thanks,

*Jessica Gray*

**Chief Operating Officer**
NTi Investigative and Analytical Support Services
Phone: (603) 788-4900 Ext. 305
Fax: (603) 788-4901
Jess@ntilawenforcement.org

*GSA Certified - Contract Number GS-07F-0434Y*
*HubZone Certified Business - #51853*

Website: www.NTiLawEnforcement.org

**IMPORTANT/CONFIDENTIAL:** This transmission from NTi Investigative and Analytical Support Services is intended only for the use of the addresses shown. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

---

**From:** Poletto, Alexa [mailto:apoletto@sidley.com]
**Sent:** Monday, August 17, 2020 11:56 PM
**To:** Jessica Gray; Chianese, Christina Prusak; Egleson, Christopher M.; Chung, Nancy; 'Louise Flanagan'
**Cc:** 'Rich Garcia'; 'Phil Renzulli'; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Hi Jessica,

Are you available tomorrow (Tuesday) sometime between 12:00-2:00 EST to discuss?

Thank you,

Alexa

CONFIDENTIAL

JGS_000081

**ALEXA POLETTO**
Associate

**SIDLEY AUSTIN LLP**
+1 212 839 7340
apoletto@sidley.com

---

**From:** Jessica Gray <jess@ntilawenforcement.org>
**Sent:** Thursday, August 13, 2020 3:44 PM
**To:** Chianese, Christina Prusak <cchianese@sidley.com>; Egleson, Christopher M.
<cegleson@sidley.com>; Chung, Nancy <nchung@sidley.com>; 'Louise Flanagan'
<l.flanagan@rakez.com>
**Cc:** Poletto, Alexa <apoletto@sidley.com>; 'Rich Garcia' <rich@ntilawenforcement.org>;
'Phil Renzulli' <phil@ntilawenforcement.org>; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Hi Christina,

NTi would like to schedule a conference call to discuss engagement letters and proposed
terms. Are you available next week sometime to discuss?

Many thanks,

*Jessica Gray*

**Chief Operating Officer**
NTi Investigative and Analytical Support Services
Phone: (603) 788-4900 Ext. 305
Fax: (603) 788-4901
Jess@ntilawenforcement.org

*GSA Certified - Contract Number GS-07F-0434Y*
*HubZone Certified Business - #51853*

Website: www.NTiLawEnforcement.org

**IMPORTANT/CONFIDENTIAL:** This transmission from NTi Investigative and
Analytical Support Services is intended only for the use of the addresses shown. It
contains information that may be privileged, confidential, and/or exempt from disclosure
under applicable law.  If you are not the intended recipient of this transmission, you are
hereby notified that the copying, use, or distribution of any information or materials
transmitted herewith is strictly prohibited. If you have received this e-mail by mistake,
please immediately respond to this e-mail to notify the sender.

---

**From:** Chianese, Christina Prusak [mailto:cchianese@sidley.com]
**Sent:** Thursday, August 13, 2020 3:02 PM
**To:** Jessica Gray; Egleson, Christopher M.; Chung, Nancy; 'Louise Flanagan'
**Cc:** Poletto, Alexa; 'Rich Garcia'; 'Phil Renzulli'; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Hi Jessica,

CONFIDENTIAL                                                        JGS_000082

I hope you are well.  We wanted to circle back on the engagement letter, and also our question in my email below.

Best,
Christina


**CHRISTINA PRUSAK CHIANESE**
Partner

**SIDLEY AUSTIN LLP**
+1 212 839 6062
cchianese@sidley.com

---

**From:** Jessica Gray <jess@ntilawenforcement.org>
**Sent:** Wednesday, August 5, 2020 2:14 PM
**To:** Chianese, Christina Prusak <cchianese@sidley.com>; Egleson, Christopher M. <cegleson@sidley.com>; Chung, Nancy <nchung@sidley.com>; 'Louise Flanagan' <l.flanagan@rakez.com>
**Cc:** Poletto, Alexa <apoletto@sidley.com>; 'Rich Garcia' <rich@ntilawenforcement.org>; 'Phil Renzulli' <phil@ntilawenforcement.org>; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Christina,

NTi will review the proposed engagement letter and revert with any questions. Please advise if you wish to discuss further.

