UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>  Plaintiff,<br><br>  v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>  Defendants. | **PLAINTIFF'S NOTICE OF FILING SEALED DOCUMENTS** |

Pursuant to Section 8 of the Confidentiality Protective Order (ECF No. 177), Plaintiff Farhad Azima respectfully gives the Court and parties notice of filing the following documents under seal:

- Exhibit 1 – Select portions of Defendant Del Rosso deposition transcript that includes portions that Defendants have designated as confidential.

- Exhibit 2 – Documents produced by Defendants between 2018 and 2019 relating to Plaintiff Azima, including emails from Neil Gerrard to Defendant Del Rosso attaching drafts of witness statements for Stuart Page and Majdi Halabi regarding Plaintiff's hacked data, a "Farhad Azima Internet Data Access Chronology" describing information about Plaintiff's hacked data, correspondence regarding data reviewed by Northern Technologies, Inc. relating to Plaintiff, and correspondence attaching news articles about Plaintiff. Defendants have designated each of these documents as confidential.

- Exhibit 3 – Invoices from Vital Management Services to Ras Al Khaimah from March 2018 and December 2019. Defendants have designated each of these documents as confidential. Plaintiff has redacted the federal tax identification number, which is the only portion he believes to be properly designated as confidential.

- Exhibit 5 – Correspondence involving Dechert LLP partner Caroline Black in 2015, including correspondence with Bell Pottinger regarding articles about Plaintiff and correspondence from Gerrard to Stuart Page

1

and others regarding a report prepared by Page and Dechert's relationship with Page and Del Rosso. Dechert has designated each of these documents as confidential.

- Exhibit 6 – Correspondence from Gerrard to Dechert LLP partner James Croock and others regarding a meeting with Stuart Page in November 2016. Dechert has designated this document as confidential.

These exhibits are filed under seal in connection with Plaintiff's Memorandum in Support of Plaintiff's Motion to Show Cause and Response to the Motions of Defendants Nicholas Del Rosso and Vital Management Services, Inc. ("Defendants") and Dechert LLP. The grounds for this notice are set forth in the memorandum in support of the notice filed contemporaneously herewith.

Plaintiff sought consent from Defendants and Dechert to file these documents publicly with the limited redactions described above, so as not to burden the Court with additional motions to seal. Neither Defendants nor Dechert had agreed to allow the documents to be filed publicly at the time of the filing.

This, the 29th day of August, 2023.

        **WOMBLE BOND DICKINSON (US) LLP**

        */s/ Ripley Rand*
        Ripley Rand
        North Carolina State Bar No. 22275
        Christopher W. Jones
        North Carolina State Bar No. 27265
        555 Fayetteville Street, Suite 1100
        Raleigh, North Carolina 27601
        Phone: 919-755-2100
        Fax: 919-755-2150
        Email:   ripley.rand@wbd-us.com
                      chris.jones@wbd-us.com

        **MILLER & CHEVALIER CHARTERED**

        Kirby D. Behre (*pro hac vice*)
        Timothy P. O'Toole (*pro hac vice*)
        Lauren Briggerman (*pro hac vice*)
        Ian Herbert (*pro hac vice*)
        Calvin Lee (*pro hac vice*)
        Cody Marden (*pro hac vice*)
        900 16th Street, NW
        Washington, D.C. 20006
        Telephone: (202) 626-5800
        Fax: (202) 626-5801
        Email: kbehre@milchev.com

        *Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT<br>SERVICES, INC.,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

Brandon S. Neuman, Esq.
John Branch, III, Esq.
Jeffrey M. Kelly, Esq.
Nathaniel J. Pencook, Esq.
NELSON MULLINS RILEY & SCARBOROUGH, LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
john.branch@nelsonmullins.com
Tel.: 919.329.3800
Fax.: 919.329.3799

4

Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*
John Charles Quinn, Esq.
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Ste. 63rd Floor
New York, NY 10118
Email: jquinn@kaplanhecker.com
Tel.: 212-763-0883
Fax.: 212-564-0883

Kearns Davis, Esq.
Daniel D. Adams
Brooks Pierce McLendon Humphrey & Leonard LLP
PO Box 26000
Greensboro, NC 27420-6000
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com
Tel.:336-373-8850
Fax.: 336-378-1001

*Counsel for Dechert LLP*
Kieran Shanahan, Esq.
Shanahan Law Group
128 East Hargett Street, Suite 300
Raleigh, NC 27601
Tel.: 919-264-7515
Email: kieran@shanahanlawgroup.com

*Counsel for Shanahan Law Group*

Richard S. Glaser, Jr.
Parker Poe
620 South Tryon Street
Suite 800
Charlotte, North Carolina 28202
Tel.: 704-335-9531
Email: rickglaser@parkerpoe.com

Nana Asante-Smith
Parker Poe
PNC Plaza
301 Fayetteville Street
Suite 1400
Raleigh, North Carolina 27601
Tel.: 919-835-4683
Email: nanaasantesmith@parkerpoe.com

*Counsel for Christopher Swecker and Christopher Swecker Enterprises, LLC*

This, the 29th day of August, 2023.

                              **WOMBLE BOND DICKINSON (US) LLP**

                              /s/ *Ripley Rand*
                              Ripley Rand
                              North Carolina State Bar No. 22275
                              555 Fayetteville Street, Suite 1100
                              Raleigh, NC 27601
                              Telephone:  (919) 755-8125
                              Facsimile:   (919) 755-6752
                              Email:      ripley.rand@wbd-us.com

                              *Counsel for Plaintiff*