UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DOCKET NO. 1:20-CV-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA )<br>      Plaintiff )<br>vs. )<br>)<br>NICHOLAS DEL ROSSO AND )<br>VITAL MANAGEMENT SERVICES, )<br>INC., )<br>)<br>      Defendants. ) | MOTION PURSUANT TO COURT'S<br>AUGUST 31, 2023 ORDER |

**NOW COMES** Non-Party Witnesses Christopher Swecker and Christopher Swecker Enterprises, LLC ("Swecker"), by and through undersigned counsel, and hereby files this motion of information with the Court pursuant to its Order issued on August 31, 2023. In support of this, Swecker offers the following:

1. Pursuant to its August 31, 2023 order this court has scheduled a status conference for September 29, 2023 on several pending motions before the court.

2. At least one of the pending motions, Doc. 251, is that of witness Swecker filed on August 8, 2023.

3. Undersigned counsel and his colleague, Nana Asante-Smith, have represented Swecker since entering appearances their behalf on August 7, 2023.

4. Undersigned counsel has a preplanned and prepaid Canadian train trip from September 18 through September 28, 2023. It is anticipated that if all flights to and from Canada are not delayed or cancelled that undersigned counsel will be able to attend the

-1-

scheduled September 29, 2023 status conference set by this court. However, if travel is delayed counsel needs to inform the court that his absence would not be purposeful and that he is not intentionally missing the status conference without previously notifying the court of this unanticipated possibility.

5. Undersigned counsel's colleague will also be in attendance at the September 29, 2023 status conference hearing.

6. Undersigned counsel has informed counsel for Plaintiff Azima of his travel plans and assures this court that he will confer with opposing counsel prior to the September 29, 2023 status hearing to attempt to resolve any issues arising from the motion filed on behalf of Swecker on August 8, 2023.

**WHEREFORE**, Swecker respectfully informs this Court of his counsel's travel plans and also his counsel's intention to confer with opposing counsel pursuant to its August 31, 2023 Order.

Respectfully submitted this 5th day of September, 2023.

<u>s/ Richard S. Glaser</u>
Richard S. Glaser, NCSB#: 13998
Nana Asante-Smith, NCSB#: 51569
**PARKER POE ADAMS & BERNSTEIN LLP**
620 S. Tryon St., Suite 800
Charlotte, NC 28202
rickglaser@parkerpoe.com
nanaasantesmith@parkerpoe.com
*Counsel for Non-Party Witnesses Christopher Swecker*
*& Christopher Swecker Enterprises, LLC*

PPAB 9863857v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 5th, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system, which sent notification of filing to all attorneys of record.

*/s/ Richard S. Glaser*
Richard S. Glaser

PPAB 9863857v1