## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## Case No. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **PLAINTIFF'S NOTICE TO THE COURT AND PARTIES** |

On August 31, 2023, Plaintiff received an Order from the Court bearing Docket Number 282, which, among other things, ordered a stay of proceedings in this case, ordered that the parties meet and confer with opposing counsel regarding several outstanding motions, and set a status conference for September 29, 2023. Plaintiff very reluctantly submits the following information that may bear directly on the Court's hearing on September 29, 2023.

At the time Plaintiff received the Court's Order, Plaintiff was in the late stages of drafting a Motion to Disqualify Nelson Mullins as counsel for Defendants in this matter pursuant to North Carolina Rules of Professional Conduct 1.7(a) and 3.7(a) and intended to file it well in advance of September 29, 2023. Plaintiff respectfully notifies the Court and the parties that he intends to file the disqualification motion upon the Court lifting the stay, or

when otherwise directed or permitted by the Court. The duty of candor of Plaintiff's counsel to the Court compels that they communicate this issue to the Court in advance of the scheduled status conference and in advance of any further meet and confer meetings with Defendants' counsel so that the Court is fully aware of the circumstances and of the threshold nature of the disqualification issue in advance of the scheduled status conference. Plaintiff will follow the Court's Order, meet and confer with opposing counsel, and attempt to resolve any outstanding issues in the pending motions that can be resolved between the parties.

On Tuesday, September 6, 2023, counsel for Plaintiff and Defendants met and conferred relative to this Notice and the parties were unable to reach an agreement.

This, the 6th day of September, 2023.

WOMBLE BOND DICKINSON (US) LLP

*/s/ Ripley Rand*
Ripley Rand
North Carolina State Bar No. 22275
Christopher W. Jones
North Carolina State Bar No. 27265
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: 919-755-2100
Fax: 919-755-2150
Email:   ripley.rand@wbd-us.com
            chris.jones@wbd-us.com

-and-

2

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren E. Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com
Email: totoole@milchev.com
Email: lbriggerman@milchev.com
Email: iherbert@milchev.com
Email: clee@milchev.com
Email: cmarden@milchev.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 20-CV-954-WO-JLW

FARHAD AZIMA,

     Plaintiff,

     v.

NICHOLAS DEL ROSSO and
VITAL MANAGEMENT
SERVICES, INC.,

     Defendants.

**CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

Brandon S. Neuman, Esq.
John Branch, III, Esq.
Jeffrey M. Kelly, Esq.
Nathaniel J. Pencook, Esq.
NELSON MULLINS RILEY & SCARBOROUGH, LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
john.branch@nelsonmullins.com
Tel.: 919.329.3800
Fax.: 919.329.3799

Samuel A. Rosenthal
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

This, the 6th day of September, 2023.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Ripley Rand*

Ripley Rand
North Carolina State Bar No. 22275
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8125
Facsimile: (919) 755-6752
Email: ripley.rand@wbd-us.com

*Counsel for Plaintiff*

2