UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　Defendants. | **MOTION FOR LEAVE TO WITHDRAW ATTORNEY APPEARANCE AND TO BE EXCUSED FROM SEPTEMBER 29, 2023, STATUS CONFERENCE** |

Pursuant to Local Rule 83.1(e), Plaintiff Farhad Azima respectfully moves for leave of Court to withdraw the appearance of Brian A. Hill as counsel for Plaintiff, and for Mr. Hill to be excused from attending the September 29, 2023, Status Conference of all counsel of record.

Although Mr. Hill was actively involved in this case at the time of its filing and for a period of time thereafter, Mr. Hill has not performed any substantive work on this case since January 2022. If Mr. Hill is permitted to withdraw his appearance before the September 29, 2023, Status Conference, Mr. Azima will continue to be represented in this matter by Mr. Hill's six undersigned colleagues at Miller & Chevalier Chartered as well as Plaintiff's undersigned counsel at Womble Bond Dickinson (US) LLP, all of whom plan to attend the upcoming Status Conference as required by the Court's August 31, 2023, Order.

No request for any change in schedule is being sought in connection with this motion, and the withdrawal of Mr. Hill will not unduly delay the case, will not be unduly prejudicial to any party, and will not otherwise be against the interests of justice. The undersigned certifies that the Plaintiff has been notified of the withdrawal of Mr. Hill's appearance, that the Plaintiff consents to Mr. Hill's withdrawal from the case, and that Plaintiff Azima will continue to be represented by:

> Ripley Rand
> Christopher W. Jones
> **WOMBLE BOND DICKINSON (US) LLP**
> 555 Fayetteville Street, Suite 1100
> Raleigh, N.C. 27601
> Phone: 919-755-2100
> Fax: 919-755-2150
> Email:  ripley.rand@wbd-us.com
> Email:  chris.jones@wbd-us.com
>
> and
>
> Kirby D. Behre (*pro hac vice*)
> Timothy P. O'Toole (*pro hac vice*)
> Lauren E. Briggerman (*pro hac vice*)
> Ian Herbert (*pro hac vice*)
> Calvin Lee (*pro hac vice*)
> Cody Marden (*pro hac vice*)
> **MILLER & CHEVALIER CHARTERED**
> 900 16th Street, NW
> Washington, D.C. 20006
> Telephone: (202) 626-5800
> Fax: (202) 626-5801
> Email: kbehre@milchev.com           Email: iherbert@milchev.com
> Email: totoole@milchev.com          Email: clee@milchev.com
> Email: lbriggerman@milchev.com      Email: cmarden@milchev.com

The undersigned certifies further that, on September 6, 2023, counsel for Plaintiff communicated with counsel for Defendants about this motion prior to filing and counsel for Defendants did not indicate any objection to Mr. Hill's withdrawal.

Based on the foregoing, Mr. Hill respectfully requests that his motion be granted and his appearance in this case be terminated, that he be excused from attending the September 29, 2023, Status Conference, and for other such relief as may be just and appropriate.

This, the 7th day of September, 2023.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina State Bar No. 22275
Christopher W. Jones
North Carolina State Bar No. 27265
555 Fayetteville Street, Suite 1100
Raleigh, N.C. 27601
Phone: 919-755-2100
Fax: 919-755-2150
Email:  ripley.rand@wbd-us.com
  chris.jones@wbd-us.com

-and-

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren E. Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email:  kbehre@milchev.com
        totoole@milchev.com
        lbriggerman@milchev.com
        iherbert@milchev.com
        clee@milchev.com
        cmarden@milchev.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>　Plaintiff,<br><br>　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

　Brandon S. Neuman, Esq.
　John Branch, III, Esq.
　Jeffrey M. Kelly, Esq.
　Nathaniel J. Pencook, Esq.
　NELSON MULLINS RILEY & SCARBOROUGH, LLP
　301 Hillsborough Street, Suite 1400
　Raleigh, NC 27603
　brandon.neuman@nelsonmullins.com
　jeff.kelly@nelsonmullins.com
　nate.pencook@nelsonmullins.com
　john.branch@nelsonmullins.com
　Tel.: 919.329.3800
　Fax.: 919.329.3799

Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

John C. Quinn, Esq.
Sean Hecker, Esq.
David Gopstein, Esq.
Mark Weiner, Esq.
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Suite 63rd Floor
New York, NY 10118
Email: jquinn@kaplanhecker.com
Email: shecker@kaplanhecker.com
Email: dgopstein@kaplanhecker.com
Email: mweiner@kaplanhecker.com
Tel:. 212-763-0883
Fax: 212-564-0883

Kearns Davis, Esq.
Daniel D. Adams, Esq.
Brooks Pierce McLendon Humphrey & Leonard LLP
PO Box 26000
Greensboro, NC 27420-6000
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com
Tel.:336-373-8850
Fax.: 336-378-1001

*Counsel for Dechert LLP*

Kieran Shanahan, Esq.
Shanahan Law Group
128 East Hargett Street, Suite 300
Raleigh, NC 27601
Tel.: 919-264-7515
Email: kieran@shanahanlawgroup.com

*Counsel for Shanahan Law Group and Craig T. Evers*


Richard S. Glaser, Esq.
Parker Poe Adams & Bernstein LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Tel. (704) 372-9000
Fax. (704) 334-4706
Email:  rickglaser@parkerpoe.com

Nana Asante-Smith, Esq. 41073-510
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Tel: 919.828.0564
Fax: 919.834.4564
Email:  nanaasantesmith@parkerpoe.com

*Counsel for Christopher Swecker and Christopher Swecker Enterprises, LLC*

I further certify that, in accordance with Local Rule 83.1(e)(3), I caused the foregoing Motion for Leave to Withdraw Attorney Appearance to be emailed to Plaintiff Farhad Azima directly, at an email address that is known to Plaintiff's counsel.

This, the 7th day of September, 2023.

          **WOMBLE BOND DICKINSON (US) LLP**

          <u>/s/ *Ripley Rand*</u>
          Ripley Rand
          North Carolina State Bar No. 22275
          555 Fayetteville Street, Suite 1100
          Raleigh, NC 27601
          Telephone: (919) 755-8125
          Facsimile: (919) 755-6752
          Email:   ripley.rand@wbd-us.com

          *Counsel for Plaintiff*