IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
FARHAD AZIMA,                         )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )    1:20-cv-954
                                      )
NICHOLAS DEL ROSSO, and               )
VITAL MANAGEMENT SERVICES,            )
INC.,                                 )
                                      )
          Defendants.                 )
```

**ORDER**

This matter comes before the court upon Defendants' Motion for Protective Order, (Doc. 306), in which Defendant Nicholas Del Rosso requests that this court postpone his deposition scheduled for December 7, 2023 until at least January 3, 2024, (id. at 1.) After careful review, the motion is denied. Although Mr. Del Rosso is confronting a challenging time with his medical treatments, it does not sound like a more optimal time for deposition will be available in the future, and it appears that scheduling a deposition may become even more challenging. While there is reasonable concern expressed about the effects of any medication Mr. Del Rosso is taking, Defendants offer no indication that he is not competent to submit to a deposition, or that the deposition cannot be conducted in a manner appropriate for these circumstances.

For the foregoing reasons, **IT IS THEREFORE ORDERED** that Defendants' Motion for Protective Order, (Doc. 306), is **DENIED**.

This the 6th day of December, 2023.

_____
William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:20-cv-00954-WO-JLW   Document 311   Filed 12/06/23   Page 2 of 2