IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:20CV954

| | |
|---|---|
| FARHAD AZIMA<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO AND VITAL MANAGEMENT SERVICES, INC.,<br><br>Defendants. | **NON-PARTY WITNESSES CHRISTOPHER SWECKER AND CHRISTOPHER SWECKER, LLC's MOTION FOR ATTORNEYS' FEES AND COSTS** |

Non-Party Witnesses Christopher Swecker and Christopher Swecker, LLC (collectively, the "Swecker"), by and through his counsel, hereby respectfully request that this Court grant this Motion for Attorneys' Fees and Costs. A Memorandum of Law in Support of this Motion is filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order awarding Plaintiff's attorneys' fees in the amount of $90,257.50 and costs in the amount of $29,734.34, totaling $119,991.84, and such other relief, including consideration of future fees and costs associated with this litigation, as the Court deems just and proper.

This the 9th day of February, 2024.

*/s/ Richard S. Glaser*
Richard S. Glaser (N.C. Bar No. 13998)
Nana Asante-Smith (N.C. Bar No. 51569)
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
rickglaser@parkerpoe.com

nanaasantesmith@parkerpoe.com

*Counsel for Non-Party Witnesses Christopher Swecker and Christopher Swecker Enterprises, LLC*

# CERTIFICATE OF SERVICE

I certify that on February 9, 2024, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except for as noted below:

Respectfully submitted this 9th day of February, 2024.

/s/ Richard S. Glaser
Richard S. Glaser (N.C. Bar No. 13998)
Nana Asante-Smith (N.C. Bar No. 51569)
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
rickglaser@parkerpoe.com
nanaasantesmith@parkerpoe.com

*Counsel for Non-Party Witnesses Christopher Swecker and Christopher Swecker Enterprises, LLC*