

**HaystackID**
accountsreceivable@haystackid.com
www.haystackid.com

# INVOICE

| | |
|---|---|
| **Invoice No.** | 23017906 |
| **Invoice Date** | 08/31/23 |

**Bill to:**

Parker Poe Adams & Bernstein

**Ship to:**

Parker Poe Adams & Bernstein



| Quantity | Description | Unit | Unit Price | Line Amount |
|---|---|---|---|---|
| | Shipping | | | |
| | Technical Time | | | |
| | Travel Time | | | |
| | Project Management | | | |
| | Consultant / Sr. Consultant | | | |
| | Director / VP | | | |
| | Forensic Services - Data Collection (Remote) | | | |
| | Forensic Services - Data Collection – On-Site | | | |
| | Forensic Consulting,/Processing/Reporting | | | |
| | Monthly User Fee | | | |
| | Monthly live hosting fee | | | |

EXHIBIT
A



Bill to:

Parker Poe Adams & Bernstein

Ship to:

Parker Poe Adams & Bernstein

**HaystackID**
accountsreceivable@haystackid.com
www.haystackid.com

# INVOICE

| | |
|---|---|
| **Invoice No.** | 23017906 |
| **Invoice Date** | 08/31/23 |





2TB Hard Drive

Promotion to Relativity (out)

ECA Hosting / DataThresher

ECA Processing (in)



| | |
|---|---|
| Subtotal | 17,576.49 |
| Total Tax | 16.30 |
| **Amount Due** | **17,592.79** |



Case 1:20-cv-00954-WO-JLW   Document 318-1   Filed 02/09/24   Page 2 of 5



**HaystackID**
accountsreceivable@haystackid.com
www.haystackid.com

# INVOICE

| | |
|---|---|
| **Invoice No.** | 23021677 |
| **Invoice Date** | 10/31/23 |

**Bill to:**
Parker Poe Adams & Bernstein

**Ship to:**
Parker Poe Adams & Bernstein

| Quantity | Description | Unit | Unit Price | Line Amount |
|---|---|---|---|---|
| | Technical Time | | | |
| | Project Management | | | |
| | Consultant / Sr. Consultant | | | |
| | Monthly User Fee | | | |
| | TIFF Production | | | |
| | Monthly live hosting fee | | | |
| | Promotion to Relativity (out) | | | |
| | ECA Processing (in) | | | |
| | ECA Hosting / DataThresher | | | |
| | | Subtotal | | 11,300.05 |



Case 1:20-cv-00954-WO-JLW   Document 318-1   Filed 02/09/24   Page 3 of 5

# HAYSTACK

HaystackID
accountsreceivable@haystackid.com
www.haystackid.com

## INVOICE

| | |
|---|---|
| Invoice No. | 23021677 |
| Invoice Date | 10/31/23 |



**Bill to:**

Parker Poe Adams & Bernstein

**Ship to:**

Parker Poe Adams & Bernstein

| | |
|---|---|
| Total Tax | 0.00 |
| **Amount Due** | **11,300.05** |





**HaystackID**
accountsreceivable@haystackid.com
www.haystackid.com

# INVOICE

| | |
|---|---|
| **Invoice No.** | 23024057 |
| **Invoice Date** | 11/30/23 |

**Bill to:**

Parker Poe Adams & Bernstein

**Ship to:**

Parker Poe Adams & Bernstein



| Quantity | Description | Unit | Unit Price | Line Amount |
|---|---|---|---|---|
| | Project Management | | | |
| | Monthly User Fee | | | |
| | ECA Hosting / DataThresher | | | |
| | Monthly live hosting fee | | | |

| | | |
|---|---|---|
| Subtotal | | 498.45 |
| Total Tax | | 0.00 |
| **Amount Due** | | **498.45** |



Page    1 of  1