

### Parker Poe
#### Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

██████████████

| | |
|---|---|
| Invoice Date: | September 22, 2023 |
| Invoice Number: | 913006 |
| Matter Number: | ████ |

---

### INVOICE SUMMARY

*For Professional Services through* **August 31, 2023**

**Client:** CHRIS SWECKER
**Matter:** ███████████████

| | | |
|---|---|---|
| Fees | $ | 34,710.00 |
| Due This Invoice | $ | 34,710.00 |

**EXHIBIT**

**B**

CHRIS SWECKER

Invoice Date:      September 22, 2023
Invoice Number:      913006
Matter Number: ██████████

**Fee Detail**



| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 08/03/23 | NAA1 | | 0.2 | | |
| 08/04/23 | RSG | | 0.1 | | |
| 08/04/23 | RSG | | 0.2 | | |
| 08/04/23 | RSG | | 1.6 | | |
| 08/04/23 | RSG | | 0.2 | | |
| 08/04/23 | NAA1 | | 1.9 | | |
| 08/04/23 | NAA1 | | 1.1 | | |
| 08/04/23 | NAA1 | | 1.1 | | |
| 08/04/23 | RSG | | 2.2 | | |
| 08/05/23 | RSG | | 0.4 | | |
| 08/05/23 | RSG | | 0.2 | | |
| 08/05/23 | NAA1 | | 0.3 | | |
| 08/05/23 | RSG | | 0.2 | | |
| 08/06/23 | RSG | | 0.2 | | |
| 08/06/23 | RSG | | 0.1 | | |
| 08/06/23 | RSG | | 0.1 | | |
| 08/07/23 | MKS1 | | 0.2 | | |
| 08/07/23 | RSG | | 2.3 | | |
| 08/07/23 | RSG | | 0.6 | | |
| 08/07/23 | NAA1 | | 3.0 | | |
| 08/07/23 | NAA1 | | 2.8 | | |
| 08/07/23 | NAA1 | | 2.4 | | |
| 08/07/23 | NAA1 | | 1.2 | | |
| 08/07/23 | MKS1 | | 0.4 | | |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 2 of 47

Invoice Date: September 22, 2023
Invoice Number: 913006
Matter Number: █████████

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 08/07/23 | RSG | ██████████ | 0.1 | | |
| 08/07/23 | RSG | ██████████ | 0.3 | | |
| 08/08/23 | NAA1 | ████████████████ | 1.5 | ██ | ██ |
| 08/08/23 | RSG | ████████ | 0.2 | ██ | ██ |
| 08/08/23 | NAA1 | ████████████ | 0.3 | ██ | ██ |
| 08/08/23 | MKS1 | █████████████ | 0.8 | ██ | ██ |
| 08/08/23 | RSG | ████████████ | 0.4 | ██ | ██ |
| 08/08/23 | NAA1 | ████████████ | 0.2 | ██ | ██ |
| 08/09/23 | RSG | ██████████ | 0.3 | ██ | ██ |
| 08/09/23 | MKS1 | ███████████ | 0.2 | ██ | ██ |
| 08/09/23 | RSG | ███████ | 0.3 | ██ | ██ |
| 08/09/23 | NAA1 | ███████████ | 0.6 | ██ | ██ |
| 08/09/23 | NAA1 | ███████████ | 0.1 | ██ | ██ |
| 08/09/23 | NAA1 | █████████████ | 0.2 | ██ | ██ |
| 08/09/23 | NAA1 | ███████████ | 0.5 | ██ | ██ |
| 08/09/23 | NAA1 | ███████████ | 0.1 | ██ | ██ |
| 08/10/23 | RSG | ██████████ | 0.5 | ██ | ██ |
| 08/10/23 | RSG | █████████████ | 0.9 | ██ | ██ |
| 08/11/23 | RSG | ███████████ | 0.3 | ██ | ██ |
| 08/11/23 | NAA1 | █████████████ | 0.3 | ██ | ██ |
| 08/11/23 | NAA1 | ████████████ | 0.2 | ██ | ██ |
| 08/13/23 | RSG | ██████████ | 0.8 | ██ | ██ |
| 08/13/23 | RSG | █████████ | 0.3 | ██ | ██ |
| 08/14/23 | NAA1 | █████████████ | 0.2 | ██ | ██ |

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 08/14/23 | NAA1 | ███████████████ | 0.2 | ████ | ████ |
| 08/14/23 | RSG | ████████████████ | 0.1 | ████ | ████ |
| 08/14/23 | RSG | ████████████████ | 0.3 | ████ | ████ |
| 08/14/23 | RSG | █████████████████ | 0.4 | ████ | ████ |
| 08/14/23 | NAA1 | █████████████████ | 0.5 | ████ | ████ |
| 08/15/23 | RSG | ████████████████ | 0.2 | ████ | ████ |
| 08/15/23 | RSG | █████████████████ | 0.2 | ████ | ████ |
| 08/15/23 | ACS2 | █████████████████ | 2.3 | ████ | ████ |
| 08/15/23 | NAA1 | █████████████████ | 0.2 | ████ | ████ |
| 08/15/23 | NAA1 | █████████████████ | 0.1 | ████ | ████ |
| 08/16/23 | RSG | █████████████████ | 0.4 | ████ | ████ |
| 08/16/23 | NAA1 | ████████████████ | 0.3 | ████ | ████ |
| 08/16/23 | NAA1 | █████████████████ | 0.2 | ████ | ████ |
| 08/16/23 | NAA1 | ████████████████ | 3.0 | ████ | ████ |
| 08/16/23 | RSG | ████████████████ | 0.3 | ████ | ████ |
| 08/17/23 | RSG | █████████████ | 0.1 | ████ | ████ |
| 08/18/23 | RSG | █████████████████ | 0.4 | ████ | ████ |
| 08/18/23 | RSG | ████████████████ | 0.4 | ████ | ████ |
| 08/18/23 | RSG | ████████████████ | 0.5 | ████ | ████ |
| 08/18/23 | RSG | ██████████████ | 0.3 | ████ | ████ |
| 08/18/23 | VBB | █████████████████ | 0.3 | ████ | ████ |
| 08/18/23 | RSG | █████████████████ | 0.2 | ████ | ████ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 4 of 47

