# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>  Plaintiff,<br><br>  v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>  Defendants. | **NOTICE OF DEFENDANTS' OBJECTIONS TO OR APPEAL OF SPECIAL MASTER'S REPORT AND DECISION #1 AND REQUEST FOR STAY** |

Defendants Nicholas Del Rosso and Vital Management Services, Inc. hereby give notice to the Court of the filing of its Objections to the Special Master's February 6, 2024 Report and Decision #1 ("Report", D.E. 316). The Objections are filed contemporaneously with this Notice, which are incorporated herein, are made pursuant to Fed. R. Civ. P. 53(f)(2) and this Court's Order for the Appointment of Special Discovery Master (D.E. 313 ¶¶ 13–14) (the "Appointment Order").[1]

As further set forth in Defendants' Objections and accompanying exhibits, Defendants object to the portions of the Report specifically dealing with the assertion of privilege and concluding that (1) Defendants were "not authorized to assert any privileges" belonging to non-party Government of Ras

---

[1] The Appointment Order adopts the parties Joint Agreement Regarding Special Master (D.E. 312-1) (the "Joint Agreement"), which details the process for appealing a Special Master decision.

Al Khaimah and its related instrumentalities ("RAK"), and (2) that RAK must "appear before the Court to assert any privileges."

Consistent with the parties Joint Agreement (D.E. 312-1), and as further set out in Defendants' Objections, Defendants request a partial stay of the Report pending the Court's consideration of and ruling on their Objections.

Respectfully submitted, this the 13th day of February, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Brandon S. Neuman*
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
John E. Branch III, NCSB# 32598
Samuel Rosenthal (special appearance)
Justin Kaplan (special appearance forthcoming)
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
john.branch@nelsonmullins.com
sam.rosenthal@nelsonmullins.com
justin.kaplan@nelsonmullins.com
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Ripley Rand
Christopher W. Jones
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
ripley.rand@wbd-us.com
chris.jones@wbd-us.com

Calvin Lee
Ian Herbert
Kirby D. Behre
Lauren Briggerman
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
clee@milchev.com
iherbert@milchev.com
kbehre@milchev.com
lbriggerman@milchev.com
*Counsel for Plaintiff*

This, the 13th day of February, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Brandon S. Neuman*
    Brandon S. Neuman, NCSB# 33590
    Jeffrey M. Kelly, NCSB# 47269
    John E. Branch III, NCSB# 32598
    Samuel Rosenthal (special appearance)
    Justin Kaplan (special appearance forthcoming)
    301 Hillsborough Street, Suite 1400
    Raleigh, North Carolina 27603
    Telephone: (919) 329-3800
    Facsimile: (919) 329-3799
    brandon.neuman@nelsonmullins.com
    jeff.kelly@nelsonmullins.com
    john.branch@nelsonmullins.com
    sam.rosenthal@nelsonmullins.com
    justin.kaplan@nelsonmullins.com
    *Counsel for Defendants*

3