## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No. 20-cv-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>Defendants. | **PLAINTIFF'S OPPOSITION TO DEFENDANTS' OBJECTIONS TO OR APPEAL OF SPECIAL MASTER'S REPORT AND DECISION #1** |

## CERTIFICATE OF WORD COUNT

I hereby certify under LR 7.3(d)(1) that the body of the Opposition filed on February 20, 2024 (ECF No. 322), including any headings and footnotes together, contains fewer than 6,250 words, as reported by the word count feature in Microsoft Word.

This, the 21st day of February, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina Bar No. 22275
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: 919-755-2100
Fax: 919-755-2150
Email:      ripley.rand@wbd-us.com

*Attorney for Plaintiff Farhad Azima*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2024, I caused true and correct copies of the foregoing to be served via the CM/ECF System on the following:

Brandon S. Neuman
Jeffrey M. Kelly
John E. Branch, III
Nelson Mullins Riley & Scarborough LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Email: brandon.neuman@nelsonmullins.com
Email: jeff.kelly@nelsonmullins.com
Email: john.branch@nelsonmullins.com

Samuel Rosenthal
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Email: sam.rosenthal@nelsonmullins.com

*Counsel for Defendants Nicholas Del Rosso and Vital Management Services, Inc.*

This, the 21st day of February, 2024.

*/s/ Ripley Rand*
Ripley Rand (N.C. State Bar No. 22275)
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: (919) 755-2100
Fax: (919) 755-2150
Email:      ripley.rand@wbd-us.com

*Attorneys for Plaintiff Farhad Azima*