UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　Defendants. | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL** |

Plaintiff Farhad Azima hereby respectfully submits this Memorandum of Law in Support of his Motion to Seal portions of Plaintiff's Response in opposition to the Motion to Non-Parties Christopher Swecker and Christopher Swecker Enterprises, LLC, for Fees and Costs (ECF No. 317) and Exhibits 1-6 to that Response.

In considering a party's motion to seal certain documents, the Court "must comply with certain substantive and procedural requirements." *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 576 (4th Cir. 2004). The Court must (1) give the public notice and a reasonable chance to challenge the motion to seal the documents; (2) consider less drastic alternatives to sealing, including redaction; and (3) if it decides to seal the documents, make specific findings and state the reasons for its decision to seal over the alternatives. *Id*.

As to the substance of the motion to seal, the Court "first must determine the source of the right of access with respect to each document, because only then can it accurately weigh the competing interests at stake." *Id.* The Court may seal documents "if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). The factors the Court takes into account in this regard include "whether the records are sought for improper purposes, such as promoting public scandals or unfairly gaining a business advantage; whether release would enhance the public's understanding of an important historical event; and whether the public has already had access to the information contained in the records." *Id.* Based on an evaluation of these and any other relevant factors, the Court must find that the justification for sealing documents overcomes both the First Amendment and common law presumption of access.

The material Plaintiff seeks to seal in the Response and Exhibits 1-6 includes excerpts from depositions of Mr. Del Rosso and documents produced in discovery, all of which are covered by the Confidentiality Protective Order entered in this case (ECF No. 114). Out of an abundance of caution and in order to avoid burdening the Court with additional litigation at this time, Plaintiff is filing portions of the Response and the materials in Exhibits 1-6 under seal, but reserves the right to address confidentiality issues with respect to portions of deposition transcripts and materials produced in discovery

2
Case 1:20-cv-00954-WO-JLW   Document 330   Filed 03/01/24   Page 2 of 7

pursuant to the Confidentiality Protective Order in later proceedings. The portions of Plaintiff's Response that it contends should be placed under seal have been redacted, and a redacted copy of the Response has also been filed with the Court.

For the foregoing reasons, Plaintiff Farhad Azima respectfully requests that his Motion to Seal portions of his Response in Opposition to the Motion for Attorney's Fees and Costs of Christopher Swecker and Christopher Swecker Enterprises, LLC, and Exhibits 1-6 to the Response be granted, or in the alternative that Plaintiff be given reasonable time to attempt to redact the Exhibits as ordered by the Court to be redacted and for further relief as is just and appropriate.

This, the 1st day of March, 2024.

      **WOMBLE BOND DICKINSON (US) LLP**

      */s/ Ripley Rand*
      Ripley Rand
      North Carolina Bar No. 22275
      Christopher W. Jones
      North Carolina Bar No. 27625
      555 Fayetteville Street, Suite 1100
      Raleigh, N.C. 27601
      Phone: 919-755-2100
      Fax: 919-755-2150
      Email:   ripley.rand@wbd-us.com
                  chris.jones@wbd-us.com

      -and-

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren B. Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com
totoole@milchev.com
lbriggerman@milchev.com
iherbert@milchev.com
clee@milchev.com
cmarden@milchev.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>   Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT SERVICES,<br>INC.,<br><br>   Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

   Brandon S. Neuman, Esq.
   John Branch, III, Esq.
   Jeffrey M. Kelly, Esq.
   Nathaniel J. Pencook, Esq.
   NELSON MULLINS RILEY & SCARBOROUGH, LLP
   301 Hillsborough Street, Suite 1400
   Raleigh, NC 27603
   brandon.neuman@nelsonmullins.com
   jeff.kelly@nelsonmullins.com
   nate.pencook@nelsonmullins.com
   john.branch@nelsonmullins.com
   Tel.: 919.329.3800
   Fax.: 919.329.3799

Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

Richard S. Glaser, Esq.
Parker Poe Adams & Bernstein LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Tel. (704) 372-9000
Fax. (704) 334-4706
Email: rickglaser@parkerpoe.com

Nana Asante-Smith, Esq. 41073-510
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Tel: 919.828.0564
Fax: 919.834.4564
Email: nanaasantesmith@parkerpoe.com

*Counsel for Christopher Swecker and Christopher Swecker Enterprises, LLC*

This, the 1st day of March, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Ripley Rand*
Ripley Rand
North Carolina State Bar No. 22275
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8125
Facsimile: (919) 755-6752
Email: ripley.rand@wbd-us.com

*Counsel for Plaintiff*

7