# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:20-cv-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　　　Defendants. | **NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of George G. Mahfood of Nelson Mullins Riley & Scarborough LLP as counsel of record for defendants Nicholas Del Rosso and Vital Management Services, Inc.

Mr. Mahfood certifies that he is an active member in good standing of the bars of the states of Florida, Pennsylvania, and New York. Mr. Mahfood further certifies that he understands that by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

Mr. Mahfood is appearing in the above-captioned civil action in association with Brandon S. Neuman of Nelson Mullins Riley & Scarborough LLP. Mr. Neuman is an

active member in good standing of the bar of this Court. Mr. Neuman certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Neuman further certifies that he or a member of his firm admitted to this Court will be present during local hearings, pretrial conferences, potentially dispositive proceedings, and at trial.

This the 2nd day of April, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

*/s/ George G. Mahfood*
George G. Mahfood
Fl. Bar No. 77356
2 South Biscayne Boulevard
21st Floor
Miami, Florida 33131
Telephone: (305) 373-9427
george.mahfood@nelsonmullins.com

*/s/ Brandon S. Neuman*
Brandon S. Neuman, NC Bar No. 33590
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

This the 2nd day of April, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

*/s/ George G. Mahfood*
George G. Mahfood
Fl. Bar No. 77356
2 South Biscayne Boulevard
21st Floor
Miami, Florida 33131
Telephone: (305) 373-9427
george.mahfood@nelsonmullins.com