# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 20-cv-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>Defendants. | **NOTICE OF PLAINTIFF'S APPEAL OF SPECIAL DISCOVERY MASTER'S REPORT AND DECISION NO. 7** |

Plaintiff Farhad Azima respectfully notifies this Court of his Appeal of Special Master's Report and Decision No. 7 (ECF No. 354). The objections are filed contemporaneously with this Notice, and are incorporated herein, and are made pursuant to Fed. R. Civ. P. 53(f)(2), pursuant to the Order appointing the Special Master (ECF No. 313), and pursuant to the Joint Agreement Regarding Special Master (ECF No. 312-1).

Plaintiff appeals the decisions regarding:

(1) Plaintiff's Motion to Compel Christopher Swecker and Christopher Swecker Enterprises to Produce Information Improperly Withheld for Privilege ("Swecker Privilege Motion") (Ex. 1);

(2) Plaintiff's Motion to Compel Dechert LLP to Produce Information Improperly Withheld for Privilege ("Dechert Privilege Motion," Ex. 2, together with the Swecker Privilege Motion, the "Privilege Motions");

1

(3) Plaintiff's Motion to Compel the Production of Documents Pursuant to the Crime-Fraud Exception ("Crime-Fraud Motion") (Ex. 3); and

(4) Plaintiff's Motion to Compel Dechert LLP to Produce Documents Relating to Prior Allegations of Hacking (the "Hacking Motion") (Ex. 4).

This, the 5th day of June, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand (N.C. State Bar No. 22275)
Christopher W. Jones (N.C. State Bar No. 27265)
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email:   ripley.rand@wbd-us.com
chris.jones@wbd-us.com

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 Sixteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-5800
Facsimile: (202) 626-5801
Email:         kbehre@milchev.com
totoole@milchev.com
lbriggerman@milchev.com
iherbert@milchev.com clee@milchev.com
cmarden@milchev.com

*Counsel for Plaintiff Farhad Azima*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

    Brandon S. Neuman, Esq.
    Jeffrey M. Kelly, Esq.
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    301 Hillsborough Street, Suite 1400
    Raleigh, NC 27603
    brandon.neuman@nelsonmullins.com
    jeff.kelly@nelsonmullins.com

    Samuel Rosenthal
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    101 Constitution Ave. NW, Suite 900
    Washington, DC 20001
    sam.rosenthal@nelsonmullins.com

Justin B. Kaplan
George C. Mahfood
NELSON MULLINS RILEY & SCARBOROUGH, LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Email: justin.kaplan@nelsonmullins.com
Email: george.mahfood@nelsonullins.com

*Counsel for Defendants*

Richard S. Glaser
Parker Poe Adams & Bernstein LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Email: rickglaser@parkerpoe.com

Nana Asante-Smith
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Email: nanaasantesmith@parkerpoe.com

*Counsel for Christopher Swecker and Christopher Swecker Enters. LLC*

This, the 5th day of June, 2024.

              **WOMBLE BOND DICKINSON (US) LLP**

              /s/ *Ripley Rand*
              Ripley Rand
              North Carolina State Bar No. 22275
              555 Fayetteville Street, Suite 1100
              Raleigh, NC 27601
              Telephone: (919) 755-8125
              Facsimile: (919) 755-6752
              Email: ripley.rand@wbd-us.com

              *Counsel for Plaintiff*