UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-cv-954-WO-JLW

FARHAD AZIMA,

    Plaintiff,

v.

NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,

    Defendants.

**PLAINTIFF'S MOTION TO SEAL**

Plaintiff Farhad Azima respectfully moves this Court to file under seal his Objections to or Appeal of Special Master's Report and Decision No. 7 and Exhibits 1-5, 9-11, 15, 17-19, 21-22, 26-27. The grounds for this motion are set forth in the memorandum in support of the motion filed contemporaneously herewith. To the extent the Court determines that one or more of these documents should not be sealed, Plaintiff requests a reasonable time in which to attempt to redact any portion of these documents that may be appropriately redacted and for further relief as is just and appropriate.

1

This, the 5th day of June, 2024.

        **WOMBLE BOND DICKINSON (US) LLP**

        */s/ Ripley Rand*
        Ripley Rand (N.C. State Bar No. 22275)
        Christopher W. Jones (N.C. State Bar No. 27265)
        555 Fayetteville Street, Suite 1100
        Raleigh, North Carolina 27601
        Telephone: (919) 755-2100
        Facsimile: (919) 755-2150
        Email:     ripley.rand@wbd-us.com
                     chris.jones@wbd-us.com

        **MILLER & CHEVALIER CHARTERED**
        Kirby D. Behre (*pro hac vice*)
        Timothy P. O'Toole (*pro hac vice*)
        Lauren Briggerman (*pro hac vice*)
        Ian Herbert (*pro hac vice*)
        Calvin Lee (*pro hac vice*)
        Cody Marden (*pro hac vice*)
        900 Sixteenth Street, NW
        Washington, D.C. 20005
        Telephone: (202) 626-5800
        Facsimile: (202) 626-5801
        Email:     kbehre@milchev.com
                     totoole@milchev.com
                     lbriggerman@milchev.com
                     iherbert@milchev.com
                     clee@milchev.com
                     cmarden@milchev.com

        *Counsel for Plaintiff Farhad Azima*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>   Plaintiff,<br><br>   v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>   Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

   Brandon S. Neuman, Esq.
   Jeffrey M. Kelly, Esq.
   NELSON MULLINS RILEY & SCARBOROUGH, LLP
   301 Hillsborough Street, Suite 1400
   Raleigh, NC 27603
   brandon.neuman@nelsonmullins.com
   jeff.kelly@nelsonmullins.com

   Samuel Rosenthal
   NELSON MULLINS RILEY & SCARBOROUGH, LLP
   101 Constitution Ave. NW, Suite 900
   Washington, DC 20001
   sam.rosenthal@nelsonmullins.com

1

Justin B. Kaplan
George C. Mahfood
NELSON MULLINS RILEY & SCARBOROUGH, LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Email: justin.kaplan@nelsonmullins.com
Email: george.mahfood@nelsonullins.com

*Counsel for Defendants*

Richard S. Glaser
Parker Poe Adams & Bernstein LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Email: rickglaser@parkerpoe.com

Nana Asante-Smith
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Email: nanaasantesmith@parkerpoe.com

*Counsel for Christopher Swecker and Christopher Swecker Enters. LLC*

This, the 5th day of June, 2024.

          **WOMBLE BOND DICKINSON (US) LLP**

          /s/ *Ripley Rand*
          Ripley Rand
          North Carolina State Bar No. 22275
          555 Fayetteville Street, Suite 1100
          Raleigh, NC 27601
          Telephone: (919) 755-8125
          Facsimile: (919) 755-6752
          Email: ripley.rand@wbd-us.com

          *Counsel for Plaintiff*