IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-00954-WO-JLW

FARHAD AZIMA,

        Plaintiff,

v.

NICHOLAS DEL ROSSO and
VITAL MANAGEMENT SERVICES, INC.,

        Defendants.

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT**

Fed. R. Civ. P. 56

## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| A | Plaintiff's Third Supplemental Responses to Defendants' First Set of Interrogatories |
| B | Composite Exhibit – Thumb Drive of Plaintiff's Trade Secrets Documents (manually submitted under seal) |
| C | Plaintiff's Second Supplemental Responses to Defendants' First Set of Interrogatories |
| D | Deposition Transcript of ALG Transportation, Inc. |
| E | Plaintiff's Expert Report of Christopher Tarbell and Exhibits Attached Thereto– May 24, 2024 |
| F | Deposition Transcript of Farhad Azima and Exhibit 1C Attached Thereto |
| G | Excerpts of Deposition Transcript of Ray Adams |

| | |
|---|---|
| H | Plaintiff's Expert Report of Christopher W. Tarbell and Exhibits Attached Thereto – August 30, 2019 |
| I | Declaration of Lee Whitfield and Expert Report |
| J | Plaintiff's Supplement to Expert Report of Christopher Tarbell – June 28, 2024 |
| K | Excerpts of Deposition Transcript of Christopher Tarbell |
| L | Declaration of Justin Kaplan and Exhibits Attached Thereto |
| M | Illustrative Chart of Plaintiff's Trade Secrets' Deficiencies |
| N | Declaration of Charles Clowdis and Expert Report |
| O | Excerpts of Deposition Transcript of Jimmy Pappas |
| P | Expert Report of Jimmy Pappas – Filed Without Exhibits |