# Exhibit B

Composite Exhibit – Thumb Drive of Plaintiff's Trade Secrets Documents
(manually submitted under seal)

**\*\*\*FILED PROVISIONALLY UNDER SEAL\*\*\***
**pursuant to the parties' Protective Order dated February 22, 2023 [D.E. 177]**