Thank you,

*Jessica Gray*
**Chief Operating Officer**
NTi Investigative and Analytical Support Services
Phone: (603) 788-4900 Ext. 305
Fax: (603) 788-4901
Jess@ntilawenforcement.org

*GSA Certified - Contract Number GS-07F-0434Y*
*HubZone Certified Business - #51853*

Website: www.NTiLawEnforcement.org

**IMPORTANT/CONFIDENTIAL:** This transmission from NTi Investigative and Analytical Support Services is intended only for the use of the addresses shown. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law.  If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

**From:** Chianese, Christina Prusak [mailto:cchianese@sidley.com]
**Sent:** Wednesday, August 05, 2020 1:24 PM
**To:** Jessica Gray; Egleson, Christopher M.; Chung, Nancy; 'Louise Flanagan'
**Cc:** Poletto, Alexa; 'Rich Garcia'; 'Phil Renzulli'; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Hi Jessica,

I hope that you are well. Please see attached our edits to the engagement letter. As you'll see, the client has proposed a fixed rate structure which we can discuss. Would you also be able to confirm the amount that has been paid for the data to date?

Many thanks,
Christina



**CHRISTINA PRUSAK CHIANESE**
Partner

**SIDLEY AUSTIN LLP**
+1 212 839 6062
cchianese@sidley.com



**From:** Jessica Gray <jess@ntilawenforcement.org>
**Sent:** Friday, July 17, 2020 2:25 PM
**To:** Egleson, Christopher M. <cegleson@sidley.com>; Chung, Nancy <nchung@sidley.com>; 'Louise Flanagan' <l.flanagan@rakez.com>
**Cc:** Chianese, Christina Prusak <cchianese@sidley.com>; Poletto, Alexa <apoletto@sidley.com>; 'Rich Garcia' <rich@ntilawenforcement.org>; 'Phil Renzulli' <phil@ntilawenforcement.org>; Tom.conaway@goazimuth.com
**Subject:** RE: Introduction - NTI / Sidley

Attached please find NTi's draft engagement letter for this matter. We will be standing by for further instructions.

Many thanks,

*Jessica Gray*

**Chief Operating Officer**
NTi Investigative and Analytical Support Services
Phone: (603) 788-4900 Ext. 305
Fax: (603) 788-4901
Jess@ntilawenforcement.org

*GSA Certified - Contract Number GS-07F-0434Y*
*HubZone Certified Business - #51853*

CONFIDENTIAL

JGS_000084

Website: www.NTiLawEnforcement.org

**IMPORTANT/CONFIDENTIAL:** This transmission from NTi Investigative and Analytical Support Services is intended only for the use of the addresses shown. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law.  If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

---

**From:** Egleson, Christopher M. [mailto:cegleson@sidley.com]
**Sent:** Thursday, July 16, 2020 7:10 PM
**To:** Jessica Gray; Chung, Nancy; 'Louise Flanagan'
**Cc:** Chianese, Christina Prusak; Poletto, Alexa
**Subject:** RE: Introduction - NTI / Sidley

Great to meet you too, Jessica, and the rest of the team.  We'll look over these materials and look forward to receiving the draft engagement letter.  Thanks again.