Invoice Date: September 22, 2023
Invoice Number: 913006
Matter Number: █████████



| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 08/18/23 | NAA1 | | 1.9 | | |
| 08/20/23 | RSG | | 0.3 | | |
| 08/21/23 | RSG | | 0.4 | | |
| 08/21/23 | RSG | | 0.1 | | |
| 08/21/23 | RSG | | 0.9 | | |
| 08/21/23 | RSG | | 0.2 | | |
| 08/21/23 | NAA1 | | 0.2 | | |
| 08/21/23 | NAA1 | | 0.3 | | |
| 08/21/23 | RSG | | 0.1 | | |
| 08/21/23 | NAA1 | | 0.9 | | |
| 08/21/23 | NAA1 | | 0.6 | | |
| 08/22/23 | RSG | | 0.3 | | |
| 08/22/23 | RSG | | 0.2 | | |
| 08/22/23 | RSG | | 0.5 | | |
| 08/22/23 | RSG | | 0.5 | | |
| 08/22/23 | RSG | | 0.6 | | |
| 08/22/23 | RSG | | 0.7 | | |
| 08/22/23 | NAA1 | | 0.5 | | |
| 08/22/23 | NAA1 | | 0.4 | | |
| 08/22/23 | NAA1 | | 1.3 | | |
| 08/23/23 | RSG | | 0.9 | | |
| 08/23/23 | RSG | | 0.1 | | |
| 08/23/23 | NAA1 | | 0.4 | | |
| 08/23/23 | RSG | | 0.4 | | |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 5 of 47

Invoice Date: September 22, 2023
Invoice Number: 913006
Matter Number: ███████

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 08/23/23 | NAA1 | ██████████████████ | 0.2 | ████ | ███ |
| 08/23/23 | NAA1 | ████████████████████ | 0.9 | ████ | ████ |
| 08/24/23 | RSG | ████████████████████ | 0.6 | ████ | ████ |
| 08/24/23 | JNL | ████████████████ | 0.3 | ████ | ███ |
| 08/24/23 | JNL | ████████████████████ | 0.4 | ████ | ███ |
| 08/24/23 | NAA1 | ████████████████████ | 0.4 | ████ | ████ |
| 08/24/23 | NAA1 | ████████████████████ | 0.6 | ████ | ████ |
| 08/24/23 | NAA1 | ████████████████████ | 0.5 | ████ | ████ |
| 08/24/23 | MDP | ████████████████████ | 3.9 | ████ | ████ |
| 08/24/23 | RSG | ███████████ | 0.2 | ████ | ███ |
| 08/24/23 | RSG | ████████████████ | 0.2 | ████ | ███ |
| 08/24/23 | DSS | ████████████████████ | 0.9 | ████ | ████ |
| 08/24/23 | NAA1 | ████████████████ | 0.2 | ████ | ███ |
| 08/24/23 | EIB | ██████████████ | 0.3 | ████ | ███ |
| 08/24/23 | NAA1 | ████████████████ | 0.2 | ████ | ███ |
| 08/24/23 | NAA1 | ████████████████████ | 0.2 | ████ | ███ |
| 08/24/23 | NAA1 | ████████████████████ | 0.1 | ████ | ███ |
| 08/24/23 | NAA1 | ████████████████ | 1.0 | ████ | ████ |
| 08/25/23 | RSG | ████████████████████ | 0.2 | ████ | ███ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 6 of 47



| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 08/25/23 | MDP | | 5.0 | ██ | ██ |
| 08/25/23 | RSG | | 0.5 | ██ | ██ |
| 08/25/23 | NAA1 | | 0.2 | ██ | ██ |
| 08/25/23 | JNL | | 0.6 | ██ | ██ |
| 08/25/23 | RSG | | 0.6 | ██ | ██ |
| 08/25/23 | NAA1 | | 0.8 | ██ | ██ |
| 08/25/23 | NAA1 | | 0.1 | ██ | ██ |
| 08/25/23 | NAA1 | | 0.1 | ██ | ██ |
| 08/25/23 | NAA1 | | 0.3 | ██ | ██ |
| 08/25/23 | RSG | | 0.4 | ██ | ██ |
| 08/25/23 | EIB | | 0.6 | ██ | ██ |
| 08/26/23 | MDP | | 4.6 | ██ | ██ |
| 08/26/23 | NAA1 | | 0.6 | ██ | ██ |
| 08/26/23 | NAA1 | | 0.3 | ██ | ██ |
| 08/26/23 | NAA1 | | 0.2 | ██ | ██ |
| 08/26/23 | RSG | | 0.3 | ██ | ██ |
| 08/26/23 | DSS | | 3.1 | ██ | ██ |
| 08/27/23 | MDP | | 4.2 | ██ | ██ |
| 08/27/23 | DSS | | 6.6 | ██ | ██ |
| 08/28/23 | MDP | | 5.4 | ██ | ██ |
| 08/28/23 | RSG | | 0.3 | ██ | ██ |
| 08/28/23 | JNL | | 1.5 | ██ | ██ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 7 of 47

Invoice Date:               September 22, 2023
Invoice Number:           913006
Matter Number: █████████

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 08/28/23 | RSG | █████████████ | 0.4 | ███ | ███ |
| 08/28/23 | DSS | ███████████████ | 9.2 | ███ | ███ |
| 08/28/23 | NAA1 | ██████████████ | 0.2 | ███ | ███ |
| 08/28/23 | RSG | ██████████████ | 0.1 | ███ | ██ |
| 08/28/23 | NAA1 | ███████████████ | 0.6 | ███ | ███ |
| 08/28/23 | WGB | ██████████████ | 1.7 | ███ | ███ |
| 08/28/23 | WGB | ██████████████ | 2.1 | ███ | ███ |
| 08/28/23 | NAA1 | ███████████████ | 0.5 | ███ | ███ |
| 08/28/23 | NAA1 | ██████████████ | 0.4 | ███ | ███ |
| 08/28/23 | RSG | ██████████████ | 0.3 | ███ | ██ |
| 08/28/23 | YXR | ██████████████ | 0.9 | ███ | ███ |
| 08/29/23 | RSG | ██████████████ | 0.1 | ███ | ██ |
| 08/29/23 | WGB | ███████████████ | 0.9 | ███ | ███ |
| 08/29/23 | RSG | ██████████████ | 0.4 | ███ | ██ |
| 08/29/23 | NAA1 | ██████████████ | 0.1 | ███ | ██ |
| 08/29/23 | MDP | █████████████ | 0.7 | ███ | ███ |
| 08/29/23 | YXR | ███████████████ | 1.8 | ███ | ███ |
| 08/29/23 | EIB | █████████████ | 1.0 | ███ | ███ |
| 08/29/23 | RSG | ██████████████ | 0.1 | ███ | ██ |
| 08/29/23 | NAA1 | ██████████████ | 0.6 | ███ | ██ |
| 08/29/23 | RSG | ██████████████ | 0.1 | ███ | ███ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 8 of 47

Invoice Date: September 22, 2023
Invoice Number: 913006
Matter Number: █████████

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 08/29/23 | DSS | ███████████████ | 0.8 | ███ | ███ |
| 08/30/23 | RSG | ███████████ | 0.9 | ███ | ███ |
| 08/30/23 | EIB | ███████████ | 1.8 | ███ | ███ |
| 08/30/23 | NAA1 | █████████████ | 0.1 | ███ | ██ |
| 08/30/23 | NAA1 | █████████████ | 0.7 | ███ | ███ |
| 08/30/23 | YXR | ██████████████ | 2.6 | ███ | ███ |
| 08/30/23 | RSG | ██████████ | 0.3 | ███ | ██ |
| 08/30/23 | NAA1 | █████████████ | 0.1 | ███ | ██ |
| 08/30/23 | JNL | ██████████████ | 1.7 | ███ | ███ |
| 08/30/23 | RSG | █████████ | 0.3 | ███ | ███ |
| 08/30/23 | RSG | ██████████ | 0.4 | ███ | ███ |
| 08/31/23 | RSG | █████████ | 0.3 | ███ | ███ |
| | | **Total** | **136.00** | | **$34,710.00** |