**CHRISTOPHER M. EGLESON**
Partner

**SIDLEY AUSTIN LLP**
+1 213 896 6108
cegleson@sidley.com

---

**From:** Jessica Gray <jess@ntilawenforcement.org>
**Sent:** Thursday, July 16, 2020 3:36 PM
**To:** Chung, Nancy <nchung@sidley.com>; 'Louise Flanagan' <l.flanagan@rakez.com>
**Cc:** Egleson, Christopher M. <cegleson@sidley.com>; Chianese, Christina Prusak <cchianese@sidley.com>; Poletto, Alexa <apoletto@sidley.com>
**Subject:** RE: Introduction - NTI / Sidley

All,

It was a pleasure speaking with everyone today. As discussed, attached please find the following data and report inventories:

1.  Data Inventory: Detailing data in NTi's possession. I've created **two** tabs; one tab showing the datasets provided to NTi for analysis and one tab showing the various copies, backups, productions requests, dtSearch indexes, etc.
2.  Report Index: Detailing the investigative and analytical reports produced by NTi.
3.  Production Request: Detailing Dechert's requested productions and keyword queries.

8

Many thanks,

*Jessica Gray*

**Chief Operating Officer**
NTi Investigative and Analytical Support Services
Phone: (603) 788-4900 Ext. 305
Fax: (603) 788-4901
Jess@ntilawenforcement.org

*GSA Certified - Contract Number GS-07F-0434Y*
*HubZone Certified Business - #51853*

Website: www.NTiLawEnforcement.org

**IMPORTANT/CONFIDENTIAL:** This transmission from NTi Investigative and Analytical Support Services is intended only for the use of the addresses shown. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

---

**From:** Chung, Nancy [mailto:nchung@sidley.com]
**Sent:** Wednesday, July 15, 2020 3:15 PM
**To:** Louise Flanagan; Jessica Gray
**Cc:** Egleson, Christopher M.; Chianese, Christina Prusak; Poletto, Alexa
**Subject:** RE: Introduction - NTI / Sidley

Thank you, Louise, for the introduction. Jessica, It is nice to meet you. Could you give us a few times that work for you for a call so that we can discuss next steps?

Many thanks.

Nancy

**NANCY CHUNG**

**SIDLEY AUSTIN LLP**
+1 212 839 6070
nchung@sidley.com

---

**From:** Louise Flanagan <l.flanagan@rakez.com>
**Sent:** Wednesday, July 15, 2020 1:35 PM
**To:** Jessica Gray <jess@ntilawenforcement.org>
**Cc:** Chung, Nancy <nchung@sidley.com>; Egleson, Christopher M.
<cegleson@sidley.com>; Chianese, Christina Prusak <cchianese@sidley.com>;

9

CONFIDENTIAL                                                    JGS_000086

Poletto, Alexa <<u>apoletto@sidley.com</u>>
**Subject:** Introduction - NTI / Sidley

Dear Jessica

I hope that you and your family are well. I apologise for not being in touch for several months following our previous email engagement relating to the NTI / RAK data. I have since discussed further internally in the context of a wider data location and migration exercise I have been working through. I thought it would be helpful to introduce you to the Sidley team who are advising RAK on the US aspects of its data. Would it please be possible for them to liaise directly with you to discuss the RAK data NTI holds and in order to put in place an engagement letter directly between NTI and RAK Development?

I understand that VMS will have separately touched base with you on this matter but apologies if they have not done so yet – I'm conscious of the time differences involved and wanted to ensure I sent this across before the end of my day.

Kind regards

**Louise Flanagan**
General Counsel
IDO Legal Department



T : +971  7  22 77 888
M : +971 56 400 5105
F : +971  7  22 77 887
P.O. Box 12222, Ras Al Khaimah, UAE
e-mail: <u>l.flanagan@rakez.ae</u>
<u>www.ido.ae</u>

This message, including any attachments, contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**********************************************************
*****************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

**********************************************************
*****************************************

Virus-free. www.avg.com

**CONFIDENTIAL**

**JGS_000088**



**2020**

# Engagement Letter

**Ras Al Khaimah Development LLC**

**Attn: Naser Bustami**



1 Middle Street, Suite 200, Lancaster, NH 03584
+1-603-788-4900 | 855-287-9684 | Fax: 603-788-4901
www.ntilawenforcement.org

CONFIDENTIAL

JGS_000102



***ATTORNEY CLIENT PRIVILEGE MATERIAL***
***ATTORNEY WORK PRODUCT***

Ras Al Khaimah Development LLC
Naser Bustami

**- Via Email -**

August 20, 2020

Dear Naser Bustami:

**ENGAGEMENT LETTER**

As you know, NTi has been providing services for the benefit of Ras Al Khaimah and various of its instrumentalities and affiliated entities including without limitation the Investment and Development Office of the Government of Ras al Khaimah ("IDO"), Ras Al Khaimah Investment Authority ("RAKIA") and Ras Al Khaimah Development LLC ("RAK Dev") (collectively, "Client") at the direction of the Client's prior counsel Dechert LLP.  Client and NTi wish to directly memorialize between themselves the terms on which NTi will provide such services going forward.  NTi has set out below a description of the services that NTi Investigative and Analytical Support Services will provide to Client together with a suggested fee to conduct these services.

**NTi will provide the following services to Client, in each case only on the written instruction of attorneys from Sidley Austin LLP with the IDO General Counsel Louise Flanagan (IDO GC) in copy, or at the written instruction of the IDO GC alone:**



CONFIDENTIAL

1 Middle Street, Suite 200, Lancaster, NH 03584
+1-603-788-4900 | 855-287-9684 | Fax: 603-788-4901
www.ntilawenforcement.org

JGS_000103

NTi agrees that in the course of providing services to the Client neither NTi nor any individual engaged to assist in NTi's work will engage in any illegal, unethical, or deceptive conduct.

**Retention Policy for Client Data:**

NTi currently holds data belonging to the Client that includes (a) data originally received from the Client or third parties retained by the Client ("Original Client Data"), (b) data obtained in the course of prior investigative work for the Client ("Internet Data"), and (c) any work product prepared during the engagement ("Work Product") (collectively, "Client Data").  Going forward, NTi will retain Client Data for no longer than 90 days, unless the IDO GC and NTi agree in writing to a longer retention period with respect to particular Client Data. Upon execution of this agreement, NTi will promptly transfer, in a secure manner to be agreed upon in advance by the Client, all copies of the Client Data to the following address:

> Deloitte Professional Services (DIFC) Limited
> Attn: Boray Altunisler
> Currency House, Building 1, Level 5, DIFC
> PO Box 112865, Dubai
> United Arab Emirates

NTi will not retain any Client Data currently in its possession.

**NTi's fee for these services will be as follows:**

NTi's hourly rate will be USD $250.

Other fees, expenses, travel may only be incurred after prior written approval from the IDO GC.  These expenses will be invoiced at actual expenses and invoiced separately with appropriate supporting receipts.  Invoices will be sent at the end of each month, with payment due within 30 days from date of invoice.

In consideration of the foregoing terms and conditions, client understands that NTi shall utilize good faith and its best efforts to perform its services in connection with the matter set forth in this agreement.  Client agrees and understands that no promises of any kind regarding the outcome of this analysis/investigation have been made, and Client expects no promise(s) of any kind from NTi.  Furthermore, NTi cannot guarantee that the data developed during this ███████████████████████ is sufficient to provide the Client with the information they need for their purpose and compensation is not dependent on documenting ██████████████████████ ████████████████████ in this matter.  Client agrees that NTi will conduct the analysis/investigation at its sole discretion.

CONFIDENTIAL

1 Middle Street, Suite 200, Lancaster, NH 03584
+1-603-788-4900 | 855-287-9684 | Fax: 603-788-4901
www.ntilawenforcement.org

JGS_000104

Case 1:20-cv-00954-WO-JLW   Document 277-7   Filed 08/29/23   Page 21 of 46

Client understands and agrees that any and all public record sources given to Client by NTi are for information purposes only. NTi assume no liability for accuracy, completeness or omissions.

Client understands and agrees information provided through NTi is based on criteria provided by Client or currently being held by NTi, which should be verified prior to submission by Client. NTi assume no responsibility for accuracy of this information and or its subsequent application by Client.