**Parker Poe**
Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER
███████████████

| | |
|---|---|
| Invoice Date: | September 22, 2023 |
| Invoice Number: | 913006 |
| Matter Number: | ██████ |

---

### INVOICE SUMMARY

*For Professional Services through* **August 31, 2023**

**Client:** CHRIS SWECKER
**Matter:** ████████████

| | |
|---|---|
| Fees | $   34,710.00 |
| Due This Invoice | $   34,710.00 |



**PAYMENT DUE UPON RECEIPT**
**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**



**Parker Poe**
Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

| | | |
|---|---|---|
| Invoice Date: | | October 11, 2023 |
| Invoice Number: | | 916259 |
| Matter Number: | | |

---

## INVOICE SUMMARY

*For Professional Services through* **September 30, 2023**

**Client:** CHRIS SWECKER
**Matter:**

| | | |
|---|---|---|
| Fees | $ | 19,767.50 |
| Costs | $ | 17,935.84 |
| Due This Invoice | $ | 37,703.34 |

**Fee Detail**



| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 09/01/23 | CRM | | 0.2 | ██ | ██ |
| 09/01/23 | RSG | | 1.2 | ██ | ██ |
| 09/01/23 | RSG | | 0.4 | ██ | ██ |
| 09/01/23 | RSG | | 0.2 | ██ | ██ |
| 09/02/23 | RSG | | 0.4 | ██ | ██ |
| 09/02/23 | RSG | | 0.1 | ██ | ██ |
| 09/02/23 | RSG | | 0.6 | ██ | ██ |
| 09/05/23 | RSG | | 0.3 | ██ | ██ |
| 09/05/23 | RSG | | 0.2 | ██ | ██ |
| 09/05/23 | RSG | | 0.6 | ██ | ██ |
| 09/05/23 | RSG | | 0.5 | ██ | ██ |
| 09/06/23 | RSG | | 0.1 | ██ | ██ |
| 09/06/23 | RSG | | 0.1 | ██ | ██ |
| 09/06/23 | RSG | | 0.1 | ██ | ██ |
| 09/06/23 | RSG | | 0.2 | ██ | ██ |
| 09/06/23 | RSG | | 0.3 | ██ | ██ |
| 09/06/23 | RSG | | 0.1 | ██ | ██ |
| 09/07/23 | RSG | | 0.2 | ██ | ██ |
| 09/07/23 | RSG | | 0.1 | ██ | ██ |
| 09/07/23 | RSG | | 0.1 | ██ | ██ |
| 09/07/23 | RSG | | 0.3 | ██ | ██ |
| 09/07/23 | RSG | | 0.8 | ██ | ██ |
| 09/08/23 | RSG | | 0.3 | ██ | ██ |
| 09/08/23 | RSG | | 0.2 | ██ | ██ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 12 of 47

CHRIS SWECKER

Invoice Date:          October 11, 2023
Invoice Number:              916259
Matter Number: ■

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 09/08/23 | RSG | ■ | 0.2 | ■ | ■ |
| 09/09/23 | RSG | ■ | 0.4 | ■ | ■ |
| 09/09/23 | RSG | ■ | 0.3 | ■ | ■ |
| 09/11/23 | RSG | ■ | 0.5 | ■ | ■ |
| 09/11/23 | RSG | ■ | 0.8 | ■ | ■ |
| 09/11/23 | RSG | ■ | 0.1 | ■ | ■ |
| 09/11/23 | RSG | ■ | 0.7 | ■ | ■ |
| 09/11/23 | NAA1 | ■ | 0.5 | ■ | ■ |
| 09/11/23 | NAA1 | ■ | 0.2 | ■ | ■ |
| 09/12/23 | RSG | ■ | 0.9 | ■ | ■ |
| 09/12/23 | RSG | ■ | 0.4 | ■ | ■ |
| 09/12/23 | RSG | ■ | 0.2 | ■ | ■ |
| 09/12/23 | APT | ■ | 3.9 | ■ | ■ |
| 09/12/23 | RSG | ■ | 0.1 | ■ | ■ |
| 09/12/23 | NAA1 | ■ | 0.2 | ■ | ■ |
| 09/12/23 | NAA1 | ■ | 0.9 | ■ | ■ |
| 09/12/23 | NAA1 | ■ | 0.2 | ■ | ■ |
| 09/12/23 | NAA1 | ■ | 0.9 | ■ | ■ |
| 09/13/23 | APT | ■ | 0.7 | ■ | ■ |
| 09/13/23 | NAA1 | ■ | 0.9 | ■ | ■ |
| 09/13/23 | NAA1 | ■ | 0.8 | ■ | ■ |
| 09/13/23 | NAA1 | ■ | 0.3 | ■ | ■ |
| 09/13/23 | NAA1 | ■ | 0.2 | ■ | ■ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 13 of 47

Invoice Date: October 11, 2023
Invoice Number: 916259
Matter Number: ████



| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 09/13/23 | NAA1 | ████ | 0.2 | ██ | ██ |
| 09/13/23 | RSG | ████ | 0.1 | ██ | ██ |
| 09/13/23 | RSG | ████ | 0.2 | ██ | ██ |
| 09/13/23 | RSG | ████ | 0.4 | ██ | ██ |
| 09/13/23 | RSG | ████ | 0.8 | ██ | ██ |
| 09/13/23 | RSG | ████ | 0.3 | ██ | ██ |
| 09/13/23 | RSG | ████ | 0.2 | ██ | ██ |
| 09/13/23 | NAA1 | ████ | 0.8 | ██ | ██ |
| 09/14/23 | NAA1 | ████ | 0.2 | ██ | ██ |
| 09/14/23 | NAA1 | ████ | 0.2 | ██ | ██ |
| 09/14/23 | NAA1 | ████ | 0.9 | ██ | ██ |
| 09/14/23 | NAA1 | ████ | 0.6 | ██ | ██ |
| 09/14/23 | NAA1 | ████ | 0.4 | ██ | ██ |
| 09/14/23 | NAA1 | ████ | 0.2 | ██ | ██ |
| 09/14/23 | RSG | ████ | 0.3 | ██ | ██ |
| 09/14/23 | RSG | ████ | 0.1 | ██ | ██ |
| 09/14/23 | RSG | ████ | 0.1 | ██ | ██ |
| 09/14/23 | RSG | ████ | 0.1 | ██ | ██ |
| 09/14/23 | RSG | ████ | 0.1 | ██ | ██ |
| 09/14/23 | RSG | ████ | 0.1 | ██ | ██ |
| 09/14/23 | RSG | ████ | 1.0 | ██ | ██ |
| 09/14/23 | NAA1 | ████ | 0.9 | ██ | ██ |
| 09/14/23 | NAA1 | ████ | 2.3 | ██ | ██ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 14 of 47