**Confidentiality and Disclosure:**

NTi will treat all information and data provided to NTi by the Client (including without limitation the Client Data and Internet Data), all information and data obtained as a result of work for the Client, as well as all work product derived therefrom (including without limitation the Work Product) ("Client's Confidential Information") as confidential and not disclose to anyone not authorized in writing to have or view it as determined by the IDO GC. NTi will not disclose to anyone at NTi or authorize anyone at NTi to have access to or view the Client's Confidential Information except those NTi individuals so authorized in writing by the IDO GC. NTi will take all necessary measures to ensure that NTi employees or consultants not authorized to view or access the Client's Confidential Information are prevented from gaining access to the Client's Confidential Information. NTi understands that Jamie Buchanan will not work on matters pertaining to the Client and will not be given access to the Client's Confidential Information. This includes any verbal discussions relating to the Client's Confidential Information.

As previously stated, going forward, NTi will retain Client Data for no longer than 90 days, unless the IDO GC and NTi agree in writing to a longer retention period with respect to particular Client Data. NTi will maintain a copy of Internet Data and Work Product until instructed by the IDO GC that these items will be destroyed or after a three (3) year period if no contact by the IDO GC. Until such time, NTi will maintain this information in a secure location. NTI agrees that the Client's Confidential Information and any and all information, data, documents, images, files, data bases whether in electronic or physical form provided to NTI in connection with this engagement will remain the proprietary data of the Client and his/her employers and may not be released or disclosed to any third party without the express written permission of Client or his/her representatives. NTi agrees to promptly make the IDO GC aware of any request from a third party for access to the Client's Confidential Information, including without limitation in connection with any legal process or subpoena. NTi agrees to cooperate and assist the Client in protecting any Client Confidential Information requested by third parties from disclosure.

CONFIDENTIAL

1 Middle Street, Suite 200, Lancaster, NH 03584
+1-603-788-4900 | 855-287-9684 | Fax: 603-788-4901
www.ntilawenforcement.org

JGS_000105

Case 1:20-cv-00954-WO-JLW   Document 277-7   Filed 08/29/23   Page 22 of 46

If any portion of this agreement is determined to be invalid, the invalid portion shall be stricken, however the remainder of the agreement shall retain its full legal force and effect.

This Agreement shall be deemed to have been entered into in and shall be governed by the laws of the State of New York both as to performance and interpretation, without regard to choice of law provisions. Any dispute relating to this Agreement or its terms shall be resolved by binding arbitration in New York in accordance with the rules of the London Court of International Arbitration. The language of the arbitration shall be English.

The parties acknowledge that they have read this Agreement, understand it, and agree to be bound by its terms and conditions. Further, they agree the complete, exclusive and final statement of the agreement between the parties relating to the subject matter shall consist of this Agreement only. This Agreement supersedes all proposals or other prior agreements, oral or written, and all other communications between the parties relating to the subject. This includes the contract between Vital Management Services of Chapel Hill, North Carolina USA dated August 14, 2017. This Agreement cannot be modified except by a subsequent writing signed by authorized representatives of NTI or Client.

**Work Taskings:**

a) All work taskings to NTi will be from Sidley Austin LLP with the IDO GC in copy, or at the written instruction of the IDO GC alone and will be provided to NTi in a written format (email) prior to any work conducted by NTi.
b) The IDO GC will keep NTi informed on who has the authority to task NTi as well as who can receive the results of any tasking.

**Our expectations of the Client are:**

a) Provide NTi with any and all information necessary in order to conduct the services required of NTi for the Client.
b) Contact NTi if there are any changes to the status of the services or information provided to NTi for analysis.

**Payment Methods:**

Upon receipt of an Invoice, payment can be in a form of EBT, payable to NTi, ATTN: Jessica Samson. ACH payment and SWIFT account information is available upon request.