CHRIS SWECKER

Invoice Date: October 11, 2023
Invoice Number: 916259
Matter Number: ███████

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 09/15/23 | NAA1 | ████████████████ | 0.4 | ████ | ████ |
| 09/15/23 | NAA1 | ████████████████ | 0.2 | ███ | ███ |
| 09/15/23 | RSG | ████████████████ | 0.1 | ███ | ███ |
| 09/15/23 | RSG | ████████████████ | 0.2 | ███ | ███ |
| 09/15/23 | RSG | ████████████████ | 0.2 | ███ | ███ |
| 09/15/23 | RSG | ████████████████ | 0.5 | ███ | ███ |
| 09/15/23 | RSG | ████████████████ | 0.3 | ███ | ███ |
| 09/15/23 | NAA1 | ████████████████ | 0.4 | ███ | ███ |
| 09/15/23 | NAA1 | ████████████████ | 0.2 | ███ | ███ |
| 09/16/23 | RSG | ████████████████ | 0.1 | ███ | ███ |
| 09/17/23 | RSG | ████████████████ | 0.1 | ███ | ███ |
| 09/18/23 | RSG | ████████████████ | 0.2 | ███ | ███ |
| 09/18/23 | NAA1 | ████████████████ | 0.3 | ███ | ███ |
| 09/18/23 | RSG | ████████████████ | 0.3 | ███ | ███ |
| 09/18/23 | NAA1 | ████████████████ | 0.5 | ███ | ███ |
| 09/18/23 | VBB | ████████████████ | 0.3 | ███ | ███ |
| 09/18/23 | RSG | ████████████████ | 0.1 | ███ | ███ |
| 09/18/23 | RSG | ████████████████ | 0.2 | ███ | ███ |
| 09/19/23 | NAA1 | ████████████████ | 0.9 | ███ | ███ |
| 09/19/23 | RSG | ████████████████ | 0.2 | ███ | ███ |
| 09/19/23 | NAA1 | ████████████████ | 0.3 | ███ | ███ |
| 09/20/23 | RSG | ████████████████ | 0.2 | ███ | ███ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 15 of 47

Invoice Date: October 11, 2023
Invoice Number: 916259
Matter Number:

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 09/20/23 | NAA1 | | 0.2 | | |
| 09/20/23 | NAA1 | | 1.1 | | |
| 09/20/23 | NAA1 | | 0.4 | | |
| 09/21/23 | NAA1 | | 0.8 | | |
| 09/21/23 | NAA1 | | 0.3 | | |
| 09/22/23 | RSG | | 0.5 | | |
| 09/22/23 | NAA1 | | 1.3 | | |
| 09/22/23 | NAA1 | | 0.2 | | |
| 09/24/23 | RSG | | 0.2 | | |
| 09/24/23 | NAA1 | | 3.4 | | |
| 09/24/23 | RSG | | 0.2 | | |
| 09/25/23 | NAA1 | | 0.1 | | |
| 09/25/23 | NAA1 | | 0.4 | | |
| 09/25/23 | RSG | | 0.3 | | |
| 09/25/23 | NAA1 | | 0.8 | | |
| 09/25/23 | RSG | | 0.4 | | |
| 09/25/23 | NAA1 | | 0.4 | | |
| 09/25/23 | NAA1 | | 0.4 | | |
| 09/26/23 | RSG | | 0.2 | | |
| 09/26/23 | NAA1 | | 0.3 | | |
| 09/26/23 | NAA1 | | 1.2 | | |
| 09/26/23 | NAA1 | | 0.9 | | |



Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 16 of 47

Invoice Date: October 11, 2023
Invoice Number: 916259
Matter Number: ▉▉▉▉▉

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 09/26/23 | RSG | ▉▉▉▉▉ | 0.3 | ▉ | ▉ |
| 09/27/23 | RSG | ▉▉▉▉▉ | 0.3 | ▉ | ▉ |
| 09/27/23 | RSG | ▉▉▉▉▉ | 0.4 | ▉ | ▉ |
| 09/27/23 | NAA1 | ▉▉▉▉▉ | 0.8 | ▉ | ▉ |
| 09/27/23 | NAA1 | ▉▉▉▉▉ | 0.9 | ▉ | ▉ |
| 09/27/23 | RSG | ▉▉▉▉▉ | 0.3 | ▉ | ▉ |
| 09/27/23 | NAA1 | ▉▉▉▉▉ | 0.2 | ▉ | ▉ |
| 09/27/23 | NAA1 | ▉▉▉▉▉ | 0.4 | ▉ | ▉ |
| 09/27/23 | NAA1 | ▉▉▉▉▉ | 0.2 | ▉ | ▉ |
| 09/28/23 | RSG | ▉▉▉▉▉ | 0.3 | ▉ | ▉ |
| 09/28/23 | RSG | ▉▉▉▉▉ | 0.1 | ▉ | ▉ |
| 09/28/23 | NAA1 | ▉▉▉▉▉ | 1.3 | ▉ | ▉ |
| 09/28/23 | RSG | ▉▉▉▉▉ | 0.1 | ▉ | ▉ |
| 09/28/23 | NAA1 | ▉▉▉▉▉ | 0.5 | ▉ | ▉ |
| 09/28/23 | NAA1 | ▉▉▉▉▉ | 0.9 | ▉ | ▉ |
| 09/28/23 | NAA1 | ▉▉▉▉▉ | 0.2 | ▉ | ▉ |
| 09/28/23 | NAA1 | ▉▉▉▉▉ | 0.2 | ▉ | ▉ |
| 09/28/23 | RSG | ▉▉▉▉▉ | 0.5 | ▉ | ▉ |
| 09/29/23 | NAA1 | ▉▉▉▉▉ | 0.1 | ▉ | ▉ |
| 09/29/23 | NAA1 | ▉▉▉▉▉ | 2.3 | ▉ | ▉ |
| 09/29/23 | RSG | ▉▉▉▉▉ | 3.0 | ▉ | ▉ |
| 09/29/23 | RSG | ▉▉▉▉▉ | 0.8 | ▉ | ▉ |
| 09/29/23 | NAA1 | ▉▉▉▉▉ | 0.2 | ▉ | ▉ |

Invoice Date: October 11, 2023
Invoice Number: 916259
Matter Number:

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 09/29/23 | RSG | | 0.1 | | |
| 09/29/23 | RSG | | 0.3 | | |
| 09/29/23 | NAA1 | | 1.2 | | |
| 09/29/23 | RSG | | 0.2 | | |
| 09/29/23 | RSG | | 1.0 | | |
| 09/29/23 | RSG | | 0.4 | | |
| 09/30/23 | RSG | | 0.2 | | |