**Point of Contact at NTi:**

1 Middle Street, Suite 200, Lancaster, NH 03584
+1-603-788-4900 | 855-287-9684 | Fax: 603-788-4901
www.ntilawenforcement.org

CONFIDENTIAL

JGS_000106

Case 1:20-cv-00954-WO-JLW    Document 277-7    Filed 08/29/23    Page 23 of 46

Ms. Jessica Samson will be your primary contact for this matter and can be reached at +1 603-788-4900 or by Email: Jess@ntilawenforcement.org if you have any questions about this matter, you should contact her directly. If Ms. Jessica Samson is not available, Client may contact Richard Garcia at +1 603-788-4900, Ext 713 or by Email rich@ntilawenforcement.org

If you agree that the foregoing fairly sets out your understanding of our mutual responsibilities, please sign a copy of this letter in the space indicated below indicating you accept the terms of this agreement. Please return the executed Engagement Letter to Jessica Samson via Email at Jess@ntilawenforcement.org with copy to Phillip Renzulli at phil@ntilawenforcement.org

Yours sincerely,

Phillip Renzulli - President/CEO
NTi Investigative and Analytical Support Services

www.ntilawenforcement.org
+1 603-788-4900

**Agreed and Accepted:**

_____
Ras Al Khaimah Development LLC, Representative

_____
Print Name - Title

_____
Date

CONFIDENTIAL

1 Middle Street, Suite 200, Lancaster, NH 03584
+1-603-788-4900 | 855-287-9684 | Fax: 603-788-4901
www.ntilawenforcement.org

JGS_000107

Case 1:20-cv-00954-WO-JLW   Document 277-7   Filed 08/29/23   Page 24 of 46

| | |
|---|---|
| **From:** | Jessica Gray <jess@ntilawenforcement.org> |
| **Sent:** | Thursday, October 1, 2020 11:52 AM |
| **To:** | Chung, Nancy (nchung@sidley.com); cegleson@sidley.com; Chianese, Christina Prusak (cchianese@sidley.com); Poletto, Alexa (apoletto@sidley.com) |
| **Cc:** | 'Rich Garcia'; 'Phil Renzulli (phil@ntilawenforcement.org)'; 'Tom.conaway@goazimuth.com' |
| **Subject:** | NTi – RAK Data |
| **Attachments:** | NTi Investigative & Analytical Support Services Invoice 2020-080030.pdf |
| | |
| **Importance:** | High |

All,

All RAK data has successfully been deleted and purged from NTi's systems. Attached please find our invoice for services rendered for this undertaking.

It has been a pleasure to support RAK on the matter.

Many thanks,

*Jessica Gray*

**Chief Operating Officer**
NTi Investigative and Analytical Support Services
Phone: (603) 788-4900 Ext. 305
Fax: (603) 788-4901
Jess@ntilawenforcement.org

*GSA Certified - Contract Number GS-07F-0434Y*
*HubZone Certified Business - #51853*

Website: www.NTiLawEnforcement.org

**IMPORTANT/CONFIDENTIAL:** This transmission from NTi Investigative and Analytical Support Services is intended only for the use of the addresses shown. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

**CONFIDENTIAL**

**JGS_000254**

# Invoice

Date: 10/01/2020
Invoice No.: 2020-08/0030
Due Upon
Receipt: 10/11/2020
Customer PO
No.: RAK Data
Transfer and
Deletion



**NTi Investigative & Analytical Support Services**

1 Middle Street
Suite 200
Lancaster, NH 03584
1-603-788-4900

Bill To:
Sidley Austin LLP

| Units | Item | Description | Unit Type | Total |
|-------|------|-------------|-----------|-------|
| 9,941 | Nearline Data Archiving/Copy | Nearline data archiving/copy (per GB) to transfer to Deloitte UAE.<br><br>Copy of NTi Reports, Analysis, and Charts<br><br>Copy of Relativity Responsive Files & Production Loads | $3.00 | $29,823.00 |
| 44,671 | Secure Deletion | Secure deletion of RAK DataServer, RAK FileServer, RAK Case File on NTi's Internal Server, all data backups, and differential backups. | $0.55 | $24,569.05 |
| 112.75 | Project Management & Labor | Summary of services, labor, and project management attached. | $250.00 | $28,187.50 |