**Total 70.30**     **$19,767.50**

**Cost Detail**

| Description | Costs |
|-------------|-------|
| Meals | 25.28 |
| Professional Fees | 17,592.79 |
| Travel | 317.77 |

**Total**     **$17,935.84**



## Parker Poe
### Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

| | |
|---|---|
| Invoice Date: | October 11, 2023 |
| Invoice Number: | 916259 |
| Matter Number: | |

---

### INVOICE SUMMARY

*For Professional Services through* **September 30, 2023**

**Client:** CHRIS SWECKER
**Matter:**

| | | |
|---|---|---|
| Fees | $ | 19,767.50 |
| Costs | $ | 17,935.84 |
| Due This Invoice | $ | 37,703.34 |



**PAYMENT DUE UPON RECEIPT**
**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**



**Parker Poe**
Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Invoice Date:           November 20, 2023
Invoice Number:                   921850
Matter Number:

---

### INVOICE SUMMARY

*For Professional Services through* **October 31, 2023**

**Client:**   CHRIS SWECKER
**Matter:**   ▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| Fees | $ | 12,722.50 |
| Due This Invoice | $ | 12,722.50 |

Invoice Date:      November 20, 2023
Invoice Number:      921850
Matter Number:      █████

**Fee Detail**



| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 10/01/23 | RSG | █████ | 0.1 | ██ | ██ |
| 10/02/23 | RSG | █████ | 0.8 | ██ | ██ |
| 10/02/23 | CRM | █████ | 0.3 | ██ | ██ |
| 10/02/23 | RSG | █████ | 0.1 | ██ | ██ |
| 10/02/23 | RSG | █████ | 0.1 | ██ | ██ |
| 10/02/23 | NAA1 | █████ | 0.1 | ██ | ██ |
| 10/02/23 | NAA1 | █████ | 0.7 | ██ | ██ |
| 10/03/23 | NAA1 | █████ | 0.5 | ██ | ██ |
| 10/03/23 | NAA1 | █████ | 0.2 | ██ | ██ |
| 10/03/23 | NAA1 | █████ | 0.6 | ██ | ██ |
| 10/03/23 | NAA1 | █████ | 0.1 | ██ | ██ |
| 10/03/23 | RSG | █████ | 0.2 | ██ | ██ |
| 10/03/23 | RSG | █████ | 0.3 | ██ | ██ |
| 10/04/23 | RSG | █████ | 0.4 | ██ | ██ |
| 10/04/23 | NAA1 | █████ | 0.2 | ██ | ██ |
| 10/04/23 | NAA1 | █████ | 0.4 | ██ | ██ |
| 10/04/23 | NAA1 | █████ | 0.3 | ██ | ██ |
| 10/04/23 | NAA1 | █████ | 0.4 | ██ | ██ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 21 of 47

Invoice Date: November 20, 2023
Invoice Number: 921850
Matter Number: ███████

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 10/04/23 | RSG | ████████████████ | 0.3 | ███ | ███ |
| 10/05/23 | RSG | ████████████ | 0.1 | ███ | ███ |
| 10/05/23 | RSG | ████████████ | 0.5 | ███ | ███ |
| 10/05/23 | RSG | █████████████ | 0.2 | ███ | ███ |
| 10/05/23 | RSG | ██████████████ | 2.0 | ███ | ███ |
| 10/05/23 | RSG | █████████████ | 0.2 | ███ | ███ |
| 10/05/23 | RSG | █████████████ | 0.1 | ███ | ███ |
| 10/05/23 | NAA1 | ██████████████ | 0.5 | ███ | ███ |
| 10/05/23 | NAA1 | ██████████████ | 0.3 | ███ | ███ |
| 10/05/23 | NAA1 | █████████████ | 2.6 | ███ | ███ |
| 10/06/23 | RSG | █████████████ | 0.2 | ███ | ███ |
| 10/06/23 | NAA1 | ████████████ | 0.1 | ███ | ███ |
| 10/06/23 | RSG | █████████████ | 1.0 | ███ | ███ |
| 10/06/23 | NAA1 | █████████████ | 1.2 | ███ | ███ |
| 10/07/23 | RSG | ███████████ | 0.1 | ███ | ███ |
| 10/09/23 | NAA1 | █████████████ | 0.6 | ███ | ███ |
| 10/09/23 | RSG | █████████ | 0.2 | ███ | ███ |
| 10/09/23 | RSG | ████████████ | 0.1 | ███ | ███ |
| 10/09/23 | RSG | ██████████████ | 1.9 | ███ | ███ |
| 10/09/23 | RSG | ████████████ | 0.1 | ███ | ███ |
| 10/09/23 | NAA1 | █████████████ | 1.9 | ███ | ███ |
| 10/10/23 | NAA1 | ████████████ | 0.1 | ███ | ███ |
| 10/10/23 | RSG | █████████████ | 0.2 | ███ | ███ |



Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 22 of 47

CHRIS SWECKER

Invoice Date:       November 20, 2023
Invoice Number:       921850
Matter Number:



| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 10/10/23 | NAA1 | | 0.6 | | |
| 10/10/23 | RSG | | 0.3 | | |
| 10/10/23 | NAA1 | | 0.1 | | |
| 10/11/23 | RSG | | 0.1 | | |
| 10/11/23 | RSG | | 0.1 | | |
| 10/11/23 | RSG | | 0.3 | | |
| 10/12/23 | RSG | | 0.1 | | |
| 10/12/23 | NAA1 | | 1.3 | | |
| 10/13/23 | RSG | | 0.2 | | |
| 10/15/23 | RSG | | 0.1 | | |
| 10/16/23 | NAA1 | | 2.3 | | |
| 10/16/23 | NAA1 | | 1.4 | | |
| 10/16/23 | RSG | | 1.4 | | |
| 10/17/23 | NAA1 | | 3.2 | | |
| 10/18/23 | NAA1 | | 0.2 | | |
| 10/19/23 | NAA1 | | 0.4 | | |
| 10/19/23 | NAA1 | | 0.4 | | |
| 10/19/23 | RSG | | 0.2 | | |
| 10/20/23 | NAA1 | | 0.1 | | |
| 10/20/23 | NAA1 | | 0.1 | | |
| 10/20/23 | NAA1 | | 0.2 | | |
| 10/20/23 | NAA1 | | 0.1 | | |
| 10/22/23 | RSG | | 0.1 | | |
| 10/22/23 | NAA1 | | 0.1 | | |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 23 of 47

Invoice Date: November 20, 2023
Invoice Number: 921850
Matter Number: ███████

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 10/22/23 | RSG | | 0.1 | | |
| 10/22/23 | NAA1 | | 1.2 | | |
| 10/23/23 | RSG | | 0.1 | | |
| 10/23/23 | NAA1 | | 0.2 | | |
| 10/23/23 | NAA1 | | 0.5 | | |
| 10/23/23 | RSG | | 0.2 | | |
| 10/23/23 | NAA1 | | 0.1 | | |
| 10/23/23 | NAA1 | | 0.3 | | |
| 10/23/23 | RSG | | 0.3 | | |
| 10/23/23 | NAA1 | | 0.3 | | |
| 10/23/23 | NAA1 | | 0.4 | | |
| 10/23/23 | RSG | | 0.4 | | |
| 10/24/23 | RSG | | 0.3 | | |
| 10/24/23 | NAA1 | | 0.2 | | |
| 10/25/23 | NAA1 | | 0.4 | | |
| 10/25/23 | CRM | | 0.2 | | |
| 10/26/23 | NAA1 | | 0.4 | | |
| 10/26/23 | NAA1 | | 0.2 | | |
| 10/27/23 | RSG | | 0.2 | | |
| 10/27/23 | RSG | | 0.1 | | |
| 10/27/23 | RSG | | 0.1 | | |
| 10/27/23 | RSG | | 0.2 | | |



Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 24 of 47

Invoice Date:      November 20, 2023
Invoice Number:      921850
Matter Number: ███████

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 10/27/23 | RSG | ███████████ | 0.3 | ██ | ██ |
| 10/27/23 | RSG | █████████ | 0.2 | ██ | ██ |
| 10/27/23 | NAA1 | ██████████ | 1.3 | ██ | ██ |
| 10/27/23 | NAA1 | █████████ | 0.3 | ██ | ██ |
| 10/27/23 | NAA1 | ██████████ | 0.2 | ██ | ██ |
| 10/27/23 | NAA1 | ███████████ | 0.2 | ██ | ██ |
| 10/28/23 | RSG | █████████ | 0.3 | ██ | ██ |
| 10/28/23 | NAA1 | ██████████ | 0.1 | ██ | ██ |
| 10/28/23 | NAA1 | █████████ | 0.1 | ██ | ██ |
| 10/30/23 | RSG | ███████████ | 0.5 | ██ | ██ |
| 10/30/23 | RSG | █████████ | 0.4 | ██ | ██ |
| 10/30/23 | RSG | ██████████ | 0.6 | ██ | ██ |
| 10/30/23 | RSG | █████████ | 0.4 | ██ | ██ |
| 10/31/23 | RSG | █████████ | 0.1 | ██ | ██ |

**Total**    **45.10**      **$12,722.50**



**Parker Poe**
Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

████████████████████

| | |
|---|---|
| Invoice Date: | November 20, 2023 |
| Invoice Number: | 921850 |
| Matter Number: | ██████ |

---

### INVOICE SUMMARY

*For Professional Services through* **October 31, 2023**

**Client:** CHRIS SWECKER
**Matter:** ██████████████

| | | |
|---|---|---|
| Fees | $ | 12,722.50 |
| Due This Invoice | $ | 12,722.50 |



**PAYMENT DUE UPON RECEIPT**
**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**



**Parker Poe**
Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

Invoice Date:          December 8, 2023
Invoice Number:       925712
Matter Number:

---

## INVOICE SUMMARY

*For Professional Services through* **November 30, 2023**

**Client:**     CHRIS SWECKER
**Matter:**

| | | |
|---|---|---|
| Fees | $ | 3,520.00 |
| Costs | $ | 11,300.05 |
| Due This Invoice | $ | 14,820.05 |

CHRIS SWECKER

| | |
|---|---|
| Invoice Date: | December 8, 2023 |
| Invoice Number: | 925712 |
| Matter Number: | █████████ |

**Fee Detail**



| Date | Initials | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 11/01/23 | RSG | ████████████ | 0.2 | ███ | ███ |
| 11/01/23 | NAA1 | ████████████ | 1.8 | ███ | ███ |
| 11/02/23 | NAA1 | ████████████ | 0.6 | ███ | ███ |
| 11/02/23 | RSG | ████████████ | 0.4 | ███ | ███ |
| 11/02/23 | RSG | ████████████ | 0.2 | ███ | ███ |
| 11/03/23 | NAA1 | ████████████ | 0.1 | ███ | ███ |
| 11/03/23 | NAA1 | ████████████ | 0.6 | ███ | ███ |
| 11/03/23 | RSG | ████████████ | 0.3 | ███ | ███ |
| 11/03/23 | RSG | ████████████ | 0.2 | ███ | ███ |
| 11/03/23 | RSG | ████████████ | 0.2 | ███ | ███ |
| 11/07/23 | RSG | ████████████ | 0.3 | ███ | ███ |
| 11/07/23 | RSG | ████████████ | 0.1 | ███ | ███ |
| 11/08/23 | RSG | ████████████ | 0.1 | ███ | ███ |
| 11/08/23 | RSG | ████████████ | 0.2 | ███ | ███ |
| 11/12/23 | RSG | ████████████ | 0.1 | ███ | ███ |
| 11/13/23 | RSG | ████████████ | 0.7 | ███ | ███ |
| 11/13/23 | RSG | ████████████ | 0.2 | ███ | ███ |
| 11/13/23 | RSG | ████████████ | 0.1 | ███ | ███ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 28 of 47

CHRIS SWECKER

Invoice Date: December 8, 2023
Invoice Number: 925712
Matter Number: ██████████

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 11/13/23 | NAA1 | ████████████████████ | 0.8 | ███ | ███ |
| 11/13/23 | NAA1 | ██████████████████████ | 0.1 | ███ | ███ |
| 11/14/23 | RSG | █████████████████ | 0.1 | ███ | ███ |
| 11/24/23 | NAA1 | ██████████████████ | 2.3 | ███ | ███ |
| 11/25/23 | RSG | ██████████████████████ | 0.1 | ███ | ███ |
| 11/25/23 | RSG | ██████████████████ | 0.3 | ███ | ███ |
| 11/25/23 | RSG | ███████████████████ | 0.4 | ███ | ███ |
| 11/28/23 | RSG | █████████████████████ | 0.2 | ███ | ███ |
| 11/29/23 | RSG | ██████████████████ | 0.1 | ███ | ███ |
| 11/29/23 | RSG | ███████████████████ | 0.5 | ███ | ███ |
| 11/29/23 | RSG | ██████████████████████ | 0.4 | ███ | ███ |
| 11/29/23 | NAA1 | █████████████████ | 0.3 | ███ | ███ |
| 11/30/23 | RSG | ████████████████ | 0.1 | ███ | ███ |
| 11/30/23 | NAA1 | ████████████████████ | 0.2 | ███ | ███ |

**Total**    **12.30**            **$3,520.00**

**Cost Detail**

| Description | Costs |
|-------------|-------|
| Professional Fees | 11,300.05 |

**Total**            **$11,300.05**



## Parker Poe
### Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

[REDACTED]

Invoice Date:                 December 8, 2023
Invoice Number:                      925712
Matter Number:

---

### INVOICE SUMMARY

*For Professional Services through* **November 30, 2023**

**Client:**     CHRIS SWECKER
**Matter:**     [REDACTED]

| | | |
|---|---|---|
| Fees | $ | 3,520.00 |
| Costs | $ | 11,300.05 |
| Due This Invoice | $ | 14,820.05 |



### PAYMENT DUE UPON RECEIPT
### PLEASE RETURN THIS PAGE WITH YOUR PAYMENT

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 30 of 47



**Parker Poe**
Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

| | |
|---|---|
| Invoice Date: | January 8, 2024 |
| Invoice Number: | 928537 |
| Matter Number: | |

---

### INVOICE SUMMARY

*For Professional Services through* **December 31, 2023**

**Client:** CHRIS SWECKER
**Matter:**

| | | |
|---|---|---|
| Fees | $ | 992.50 |
| Costs | $ | 498.45 |
| Due This Invoice | $ | 1,490.95 |

**Fee Detail**

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 12/01/23 | RSG |  | 0.6 | ██ | ██ |
| 12/01/23 | NAA1 | | 0.8 | ██ | ██ |
| 12/01/23 | RSG | | 0.3 | ██ | ██ |
| 12/04/23 | RSG | | 0.1 | ██ | ██ |
| 12/05/23 | RSG | | 0.1 | ██ | ██ |
| 12/06/23 | NAA1 | | 0.3 | ██ | ██ |
| 12/22/23 | RSG | | 0.1 | ██ | ██ |
| 12/27/23 | RSG | | 0.1 | ██ | ██ |
| 12/29/23 | RSG | | 0.1 | ██ | ██ |
| 12/29/23 | RSG | | 0.3 | ██ | ██ |
| 12/30/23 | RSG | | 0.2 | ██ | ██ |
| 12/30/23 | RSG | | 0.2 | ██ | ██ |
| 12/31/23 | RSG | | 0.2 | ██ | ██ |

|  |  | **Total** | **3.40** | | **$992.50** |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 32 of 47

CHRIS SWECKER

Invoice Date:         January 8, 2024
Invoice Number:        928537
Matter Number:

**Cost Detail**

| **Description** | **Costs** |
| --- | --- |
| Professional Fees | 498.45 |
| **Total** | **$498.45** |



# Parker Poe
### Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

██████████████

| | | |
|---|---|---|
| Invoice Date: | | January 8, 2024 |
| Invoice Number: | | 928537 |
| Matter Number: | | ██████ |

---

## INVOICE SUMMARY

*For Professional Services through* **December 31, 2023**

**Client:** CHRIS SWECKER
**Matter:** ████████████

| | | |
|---|---|---|
| Fees | $ | 992.50 |
| Costs | $ | 498.45 |
| Due This Invoice | $ | 1,490.95 |



### PAYMENT DUE UPON RECEIPT
### PLEASE RETURN THIS PAGE WITH YOUR PAYMENT

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 34 of 47



**Parker Poe**
Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

| | |
|---|---|
| Invoice Date: | February 7, 2024 |
| Invoice Number: | 932727 |
| Matter Number: | |

---

## INVOICE SUMMARY

*For Professional Services through* **January 31, 2024**

**Client:** CHRIS SWECKER
**Matter:**

| | | |
|---|---|---|
| Fees | $ | 2,782.50 |
| Due This Invoice | $ | 2,782.50 |

CHRIS SWECKER

**Fee Detail**

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 01/17/24 | RSG | ██████████████ | 0.2 | ████ | ████ |
| 01/17/24 | RSG | ███████████████ | 0.2 | ████ | ████ |
| 01/17/24 | RSG | ██████████████ | 0.8 | ████ | ████ |
| 01/17/24 | RSG | ██████████████ | 0.2 | ████ | ████ |
| 01/18/24 | RSG | █████████ | 0.1 | ████ | ███ |
| 01/18/24 | RSG | ██████████████ | 0.2 | ████ | ████ |
| 01/18/24 | RSG | ██████████████ | 0.2 | ████ | ████ |
| 01/18/24 | RSG | ████████████████ | 0.1 | ████ | ███ |
| 01/22/24 | RSG | ██████████████ | 0.3 | ████ | ████ |
| 01/22/24 | RSG | ██████████████ | 0.2 | ████ | ████ |
| 01/23/24 | RSG | █████████████ | 0.2 | ████ | ████ |
| 01/23/24 | RSG | ██████████████ | 0.1 | ████ | ███ |
| 01/23/24 | RSG | ███████████████ | 0.2 | ████ | ████ |
| 01/23/24 | RSG | ██████████████ | 0.1 | ████ | ███ |
| 01/24/24 | RSG | ████████████████ | 0.1 | ████ | ███ |
| 01/24/24 | RSG | ██████████████ | 0.5 | ████ | ████ |
| 01/24/24 | RSG | ██████████████ | 0.2 | ████ | ████ |
| 01/24/24 | RSG | ████████████ | 0.2 | ████ | ████ |
| 01/25/24 | RSG | ██████████████ | 0.1 | ████ | ███ |
| 01/25/24 | RSG | ████████████████ | 0.1 | ████ | ████ |

Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 36 of 47

CHRIS SWECKER

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 01/29/24 | RSG | ██████████████ | 0.3 | ██ | ██ |
| 01/30/24 | RSG | ██████████████ | 0.1 | ██ | ██ |
| 01/30/24 | RSG | ██████████████ | 0.2 | ██ | ██ |
| 01/31/24 | RSG | ██████████████ | 0.3 | ██ | ██ |
| 01/31/24 | RSG | ██████████████ | 0.1 | ██ | ██ |

| | | | Total | 5.30 | $2,782.50 |



**Parker Poe**
Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER
███████████████████

| | |
|---|---|
| Invoice Date: | February 7, 2024 |
| Invoice Number: | 932727 |
| Matter Number: | ███████ |

---

### INVOICE SUMMARY

*For Professional Services through* **January 31, 2024**

**Client:** CHRIS SWECKER
**Matter:** ███████████████████

| | |
|---|---|
| Fees | $ 2,782.50 |
| Due This Invoice | $ 2,782.50 |



**PAYMENT DUE UPON RECEIPT**
**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**



**Parker Poe**
Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER
███████████████

| | |
|---|---|
| Invoice Date: | February 9, 2024 |
| Invoice Number: | ****** |
| Matter Number: | 38293-00001 |
| | BSC |

---

### INVOICE SUMMARY

*For Professional Services through* **February 9, 2024**

**Client:** CHRIS SWECKER
**Matter:** ██████████████

| | | |
|---|---|---|
| Fees | $ | 14,607.50 |
| Costs | $ | 0.00 |
| Due This Invoice | $ | 14,607.50 |

**Fee Detail**



| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 01/02/24 | RSG | | 0.1 | | |
| 01/03/24 | RSG | | 0.1 | | |
| 01/03/24 | RSG | | 0.2 | | |
| 01/04/24 | NAA1 | | 0.3 | | |
| 01/04/24 | NAA1 | | 0.3 | | |
| 01/04/24 | NAA1 | | 0.9 | | |
| 01/04/24 | RSG | | 0.2 | | |
| 01/04/24 | RSG | | 0.3 | | |
| 01/04/24 | NAA1 | | 0.5 | | |
| 01/05/24 | NAA1 | | 0.7 | | |
| 01/05/24 | RSG | | 0.3 | | |
| 01/05/24 | AGH | | 0.7 | | |
| 01/05/24 | NAA1 | | 1.1 | | |
| 01/08/24 | RSG | | 0.2 | | |
| 01/09/24 | RSG | | 0.3 | | |
| 01/09/24 | RSG | | 0.2 | | |
| 01/09/24 | RSG | | 0.2 | | |
| 01/09/24 | NAA1 | | 0.6 | | |
| 01/11/24 | RSG | | 0.2 | | |
| 01/11/24 | RSG | | 0.1 | | |

Invoice Date: February 9, 2024
Invoice Number: ******
Matter Number: 38293-00001

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 01/11/24 | NAA1 | | 0.8 | | |
| 01/11/24 | RSG | | 0.3 | | |
| 01/12/24 | RSG | | 0.2 | | |
| 01/12/24 | RSG | | 0.4 | | |
| 01/13/24 | NAA1 | | 2.1 | | |
| 01/13/24 | RSG | | 0.3 | | |
| 01/13/24 | NAA1 | | 1.6 | | |
| 01/14/24 | ARK | | 0.1 | | |
| 01/15/24 | RSG | | 0.1 | | |
| 01/15/24 | APT | | 4.2 | | |
| 01/15/24 | ARK | | 2.2 | | |
| 01/15/24 | RSG | | 0.1 | | |
| 01/16/24 | RSG | | 0.2 | | |
| 01/16/24 | APT | | 0.8 | | |
| 01/16/24 | ARK | | 3.9 | | |
| 01/17/24 | ARK | | 0.3 | | |
| 01/17/24 | RSG | | 0.3 | | |
| 01/17/24 | RSG | | 0.2 | | |
| 01/17/24 | RSG | | 0.1 | | |



Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 41 of 47

| Date | Initials | Description | Hours | Rate | Fees |
|------|----------|-------------|-------|------|------|
| 01/17/24 | APT | | 0.1 | | |
| 01/18/24 | NAA1 | | 0.1 | | |
| 01/21/24 | NAA1 | | 1.3 | | |
| 01/22/24 | NAA1 | | 0.9 | | |
| 01/22/24 | NAA1 | | 2.1 | | |
| 01/23/24 | NAA1 | | 2.1 | | |
| 01/23/24 | NAA1 | | 0.2 | | |
| 01/23/24 | NAA1 | | 1.2 | | |
| 01/24/24 | RSG | | 0.2 | | |
| 01/24/24 | NAA1 | | 0.7 | | |
| 01/24/24 | NAA1 | | 4.4 | | |
| 01/25/24 | NAA1 | | 2.7 | | |
| 01/27/24 | RSG | | 0.4 | | |
| 01/29/24 | NAA1 | | 1.1 | | |
| 01/29/24 | NAA1 | | 0.2 | | |
| 01/29/24 | NAA1 | | 0.2 | | |
| 01/30/24 | NAA1 | | 0.6 | | |
| 01/30/24 | RSG | | 0.3 | | |
| 01/30/24 | RSG | | 0.1 | | |
| 01/30/24 | NAA1 | | 0.2 | | |
| 01/31/24 | RSG | | 0.3 | | |
| 01/31/24 | NAA1 | | 0.8 | | |



Case 1:20-cv-00954-WO-JLW   Document 318-2   Filed 02/09/24   Page 42 of 47

CHRIS SWECKER

Invoice Date: February 9, 2024
Invoice Number: ******
Matter Number: 38293-00001

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Fees** |
|----------|--------------|-----------------|-----------|----------|----------|
| 01/31/24 | NAA1 | ███████████ | 0.9 | ██ | ██ |
| 02/01/24 | NAA1 | ███████████ | 0.9 | ██ | ██ |
| 02/01/24 | RSG | ███████████ | 0.3 | ██ | █ |
| 02/01/24 | NAA1 | ███████████ | 2.4 | ██ | ██ |
| 02/01/24 | NAA1 | ███████████ | 1.2 | ██ | ██ |
| 02/02/24 | NAA1 | ███████████ | 1.3 | ██ | ██ |
| 02/02/24 | NAA1 | ███████████ | 1.1 | ██ | ██ |
| 02/02/24 | RSG | ███████████ | 0.2 | ██ | █ |
| 02/08/24 | APT | ███████████ | 0.7 | ██ | ██ |

**Total** **54.90** **$14,607.50**



# Parker Poe

### Attorneys & Counselors at Law

620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER
████████████████

| | |
|---|---|
| Invoice Date: | February 9, 2024 |
| Invoice Number: | ****** |
| Matter Number: | 38293-00001 |
| | BSC |

---

**INVOICE SUMMARY**

*For Professional Services through* **February 9, 2024**

**Client:** CHRIS SWECKER
**Matter:** ███████████████

| | | |
|---|---|---|
| Fees | $ | 14,607.50 |
| Costs | $ | 0.00 |
| Due This Invoice | $ | 14,607.50 |



**PAYMENT DUE UPON RECEIPT**
**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**



620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER

| | |
|---|---|
| Invoice Date: | February 9, 2024 |
| Invoice Number: | ****** |
| Matter Number: | 38293-00002 |
| | BSC |

---

## INVOICE SUMMARY

*For Professional Services through* **February 9, 2024**

**Client:** CHRIS SWECKER
**Matter:**

| | | |
|---|---|---|
| Fees | $ | 1,155.00 |
| Due This Invoice | $ | 1,155.00 |

CHRIS SWECKER

Invoice Date:         February 9, 2024
Invoice Number:         ******
Matter Number:         38293-00002

**Fee Detail**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Fees</u> |
|---|---|---|---|---|---|
| 02/01/24 | RSG | █████████ | 0.4 | ██ | ██ |
| 02/01/24 | RSG | █████████ | 0.1 | ██ | ██ |
| 02/01/24 | RSG | █████████ | 0.2 | ██ | ██ |
| 02/01/24 | RSG | █████████ | 0.1 | ██ | ██ |
| 02/02/24 | RSG | █████████ | 0.8 | ██ | ██ |
| 02/02/24 | RSG | █████████ | 0.2 | ██ | ██ |
| 02/02/24 | RSG | █████████ | 0.4 | ██ | ██ |
| | | **Total** | **2.20** | | **$1,155.00** |



620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202-1942
704-372-9000
Email: acctghelp@parkerpoe.com
Federal Tax Id # 56-0928467

CHRIS SWECKER
██████████████

| | |
|---|---|
| Invoice Date: | February 9, 2024 |
| Invoice Number: | ****** |
| Matter Number: | 38293-00002 |
| | BSC |

---

## INVOICE SUMMARY

*For Professional Services through* **February 9, 2024**

**Client:** CHRIS SWECKER
**Matter:** ██████████████████

| | | |
|---|---|---|
| Fees | $ | 1,155.00 |
| Due This Invoice | $ | 1,155.00 |



**PAYMENT DUE UPON RECEIPT**
**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**