**Total**   **$82,579.55**

**Balance Due**   **$82,579.55**

**NTi's payment methods are attached.**

**Thank you for your business!**

## REMITTANCE

Invoice No.:          2020-08/0030
Customer Name:        Sidley Austin LLP
Date:                 10/01/2020
Amount Enclosed:      $82,579.55

**JGS_000256**

# ABOUT US

NTi's capabilities bridge your information gap. We combine a wide array of investigative services into a single source to find crucial information quickly. Our analytical platform synthesizes massive amounts of unstructured and structured data into actionable information to support our clients' investigations.

# CAPABILITIES

Our proprietary software allows us to conduct various types of analysis within one application, rather than using multiple programs. NTi is able to analyze emails, hard copy documents, financial records, telephone records, and more. We import the bulk data into our in-house software allowing us to generate analytical products such as, reports, leads, link charts, timelines, etc.



**NTi**

ENHANCED INVESTIGATIVE ANALYTICS

*The Forefront of Excellence.*

---

# TIERS OF ENHANCED INVESTIGATIVE ANALYSIS

*Artificial Intelligence Overlaid with Human Intelligence*

### LEVEL 1
**Comprehensive Investigative Reports & Analytical Products**



Based upon the results of our investigative analysis, NTi creates in-depth analytical products of the client's choosing to include comprehensive reports, association charts, timelines, etc. detailing our findings of interest relevant to the investigation.

### LEVEL 2
**Applying Advanced Human Intelligence for Investigative & Analytical Techniques**



NTi conducts various types of analysis to include bulk data, financial analysis, communication analysis, etc. Our state-of-the-art software allows for our analysts to search quickly and efficiently through terabytes of data. Utilizing our investigative techniques, we are able to identify actionable evidence and admissible data. NTi extracts and provides our clients with key evidence/documents through evidence indexes, eDiscovery platforms, production loads, etc. for our clients to quickly and easily review the relevant evidence.

### LEVEL 3
**Applying Artificial Intelligence for Lead Integration & Preliminary Review**



The initial phase of gathering, organizing, and exploiting structured and unstructured data from sources provided by the client. Utilize our in-house software to generate high probability leads to identify relationships, hierarchies, communication activity, frequency and statistics, patterns and sequences, and more.

Preliminary review of the data to identify key documents and evidence of interest from our generated high probability leads.

---

# CONTACT US

**PHONE NUMBER**
+1-603-788-4900

**EMAIL ADDRESS**
info@ntilawenforcement.org

**WEBSITE**
www.ntilawenforcement.org

CONFIDENTIAL

JGS_000257



## NTi Payment methods

**By Check – Make payable to:**

Northern Technology Inc.
1 Middle St., Suite 200
Lancaster, NH 03584
+1 603-788-4900

**Bank ACH:**

Northern Technology Inc.
DBA: NTI Investigative and Analytical Support Services
1 Middle St., Suite 200
Lancaster, NH 03584
+1 603-788-4900

Bank Name: Meredith Village Savings Bank, Meredith Main Branch
24 NH Route 25
P.O. Box 177
Meredith, NH 03253
Tel: +1 603-279-9295
　　　Northern Technology Checking Account Number: ▮▮▮▮
　　　ABA Number: 211772936

**SWIFT Account:**
SWIFT code is ▮▮▮▮
Beneficiary Bank will be MVSB using account number ▮▮▮▮
Northern Technology Inc.
DBA: NTI Investigative and Analytical Support Services
1 Middle St., Suite 200
Lancaster, NH 03584
+1 603-788-4900

**Our EIN number is** ▮▮▮▮

Case 1:20-cv-00954-WO-JLW   Document 277-7   Filed 08/29/23   Page 29 of 46

CONFIDENTIAL

JGS_000259

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

JGS_000266

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

JGS_000269

CONFIDENTIAL

JGS_000270

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL