EXHIBIT

E

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **FARHAD AZIMA** | ) | Civil action No. **20-cv-954** |
| | ) | |
| Plaintiff, | ) | **EXPERT REPORT OF** |
| | ) | **CHRISTOPHER TARBELL** |
| v. | ) | |
| | ) | |
| **NICHOLAS DEL ROSSO and VITAL** | ) | |
| **MANAGEMENT SERVICES, INC** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 1 of 155

I, Christopher W. Tarbell, provide this expert report concerning the above-referenced matter.

# I.

## BACKGROUND AND QUALIFICATIONS

1.     The following facts are based on my own personal knowledge, education, and experience.  If called as a witness, I will testify to the truth of the declared facts under oath.

2.     I am a former FBI agent and a co-founding partner at Naxo Labs, LLC ("NAXO").  I regularly provide expert advice regarding computer and network security and how to respond to cyber incidents.

3.     From 2015 to 2022, I was a Director at Berkeley Research Group, LLC ("BRG").  From 2014 to 2015, I was a Managing Director at FTI Consulting, Inc.'s ("FTI") Global Risk and Investigations Practice. My focus at both BRG and FTI was cyber security.

4.     From 2005 to 2014, I was a Special Agent with the Federal Bureau of Investigation ("FBI").  I was trained and certified by the FBI as a computer forensic examiner and was member of the FBI's Computer Analysis Response Team ("CART"), which focused on cyber matters. My primary responsibility was to conduct criminal investigations into computer and network intrusions, which also involved the retrieval and forensic examination of computer-related evidence.

5.     During my career at the FBI, I worked on nearly 100 criminal and national security investigations that involved the recovery and forensic analysis of electronic evidence as well as the investigations of computer artifacts from cyber intrusions.

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 2 of 155

6.      I earned a Master of Science degree in Computer Science from James Madison University in 2004, with a concentration in information security.

7.      I have been certified as an FBI CART Forensic Examiner for both criminal and national security cases.  Those certifications were in the Windows and Linux operating systems, along with mobile devices.

8.      I have been certified by leading forensic software providers in the utilization of their forensic tools.  For example, I have been certified by Guidance Software as an EnCase Certified Examiner and by AccessData as an AccessData Certified Examiner.

9.      I have also been certified as a Forensic Computer Examiner with the International Association of Computer Investigative Specialists ("IACIS").

10.      I have previously testified as a government computer forensics expert in *United States of America v. Munoz*, Case No. 11-CR-167 (JRT/AJB) in the United States District Court for the District of Minnesota and *United States of America v. Berger, et al*., Case No. 08-CR-00022 (LC/EMT) in the United States District Court for the Northern District of Florida, both criminal matters.  I have also testified as both a computer forensics and computer intrusion expert in *United States Securities and Exchange v. Chad C. McGinnis, et al*., Civil Action No. 5:14-CV-6 in the United States District Court of Vermont.  A copy of my Curriculum Vitae is attached as Attachment 1 to this report.

## II.

## SCOPE OF REPORT

11.      I have been retained as a cyber-security expert in the above-captioned case by counsel on behalf of the plaintiff, Farhad Azima ("Azima").

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 3 of 155

12.     I was retained to opine on two issues: (1) when many gigabytes of Azima's data became available online to the public to access and review and (2) whether certain documents identified by Azima as his trade secrets are contained within three distinct data sets of Azima's stolen data that was downloaded or disseminated at various points in time.  The data I analyzed to respond to the second issue included:  (1) data that was posted online on the WeTransfer website that I downloaded from that website in 2018 ("2018 WeTransfer Download"), (2) data the Defendants produced to Azima in this litigation ("Defendants' Data"), and (3) data the FBI produced to Azima in this litigation ("FBI's Data") (collectively, "Third-Party Data").

13.     In forming the opinions described in this Report, I considered documents and other materials, which are listed in Attachment 2.

14.     I reserve the right to supplement or amend my opinions in light of additional evidence, testimony, or information that may be provided to me after the date of this report.  I also reserve the right to supplement or amend my opinions in response to any further expert reports.  I expect that I may be called as a witness.  If that occurs, I may produce or assist in producing exhibits for trial based on the documentation attached to or described in this report, its exhibits, or any supplemental reports or exhibits.

15.     NAXO is being paid $700 per hour for my work in this matter.  My compensation is not contingent on the outcome or resolution of this or any other legal matter.

# III.

## SUMMARY OF CONCLUSIONS

16.     In December 2016, I examined two websites containing content related to Azima: https://farhadazimascams.blogspot.nl (the "Blogspot Site") and https://exposedfarhadazima.wordpress.com (the "WordPress Site"). At that time, the websites did not contain any links to Azima's data hosted on the WeTransfer file sharing site ("WeTransfer"). In July 2018, I examined the two websites again and located links to Azima's data hosted on WeTransfer.

17.     The vast majority of the 38 trade secrets that Azima has identified (133 files in total) are contained in the Third-Party Data I was asked to review:

    a. Within the Defendants' Data, I found either forensic matches or documents that closely match 28 of the 38 trade secrets identified by Azima. Of the 10 remaining trade secrets, six are related to Azima's contact lists. Versions of Azima's contact lists are included in the Defendants' Data in a different format. For another two trade secrets, I was able to find documents that were different versions but were similar in structure and format to the trade secrets identified by Azima.

    b. Within the 2018 WeTransfer Download I found either forensic matches or documents that closely match 28 of the 38 trade secrets identified by Azima. Of the 10 remaining trade secrets, six are related to Azima's contact list. For another two trade secrets, I was able to find documents that were different versions but were similar in structure and format to the documents identified by Azima.

c. Within the FBI's Data, I found either forensic matches or documents that closely match 28 of the 38 trade secrets identified by. Of the 10 remaining trade secrets, six are related to Azima's contact lists. Versions of Azima's contact lists are included in the FBI's Data in a different format. For another two trade secrets, I was able to find documents that were different versions but were similar in structure and format to the documents identified by Azima.

## IV.

## INTRODUCTION

### A. The Anti-Azima Websites

18. In August 2016, two websites were created disparaging Azima, one on the website Blogspot and one on the website WordPress. These websites included labels such as "farhad azima exposed," "farhad azima kansas," and "farhad azima usa."

19. I examined the WordPress Site and Blogspot Site in December 2016. At that time, neither the Blogspot Site nor the WordPress Site included any links to WeTransfer.

20. I next examined the sites in July 2018, immediately after Azima learned that the sites had been modified to include WeTransfer links that were not part of the sites in 2016. I preserved those sites, which are included with this report.

21. In July 2018, the Blogspot and WordPress websites contained new "Download" links, which led directly to WeTransfer websites that contained Azima's data, as described in more detail below.

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 6 of 155

**B.      WeTransfer**

22.      WeTransfer is an internet file transfer service that allows users to share files with other users.  WeTransfer describes itself as "the simplest way to send big files."[1]  WeTransfer is widely used and includes both paid and free of charge options to the user.

23.      WeTransfer is a private and secure means of storing and transmitting large quantities of data.  Sending large quantities of data via email attachment is often difficult due to user restrictions on the size of emails that can be sent or received. WeTransfer provides an alternative way to send such data securely.  Data sent via WeTransfer is secure and private, accessible only to the sender and recipient of the WeTransfer link.  Third parties can only access data on WeTransfer if a party hosting data on the platform provides an access link.

24.      WeTransfer users that want to share files ("Sharing Users") first upload their files to WeTransfer servers.  The Sharing User creates and shares a Uniform Resource Locator ("URL") link when they want to allow recipients to download the files that they have saved on the WeTransfer platform.

25.      Data that is uploaded to WeTransfer remains secure and private and is not available to the public.  Data only becomes available to others when the Sharing User sends links to the data to others or the link is published online.

26.      WeTransfer takes precautions to ensure that data placed on its servers is not detectable by an internet search.

---

[1] WeTransfer. "Hey there, big file mover." https://wetransfer.com/explore

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 7 of 155

## C.  Third-Party Data

27.  I reviewed and conducted searches across three sets of Third-Party Data to determine whether Azima's identified trade secrets were present in the 2018 WeTransfer Download, Defendants' Data, and the FBI's Data.

28.  The first set of data I reviewed is the 2018 WeTransfer Download, which I downloaded and preserved on July 13, 2018.

29.  I also reviewed a data set that the Defendants produced to Azima on or around August 2023.  Along with this data set, I reviewed a Transmittal Letter from Defendants' counsel dated August 8, 2023. This data is referred to as the Defendant's Data in this report.

30.  Finally, I reviewed a data set that the FBI produced to Azima in this litigation.  I also reviewed an FBI FD-1057 dated February 3, 2017, which indicates the data set was given to the FBI on January 23, 2017.  This data is referred to as FBI's Data in this report.

## IV.

## ANALYSIS

## A.  In December 2016, there were no links to WeTransfer posted on the Blogspot Site or WordPress Site

31.  The Blogspot Site and the WordPress Site appear to have been created in August 2016. I examined these websites in December 2016.  These websites included labels such as "farhad azima exposed," "farhad azima kansas," and "farhad azima usa." As of December 2016, neither the Blogspot Site nor the WordPress Site included any links to WeTransfer.

---

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 8 of 155

**B.  In July 2018, the Blogspot Site and WordPress Site both contained new links to WeTransfer sites that housed Azima's data**

32.     On or about July 10, 2018, Azima's counsel notified me that they had learned from opposing counsel in litigation in the United Kingdom that Azima's data was available online.

33.     On July 13, 2018, I examined the websites and determined that certain posts had been modified to include new links to Azima's data.  I preserved the posts that had been modified, specifically:

    a.  https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html ("Blogspot Post 1"),

    b.  https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html ("Blogspot Post 2"), and

    c.  https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-scammer/" ("WordPress Post")

34.     Blogspot.com is a domain that is used to access Google hosted blogs on its content management system Blogger.  Blogs are websites that users can create with their own content.  In other words, blogspot.com allows users to publish web content without owning or hosting their own website.

35.     A blog posted through Blogger on blogspot.com has a URL that directs users to the content.  A blog post that has a permanent address has a permalink URL.  "When you create a post in Blogger, the generated permalink has a specific format that includes the publication date."[2]

---

[2] GuideBlogging.  "How to Remove or Hide Data from Blogger Post URL in 2024? (Steps by Steps Guide)."  https://guideblogging.com/remove-date-from-blogger-post-url

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 9 of 155

36.     On July 13, 2018, I examined Blogspot Post 1 and Blogspot Post 2 with a standard internet browser, Mozilla Firefox.  I saved Blogspot Post 1 to portable document format ("pdf") and attached to this report as Attachment 3.  I saved Blogspot Post 2 to pdf and attached to this report as Attachment 4.

37.     Mozilla Firefox "Page Info window gives [the] technical details about the page"[3] the browser is currently displaying.  "The General panel includes basic information about the page such as its title, address, and content type, as well as more technical data from the page source" such as "Modified: Displays the date and time the page was last changed."

38.     Using Mozilla Firefox Page Info, I saved the Page Info for both Blogspot Post 1 (Attachment 5) and Blogspot Post 2 (Attachment 6).

39.     Mozilla Firefox allows users to View Source, "look at the HTML or XML source for the page"[4] that is currently being viewed with the browser.

40.     Using Mozilla Firefox View Source, I saved the Page Source for both Blogspot Post 1 (Attachment 7) and Blogspot Post 2 (Attachment 8).

**Blogspot Post 1**

41.     The URL for Blogspot Post 1, https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html, contains the publication date "2016/08."

---

[3] Mozilla. "Firefox Page Info Window." https://support.mozilla.org/en-US/kb/firefox-page-info-window.

[4] Mozilla. "View Source." https://firefox-source-docs.mozilla.org/devtools-user/view_source/index.html.

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 10 of 155

42.     Blogspot Post 1 lists that it was "Posted by crimeboard" from the "Location: Dubai – United Arab Emirates."

43.     As seen in Attachment 3, at the top of the blog, the listed date is "Sunday, August 7, 2016." This date matches the URL publication date. This suggests that the blog post was first created on August 7, 2016. It does not provide information about the content included in the post on that creation date or any subsequent modification.

44.     Blogspot Post 1 also contains a comment by user "Anonymous" that was added to this blog post on "September 23, 2016 at 3:50 AM." This comment was the URL "http://farahdazimascams.blogspot.de/2016/08/fraud-between-farhad-azima-and-jay.html." The top-level domain ("TLD")[5] for this link is ".de," which is the TLD for Germany.

45.     The Page Info for Blogspot Post 1, as seen in Attachment 5, indicates that this page was "Modified" on "Tuesday, June 12, 2018, 3:36:28 AM." This suggests that the blog was modified on June 12, 2018, but it does not provide information about what was modified.

46.     The page source data for Blogspot Post 1, as seen in Attachment 7, contains the HTML code:

> <a class='timestamp-link'
> href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html' rel='bookmark' title='permanent

---

[5] A top-level domain is the highest level in the Domain Name System for the Internet, the root zone for the name space. Other examples of top-level domains include .com, .edu, and .gov.

link'><abbr class='published' itemprop='datePublished' title='2016-08-07T22:47:00-07:00'>10:47 PM</abbr></a>

47.     On a sidebar of Blogspot Post 1 there are four URL links and titles to blogs posted under the URL "https:// farhadazimascams.blogspot.com/2016/08/", which can also be found in page source data Blogspot Post 1:

a.  https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html (Blogspot Post 1)

b.  https://farhadazimascams.blogspot.com/2016/08/farhad-azima-caught-up-in-fund-raising.html, titled "Farhad Azima caught up in Fund Raising Scandal"

https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html (Blogspot Post 2)

c.  https://farhadazimascams.blogspot.com/2016/08/fraud-between-farhad-azima-and-jay.html, titled "Fraud between Farhad Azima and Jay Solomon"

These links are posted under the headings "2016" and "August."

48.     In the body of Blogspot Post 1 there is a URL link titled "Download" with the link pointing at "https://we.tl/G2v9igEB4i."  This URL link is in both Attachment 3 and Attachment 7.  This URL link directs to WeTransfer.  In general, the URL "we.tl" redirects to WeTransfer.

49.     The WeTransfer links, which were not present in the December 2016 examination of blog posts referencing Azima, were present in the July 2018 examination of Blogspot Post 1.

**Blogspot Post 2**

50.     The URL for Blogspot Post 2,
https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-
ray.html, contains the publication date "2016/08."

51.     As seen in Attachment 4, at the top of the blog, the listed date is
"Thursday, August 11, 2016."  This date matches the URL publication date.  This
suggests that the blog was first created on August 11, 2016.  It does not provide
information about the content included in the post on that creation data or any
subsequent modifications.

52.     The Page Info for Blogspot Post 2, as seen in Attachment 6, indicates
that this page was "Modified" on "Tuesday, June 12, 2018, 3:36:28 AM."   This
suggests that the blog was modified on June 12, 2018, but it does not provide
information about what was modified.

53.     The page source data for Blogspot Post 2, as seen in Attachment 8,
contains the HTML code:

> <a class='timestamp-link'
> href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-
> and-his-associate-ray.html' rel='bookmark' title='permanent link'><abbr
> class='published' itemprop='datePublished' title='2016-08-
> 11T23:30:00-07:00'>11:30 PM</abbr></a>

The sidebar of Blogspot Post 2 contains the same four URL links in the sidebar of
Blogspot Post 1.

54.     The body of Blogspot Post 2 contains two URL links.  The first title and
same  URL  link  is  "http://1337x.to/torrent/1696317/FARHAD-AZIMA-OF-THE-

AVIATION-LEASING-GROUPEXPOSED/."   The second URL link is titled "Download" with the link pointing at "https://we.tl/G2v9igEB4i."  These URL links are in both Attachment 4 and Attachment 8.  The "Download" link is the same link found in Blogspot Post 1.

55.     I identified WeTransfer links to Azima's data on Blogspot Post 2 in July 2018.  Those links were not present when I examined that site in December 2016.

**WordPress Post**

56.     On July 13, 2018, I examined WordPress Post with a standard internet browser, Mozilla Firefox.  I saved WordPress to pdf and attached it to this report as Attachment 9.

57.     Using Mozilla Firefox View Source, I saved the Page Source for WordPress Post and attached it to this report as Attachment 10.

58.     A blog posted through wordpress.com may include dates within the URL.  "By default, [wordpress.com] doesn't include dates in its URLS…If your URLs contain dates, it's because someone selected that option."[6]

59.     The URL for WordPress Post, https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-scammer/, contains the publication date "2016/08/08."

60.     The dates "August 8, 2016" and "January 28, 2017" appeared near the top of WordPress Post, as seen in Attachment 9.

---

[6] WP Engine. "Why There Are Dates in WordPress URLs."
https://wpengine.com/resources/how-to-remove-the-date-from-a-wordpress-url/

61.    The page source data for the WordPress Post, as seen in Attachment 10, for these dates contains the HTML code:

> <time class="entry-date published" datetime="2016-08-08T11:01:04+00:00">August 8, 2016</time><time class="updated" datetime="2017-01-28T00:28:46+00:00">January 28, 2017</time>

62.    The page source data for WordPress Post also contains the HTML code:

> <meta property="article:published_time" content="2016-08-08T11:01:04+00:00" />
>
> <meta property="article:modified_time" content="2017-01-27T20:28:46+00:00" />

63.    The Page Info, as seen in Attachment 11, has "article:published_time" set to "2016-08-08T11:01:04+00:00." This suggests that the blog post was first created on August 8, 2016. It does not provide information about the content included in the post on that creation date.

64.    WordPress Post contains eight URL links and titles to blog posts:

a.    Titled "farhad azima" with the URL "https://exposedfarhadazima.wordpress.com/category/farhad-azima/"

b.    Titled "farhad azima exposed" with the URL "https://exposedfarhadazima.wordpress.com/category/farhad-azima-exposed/"

c.    Titled "farhad azima fraud" with the URL "https://exposedfarhadazima.wordpress.com/category/farhad-azima-fraud/"

d. Titled "farhad azima Iranian Born charter" with the URL "https://exposedfarhadazima.wordpress.com/category/farhad-azima-iranian-born-charter/"

e. Titled "farhad azima kansas" with the URL "https://exposedfarhadazima.wordpress.com/category/farhad-azima-kansas/"

f. Titled "farhad azima scam" with the URL "https://exposedfarhadazima.wordpress.com/category/farhad-azima-fraud/farhad-azima-scam/"

g. Titled "farhad azima usa" with the URL "https://exposedfarhadazima.wordpress.com/category/farhad-azima-usa/"

h. Titled "Ray Adams" with the URL "https://exposedfarhadazima.wordpress.com/category/ray-adams/"

65. WordPress Post contains a URL link titled "Download (https://we.tl/G2v9igEB4i)" with the link pointing at "https://we.tl/G2v9igEB4i," the same URL found in Blogspot Post 1 and Blogspot Post 2.

66. I identified WeTransfer links to Azima's data on the WordPress Post in July 2018. Those links were not present when I examined that site in December 2016.

**WeTransfer Links**

67. On July 13, 2018, I examined the WeTransfer link found in Blogspot 1, Blogspot 2, and WordPress, "https://we.tl/G2v9igEB4i," with a standard internet browser, Mozilla Firefox. This URL redirected to the WeTransfer URL https://wetransfer.com/downloads/e5cc80815dd9b6720eb3ee131a0e3bc12017012717

2710/3b327c ("WeTransfer 1"). I saved WeTransfer 1 to pdf and attached to this report as Attachment 12.

68. WeTransfer 1 contained the text file "FarhadExposed.txt" that lists ten WeTransfer links:

    a. fazima@gmail.com.rar : https://we.tl/rjSE40WBdr

    b. HH@fathers.church.rar : https://we.tl/tfXwVwB3Gm

    c. farhad@farhadazima.com.rar : https://we.tl/Gka4MUy7zD

    d. farhadazima@yahoo.com.rar : https://we.tl/KL54ZDnqDR

    e. fa@alphaavia.com.rar : https://we.tl/t3ztasxtb4

    f. fa@fa1.us.rar : https://we.tl/CusUhgXFpb

    g. farhadusa@me.com.rar : https://we.tl/1NzVBRzP3F

    h. ray@jfjintl.com.rar : https://we.tl/L9hkgARQaH

    i. cfo@globalsubdive.com.rar : https://we.tl/vmYV2Lq6FF

    j. ray.adams@algkc.com.rar : https://we.tl/Nom1cpvP9f

69. On July 13, 2018, I examined each of the above WeTransfer links and downloaded the content. These links contained the .rar files listed above. Sampling these .rar files, the contents appear to relate to the email accounts included in the name of the .rar files (i.e., fazima@gmail.com.rar appears to be a collection of received and sent emails associated with the email account fazima@gmail.com). I downloaded this data and provided it to Azima's counsel in July 2018.

**C. The vast majority of Azima's identified trade secrets are contained within the Third-Party Data I reviewed.**

70. I compared Azima's 38 identified trade secrets against the Third-Party Data by collecting the three data sets in a database and running searches. I compared

the "digital fingerprint" (a hash value of the content of a data file) for each file in Azima's identified trade secrets to the "digital fingerprint" of the files in the Third-Party Data. After finding numerous forensic matches, I searched and compared the remaining files by file types and search strings across data content to identify matching files. These additional searches resulted in my identifying many more of Azima's identified trade secrets in the Third-Party Data.

71.     An MD5 message-digest algorithm is a hash function that produces a 128-bit hash value, like a digital fingerprint for a file. Changing just one bit of data within a file will cause that file to have a completely different MD5 hash value. If two files have matching MD5 hash values, those files are a forensic match.

72.     Even if two files do not have matching MD5 hash values, they may still contain nearly the same content, but they would not be considered a forensic match.

73.     The 2018 WeTransfer Download contained 278 files that match documents within Azima's identified trade secret files, including family members. The 278 matching files contain 187 files with a matching MD5 hash and 91 matching files that are slight variations of the identified files, such as an email with a reply attached or an email that was forwarded with the same attachment(s). The 2018 WeTransfer Download contains either forensic matches or documents that closely match 28 of the 38 trade secrets identified by Azima. Attachment 13 is a listing of the Azima identified trade secret files with found in the Third-Party Data.

74.     The Defendants' Data contains 256 files that match documents within Azima's identified trade secret files, including family members. The 256 matching files contain 186 files with a matching MD5 hash and 70 matching files that are slight variation of the identified files. The Defendants' Data contains both forensic matches

of documents and documents that closely match 28 of the 38 trade secrets identified by Azima.

75. The FBI's Data contains 280 files that match documents within Azima's identified trade secret files, including family members. The 280 matching files contain 187 files with a matching MD5 hash and 93 matching files that are slight variations of the identified files. The FBI's Data contains either forensic matches or documents that closely match 28 of the 38 trade secrets identified by Azima.

76. There were 10 of the 38 identified trade secret families that I was not able to find as full matches in any of the substantive files in the Third-Party Datasets: TS01, TS02, TS04, TS20, TS21, TS26, TS27, TS28, TS29, and TS30.

77. Six of these documents (TS20, TS21, TS26, TS27, TS28, and TS29) are different versions of a contact list. Two of the documents are .csv[7] files collected from Azima's yahoo email accounts, as indicated by the Custodian and File Name in the metadata. Four of the documents are .xlsx[8] files of contacts extracted from Azima's iPad and iPhones, as indicated by the Custodian and File Path information contained in the metadata. These formats are how I would expect a contact list collected directly from a webmail account (.csv) or from a cell phone or table (.xlsx) to be saved when extracted by specialized software. Though I did not find these .csv files and .xlsx files in any of the Third-Party Datasets, there are collections of contact information contained in the Defendants' Data and the FBI's Data at

---

[7] A comma-separated values ("CSV") file is a text file that uses commas to separate values in a list or table. These commas allow software, such as Microsoft's Excel, to place the values into individual cells.

[8] A Microsoft Excel Open XML Spreadsheet ("XLSX") is a spreadsheet created by Microsoft Excel.

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 19 of 155

DEFS(MDNC20cv954)_0000276 through DEFS(MDNC20cv954)_0008108 and FA_MDNC_ZUKAS_00960813 through FA_MDNC_ZUKAS_00968827, respectively, the content of which overlaps with Azima's identified trade secrets.[9] These contacts are saved as thousands of individual vCards. This format is consistent with how I would expect native contact records to be extracted and saved from a webmail account, an iPad, and an iPhone. Finally, while the 2018 WeTransfer Download contains a small number of vCards, it did not include a collection of contact information or vCards.

78.    For two additional documents identified by Azima as trade secrets (TS01 and TS02), I was unable to locate identical documents in the Third-Party Data. However, I was able to find similar financial forecasts that were different versions produced in different years. For example, TS01 is a HeavyLift International Airlines Seven-Year Financial Forecast, dated August 5, 2010. I was able to find a HeavyLift International Airlines Seven-Year Financial Forecast, dated August 10, 2006.

## V.

## CONCLUSIONS

79.    In July 2018, the Blogspot Site and WordPress Site both included WeTransfer links that provided access to approximately 27 gigabytes of Azima's data through 10 .rar files. July 2018 was the first time I was able to access those documents. When I previously examined the Blogspot Site and WordPress Site in December 2016, the sites did not include any links to WeTransfer, and Azima's data was not available.

---

[9] The FBI's Data collection of contact information was extracted from Farhad Azima contacts folder as indicated by the File Path in the metadata.

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 20 of 155

In July 2018, I downloaded and preserved the data that was available on the WeTransfer links.

80.     I have reviewed Azima's 38 identified trade secrets.  I have compared those identified trade secrets with documents in three sets of Third-Party Data: the 2018 WeTransfer Download, Defendants' Data, and FBI's Data.  In the Third-Party Data, I have found full matches (forensic and non-forensic) for 28 of the 38 documents identified as trade secrets.  Six of the 10 documents for which I did not find full matches in the Third-Party Data are contact lists, and as explained above, those contact lists are in the Defendants' Data and FBI's Data in a different format.  For two additional documents, I was able to locate similar forecasts but not full matches.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of May 2024 in Augusta County, Virginia.

Dated: May 24, 2024

By: _____

CHRISTOPHER TARBELL

Case 1:20-cv-00954-WO-JLW   Document 379-6   Filed 07/15/24   Page 21 of 155

**CURRICULUM VITAE**

# Christopher Tarbell





# Attachment 1



# Christopher Tarbell

**PARTNER & CO-FOUNDER**
**NAXO LABS**

45 Rockefeller Plaza, Suite 1964, New York, NY 10111
ctarbell@naxo.com | www.naxo.com

A former FBI Special Agent, Chris Tarbell specializes in cyber investigations and incident response. As a case agent with the FBI's preeminent cybercrime squad in New York, he led some of the most groundbreaking cybercrime investigations in the world - including the arrest and prosecutions of Anonymous and LulzSec leadership, and the founder of the notorious Silk Road underground marketplace, the latter of which resulted in the largest seizure of bitcoins to date.

As a computer forensic examiner with the FBI, Chris engaged in rapid-response investigations all over the world on matters related to terrorism, botnets, and other cybercrimes. In 2009, Chris joined the FBI's renowned cybercrime squad as a Special Agent in the New York field office. He was the lead investigator on several of the Bureau's most complex and cutting-edge cases, including the takedown of the billion-dollar, cryptocurrency-based drug marketplace "Silk Road" and the arrest of its founder, and the investigation and arrest of the leadership of the Anonymous/LulzSec hacking crews.

Prior to co-founding NAXO, Chris developed and led the Cyber Operations & Incident Response practice for a large consulting firm. He has extensive experience helping businesses, high-profile individuals, and governments respond to a broad range of complex computer and network security threats. He is also regularly called on to advise foreign and domestic law enforcement officers on investigative techniques, and frequently lectures to business and government groups, including EUROPOL, on cyber threats and the means to address them.

Chris holds an MS in Computer Science from James Madison University with a concentration on Information Security. He has been certified by both the FBI and the International Association of Computer Investigative Specialists (IACIS) as a Certified Forensic Computer Examiner (CFCE). He has also been certified by the FBI as a subject-matter expert on cellphones and other mobile computing devices, and the Windows and Unix/Linux operating systems. Chris has been qualified in federal court as an expert witness in computer forensics, providing expert testimony in multiple federal criminal trials.

## EDUCATION

**M.S., COMPUTER SCIENCE**
James Madison University, 2004

**B.S., HEALTH SCIENCE**
James Madison University, 2000

## CERTIFICATIONS

AccessData Certified Examiner

Certified Forensic Computer Examiner - International Association of Computer Investigative Specialist

EnCE Certified Examiner

FBI Computer Analysis Response Team Forensic Examiner - Wintel, Linux, and Mobile Devices



## PRIOR EXPERIENCE

**BERKELEY RESEARCH GROUP**                                           New York, NY
Director, Cyber Operations & Incident Response
December 2015 – June 2022

- Co-created and developed BRG's Cyber Operations & Incident Response practice focused on responding to cyber security incidents for clients including financial institutions, cryptocurrency hedge funds and custodians, and private individuals.
- Conducted network security assessments and provided expert advice regarding cybersecurity best practices.
- Led investigations related to cyber intrusions, insider threats, ransomware, and other criminal activity; provided computer forensic examinations and expert testimony connected to these matters.

**FTI CONSULTING**                                                   New York, NY
Managing Director, Cyber Security & Investigations
March 2014 – December 2015

- Led computer and network forensic investigations for a wide range of clients, including large multinational corporations, financial institutions, and the U.S. Government.
- Performed forensic evidence collection and analysis in response to breaches of client systems and networks by external threats or theft of proprietary information by corporate insiders.
- Conducted vulnerability assessments, including proactive penetration testing and cybersecurity policy review.

**FEDERAL BUREAU OF INVESTIGATION**                                   New York, NY
Special Agent, Cyber Division
March 2009 – March 2014

- Assigned to a criminal computer intrusion squad, conducted investigations of national and international cyber intrusions, hactivism, and computer criminals.
- Created and maintained effective liaison relationships, developed and managed confidential human sources, and collaborated with the United States Attorney's Office on prosecutions.
- Conducted physical and electronic surveillance, collected evidence, monitored online activities, and gathered and analyzed data.
- Coordinated law enforcement raids, searches, seizures, and arrests.

**FEDERAL BUREAU OF INVESTIGATION**                                   Quantico, VA
Computer Forensic Examiner
May 2005 – March 2009

- Certified computer forensic examiner with the FBI's Computer Analysis Response Team (CART) to provide expert testimony and support to FBI criminal and national security investigations.
- Examined physical evidence under a documented quality assurance program, in an ASCLD/ISO certified laboratory, that included annual proficiency testing, technical/peer and administrative reviews, and adherence to standard operating procedures.
- Conducted forensic examination on computer evidence, carried out research and development activities, performed search and seizure operations, and provided Instructional training to new field examiners.

✉ ctarbell@naxo.com    |    ⊙ 45 Rockefeller Plaza Suite 1964 New York, NY 10111



**STAUNTON POLICE DEPARTMENT**                                    Staunton, VA
Police Officer
February 2003 - April 2005

- Served as a sworn officer to uphold the laws of the Commonwealth of Virginia and the city code of Staunton, VA.
- Conducted criminal investigations and provided criminal court testimony.

**JAMES MADISON UNIVERSITY**                                    Harrisonburg, VA
System Administrator / Program Support
January 2000 - April 2005

- Provided IT support for the JMU Police Department, evaluated and advised all computer needs and purchases, computer networking, computer/data security, webmaster and site designer, and database management.
- Assist JMU Police Department Investigations Unit with deployment and collection of technical assets and the recovery of electronic evidence.

## EXPERT TESTIMONY

- Securities and Exchange Commission v. Chad C. McGinnis, et al.; United States District Court of Vermont; Civil Action No. 5:14-CV-6. Three expert reports, two depositions, and expert analysis of plaintiff's trial exhibits and expert testimony. Analysis identified two fabrications in the plaintiff's expert testimony.

- A. Doe, et al., v. Sutherland Healthcare Solutions Inc., et al.; Superior Court of the State of California for the County of Los Angeles; Case No. BC539436. Expert report and deposition in relation to data theft litigation. Included on-site collection and analysis of computer forensic evidence and physical evidence.

- United States of America v. Berger, et al., Senior District Judge L.A. Collier, United States District Court Northern District of Florida, Case No. 08-CR-00022 (LC/EMT). Criminal child pornography litigation. Conducted full forensic examination of computer evidence, produced an expert report, and testified in court.

## INSTRUCTOR / PROCTOR

- FBI CART Basic Wintel Certification Training, Internet Processing – Practicals, Justice Training Center in Stafford, VA

- FBI CART Basic Wintel Certification Training, Internet Processing – Practicals, Justice Training Center in Stafford, VA

- FBI CART Moot Court, Phoenix, AZ

- FBI CART Forensic Examiner Coach for a CART Forensic Examiner in Training

- FBI CART Moot Court, Nashville, TN

- FBI CART Basic Wintel Certification Training – Practicals, Justice Training Center in Fredericksburg, VA



## REPRESENTATIVE MATTERS

**COMPLEX INVESTIGATIONS**

*Digital forensics, insider threats, and litigation support*

- Provide technical and investigative support to a US federal law enforcement agency in connection with darknet-related criminal investigations. Assistance includes deployment and configuration of specialized hardware as well as training and consulting services.

- Retained as an expert on behalf of plaintiffs in a class action lawsuit against a healthcare services company to conduct an independent investigation of a data security breach. Collected and forensically analyzed computer and physical evidence and compiled an expert report.

- Retained to investigate a ransomware attack on a healthcare services company. Analyzed millions of files seeking to determine whether protected health information (PHI) may have been stolen in connection with the breach.

- Retained as a computer forensic expert by a US regulatory agency to examine, analyze, and potentially testify to digital artifacts related to a civil action in federal court.

- Investigated a data breach at a foreign educational institution in which the threat actor leaked confidential documents to local newspapers. Traveled on-site to analyze forensic evidence and conduct interviews in order to determine the source of the leak.

- Retained by a global industrial power tools manufacturer in response to claims that an employee group had deployed unauthorized network infrastructure at an off-site location. Interviewed company employees and assisted with technical reconnaissance of the location, which identified unauthorized wireless networks on company property.

- Engaged by legal counsel to locate highly sensitive data that was being concealed. Identified the location of the data through multiple interviews and technical investigation. Once located, carried out a Congressional subpoena to ensure the data was forensically preserved, documented, and collected.

- Investigated a data theft incident involving an international media company. Successfully identified the perpetrator and their methodology; provided the client with recommendations to prevent further theft of data.

- Retained by an international electrical power transmission system operator to investigate an insider threat suspected to be a Nation-State actor exfiltrating highly sensitive data. The investigation revealed multiple insider threats and resulted in a federal law enforcement referral.

- Retained by a Fortune 500 company that was concerned about the safety of its highly sensitive intellectual property. Identified an employee who was actively stealing thousands of documents and facilitated a law enforcement referral that resulted in a national security investigation and an arrest.

- Engaged by counsel on behalf of a large accounting firm to investigate a possible insider threat. Collected, documented, preserved, and examined digital evidence and created a detailed timeline of suspicious activities. Presented findings to the firm's board of directors which resulted in the individual's termination.



- Retained through counsel by an individual who was accused of insider trading by the SEC. Provided forensic analysis, expert opinions, and sworn testimony that identified flaws in key evidence presented by the prosecution. My work resulted in a victory for the defendant.

- Investigated threatening emails sent to employees of a leading pediatric nutrition company. Identified an insider threat by analyzing tens of thousands of emails, reviewing log files, and conducting employee interviews.

- Retained as an investigative expert by a website that provides community-based classified ads in connection with a web scraping allegation against a competitor in civil court. Conducted interviews with the company's employees and analyzed web server logs to approximate the extent of the web scraping and assess its impact on the website's IT infrastructure.

**CYBER SECURITY**

*Incident response and network assessments*

- Provided periodic cyber security assessments for a billion-dollar travel company. Conducted in-person interviews with key personnel to assess compliance with data security policy, evaluated physical security of cyber assets, summarized findings as part of a comprehensive report, and provided prioritized recommended security improvements. Presented our team's findings to the company's board of directors and subsequently provided ongoing strategic cybersecurity guidance to C-suite executives.

- In the aftermath of a serious security incident, performed a cyber risk assessment for a Fortune 500 healthcare company to evaluate compliance with the New York State Department of Financial Services (NYDFS) Cybersecurity Requirements for Financial Services Companies. Conducted in-person interviews with key staff, compiled detailed findings and recommendations into a comprehensive report, and provided ongoing support for the firm's IT team as it implemented our recommendations.

- Responded to a cyber-attack on a global law firm. Conducted technical analysis of network log files, which helped reveal that the threat actor was an adverse party to an ongoing criminal matter being handled by the firm. Following our investigation, helped facilitate a federal law enforcement referral conducted a network security, and helped remediate gaps in the firm's cyber security posture.

- Retained by a U.S. company to investigate and examine business email and data storage access by employees, former employees, and outside entities.

- Responded to an attack on a New York-based theater's website that resulted in malicious content being embedded on a certain web page. Analyzed web access logs as well as open-source intelligence sources related to the malicious content to establish whether the attacker was likely an insider. Provided detailed recommendations for improvements to the theater's cyber security posture.

- Retained by an individual who was targeted by a foreign country and fell victim to multiple State-Sponsored cyber intrusions. Investigated and provided evidence detailing the specific accounts that had been compromised.

- Retained by a Colorado-based car dealership to conduct technical penetration testing and vulnerability assessments of its IT infrastructure, which included wireless access points installed throughout the company's campus. Identified numerous vulnerabilities and a provided prioritized list of recommended remediations.



- Performed an independent network security assessment and penetration test for a New York-based consulting firm. Provided a report that included prioritized recommendations and assisted in implementing fixes of critical vulnerabilities.

- As a special agent in the FBI, conducted numerous criminal investigations into cyber attacks on US entities in a range of industries, including healthcare, finance, travel, entertainment, technology, media, and government.

## PROFESSIONAL APPEARANCES AND KEYNOTE ADDRESSES

- ABA: Data Privacy Committee Meeting
- Coalition Against Insurance Fraud 2023 Annual Meeting
- Big Business of Cybersecurity Summit Presented by Arctic Wolf
- Torus Technologies Annual Eastern Iowa Security Conference
- Presidio Fireside Chat with Chris Tarbell 2023
- Splunk GovSummit 2022
- Amazon Web Services re:Invent 2022
- GIFS 2022 Global Insurance Fraud Summit
- Pure Storage's FBI and Black Hat Insights - How to Identify and Combat Threats
- Kulicke & Soffa Industries Inc. 2022 Fall Event
- Veeam Fireside Chat with Chris Tarbell
- First Republic Bank Quarterly Speaker Series Webinar
- Constitution Capital Partners Annual Meeting
- OptivCon 2022
- 2022 Truckload Carriers Association Annual Convention
- 2021 Zurich Producer Summit
- Palo Alto Networks Fireside Chat
- 2021 Dell Technologies Multi-Customer K12 Briefing
- Humana 11th Annual Cyber Security Awareness Week
- Optiv 2020 Cyber Security
- Verkada's Fortify 2020
- Cyber Supply Chain and Cybersecurity Maturity Model Certification (CMMC): Concerns, Considerations, and Practical Solutions
- 2019 Optiv Cybersecurity Conference
- 2019 ACHRI Leadership Forum
- Altice's 2019 New York City Customer Event
- Humana's 10th Annual Cyber Security Awareness Week
- 2019 National Association of Mutual Insurance Companies Conference
- Steel Partners Holdings' 2019 IT Summit
- Ingram Micro's 2019 SMB Unplugged
- Micro Focus Security Risk and Governance Forum in Vienna, Austria
- 2019 Reimagine Holdings Group Summit
- LookingGlass Cyber Solutions' 2018 Customer Summit
- Darling Ingredients' Director & Senior Management Training Day
- National Electrical Contractors Association's 2018 Annual Meeting
- Micro Focus' 2018 Cyber Security Meeting
- SE2 Partnership Forum
- Members Development Company's Owner Meeting
- Plus One Strategic Communications' 2017 Executive Summit
- 2017 CyberCrime Symposium, hosted by Sage Data Security
- Illinois League of Financial Institutions / Ohio Bankers League 2017 Joint Annual Conference



- Georgia Alliance of Community Hospitals' 2017 Annual Conference
- Worldwide Employee Relocation Council's 2017 Global Workforce Symposium
- Transformation Through Innovation by Daly Computers
- Visiant Health Solutions 2017 Annual Client Conference
- National Association of Attorneys General Investigating Cybercrime and the Deepweb
- Advantest America 2017 Cybersecurity Event
- NIC 2017 Partner Conference
- Proofpoint's CISO-VP Meeting
- Choice Hotel International Services Corp's CHIEF 2016
- Self Storage Association Fall Conference and Trade Show 2016
- CoBank 2016 Communications Forum
- Symantec's HostingCon 2016 "The Global Event"
- CyberArk Impact 2016
- Global Healthcare Exchange 2016 Supply Chain Summit
- American Institute of Certified Public Accountants 2016 Spring Council
- National Council on Compensation Insurance Holdings 2016 Summit
- Mechanical Contractors Association of America's 2016 Annual Convention
- Young Presidents' Organization of California CEO Cyber Security Event
- Check Point CyberDay 2015
- Assurance Conference, hosted by Baker Tilly
- Segal Rogerscasey's 21st Annual Client Research & Educational Summit
- National Association of Realtors' 2015 REALTOR Broker Summit
- F5 Agility Conference 2015

## MEDIA REFERENCES

- "The Silk Road Bust | FBI," True Spies Podcast. January 29, 2024
- "Minneapolis Public Schools: Hacked data released on dark web," KSTP Eyewitness News. March 17, 2023
- "#340 - Chris Tarbell: FBI Agent Who Took Down Silk Road," Lex Fridman Podcast. November 22, 2022
- "#1120 Chris Tarbell | Former FBI Agent On Early Bitcoin & Silk Road Takedown," The Pomp Podcast. November 14, 2022
- "Silk Road sleuths launch Naxo, a firm dedicated to the cutting edge of crypto tracking," Fortune. October 22, 2022
- "FBI Agents Who Shut Down Silk Road Are Helping Agencies Like ICE And The DOJ Trace Crypto," Forbes. October 20, 2022
- "DeFi Exchange Mango's $114M Exploit Was 'Market Manipulation,' Not a Hack, Ex-FBI Special Agent Says," Coindesk. October 20, 2022
- "Financial Hacking Plagues DeFi In Latest Setback for Crypto," Bloomberg. October 20, 2022
- "Cybercriminals Are Opportunists: Former FBI Special Agent," Coindesk TV. October 20, 2022
- "The Crypto World Is on Edge After a String of Hacks," The New York Times. September 28, 2022
- "This is the jungle: Law enforcement slowly waking up to the threat of DeFi exploits," Fortune. September 12, 2022
- "A 22-year-old business major from wealthy Weston, Connecticut, is behind OlympusDAO, one of crypto's most notorious projects, according to a new lawsuit seeking $791 million," Business Insider. August 9, 2022
- "Inside the Bitcoin Laundering Case That Confounded the Internet," New York Times. February 13, 2022
- "Cyber Security Experts Share Their Story at NECA 2018 Philadelphia," Electrical Contractor Magazine. October 1, 2018
- "Cyber Soldiers - Who protects your information," CBS New. August 22, 2017
- "Should hospitals pay up following a ransomware attack? The answer is far from simple," Health Tech. April 27, 2017

✉ ctarbell@naxo.com  |  📍 45 Rockefeller Plaza Suite 1964 New York, NY 10111





- "Banking on Bitcoin," Christopher Cannucciari. January 26, 2017
- "Healthcare's paltry tech coffers put industry in hacker crosshairs," ZD Net. October 31, 2016
- "HostingCon 2016: The Silk Road Takedown, and Why Hosts Should Know their Local FBI Agent," DataCenter Knowledge. July 27, 2016
- "Phreaks and Geeks," I Am Rebel (Discovery). June 28, 2016
- "Former FBI agent, CISO share tips for planning endpoint security to ward off hackers," Healthcare IT News. June 22, 2016
- "Preparing Against Current Healthcare Cybersecurity Threats," Health IT Security. June 16, 2016
- "Be vigilant about cybersecurity, warns former FBI agent," Journal of Accountancy. May 15, 2016
- "The Hacker," NBC Nightly News. May 10, 2016
- "Guccifer - The Man Who Hacked Washington," Dateline On Assignment. May 8, 2016
- "Fmr FBI Cyber Crimes Special Agent Says Guccifer's Alleged Clinton Email Hack is 'Plausible'," Law and Crime. May 5, 2016
- "The Rise & Fall of Silk Road" Part 2, Wired. May 15, 2015
- "The Rise & Fall of Silk Road" Part 1, Wired. April 15, 2015
- "Morgan Makes 'Cents' Out of Bitcoin," Morgan Spurlock Inside Man (CNN). February 19, 2015
- "Undercover Agent Reveals How He Helped the FBI Trap Silk Road's Ross Ulbricht, Wired. January 14, 2015
- "The Dark Web," 60 Minutes Australia. September 15, 2014
- "Crossing Swords with Pirates in Cyberspace," Newsweek. October 11, 2013
- "How FBI caught Ross Ulbricht, alleged creator of criminal marketplace Silk Road," CNN. October 5, 2013
- "FBI's Christopher Tarbell - The Elliot Ness of Cyberspace who Busted Silk Road," International Business Times. October 3, 2013
- "Online drug marketplace Silk Road shut down by FBI," The Irish Times. October 3, 2013



# Attachment 2

**Attachment 2**

In forming the opinions described in my Report, I considered the following documents and other material:

1. Archives of blogs that I collected on July 13, 2018. (FA_MDNC_01027286 to FA_MDNC_01027342)

2. Archive of WeTransfer.com file shares I collected on July 13, 2018. (FA_MDNC_01196422 to FA_MDNC_01960223)

3. Data the Defendants produced to Azima in this litigation. (DEFS(MDNC20cv954)_0000276 to DEFS(MDNC20cv954)_0763967)

4. A Transmittal Letter dated August 8, 2023, for the data the Defendants produced.

5. Data the FBI produced to Azima in this litigation. (FA_MDNC_ZUKAS_00000123 to FA_MDNC_ZUKAS_00972405)

6. An FBI FD-1057 dated February 3, 2017, for the data the FBI produced. (FA_MDNC_ZUKAS_00000012 to FA_MDNC_ZUKAS_00000013)

7. Publicly available websites referenced in my report.

8. Data files and other materials identified in my report.

# Attachment 3

| | More | | Create Blog | Sign In |

# Farhad Azima Exposed Again

Farhad Azima- An Iranian-born KC aviation figure with colorful past.

Sunday, August 7, 2016

## Farhad Azima CEO of Aviation Leasing Group - Exposed Again

**Farhad Azima** was born in 1941. Currently he lives in Kansas City. **Farhad Azima** is chairman for Aviation Leasing Group (ALG).

Farhad Azima found in America's major scandal, the Iran contra affairs and Panama papers. Farhad is Iranian Born and made a career of renting and leasing airplanes. An interesting twist came in his career when he found in the panama papers scandal. **"He had no idea about this. He had nothing to do with Panama, said- Farhad Azima."** He said that he was investigated by every known agency in United States but they didn't find anything wrong there finally they decided there was absolutely nothing there. It was just a wild goose chase.

But I don't think it was just a wild goose chase because including **Farhad Azima** there are some other personalities who have links to intelligence agencies also found in this scandal.
This is his new scam in involvement with some big personality's including his close associates like Ray Adams & Dr. Khater Massaad.

**Download**

Posted by crimeboard at 10:47 PM    

Labels: farhad azima exposed, farhad azima fraud, farhad azima kansas, farhad azima scam, farhad azima scammer, farhad azima usa
Location: Dubai - United Arab Emirates

## 1 comment:

**Anonymous** September 23, 2016 at 3:50 AM

https://farhadazimascams.blogspot.de/2016/08/fraud-between-farhad-azima-and-jay.html

Reply

Enter your comment...

Comment as: Google Accour ▼

Publish   Preview

## Links to this post

Create a Link

### About Me

🅱 **crimeboard**

View my complete profile

### Farhad Azima

▼ 2016 (9)

  ▼ August (4)

    Farhad Azima CEO of Aviation Leasing Group - Expos...

    Farhad Azima caught up in Fund Raising Scandal

    Farhad Azima and his associate Ray Adams data leak...

    Fraud between Farhad Azima and Jay Solomon

  ► September (5)

Newer Post             Home

Subscribe to: Post Comments (Atom)

Awesome Inc. theme. Powered by Blogger.

Case 1:20-cv-00954-WO-JLW    Document 379-6    Filed 07/15/24    Page 36 of 155

# Attachment 4



Case 1:20-cv-00954-WO-JLW    Document 379-6    Filed 07/15/24    Page 38 of 155

# Attachment 5



Page Info - https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo...   —   □   ×

**General**  **Media**  **Feeds**  **Permissions**  **Security**

Title:          Farhad Azima Exposed Again: Farhad Azima CEO of Aviation Leasing Group - Exposed Agai
Address:        https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.h

Type:           text/html
Render Mode:    Standards compliance mode
Text Encoding:  UTF-8
Size:           12.76 KB (13,063 bytes)

Modified:       Tuesday, June 12, 2018, 3:36:28 AM

**Meta (11 tags)**

| Name | Content |
| --- | --- |
| viewport | width=1100 |
| Content-Type | text/html; charset=UTF-8 |
| generator | blogger |
| og:url | https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-avi... |
| og:title | Farhad Azima CEO of Aviation Leasing Group - Exposed Again |
| og:description | Farhad Azima- An Iranian-born KC aviation figure with colorful past. |
| google-site-verification | 3QUUen85diUqBGrPrTig4DjlzyHmEGUGXCvrTpu1PJA |
| | 8658040888510750793 |
| | 908099428335873341 |
| | https://www.blogger.com/profile/03779171998136006667 |

Help

# Attachment 6



Page Info - https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and... — □ ✕

General    Media    Feeds    Permissions    Security

Title: Farhad Azima Exposed Again: Farhad Azima and his associate Ray Adams data leaked
Address: https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.htn

Type: text/html
Render Mode: Standards compliance mode
Text Encoding: UTF-8
Size: 10.1 KB (10,341 bytes)

Modified: Tuesday, June 12, 2018, 3:36:28 AM

**Meta (12 tags)**

| Name | Content |
|------|---------|
| viewport | width=1100 |
| Content-Type | text/html; charset=UTF-8 |
| generator | blogger |
| description | farhad azima, farhad azima family, farhad azima fraud, farhad azima expose... |
| og:url | https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-as... |
| og:title | Farhad Azima and his associate Ray Adams data leaked |
| og:description | farhad azima, farhad azima family, farhad azima fraud, farhad azima expose... |
| google-site-verification | 3QUUen85diUqBGrPrTig4DjlzyHmEGUGXCvrTpu1PJA |
| | 8658040888510750793 |
| | 4643253253888213909 |

Help

# Attachment 7

```
<!DOCTYPE html>
<html class='v2' dir='ltr' lang='en' xmlns='http://www.w3.org/1999/xhtml' xmlns:b='http://ww
w.google.com/2005/gml/b' xmlns:data='http://www.google.com/2005/gml/data' xmlns:expr='ht
tp://www.google.com/2005/gml/expr'>
<head>
<link href='https://www.blogger.com/static/v1/widgets/2437439463-
css_bundle_v2.css' rel='stylesheet' type='text/css'/>
<meta content='width=1100' name='viewport'/>
<meta content='text/html; charset=UTF-8' http-equiv='Content-Type'/>
<meta content='blogger' name='generator'/>
<link href='https://farhadazimascams.blogspot.com/favicon.ico' rel='icon' type='image/x-
icon'/>
<link href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-
leasing.html' rel='canonical'/>
<link rel="alternate" type="application/atom+xml" title="Farhad Azima Exposed Again -
Atom" href="https://farhadazimascams.blogspot.com/feeds/posts/default" />
<link rel="alternate" type="application/rss+xml" title="Farhad Azima Exposed Again -
RSS" href="https://farhadazimascams.blogspot.com/feeds/posts/default?alt=rss" />
<link rel="service.post" type="application/atom+xml" title="Farhad Azima Exposed Again -
Atom" href="https://www.blogger.com/feeds/8658040888510750793/posts/default" />
<link rel="alternate" type="application/atom+xml" title="Farhad Azima Exposed Again -
Atom" href="https://farhadazimascams.blogspot.com/feeds/908099428335873341/comments/d
efault" />
<!--[if IE]><script type="text/javascript"
src="https://www.blogger.com/static/v1/jsbin/3658603751-ieretrofit.js"></script>
<![endif]-->
<meta content='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-
leasing.html' property='og:url'/>
<meta content='Farhad Azima CEO of Aviation Leasing Group - Exposed
Again' property='og:title'/>
<meta content='Farhad Azima- An Iranian-born KC aviation figure with colorful
past.' property='og:description'/>
<!--[if IE]> <script> (function() { var html5 = ("abbr,article,aside,audio,canvas,datalist,details,"
+ "figure,footer,header,hgroup,mark,menu,meter,nav,output," +
"progress,section,time,video").split(','); for (var i = 0; i < html5.length; i++) {
document.createElement(html5[i]); } try { document.execCommand('BackgroundImageCache',
false, true); } catch(e) {} })(); </script> <![endif]-->
<title>Farhad Azima Exposed Again: Farhad Azima CEO of Aviation Leasing Group -
Exposed Again</title>
<style id='page-skin-1' type='text/css'><!--
/*
```

```
----------------------------------------------
Blogger Template Style
Name: Awesome Inc.
Designer: Tina Chen
URL: tinachen.org
---------------------------------------------- */
/* Content
---------------------------------------------- */
body {
font: normal normal 13px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
background: #eeeeee none repeat scroll top left;
}
html body .content-outer {
min-width: 0;
max-width: 100%;
width: 100%;
}
a:link {
text-decoration: none;
color: #3778cd;
}
a:visited {
text-decoration: none;
color: #4d469c;
}
a:hover {
text-decoration: underline;
color: #3778cd;
}
.body-fauxcolumn-outer .cap-top {
position: absolute;
z-index: 1;
height: 276px;
width: 100%;
background: transparent none repeat-x scroll top left;
_background-image: none;
}
```

```
/* Columns
-------------------------------------------- */
.content-inner {
padding: 0;
}
.header-inner .section {
margin: 0 16px;
}
.tabs-inner .section {
margin: 0 16px;
}
.main-inner {
padding-top: 30px;
}
.main-inner .column-center-inner,
.main-inner .column-left-inner,
.main-inner .column-right-inner {
padding: 0 5px;
}
*+html body .main-inner .column-center-inner {
margin-top: -30px;
}
#layout .main-inner .column-center-inner {
margin-top: 0;
}
/* Header
-------------------------------------------- */
.header-outer {
margin: 0 0 0 0;
background: transparent none repeat scroll 0 0;
}
.Header h1 {
font: normal bold 40px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
text-shadow: 0 0 -1px #000000;
}
.Header h1 a {
color: #444444;
```

```
}
.Header .description {
font: normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
.header-inner .Header .titlewrapper,
.header-inner .Header .descriptionwrapper {
padding-left: 0;
padding-right: 0;
margin-bottom: 0;
}
.header-inner .Header .titlewrapper {
padding-top: 22px;
}
/* Tabs
----------------------------------------------- */
.tabs-outer {
overflow: hidden;
position: relative;
background: #eeeeee
url(https://resources.blogblog.com/blogblog/data/1kt/awesomeinc/tabs_gradient_light.png)
repeat scroll 0 0;
}
#layout .tabs-outer {
overflow: visible;
}
.tabs-cap-top, .tabs-cap-bottom {
position: absolute;
width: 100%;
border-top: 1px solid #999999;
}
.tabs-cap-bottom {
bottom: 0;
}
.tabs-inner .widget li a {
display: inline-block;
margin: 0;
padding: .6em 1.5em;
```

```css
font: normal bold 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
border-top: 1px solid #999999;
border-bottom: 1px solid #999999;
border-left: 1px solid #999999;
height: 16px;
line-height: 16px;
}
.tabs-inner .widget li:last-child a {
border-right: 1px solid #999999;
}
.tabs-inner .widget li.selected a, .tabs-inner .widget li a:hover {
background: #666666
url(https://resources.blogblog.com/blogblog/data/1kt/awesomeinc/tabs_gradient_light.png)
repeat-x scroll 0 -100px;
color: #ffffff;
}
/* Headings
----------------------------------------------- */
h2 {
font: normal bold 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
/* Widgets
----------------------------------------------- */
.main-inner .section {
margin: 0 27px;
padding: 0;
}
.main-inner .column-left-outer,
.main-inner .column-right-outer {
margin-top: 0;
}
#layout .main-inner .column-left-outer,
#layout .main-inner .column-right-outer {
margin-top: 0;
}
.main-inner .column-left-inner,
```

```css
.main-inner .column-right-inner {
background: transparent none repeat 0 0;
-moz-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-goog-ms-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
-goog-ms-border-radius: 0;
border-radius: 0;
}
#layout .main-inner .column-left-inner,
#layout .main-inner .column-right-inner {
margin-top: 0;
}
.sidebar .widget {
font: normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
.sidebar .widget a:link {
color: #3778cd;
}
.sidebar .widget a:visited {
color: #4d469c;
}
.sidebar .widget a:hover {
color: #3778cd;
}
.sidebar .widget h2 {
text-shadow: 0 0 -1px #000000;
}
.main-inner .widget {
background-color: #ffffff;
border: 1px solid #eeeeee;
padding: 0 15px 15px;
margin: 20px -16px;
-moz-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
```

```
-goog-ms-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
-goog-ms-border-radius: 0;
border-radius: 0;
}
.main-inner .widget h2 {
margin: 0 -15px;
padding: .6em 15px .5em;
border-bottom: 1px solid transparent;
}
.footer-inner .widget h2 {
padding: 0 0 .4em;
border-bottom: 1px solid transparent;
}
.main-inner .widget h2 + div, .footer-inner .widget h2 + div {
border-top: 1px solid #eeeeee;
padding-top: 8px;
}
.main-inner .widget .widget-content {
margin: 0 -15px;
padding: 7px 15px 0;
}
.main-inner .widget ul, .main-inner .widget #ArchiveList ul.flat {
margin: -8px -15px 0;
padding: 0;
list-style: none;
}
.main-inner .widget #ArchiveList {
margin: -8px 0 0;
}
.main-inner .widget ul li, .main-inner .widget #ArchiveList ul.flat li {
padding: .5em 15px;
text-indent: 0;
color: #666666;
border-top: 1px solid #eeeeee;
border-bottom: 1px solid transparent;
```

```css
}
.main-inner .widget #ArchiveList ul li {
padding-top: .25em;
padding-bottom: .25em;
}
.main-inner .widget ul li:first-child, .main-inner .widget #ArchiveList ul.flat li:first-child {
border-top: none;
}
.main-inner .widget ul li:last-child, .main-inner .widget #ArchiveList ul.flat li:last-child {
border-bottom: none;
}
.post-body {
position: relative;
}
.main-inner .widget .post-body ul {
padding: 0 2.5em;
margin: .5em 0;
list-style: disc;
}
.main-inner .widget .post-body ul li {
padding: 0.25em 0;
margin-bottom: .25em;
color: #444444;
border: none;
}
.footer-inner .widget ul {
padding: 0;
list-style: none;
}
.widget .zippy {
color: #666666;
}
/* Posts
----------------------------------------------- */
body .main-inner .Blog {
padding: 0;
margin-bottom: 1em;
background-color: transparent;
```

```css
border: none;
-moz-box-shadow: 0 0 0 rgba(0, 0, 0, 0);
-webkit-box-shadow: 0 0 0 rgba(0, 0, 0, 0);
-goog-ms-box-shadow: 0 0 0 rgba(0, 0, 0, 0);
box-shadow: 0 0 0 rgba(0, 0, 0, 0);
}
.main-inner .section:last-child .Blog:last-child {
padding: 0;
margin-bottom: 1em;
}
.main-inner .widget h2.date-header {
margin: 0 -15px 1px;
padding: 0 0 0 0;
font: normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
background: transparent none no-repeat scroll top left;
border-top: 0 solid #eeeeee;
border-bottom: 1px solid transparent;
-moz-border-radius-topleft: 0;
-moz-border-radius-topright: 0;
-webkit-border-top-left-radius: 0;
-webkit-border-top-right-radius: 0;
border-top-left-radius: 0;
border-top-right-radius: 0;
position: static;
bottom: 100%;
right: 15px;
text-shadow: 0 0 -1px #000000;
}
.main-inner .widget h2.date-header span {
font: normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
display: block;
padding: .5em 15px;
border-left: 0 solid #eeeeee;
border-right: 0 solid #eeeeee;
}
.date-outer {
position: relative;
```

```css
margin: 30px 0 20px;
padding: 0 15px;
background-color: #ffffff;
border: 1px solid #eeeeee;
-moz-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-goog-ms-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
-goog-ms-border-radius: 0;
border-radius: 0;
}
.date-outer:first-child {
margin-top: 0;
}
.date-outer:last-child {
margin-bottom: 20px;
-moz-border-radius-bottomleft: 0;
-moz-border-radius-bottomright: 0;
-webkit-border-bottom-left-radius: 0;
-webkit-border-bottom-right-radius: 0;
-goog-ms-border-bottom-left-radius: 0;
-goog-ms-border-bottom-right-radius: 0;
border-bottom-left-radius: 0;
border-bottom-right-radius: 0;
}
.date-posts {
margin: 0 -15px;
padding: 0 15px;
clear: both;
}
.post-outer, .inline-ad {
border-top: 1px solid #eeeeee;
margin: 0 -15px;
padding: 15px 15px;
}
.post-outer {
```

```css
padding-bottom: 10px;
}
.post-outer:first-child {
padding-top: 0;
border-top: none;
}
.post-outer:last-child, .inline-ad:last-child {
border-bottom: none;
}
.post-body {
position: relative;
}
.post-body img {
padding: 8px;
background: transparent;
border: 1px solid transparent;
-moz-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
border-radius: 0;
}
h3.post-title, h4 {
font: normal bold 22px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
h3.post-title a {
font: normal bold 22px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
h3.post-title a:hover {
color: #3778cd;
text-decoration: underline;
}
.post-header {
margin: 0 0 1em;
}
```

```css
.post-body {
line-height: 1.4;
}
.post-outer h2 {
color: #444444;
}
.post-footer {
margin: 1.5em 0 0;
}
#blog-pager {
padding: 15px;
font-size: 120%;
background-color: #ffffff;
border: 1px solid #eeeeee;
-moz-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-goog-ms-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
-goog-ms-border-radius: 0;
border-radius: 0;
-moz-border-radius-topleft: 0;
-moz-border-radius-topright: 0;
-webkit-border-top-left-radius: 0;
-webkit-border-top-right-radius: 0;
-goog-ms-border-top-left-radius: 0;
-goog-ms-border-top-right-radius: 0;
border-top-left-radius: 0;
border-top-right-radius-topright: 0;
margin-top: 1em;
}
.blog-feeds, .post-feeds {
margin: 1em 0;
text-align: center;
color: #444444;
}
.blog-feeds a, .post-feeds a {
```

```css
color: #3778cd;
}
.blog-feeds a:visited, .post-feeds a:visited {
color: #4d469c;
}
.blog-feeds a:hover, .post-feeds a:hover {
color: #3778cd;
}
.post-outer .comments {
margin-top: 2em;
}
/* Comments
----------------------------------------------- */
.comments .comments-content .icon.blog-author {
background-repeat: no-repeat;
background-image:
url(data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAABIAAAASCAYAAABWzo
5XAAAAAXNSR0IArs4c6QAAAAZiS0dEAP8A/wD/oL2nkwAAAlwSFlzAAALEgAACxI
B0t1+/AAAAAd0SU1FB9sLFwMeCjjhcOMAAAD+SURBVDjLtZSvTgNBEIe/WRRnm3U8
RC1neQdsm1zSBIU9VVF1FkUguQQsD9ITmD7ECZIJSE4OZo9stoVjC/zc7ky+zH9hXXwVw
DpTAWWLrgS3QAe8AZgaAJI5zYAmc8r0G4AHYHQKVwII8PZrZFsBFkeRCABYiMh9BR
UhnSkPTNCtVXYXURi1FpBDgArj8QU1eVXUzfnjv7yP7kwu1mYrkWlU33vs1QNu2qU8p
wN0UpKoqokjWwCztrMuBhEhmh8bbD5UDqur75asbcX0BGUB9/HAMB+r32hznJgXy2v0sG
LBcyAJ1EK3LFcbo1s91JeLwAbwGYu7TP/3ZGfnXYPgAVNngtqatUNgAAAABJRU5ErkJg
gg==);
}
.comments .comments-content .loadmore a {
border-top: 1px solid #999999;
border-bottom: 1px solid #999999;
}
.comments .continue {
border-top: 2px solid #999999;
}
/* Footer
----------------------------------------------- */
.footer-outer {
margin: -20px 0 -1px;
padding: 20px 0 0;
color: #444444;
overflow: hidden;
```

```
}
.footer-fauxborder-left {
border-top: 1px solid #eeeeee;
background: #ffffff none repeat scroll 0 0;
-moz-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-goog-ms-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
box-shadow: 0 0 20px rgba(0, 0, 0, .2);
margin: 0 -20px;
}
/* Mobile
-------------------------------------------- */
body.mobile {
background-size: auto;
}
.mobile .body-fauxcolumn-outer {
background: transparent none repeat scroll top left;
}
*+html body.mobile .main-inner .column-center-inner {
margin-top: 0;
}
.mobile .main-inner .widget {
padding: 0 0 15px;
}
.mobile .main-inner .widget h2 + div,
.mobile .footer-inner .widget h2 + div {
border-top: none;
padding-top: 0;
}
.mobile .footer-inner .widget h2 {
padding: 0.5em 0;
border-bottom: none;
}
.mobile .main-inner .widget .widget-content {
margin: 0;
padding: 7px 0 0;
}
.mobile .main-inner .widget ul,
```

```css
.mobile .main-inner .widget #ArchiveList ul.flat {
margin: 0 -15px 0;
}
.mobile .main-inner .widget h2.date-header {
right: 0;
}
.mobile .date-header span {
padding: 0.4em 0;
}
.mobile .date-outer:first-child {
margin-bottom: 0;
border: 1px solid #eeeeee;
-moz-border-radius-topleft: 0;
-moz-border-radius-topright: 0;
-webkit-border-top-left-radius: 0;
-webkit-border-top-right-radius: 0;
-goog-ms-border-top-left-radius: 0;
-goog-ms-border-top-right-radius: 0;
border-top-left-radius: 0;
border-top-right-radius: 0;
}
.mobile .date-outer {
border-color: #eeeeee;
border-width: 0 1px 1px;
}
.mobile .date-outer:last-child {
margin-bottom: 0;
}
.mobile .main-inner {
padding: 0;
}
.mobile .header-inner .section {
margin: 0;
}
.mobile .post-outer, .mobile .inline-ad {
padding: 5px 0;
}
.mobile .tabs-inner .section {
```

```css
margin: 0 10px;
}
.mobile .main-inner .widget h2 {
margin: 0;
padding: 0;
}
.mobile .main-inner .widget h2.date-header span {
padding: 0;
}
.mobile .main-inner .widget .widget-content {
margin: 0;
padding: 7px 0 0;
}
.mobile #blog-pager {
border: 1px solid transparent;
background: #ffffff none repeat scroll 0 0;
}
.mobile .main-inner .column-left-inner,
.mobile .main-inner .column-right-inner {
background: transparent none repeat 0 0;
-moz-box-shadow: none;
-webkit-box-shadow: none;
-goog-ms-box-shadow: none;
box-shadow: none;
}
.mobile .date-posts {
margin: 0;
padding: 0;
}
.mobile .footer-fauxborder-left {
margin: 0;
border-top: inherit;
}
.mobile .main-inner .section:last-child .Blog:last-child {
margin-bottom: 0;
}
.mobile-index-contents {
color: #444444;
```

```css
}
.mobile .mobile-link-button {
background: #3778cd
url(https://resources.blogblog.com/blogblog/data/1kt/awesomeinc/tabs_gradient_light.png)
repeat scroll 0 0;
}
.mobile-link-button a:link, .mobile-link-button a:visited {
color: #ffffff;
}
.mobile .tabs-inner .PageList .widget-content {
background: transparent;
border-top: 1px solid;
border-color: #999999;
color: #444444;
}
.mobile .tabs-inner .PageList .widget-content .pagelist-arrow {
border-left: 1px solid #999999;
}
--></style>
<style id='template-skin-1' type='text/css'><!--
body {
min-width: 960px;
}
.content-outer, .content-fauxcolumn-outer, .region-inner {
min-width: 960px;
max-width: 960px;
_width: 960px;
}
.main-inner .columns {
padding-left: 0px;
padding-right: 310px;
}
.main-inner .fauxcolumn-center-outer {
left: 0px;
right: 310px;
/* IE6 does not respect left and right together */
_width: expression(this.parentNode.offsetWidth -
parseInt("0px") -
```

```
parseInt("310px") + 'px');
}
.main-inner .fauxcolumn-left-outer {
width: 0px;
}
.main-inner .fauxcolumn-right-outer {
width: 310px;
}
.main-inner .column-left-outer {
width: 0px;
right: 100%;
margin-left: -0px;
}
.main-inner .column-right-outer {
width: 310px;
margin-right: -310px;
}
#layout {
min-width: 0;
}
#layout .content-outer {
min-width: 0;
width: 800px;
}
#layout .region-inner {
min-width: 0;
width: auto;
}
body#layout div.add_widget {
padding: 8px;
}
body#layout div.add_widget a {
margin-left: 32px;
}
--></style>
<meta content='3QUUen85diUqBGrPrTig4DjlzyHmEGUGXCvrTpu1PJA' name='google-site-
verification'/>
```

```html
<link href='https://www.blogger.com/dyn-css/authorization.css?targetBlogID=8658040888510750793&amp;zx=92c89184-4164-4275-bf8e-dc009c100174' media='none' onload='if(media!=&#39;all&#39;)media=&#39;all&#39;' rel='stylesheet'/><noscript><link href='https://www.blogger.com/dyn-css/authorization.css?targetBlogID=8658040888510750793&amp;zx=92c89184-4164-4275-bf8e-dc009c100174' rel='stylesheet'/></noscript>

</head>
<body class='loading variant-light'>
<div class='navbar section' id='navbar' name='Navbar'><div class='widget Navbar' data-version='1' id='Navbar1'><script type='text/javascript'>
function setAttributeOnload(object, attribute, val) {
if(window.addEventListener) {
window.addEventListener('load',
function(){ object[attribute] = val; }, false);
} else {
window.attachEvent('onload', function(){ object[attribute] = val; });
}
}
</script>
<div id="navbar-iframe-container"></div>
<script type="text/javascript" src="https://apis.google.com/js/plusone.js"></script>
<script type="text/javascript">
gapi.load("gapi.iframes:gapi.iframes.style.bubble", function() {
if (gapi.iframes && gapi.iframes.getContext) {
gapi.iframes.getContext().openChild({
url: 'https://www.blogger.com/navbar.g?targetBlogID\x3d8658040888510750793\x26blogName\x3dFarhad+Azima+Exposed+Again\x26publishMode\x3dPUBLISH_MODE_BLOGSPOT\x26navbarType\x3dLIGHT\x26layoutType\x3dLAYOUTS\x26searchRoot\x3dhttps://farhadazimascams.blogspot.com/search\x26blogLocale\x3den\x26v\x3d2\x26homepageUrl\x3dhttps://farhadazimascams.blogspot.com/\x26targetPostID\x3d908099428335873341\x26blogPostOrPageUrl\x3dhttps://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html\x26vt\x3d8940472481271412528',
where: document.getElementById("navbar-iframe-container"),
id: "navbar-iframe"
});
}
});
</script><script type='text/javascript'>
```

```
(function() {
var script = document.createElement('script');
script.type = 'text/javascript';
script.src = '//pagead2.googlesyndication.com/pagead/js/google_top_exp.js';
var head = document.getElementsByTagName('head')[0];
if (head) {
head.appendChild(script);
}})();
</script>
</div></div>
<div class='body-fauxcolumns'>
<div class='fauxcolumn-outer body-fauxcolumn-outer'>
<div class='cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
</div>
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</div>
<div class='content'>
<div class='content-fauxcolumns'>
<div class='fauxcolumn-outer content-fauxcolumn-outer'>
<div class='cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
```

```html
</div>
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</div>
<div class='content-outer'>
<div class='content-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left content-fauxborder-left'>
<div class='fauxborder-right content-fauxborder-right'></div>
<div class='content-inner'>
<header>
<div class='header-outer'>
<div class='header-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left header-fauxborder-left'>
<div class='fauxborder-right header-fauxborder-right'></div>
<div class='region-inner header-inner'>
<div class='header section' id='header' name='Header'><div class='widget Header' data-version='1' id='Header1'>
<div id='header-inner'>
<div class='titlewrapper'>
<h1 class='title'>
<a href='https://farhadazimascams.blogspot.com/'>
Farhad Azima Exposed Again
</a>
</h1>
</div>
<div class='descriptionwrapper'>
<p class='description'><span>Farhad Azima- An Iranian-born KC aviation figure with colorful past.</span></p>
</div>
```

```html
</div>
</div></div>
</div>
</div>
<div class='header-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</header>
<div class='tabs-outer'>
<div class='tabs-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left tabs-fauxborder-left'>
<div class='fauxborder-right tabs-fauxborder-right'></div>
<div class='region-inner tabs-inner'>
<div class='tabs no-items section' id='crosscol' name='Cross-Column'></div>
<div class='tabs no-items section' id='crosscol-overflow' name='Cross-Column 2'></div>
</div>
</div>
<div class='tabs-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
<div class='main-outer'>
<div class='main-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left main-fauxborder-left'>
<div class='fauxborder-right main-fauxborder-right'></div>
<div class='region-inner main-inner'>
<div class='columns fauxcolumns'>
<div class='fauxcolumn-outer fauxcolumn-center-outer'>
<div class='cap-top'>
```

```html
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
</div>
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
<div class='fauxcolumn-outer fauxcolumn-left-outer'>
<div class='cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
</div>
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
<div class='fauxcolumn-outer fauxcolumn-right-outer'>
<div class='cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
</div>
```

```
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
<!-- corrects IE6 width calculation -->
<div class='columns-inner'>
<div class='column-center-outer'>
<div class='column-center-inner'>
<div class='main section' id='main' name='Main'><div class='widget Blog' data-version='1' id='Blog1'>
<div class='blog-posts hfeed'>

<div class="date-outer">

<h2 class='date-header'><span>Sunday, August 7, 2016</span></h2>

<div class="date-posts">

<div class='post-outer'>
<div class='post hentry uncustomized-post-template' itemprop='blogPost' itemscope='itemscope' itemtype='http://schema.org/BlogPosting'>
<meta content='8658040888510750793' itemprop='blogId'/>
<meta content='908099428335873341' itemprop='postId'/>
<a name='908099428335873341'></a>
<h3 class='post-title entry-title' itemprop='name'>
Farhad Azima CEO of Aviation Leasing Group - Exposed Again
</h3>
<div class='post-header'>
<div class='post-header-line-1'></div>
</div>

<div class='post-body entry-content' id='post-body-908099428335873341' itemprop='description articleBody'>
<b>Farhad Azima</b> was born in 1941. Currently he lives in Kansas City.  <b>Farhad Azima</b> is chairman  for Aviation Leasing Group (ALG).<br />
<br />
Farhad Azima found in America&#8217;s major scandal, the Iran contra affairs and Panama papers. Farhad is Iranian Born and made a career of renting and leasing airplanes. An interesting twist came in his career when he found in the panama papers
scandal. <b>&#8220;He had no idea about this. He had nothing to do with Panama, said-Farhad Azima.&#8221;</b> He said that he was investigated by every known agency in United
```

States but they didn&#8217;t find anything wrong there finally they decided there was absolutely nothing there. It was just a wild goose chase.<br />

<br />

But I don&#8217;t think it was just a wild goose chase because including <b>Farhad Azima</b> there are some other personalities who have links to intelligence agencies also found in this scandal.<br />

This is his new scam in involvement with some big personality&#8217;s including his close associates like Ray Adams &amp; Dr. Khater Massaad.<br />

<br />

<div class="MsoNormal">

<a href="https://we.tl/G2v9igEB4i"><b><span style="font-size: large;">Download</span></b></a></div>

<div class="MsoNormal">

<br /></div>

<br />

<div class="MsoNormal">

<br /></div>

<div style='clear: both;'></div>

</div>

<div class='post-footer'>

<div class='post-footer-line post-footer-line-1'>

<span class='post-author vcard'>

Posted by

<span class='fn' itemprop='author' itemscope='itemscope' itemtype='http://schema.org/Person'>

<meta content='https://www.blogger.com/profile/03779171998136006667' itemprop='url'/>

<a class='g-profile' href='https://www.blogger.com/profile/03779171998136006667' rel='author' title='author profile'>

<span itemprop='name'>crimeboard</span>

</a>

</span>

</span>

<span class='post-timestamp'>

at

<meta content='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html' itemprop='url'/>

<a class='timestamp-link' href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html' rel='bookmark' title='permanent link'><abbr class='published' itemprop='datePublished' title='2016-08-07T22:47:00-07:00'>10:47 PM</abbr></a>

&lt;/span&gt;

&lt;span class='reaction-buttons'&gt;

&lt;/span&gt;

&lt;span class='post-comment-link'&gt;

&lt;/span&gt;

&lt;span class='post-backlinks post-comment-link'&gt;

&lt;/span&gt;

&lt;span class='post-icons'&gt;

&lt;span class='item-control blog-admin pid-853471483'&gt;

&lt;a href='https://www.blogger.com/post-edit.g?blogID=8658040888510750793&postID=908099428335873341&from=pencil' title='Edit Post'&gt;

&lt;img alt='' class='icon-action' height='18' src='https://resources.blogblog.com/img/icon18_edit_allbkg.gif' width='18'/&gt;

&lt;/a&gt;

&lt;/span&gt;

&lt;/span&gt;

&lt;div class='post-share-buttons goog-inline-block'&gt;

&lt;a class='goog-inline-block share-button sb-email' href='https://www.blogger.com/share-post.g?blogID=8658040888510750793&postID=908099428335873341&target=email' target='_blank' title='Email This'&gt;&lt;span class='share-button-link-text'&gt;Email This&lt;/span&gt;&lt;/a&gt;&lt;a class='goog-inline-block share-button sb-blog' href='https://www.blogger.com/share-post.g?blogID=8658040888510750793&postID=908099428335873341&target=blog' onclick='window.open(this.href, "_blank", "height=270,width=475"); return false;' target='_blank' title='BlogThis!'&gt;&lt;span class='share-button-link-text'&gt;BlogThis!&lt;/span&gt;&lt;/a&gt;&lt;a class='goog-inline-block share-button sb-twitter' href='https://www.blogger.com/share-post.g?blogID=8658040888510750793&postID=908099428335873341&target=twitter' target='_blank' title='Share to Twitter'&gt;&lt;span class='share-button-link-text'&gt;Share to Twitter&lt;/span&gt;&lt;/a&gt;&lt;a class='goog-inline-block share-button sb-facebook' href='https://www.blogger.com/share-post.g?blogID=8658040888510750793&postID=908099428335873341&target=facebook' onclick='window.open(this.href, "_blank", "height=430,width=640"); return false;' target='_blank' title='Share to Facebook'&gt;&lt;span class='share-button-link-text'&gt;Share to Facebook&lt;/span&gt;&lt;/a&gt;&lt;a class='goog-inline-block share-button sb-pinterest' href='https://www.blogger.com/share-post.g?blogID=8658040888510750793&postID=908099428335873341&target=pinterest' target='_blank' title='Share to Pinterest'&gt;&lt;span class='share-button-link-text'&gt;Share to Pinterest&lt;/span&gt;&lt;/a&gt;&lt;div class='goog-inline-block google-plus-share-container'&gt;&lt;g:plusone source='blogger:blog:plusone' href='http://farhadazimascams.blogspot.c

om/2016/08/farhad-azima-ceo-of-aviation-leasing.html' size='medium' width='300' annotation='inline'/></div>

</div>

</div>

<div class='post-footer-line post-footer-line-2'>

<span class='post-labels'>

Labels:

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20exposed' rel='tag'>farhad azima exposed</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20fraud' rel='tag'>farhad azima fraud</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20kansas' rel='tag'>farhad azima kansas</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20scam' rel='tag'>farhad azima scam</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20scammer' rel='tag'>farhad azima scammer</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20usa' rel='tag'>farhad azima usa</a>

</span>

</div>

<div class='post-footer-line post-footer-line-3'>

<span class='post-location'>

Location:

<a href='https://maps.google.com/maps?q=Dubai+-+United+Arab+Emirates@25.2048493,55.270782800000006&z=10' target='_blank'>Dubai - United Arab Emirates</a>

</span>

</div>

</div>

</div>

<div class='comments' id='comments'>

<a name='comments'></a>

<h4>1 comment:</h4>

<div class='comments-content'>

<script async='async' src='//www.blogblog.com/dynamicviews/4224c15c4e7c9321/js/comments.js' type='text/javascript'></script>

<script type='text/javascript'>

(function() {

```
var items = [{'id': '5563448586872624482', 'body':
'https://farhadazimascams.blogspot.de/2016/08/fraud-between-farhad-azima-and-jay.html',
'timestamp': '1474627828809', 'permalink':
'https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-
leasing.html?showComment\x3d1474627828809#c5563448586872624482', 'author': {'name':
'Anonymous', 'avatarUrl': '//img1.blogblog.com/img/blank.gif', 'profileUrl': ''}, 'displayTime':
'September 23, 2016 at 3:50 AM', 'deleteclass': 'item-control blog-admin pid-689611461'}];

var msgs = {'loadMore': 'Load more...', 'loading': 'Loading...', 'loaded': 'No more!',
'addComment': 'Add comment', 'reply': 'Reply', 'delete': 'Delete'};

var config = {'blogId': '868040088510750793', 'postId': '908099428335873341', 'feed':
'https://farhadazimascams.blogspot.com/feeds/908099428335873341/comments/default',
'authorName': 'crimeboard', 'authorUrl':
'https://www.blogger.com/profile/03779171998136006667', 'baseUri':
'https://www.blogger.com', 'maxThreadDepth': 2};

// <![CDATA[

var cursor = null;

if (items && items.length > 0) {

cursor = parseInt(items[items.length - 1].timestamp) + 1;

}

var bodyFromEntry = function(entry) {

var text = (entry &&

((entry.content && entry.content.$t) ||

(entry.summary && entry.summary.$t))) ||

'';

if (entry && entry.gd$extendedProperty) {

for (var k in entry.gd$extendedProperty) {

if (entry.gd$extendedProperty[k].name == 'blogger.contentRemoved') {

return '<span class="deleted-comment">' + text + '</span>';

}

}

}

return text;

}

var parse = function(data) {

cursor = null;

var comments = [];

if (data && data.feed && data.feed.entry) {

for (var i = 0, entry; entry = data.feed.entry[i]; i++) {

var comment = {};

// comment ID, parsed out of the original id format
```

```
var id = /blog-(\d+).post-(\d+)/.exec(entry.id.$t);
comment.id = id ? id[2] : null;
comment.body = bodyFromEntry(entry);
comment.timestamp = Date.parse(entry.published.$t) + '';
if (entry.author && entry.author.constructor === Array) {
var auth = entry.author[0];
if (auth) {
comment.author = {
name: (auth.name ? auth.name.$t : undefined),
profileUrl: (auth.uri ? auth.uri.$t : undefined),
avatarUrl: (auth.gd$image ? auth.gd$image.src : undefined)
};
}
}
if (entry.link) {
if (entry.link[2]) {
comment.link = comment.permalink = entry.link[2].href;
}
if (entry.link[3]) {
var pid = /.*comments\/default\/(\d+)\?.*/.exec(entry.link[3].href);
if (pid && pid[1]) {
comment.parentId = pid[1];
}
}
}
comment.deleteclass = 'item-control blog-admin';
if (entry.gd$extendedProperty) {
for (var k in entry.gd$extendedProperty) {
if (entry.gd$extendedProperty[k].name == 'blogger.itemClass') {
comment.deleteclass += ' ' + entry.gd$extendedProperty[k].value;
} else if (entry.gd$extendedProperty[k].name == 'blogger.displayTime') {
comment.displayTime = entry.gd$extendedProperty[k].value;
}
}
}
comments.push(comment);
}
}
```

```javascript
return comments;
};
var paginator = function(callback) {
if (hasMore()) {
var url = config.feed + '?alt=json&v=2&orderby=published&reverse=false&max-results=50';
if (cursor) {
url += '&published-min=' + new Date(cursor).toISOString();
}
window.bloggercomments = function(data) {
var parsed = parse(data);
cursor = parsed.length < 50 ? null
: parseInt(parsed[parsed.length - 1].timestamp) + 1
callback(parsed);
window.bloggercomments = null;
}
url += '&callback=bloggercomments';
var script = document.createElement('script');
script.type = 'text/javascript';
script.src = url;
document.getElementsByTagName('head')[0].appendChild(script);
}
};
var hasMore = function() {
return !!cursor;
};
var getMeta = function(key, comment) {
if ('iswriter' == key) {
var matches = !!comment.author
&& comment.author.name == config.authorName
&& comment.author.profileUrl == config.authorUrl;
return matches ? 'true' : '';
} else if ('deletelink' == key) {
return config.baseUri + '/delete-comment.g?blogID='
+ config.blogId + '&postID=' + comment.id;
} else if ('deleteclass' == key) {
return comment.deleteclass;
}
return '';
```

```
};
var replybox = null;
var replyUrlParts = null;
var replyParent = undefined;
var onReply = function(commentId, domId) {
if (replybox == null) {
// lazily cache replybox, and adjust to suit this style:
replybox = document.getElementById('comment-editor');
if (replybox != null) {
replybox.height = '250px';
replybox.style.display = 'block';
replyUrlParts = replybox.src.split('#');
}
}
if (replybox && (commentId !== replyParent)) {
replybox.src = '';
document.getElementById(domId).insertBefore(replybox, null);
replybox.src = replyUrlParts[0]
+ (commentId ? '&parentID=' + commentId : '')
+ '#' + replyUrlParts[1];
replyParent = commentId;
}
};
var hash = (window.location.hash || '#').substring(1);
var startThread, targetComment;
if (/^comment-form_/.test(hash)) {
startThread = hash.substring('comment-form_'.length);
} else if (/^c[0-9]+$/.test(hash)) {
targetComment = hash.substring(1);
}
// Configure commenting API:
var configJso = {
'maxDepth': config.maxThreadDepth
};
var provider = {
'id': config.postId,
'data': items,
```

```
'loadNext': paginator,
'hasMore': hasMore,
'getMeta': getMeta,
'onReply': onReply,
'rendered': true,
'initComment': targetComment,
'initReplyThread': startThread,
'config': configJso,
'messages': msgs
};
var render = function() {
if (window.goog && window.goog.comments) {
var holder = document.getElementById('comment-holder');
window.goog.comments.render(holder, provider);
}
};
// render now, or queue to render when library loads:
if (window.goog && window.goog.comments) {
render();
} else {
window.goog = window.goog || { };
window.goog.comments = window.goog.comments || { };
window.goog.comments.loadQueue = window.goog.comments.loadQueue || [];
window.goog.comments.loadQueue.push(render);
}
})();
// ]]>
</script>
<div id='comment-holder'>
<div id='bc_0_2C' kind='c'><div id='bc_0_2CT'><div id='bc_0_1T' class='comment-
thread' kind='r' t='0' u='0'><ol id='bc_0_1TB'><li id='bc_0_0B' class='comment' kind='b'><div
class='avatar-image-
container'><img src='//img1.blogblog.com/img/blank.gif'></img></div><div id='c5563448586
872624482' class='comment-block'><div id='bc_0_0M' class='comment-
header' kind='m'><cite class='user'>Anonymous</cite><span class='icon
user'></span><span class='datetime secondary-
text'><a rel='nofollow' href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-
ceo-of-aviation-
leasing.html?showComment=1474627828809#c5563448586872624482'>September 23, 2016
at 3:50 AM</a></span></div><p id='bc_0_0MC' class='comment-
```

content'>https://farhadazimascams.blogspot.de/2016/08/fraud-between-farhad-azima-and-jay.html</p><span id='bc_0_0MN' class='comment-actions secondary-text' kind='m'><a kind='i' href='javascript:;' target='_self' o='r'>Reply</a><span class='item-control blog-admin pid-689611461'><a o='d' target='_self' href='https://www.blogger.com/delete-comment.g?blogID=8658040888510750793&amp;postID=5563448586872624482'>Delete</a></span></span></div><div id='bc_0_0BR' class='comment-replies'></div><div id='bc_0_0B_box' class='comment-replybox-single'></div></li></ol><div id='bc_0_1I' class='continue' kind='ci'><a href='javascript:;' target='_self'>Add comment</a></div><div id='bc_0_1T_box' class='comment-replybox-thread'></div><div id='bc_0_1L' class='loadmore loaded' kind='rb'><a href='javascript:;' target='_self'>Load more...</a></div></div></div></div>

</div>

</div>

<p class='comment-footer'>

<div class='comment-form'>

<a name='comment-form'></a>

<p>

</p>

<a href='https://www.blogger.com/comment-iframe.g?blogID=8658040888510750793&postID=908099428335873341' id='comment-editor-src'></a>

<iframe allowtransparency='true' class='blogger-iframe-colorize blogger-comment-from-post' frameborder='0' height='410px' id='comment-editor' name='comment-editor' src='' width='100%'></iframe>

<script src='https://www.blogger.com/static/v1/jsbin/2567313873-comment_from_post_iframe.js' type='text/javascript'></script>

<script type='text/javascript'>
BLOG_CMT_createIframe('https://www.blogger.com/rpc_relay.html');

</script>

</div>

</p>

<div id='backlinks-container'>

<div id='Blog1_backlinks-container'>

<a name='links'></a><h4><!--Can't find substitution for tag [post.backlinksLabel]--></h4>

<p class='comment-footer'>

<a class='comment-link' href='' id='Blog1_backlinks-create-link' target='_blank'><!--Can't find substitution for tag [post.createLinkLabel]--></a>

</p>

</div>

```html
</div>
</div>
</div>
</div></div>
</div>
<div class='blog-pager' id='blog-pager'>
<span id='blog-pager-newer-link'>
<a class='blog-pager-newer-link' href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-caught-up-in-fund-raising.html' id='Blog1_blog-pager-newer-link' title='Newer Post'>Newer Post</a>
</span>
<a class='home-link' href='https://farhadazimascams.blogspot.com/'>Home</a>
</div>
<div class='clear'></div>
<div class='post-feeds'>
<div class='feed-links'>
Subscribe to:
<a class='feed-link' href='https://farhadazimascams.blogspot.com/feeds/908099428335873341/comments/default' target='_blank' type='application/atom+xml'>Post Comments (Atom)</a>
</div>
</div>
<script type='text/javascript'>
window.___gcfg = { 'lang': 'en' };
</script>
</div></div>
</div>
</div>
<div class='column-left-outer'>
<div class='column-left-inner'>
<aside>
</aside>
</div>
</div>
<div class='column-right-outer'>
<div class='column-right-inner'>
<aside>
<div class='sidebar section' id='sidebar-right-1'><div class='widget Profile' data-version='1' id='Profile1'>
```

\<h2\>About Me\</h2\>

\<div class='widget-content'\>

\<dl class='profile-datablock'\>

\<dt class='profile-data'\>

\<a class='profile-name-link g-

profile' href='https://www.blogger.com/profile/03779171998136006667' rel='author' style='background-image: url(//www.blogger.com/img/logo-16.png);'\>

crimeboard

\</a\>

\</dt\>

\</dl\>

\<a class='profile-

link' href='https://www.blogger.com/profile/03779171998136006667' rel='author'\>View my complete profile\</a\>

\<div class='clear'\>\</div\>

\<span class='widget-item-control'\>

\<span class='item-control blog-admin'\>

\<a class='quickedit' href='//www.blogger.com/rearrange?blogID=8658040888510750793&widgetType=Profile&widgetId=Profile1&action=editWidget&sectionId=sidebar-right-1' onclick='return _WidgetManager._PopupConfig(document.getElementById("Profile1"));' target='configProfile1' title='Edit'\>

\<img alt='' height='18' src='https://resources.blogblog.com/img/icon18_wrench_allbkg.png' width='18'/\>

\</a\>

\</span\>

\</span\>

\<div class='clear'\>\</div\>

\</div\>

\</div\>\<div class='widget BlogArchive' data-version='1' id='BlogArchive1'\>

\<h2\>Farhad Azima\</h2\>

\<div class='widget-content'\>

\<div id='ArchiveList'\>

\<div id='BlogArchive1_ArchiveList'\>

\<ul class='hierarchy'\>

\<li class='archivedate expanded'\>

\<a class='toggle' href='javascript:void(0)'\>

\<span class='zippy toggle-open'\>

&#9660; 

```
</span>

</a>

<a class='post-count-link' href='https://farhadazimascams.blogspot.com/2016/'>

2016

</a>

<span class='post-count' dir='ltr'>(9)</span>

<ul class='hierarchy'>

<li class='archivedate expanded'>

<a class='toggle' href='javascript:void(0)'>

<span class='zippy toggle-open'>

&#9660; 

</span>

</a>

<a class='post-count-link' href='https://farhadazimascams.blogspot.com/2016/08/'>

August

</a>

<span class='post-count' dir='ltr'>(4)</span>

<ul class='posts'>

<li><a href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html'>Farhad Azima CEO of Aviation Leasing Group - Expos...</a></li>

<li><a href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-caught-up-in-fund-raising.html'>Farhad Azima caught up in Fund Raising Scandal</a></li>

<li><a href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html'>Farhad Azima and his associate Ray Adams data leak...</a></li>

<li><a href='https://farhadazimascams.blogspot.com/2016/08/fraud-between-farhad-azima-and-jay.html'>Fraud between Farhad Azima and Jay Solomon</a></li>

</ul>

</li>

</ul>

<ul class='hierarchy'>

<li class='archivedate collapsed'>

<a class='toggle' href='javascript:void(0)'>

<span class='zippy'>

&#9658; 

</span>

</a>

<a class='post-count-link' href='https://farhadazimascams.blogspot.com/2016/09/'>

September
```

```
</a>
<span class='post-count' dir='ltr'>(5)</span>
</li>
</ul>
</li>
</ul>
</div>
</div>
<div class='clear'></div>
<span class='widget-item-control'>
<span class='item-control blog-admin'>
<a class='quickedit' href='//www.blogger.com/rearrange?blogID=8658040888510750793&wid
getType=BlogArchive&widgetId=BlogArchive1&action=editWidget&sectionId=sidebar-right-
1' onclick='return
_WidgetManager._PopupConfig(document.getElementById("BlogArchive1"));' target='config
BlogArchive1' title='Edit'>
<img alt=" height='18' src='https://resources.blogblog.com/img/icon18_wrench_allbkg.png' wi
dth='18'/>
</a>
</span>
</span>
<div class='clear'></div>
</div>
</div></div>
</aside>
</div>
</div>
</div>
<div style='clear: both'></div>
<!-- columns -->
</div>
<!-- main -->
</div>
</div>
<div class='main-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
```

```
<footer>
<div class='footer-outer'>
<div class='footer-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left footer-fauxborder-left'>
<div class='fauxborder-right footer-fauxborder-right'></div>
<div class='region-inner footer-inner'>
<div class='foot no-items section' id='footer-1'></div>
<table border='0' cellpadding='0' cellspacing='0' class='section-columns columns-2'>
<tbody>
<tr>
<td class='first columns-cell'>
<div class='foot no-items section' id='footer-2-1'></div>
</td>
<td class='columns-cell'>
<div class='foot section' id='footer-2-2'><div class='widget HTML' data-version='1' id='HTML1'>
<div class='widget-content'>
<!-- Start of StatCounter Code for Blogger / Blogspot -->
<script type="text/javascript">
//<![CDATA[
var sc_project=11312557;
var sc_invisible=0;
var sc_security="f9083051";
var scJsHost = (("https:" == document.location.protocol) ? "https://secure." : "http://www.");
document.write("<sc"+"ript type='text/javascript' src='" + scJsHost+
"statcounter.com/counter/counter_xhtml.js'></"+"script>");
//]]>
</script>
<noscript><div class="statcounter"><a title="web stats" href="http://statcounter.com/"
class="statcounter"><img class="statcounter"
src="//c.statcounter.com/11312557/0/f9083051/0/" alt="web stats" /></a></div></noscript>
<!-- End of StatCounter Code for Blogger / Blogspot -->
</div>
<div class='clear'></div>
<span class='widget-item-control'>
<span class='item-control blog-admin'>
```

<a class='quickedit' href='//www.blogger.com/rearrange?blogID=8658040888510750793&widgetType=HTML&widgetId=HTML1&action=editWidget&sectionId=footer-2-2' onclick='return _WidgetManager._PopupConfig(document.getElementById("HTML1"));' target='configHTML1' title='Edit'>

<img alt=" height='18' src='https://resources.blogblog.com/img/icon18_wrench_allbkg.png' width='18'/>

</a>

</span>

</span>

<div class='clear'></div>

</div></div>

</td>

</tr>

</tbody>

</table>

<!-- outside of the include in order to lock Attribution widget -->

<div class='foot section' id='footer-3' name='Footer'><div class='widget Attribution' data-version='1' id='Attribution1'>

<div class='widget-content' style='text-align: center;'>

Awesome Inc. theme. Powered
by <a href='https://www.blogger.com' target='_blank'>Blogger</a>.

</div>

<div class='clear'></div>

<span class='widget-item-control'>

<span class='item-control blog-admin'>

<a class='quickedit' href='//www.blogger.com/rearrange?blogID=8658040888510750793&widgetType=Attribution&widgetId=Attribution1&action=editWidget&sectionId=footer-3' onclick='return _WidgetManager._PopupConfig(document.getElementById("Attribution1"));' target='configAttribution1' title='Edit'>

<img alt=" height='18' src='https://resources.blogblog.com/img/icon18_wrench_allbkg.png' width='18'/>

</a>

</span>

</span>

<div class='clear'></div>

</div></div>

</div>

</div>

```
<div class='footer-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</footer>
<!-- content -->
</div>
</div>
<div class='content-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</div>
<script type='text/javascript'>
window.setTimeout(function() {
document.body.className = document.body.className.replace('loading', '');
}, 10);
</script>
<script src='https://apis.google.com/js/plusone.js' type='text/javascript'></script>
<script type="text/javascript" src="https://www.blogger.com/static/v1/widgets/1109080293-widgets.js"></script>
<script type='text/javascript'>
window['__wavt'] = 'AOuZoY552VkHh9lpRl7Zdww6FPySI8QCWA:1531115851510';_WidgetManager._Init('//www.blogger.com/rearrange?blogID\x3d8658040888510750793','//farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html','8658040888510750793');
_WidgetManager._SetDataContext([{'name': 'blog', 'data': {'blogId': '8658040888510750793', 'title': 'Farhad Azima Exposed Again', 'url': 'https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html', 'canonicalUrl': 'https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html', 'homepageUrl': 'https://farhadazimascams.blogspot.com/', 'searchUrl': 'https://farhadazimascams.blogspot.com/search', 'canonicalHomepageUrl': 'https://farhadazimascams.blogspot.com/', 'blogspotFaviconUrl': 'https://farhadazimascams.blogspot.com/favicon.ico', 'bloggerUrl': 'https://www.blogger.com', 'hasCustomDomain': false, 'httpsEnabled': true, 'enabledCommentProfileImages': true, 'gPlusViewType': 'FILTERED_POSTMOD', 'adultContent': false, 'analyticsAccountNumber': '', 'encoding': 'UTF-8', 'locale': 'en', 'localeUnderscoreDelimited': 'en', 'languageDirection': 'ltr', 'isPrivate': false, 'isMobile': false, 'isMobileRequest': false, 'mobileClass': '', 'isPrivateBlog': false, 'feedLinks': '\x3clink rel\x3d\x22alternate\x22 type\x3d\x22application/atom+xml\x22
```

title\x3d\x22Farhad Azima Exposed Again - Atom\x22
href\x3d\x22https://farhadazimascams.blogspot.com/feeds/posts/default\x22 /\x3e\n\x3clink
rel\x3d\x22alternate\x22 type\x3d\x22application/rss+xml\x22 title\x3d\x22Farhad Azima
Exposed Again - RSS\x22
href\x3d\x22https://farhadazimascams.blogspot.com/feeds/posts/default?alt\x3drss\x22
/\x3e\n\x3clink rel\x3d\x22service.post\x22 type\x3d\x22application/atom+xml\x22
title\x3d\x22Farhad Azima Exposed Again - Atom\x22
href\x3d\x22https://www.blogger.com/feeds/8658040888510750793/posts/default\x22
/\x3e\n\n\x3clink rel\x3d\x22alternate\x22 type\x3d\x22application/atom+xml\x22
title\x3d\x22Farhad Azima Exposed Again - Atom\x22
href\x3d\x22https://farhadazimascams.blogspot.com/feeds/908099428335873341/comments/de
fault\x22 /\x3e\n', 'meTag': '', 'openIdOpTag': '', 'adsenseHostId': 'ca-host-pub-
1556223355139109', 'adsenseHasAds': false, 'ieCssRetrofitLinks': '\x3c!--[if IE]\x3e\x3cscript
type\x3d\x22text/javascript\x22
src\x3d\x22https://www.blogger.com/static/v1/jsbin/3658603751-
ieretrofit.js\x22\x3e\x3c/script\x3e\n\x3c![endif]--\x3e', 'view': '',
'dynamicViewsCommentsSrc':
'//www.blogblog.com/dynamicviews/4224c15c4e7c9321/js/comments.js',
'dynamicViewsScriptSrc': '//www.blogblog.com/dynamicviews/dd8a54301fb6e352',
'plusOneApiSrc': 'https://apis.google.com/js/plusone.js', 'sharing': {'platforms': [{'name': 'Get
link', 'key': 'link', 'shareMessage': 'Get link', 'target': ''}, {'name': 'Facebook', 'key': 'facebook',
'shareMessage': 'Share to Facebook', 'target': 'facebook'}, {'name': 'BlogThis!', 'key': 'blogThis',
'shareMessage': 'BlogThis!', 'target': 'blog'}, {'name': 'Twitter', 'key': 'twitter', 'shareMessage':
'Share to Twitter', 'target': 'twitter'}, {'name': 'Pinterest', 'key': 'pinterest', 'shareMessage': 'Share
to Pinterest', 'target': 'pinterest'}, {'name': 'Google+', 'key': 'googlePlus', 'shareMessage': 'Share
to Google+', 'target': 'googleplus'}, {'name': 'Email', 'key': 'email', 'shareMessage': 'Email',
'target': 'email'}], 'googlePlusShareButtonWidth': 300, 'googlePlusBootstrap': '\x3cscript
type\x3d\x22text/javascript\x22\x3ewindow.___gcfg \x3d {\x27lang\x27:
\x27en\x27};\x3c/script\x3e'}, 'hasCustomJumpLinkMessage': false, 'jumpLinkMessage': 'Read
more', 'pageType': 'item', 'postId': '908099428335873341', 'pageName': 'Farhad Azima CEO of
Aviation Leasing Group - Exposed Again', 'pageTitle': 'Farhad Azima Exposed Again: Farhad
Azima CEO of Aviation Leasing Group - Exposed Again', 'metaDescription': ''}}, {'name':
'features', 'data': {'cmt_anon_warn': 'false', 'lazy_images': 'false', 'poll_static': 'true',
'sharing_get_link_dialog': 'true', 'sharing_native': 'false'}}, {'name': 'messages', 'data': {'edit':
'Edit', 'linkCopiedToClipboard': 'Link copied to clipboard!', 'ok': 'Ok', 'postLink': 'Post Link'}},
{'name': 'template', 'data': {'name': 'custom', 'localizedName': 'Custom', 'isResponsive': false,
'isAlternateRendering': false, 'isCustom': true, 'variant': 'light', 'variantId': 'light'}}, {'name':
'view', 'data': {'classic': {'name': 'classic', 'url': '?view\x3dclassic'}, 'flipcard': {'name': 'flipcard',
'url': '?view\x3dflipcard'}, 'magazine': {'name': 'magazine', 'url': '?view\x3dmagazine'}, 'mosaic':
{'name': 'mosaic', 'url': '?view\x3dmosaic'}, 'sidebar': {'name': 'sidebar', 'url':
'?view\x3dsidebar'}, 'snapshot': {'name': 'snapshot', 'url': '?view\x3dsnapshot'}, 'timeslide':
{'name': 'timeslide', 'url': '?view\x3dtimeslide'}, 'isMobile': false, 'title': 'Farhad Azima CEO of
Aviation Leasing Group - Exposed Again', 'description': 'Farhad Azima- An Iranian-born KC
aviation figure with colorful past.', 'url':
'https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-leasing.html',
'type': 'item', 'isSingleItem': true, 'isMultipleItems': false, 'isError': false, 'isPage': false, 'isPost':

true, 'isHomepage': false, 'isArchive': false, 'isLabelSearch': false, 'postId': 908099428335873341}}]);

_WidgetManager._RegisterWidget('_NavbarView', new _WidgetInfo('Navbar1', 'navbar', null, document.getElementById('Navbar1'), {}, 'displayModeFull'));

_WidgetManager._RegisterWidget('_HeaderView', new _WidgetInfo('Header1', 'header', null, document.getElementById('Header1'), {}, 'displayModeFull'));

_WidgetManager._RegisterWidget('_BlogView', new _WidgetInfo('Blog1', 'main', null, document.getElementById('Blog1'), {'cmtInteractionsEnabled': false, 'showBacklinks': true, 'postId': '908099428335873341', 'useNgc': false, 'lightboxEnabled': true, 'lightboxModuleUrl': 'https://www.blogger.com/static/v1/jsbin/1719576191-lbx.js', 'lightboxCssUrl': 'https://www.blogger.com/static/v1/v-css/368954415-lightbox_bundle.css'}, 'displayModeFull'));

_WidgetManager._RegisterWidget('_ProfileView', new _WidgetInfo('Profile1', 'sidebar-right-1', null, document.getElementById('Profile1'), {}, 'displayModeFull'));

_WidgetManager._RegisterWidget('_BlogArchiveView', new _WidgetInfo('BlogArchive1', 'sidebar-right-1', null, document.getElementById('BlogArchive1'), {'languageDirection': 'ltr', 'loadingMessage': 'Loading\x26hellip;'}, 'displayModeFull'));

_WidgetManager._RegisterWidget('_HTMLView', new _WidgetInfo('HTML1', 'footer-2-2', null, document.getElementById('HTML1'), {}, 'displayModeFull'));

_WidgetManager._RegisterWidget('_AttributionView', new _WidgetInfo('Attribution1', 'footer-3', null, document.getElementById('Attribution1'), {}, 'displayModeFull'));

</script>

</body>

</html>

# Attachment 8

```
<!DOCTYPE html>
<html class='v2' dir='ltr' lang='en' xmlns='http://www.w3.org/1999/xhtml' xmlns:b='http://www.google.com/2005/gml/b' xmlns:data='http://www.google.com/2005/gml/data' xmlns:expr='http://www.google.com/2005/gml/expr'>
<head>
<link href='https://www.blogger.com/static/v1/widgets/2437439463-css_bundle_v2.css' rel='stylesheet' type='text/css'/>
<meta content='width=1100' name='viewport'/>
<meta content='text/html; charset=UTF-8' http-equiv='Content-Type'/>
<meta content='blogger' name='generator'/>
<link href='https://farhadazimascams.blogspot.com/favicon.ico' rel='icon' type='image/x-icon'/>
<link href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html' rel='canonical'/>
<link rel="alternate" type="application/atom+xml" title="Farhad Azima Exposed Again - Atom" href="https://farhadazimascams.blogspot.com/feeds/posts/default" />
<link rel="alternate" type="application/rss+xml" title="Farhad Azima Exposed Again - RSS" href="https://farhadazimascams.blogspot.com/feeds/posts/default?alt=rss" />
<link rel="service.post" type="application/atom+xml" title="Farhad Azima Exposed Again - Atom" href="https://www.blogger.com/feeds/8658040888510750793/posts/default" />
<link rel="alternate" type="application/atom+xml" title="Farhad Azima Exposed Again - Atom" href="https://farhadazimascams.blogspot.com/feeds/4643253253888213909/comments/default" />
<!--[if IE]><script type="text/javascript" src="https://www.blogger.com/static/v1/jsbin/3658603751-ieretrofit.js"></script>
<![endif]-->
<meta content='farhad azima, farhad azima family, farhad azima fraud, farhad azima exposed, farhad azima scandal, farhad azima scammer, farhad azima usa' name='description'/>
<meta content='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html' property='og:url'/>
<meta content='Farhad Azima and his associate Ray Adams data leaked' property='og:title'/>
<meta content='farhad azima, farhad azima family, farhad azima fraud, farhad azima exposed, farhad azima scandal, farhad azima scammer, farhad azima usa' property='og:description'/>
<!--[if IE]> <script> (function() { var html5 = ("abbr,article,aside,audio,canvas,datalist,details," + "figure,footer,header,hgroup,mark,menu,meter,nav,output," + "progress,section,time,video").split(','); for (var i = 0; i < html5.length; i++) { document.createElement(html5[i]); } try { document.execCommand('BackgroundImageCache', false, true); } catch(e) {} })(); </script> <![endif]-->
<title>Farhad Azima Exposed Again: Farhad Azima and his associate Ray Adams data leaked</title>
<style id='page-skin-1' type='text/css'><!--
```

```
/*
-----------------------------------------------
Blogger Template Style
Name: Awesome Inc.
Designer: Tina Chen
URL: tinachen.org
----------------------------------------------- */
/* Content
----------------------------------------------- */
body {
font: normal normal 13px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
background: #eeeeee none repeat scroll top left;
}
html body .content-outer {
min-width: 0;
max-width: 100%;
width: 100%;
}
a:link {
text-decoration: none;
color: #3778cd;
}
a:visited {
text-decoration: none;
color: #4d469c;
}
a:hover {
text-decoration: underline;
color: #3778cd;
}
.body-fauxcolumn-outer .cap-top {
position: absolute;
z-index: 1;
height: 276px;
width: 100%;
background: transparent none repeat-x scroll top left;
_background-image: none;
```

```
}
/* Columns
-------------------------------------------- */
.content-inner {
padding: 0;
}
.header-inner .section {
margin: 0 16px;
}
.tabs-inner .section {
margin: 0 16px;
}
.main-inner {
padding-top: 30px;
}
.main-inner .column-center-inner,
.main-inner .column-left-inner,
.main-inner .column-right-inner {
padding: 0 5px;
}
*+html body .main-inner .column-center-inner {
margin-top: -30px;
}
#layout .main-inner .column-center-inner {
margin-top: 0;
}
/* Header
-------------------------------------------- */
.header-outer {
margin: 0 0 0 0;
background: transparent none repeat scroll 0 0;
}
.Header h1 {
font: normal bold 40px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
text-shadow: 0 0 -1px #000000;
}
.Header h1 a {
```

```css
color: #444444;
}
.Header .description {
font: normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
.header-inner .Header .titlewrapper,
.header-inner .Header .descriptionwrapper {
padding-left: 0;
padding-right: 0;
margin-bottom: 0;
}
.header-inner .Header .titlewrapper {
padding-top: 22px;
}
/* Tabs
----------------------------------------------- */
.tabs-outer {
overflow: hidden;
position: relative;
background: #eeeeee
url(https://resources.blogblog.com/blogblog/data/1kt/awesomeinc/tabs_gradient_light.png)
repeat scroll 0 0;
}
#layout .tabs-outer {
overflow: visible;
}
.tabs-cap-top, .tabs-cap-bottom {
position: absolute;
width: 100%;
border-top: 1px solid #999999;
}
.tabs-cap-bottom {
bottom: 0;
}
.tabs-inner .widget li a {
display: inline-block;
margin: 0;
```

```css
padding: .6em 1.5em;
font: normal bold 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
border-top: 1px solid #999999;
border-bottom: 1px solid #999999;
border-left: 1px solid #999999;
height: 16px;
line-height: 16px;
}
.tabs-inner .widget li:last-child a {
border-right: 1px solid #999999;
}
.tabs-inner .widget li.selected a, .tabs-inner .widget li a:hover {
background: #666666
url(https://resources.blogblog.com/blogblog/data/1kt/awesomeinc/tabs_gradient_light.png)
repeat-x scroll 0 -100px;
color: #ffffff;
}
/* Headings
----------------------------------------------- */
h2 {
font: normal bold 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
/* Widgets
----------------------------------------------- */
.main-inner .section {
margin: 0 27px;
padding: 0;
}
.main-inner .column-left-outer,
.main-inner .column-right-outer {
margin-top: 0;
}
#layout .main-inner .column-left-outer,
#layout .main-inner .column-right-outer {
margin-top: 0;
}
```

```css
.main-inner .column-left-inner,
.main-inner .column-right-inner {
background: transparent none repeat 0 0;
-moz-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-goog-ms-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
-goog-ms-border-radius: 0;
border-radius: 0;
}
#layout .main-inner .column-left-inner,
#layout .main-inner .column-right-inner {
margin-top: 0;
}
.sidebar .widget {
font: normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
.sidebar .widget a:link {
color: #3778cd;
}
.sidebar .widget a:visited {
color: #4d469c;
}
.sidebar .widget a:hover {
color: #3778cd;
}
.sidebar .widget h2 {
text-shadow: 0 0 -1px #000000;
}
.main-inner .widget {
background-color: #ffffff;
border: 1px solid #eeeeee;
padding: 0 15px 15px;
margin: 20px -16px;
-moz-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
```

```
-webkit-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-goog-ms-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
-goog-ms-border-radius: 0;
border-radius: 0;
}
.main-inner .widget h2 {
margin: 0 -15px;
padding: .6em 15px .5em;
border-bottom: 1px solid transparent;
}
.footer-inner .widget h2 {
padding: 0 0 .4em;
border-bottom: 1px solid transparent;
}
.main-inner .widget h2 + div, .footer-inner .widget h2 + div {
border-top: 1px solid #eeeeee;
padding-top: 8px;
}
.main-inner .widget .widget-content {
margin: 0 -15px;
padding: 7px 15px 0;
}
.main-inner .widget ul, .main-inner .widget #ArchiveList ul.flat {
margin: -8px -15px 0;
padding: 0;
list-style: none;
}
.main-inner .widget #ArchiveList {
margin: -8px 0 0;
}
.main-inner .widget ul li, .main-inner .widget #ArchiveList ul.flat li {
padding: .5em 15px;
text-indent: 0;
color: #666666;
border-top: 1px solid #eeeeee;
```

```css
border-bottom: 1px solid transparent;
}
.main-inner .widget #ArchiveList ul li {
padding-top: .25em;
padding-bottom: .25em;
}
.main-inner .widget ul li:first-child, .main-inner .widget #ArchiveList ul.flat li:first-child {
border-top: none;
}
.main-inner .widget ul li:last-child, .main-inner .widget #ArchiveList ul.flat li:last-child {
border-bottom: none;
}
.post-body {
position: relative;
}
.main-inner .widget .post-body ul {
padding: 0 2.5em;
margin: .5em 0;
list-style: disc;
}
.main-inner .widget .post-body ul li {
padding: 0.25em 0;
margin-bottom: .25em;
color: #444444;
border: none;
}
.footer-inner .widget ul {
padding: 0;
list-style: none;
}
.widget .zippy {
color: #666666;
}
/* Posts
----------------------------------------------- */
body .main-inner .Blog {
padding: 0;
margin-bottom: 1em;
```

```
background-color: transparent;
border: none;
-moz-box-shadow: 0 0 0 rgba(0, 0, 0, 0);
-webkit-box-shadow: 0 0 0 rgba(0, 0, 0, 0);
-goog-ms-box-shadow: 0 0 0 rgba(0, 0, 0, 0);
box-shadow: 0 0 0 rgba(0, 0, 0, 0);
}
.main-inner .section:last-child .Blog:last-child {
padding: 0;
margin-bottom: 1em;
}
.main-inner .widget h2.date-header {
margin: 0 -15px 1px;
padding: 0 0 0 0;
font: normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
background: transparent none no-repeat scroll top left;
border-top: 0 solid #eeeeee;
border-bottom: 1px solid transparent;
-moz-border-radius-topleft: 0;
-moz-border-radius-topright: 0;
-webkit-border-top-left-radius: 0;
-webkit-border-top-right-radius: 0;
border-top-left-radius: 0;
border-top-right-radius: 0;
position: static;
bottom: 100%;
right: 15px;
text-shadow: 0 0 -1px #000000;
}
.main-inner .widget h2.date-header span {
font: normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
display: block;
padding: .5em 15px;
border-left: 0 solid #eeeeee;
border-right: 0 solid #eeeeee;
}
.date-outer {
```

```css
position: relative;
margin: 30px 0 20px;
padding: 0 15px;
background-color: #ffffff;
border: 1px solid #eeeeee;
-moz-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-goog-ms-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
-goog-ms-border-radius: 0;
border-radius: 0;
}
.date-outer:first-child {
margin-top: 0;
}
.date-outer:last-child {
margin-bottom: 20px;
-moz-border-radius-bottomleft: 0;
-moz-border-radius-bottomright: 0;
-webkit-border-bottom-left-radius: 0;
-webkit-border-bottom-right-radius: 0;
-goog-ms-border-bottom-left-radius: 0;
-goog-ms-border-bottom-right-radius: 0;
border-bottom-left-radius: 0;
border-bottom-right-radius: 0;
}
.date-posts {
margin: 0 -15px;
padding: 0 15px;
clear: both;
}
.post-outer, .inline-ad {
border-top: 1px solid #eeeeee;
margin: 0 -15px;
padding: 15px 15px;
}
```

```css
.post-outer {
padding-bottom: 10px;
}
.post-outer:first-child {
padding-top: 0;
border-top: none;
}
.post-outer:last-child, .inline-ad:last-child {
border-bottom: none;
}
.post-body {
position: relative;
}
.post-body img {
padding: 8px;
background: transparent;
border: 1px solid transparent;
-moz-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 0 rgba(0, 0, 0, .2);
box-shadow: 0 0 0 rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
border-radius: 0;
}
h3.post-title, h4 {
font: normal bold 22px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
h3.post-title a {
font: normal bold 22px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
color: #444444;
}
h3.post-title a:hover {
color: #3778cd;
text-decoration: underline;
}
.post-header {
margin: 0 0 1em;
```

```css
}
.post-body {
line-height: 1.4;
}
.post-outer h2 {
color: #444444;
}
.post-footer {
margin: 1.5em 0 0;
}
#blog-pager {
padding: 15px;
font-size: 120%;
background-color: #ffffff;
border: 1px solid #eeeeee;
-moz-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-goog-ms-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-moz-border-radius: 0;
-webkit-border-radius: 0;
-goog-ms-border-radius: 0;
border-radius: 0;
-moz-border-radius-topleft: 0;
-moz-border-radius-topright: 0;
-webkit-border-top-left-radius: 0;
-webkit-border-top-right-radius: 0;
-goog-ms-border-top-left-radius: 0;
-goog-ms-border-top-right-radius: 0;
border-top-left-radius: 0;
border-top-right-radius-topright: 0;
margin-top: 1em;
}
.blog-feeds, .post-feeds {
margin: 1em 0;
text-align: center;
color: #444444;
}
```

```css
.blog-feeds a, .post-feeds a {
color: #3778cd;
}
.blog-feeds a:visited, .post-feeds a:visited {
color: #4d469c;
}
.blog-feeds a:hover, .post-feeds a:hover {
color: #3778cd;
}
.post-outer .comments {
margin-top: 2em;
}
/* Comments
------------------------------------------------- */
.comments .comments-content .icon.blog-author {
background-repeat: no-repeat;
background-image:
url(data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAABIAAAASCAYAAABWzo
5XAAAAAXNSR0IArs4c6QAAAAZiS0dEAP8A/wD/oL2nkwAAAlwSFlzAAALEgAACxI
B0t1+/AAAAd0SU1FB9sLFwMeCjjhcOMAAAD+SURBVDjLtZSvTgNBEIe/WRRnm3m3U8
RC1neQdsm1zSBIU9VVF1FkUguQQsD9ITmD7ECZIJSE4OZo9stoVjC/zc7ky+zH9hXXw
VDpTAWWLrgS3QoAe8AZgaAJI5zYAmc8r0G4AHYHQKVwiII8PZrZFsBFkeRCABYiMh9BR
UhnSkPTNCtVXYXURi1FpBDgArj8QU1eVXUzfnjv7yP7kwu1mYrkWlU33vs1QNu2qU8p
wN0UpKoqokjWwCztrMuBhEhmh8bbD5UUDqur75asbcX0BGUB9/HAMB+r32hznJgXgy2v0sG
LBcyAJ1EK3LFcbo1s91JeLwAbwGYYu7TP/3ZGGfnXYPgAVNngtqatUNgAAABJRU5ErkJg
gg==);
}
.comments .comments-content .loadmore a {
border-top: 1px solid #999999;
border-bottom: 1px solid #999999;
}
.comments .continue {
border-top: 2px solid #999999;
}
/* Footer
------------------------------------------------- */
.footer-outer {
margin: -20px 0 -1px;
padding: 20px 0 0;
color: #444444;
```

```css
overflow: hidden;
}
.footer-fauxborder-left {
border-top: 1px solid #eeeeee;
background: #ffffff none repeat scroll 0 0;
-moz-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-webkit-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
-goog-ms-box-shadow: 0 0 20px rgba(0, 0, 0, .2);
box-shadow: 0 0 20px rgba(0, 0, 0, .2);
margin: 0 -20px;
}
/* Mobile
----------------------------------------------- */
body.mobile {
background-size: auto;
}
.mobile .body-fauxcolumn-outer {
background: transparent none repeat scroll top left;
}
*+html body.mobile .main-inner .column-center-inner {
margin-top: 0;
}
.mobile .main-inner .widget {
padding: 0 0 15px;
}
.mobile .main-inner .widget h2 + div,
.mobile .footer-inner .widget h2 + div {
border-top: none;
padding-top: 0;
}
.mobile .footer-inner .widget h2 {
padding: 0.5em 0;
border-bottom: none;
}
.mobile .main-inner .widget .widget-content {
margin: 0;
padding: 7px 0 0;
}
```

```css
.mobile .main-inner .widget ul,
.mobile .main-inner .widget #ArchiveList ul.flat {
margin: 0 -15px 0;
}
.mobile .main-inner .widget h2.date-header {
right: 0;
}
.mobile .date-header span {
padding: 0.4em 0;
}
.mobile .date-outer:first-child {
margin-bottom: 0;
border: 1px solid #eeeeee;
-moz-border-radius-topleft: 0;
-moz-border-radius-topright: 0;
-webkit-border-top-left-radius: 0;
-webkit-border-top-right-radius: 0;
-goog-ms-border-top-left-radius: 0;
-goog-ms-border-top-right-radius: 0;
border-top-left-radius: 0;
border-top-right-radius: 0;
}
.mobile .date-outer {
border-color: #eeeeee;
border-width: 0 1px 1px;
}
.mobile .date-outer:last-child {
margin-bottom: 0;
}
.mobile .main-inner {
padding: 0;
}
.mobile .header-inner .section {
margin: 0;
}
.mobile .post-outer, .mobile .inline-ad {
padding: 5px 0;
}
```

```css
.mobile .tabs-inner .section {
margin: 0 10px;
}
.mobile .main-inner .widget h2 {
margin: 0;
padding: 0;
}
.mobile .main-inner .widget h2.date-header span {
padding: 0;
}
.mobile .main-inner .widget .widget-content {
margin: 0;
padding: 7px 0 0;
}
.mobile #blog-pager {
border: 1px solid transparent;
background: #ffffff none repeat scroll 0 0;
}
.mobile .main-inner .column-left-inner,
.mobile .main-inner .column-right-inner {
background: transparent none repeat 0 0;
-moz-box-shadow: none;
-webkit-box-shadow: none;
-goog-ms-box-shadow: none;
box-shadow: none;
}
.mobile .date-posts {
margin: 0;
padding: 0;
}
.mobile .footer-fauxborder-left {
margin: 0;
border-top: inherit;
}
.mobile .main-inner .section:last-child .Blog:last-child {
margin-bottom: 0;
}
.mobile-index-contents {
```

```
color: #444444;
}
.mobile .mobile-link-button {
background: #3778cd
url(https://resources.blogblog.com/blogblog/data/1kt/awesomeinc/tabs_gradient_light.png)
repeat scroll 0 0;
}
.mobile-link-button a:link, .mobile-link-button a:visited {
color: #ffffff;
}
.mobile .tabs-inner .PageList .widget-content {
background: transparent;
border-top: 1px solid;
border-color: #999999;
color: #444444;
}
.mobile .tabs-inner .PageList .widget-content .pagelist-arrow {
border-left: 1px solid #999999;
}
--></style>
<style id='template-skin-1' type='text/css'><!--
body {
min-width: 960px;
}
.content-outer, .content-fauxcolumn-outer, .region-inner {
min-width: 960px;
max-width: 960px;
_width: 960px;
}
.main-inner .columns {
padding-left: 0px;
padding-right: 310px;
}
.main-inner .fauxcolumn-center-outer {
left: 0px;
right: 310px;
/* IE6 does not respect left and right together */
_width: expression(this.parentNode.offsetWidth -
```

```css
parseInt("0px") -
parseInt("310px") + 'px');
}
.main-inner .fauxcolumn-left-outer {
width: 0px;
}
.main-inner .fauxcolumn-right-outer {
width: 310px;
}
.main-inner .column-left-outer {
width: 0px;
right: 100%;
margin-left: -0px;
}
.main-inner .column-right-outer {
width: 310px;
margin-right: -310px;
}
#layout {
min-width: 0;
}
#layout .content-outer {
min-width: 0;
width: 800px;
}
#layout .region-inner {
min-width: 0;
width: auto;
}
body#layout div.add_widget {
padding: 8px;
}
body#layout div.add_widget a {
margin-left: 32px;
}
--></style>
<meta content='3QUUen85diUqBGrPrTig4DjlzyHmEGUGXCvrTpu1PJA' name='google-site-
verification'/>
```

```
<link href='https://www.blogger.com/dyn-
css/authorization.css?targetBlogID=8658040888510750793&amp;zx=92c89184-4164-4275-
bf8e-
dc009c100174' media='none' onload='if(media!=&#39;all&#39;)media=&#39;all&#39;' rel='st
ylesheet'/><noscript><link href='https://www.blogger.com/dyn-
css/authorization.css?targetBlogID=8658040888510750793&amp;zx=92c89184-4164-4275-
bf8e-dc009c100174' rel='stylesheet'/></noscript>

</head>
<body class='loading variant-light'>
<div class='navbar section' id='navbar' name='Navbar'><div class='widget Navbar' data-
version='1' id='Navbar1'><script type="text/javascript">
function setAttributeOnload(object, attribute, val) {
if(window.addEventListener) {
window.addEventListener('load',
function(){ object[attribute] = val; }, false);
} else {
window.attachEvent('onload', function(){ object[attribute] = val; });
}
}
</script>
<div id="navbar-iframe-container"></div>
<script type="text/javascript" src="https://apis.google.com/js/plusone.js"></script>
<script type="text/javascript">
gapi.load("gapi.iframes:gapi.iframes.style.bubble", function() {
if (gapi.iframes && gapi.iframes.getContext) {
gapi.iframes.getContext().openChild({
url:
'https://www.blogger.com/navbar.g?targetBlogID\x3d8658040888510750793\x26blogName\x
3dFarhad+Azima+Exposed+Again\x26publishMode\x3dPUBLISH_MODE_BLOGSPOT\x26
navbarType\x3dLIGHT\x26layoutType\x3dLAYOUTS\x26searchRoot\x3dhttps://farhadazima
scams.blogspot.com/search\x26blogLocale\x3den\x26v\x3d2\x26homepageUrl\x3dhttps://farha
dazimascams.blogspot.com/\x26targetPostID\x3d4643253253888213909\x26blogPostOrPage
Url\x3dhttps://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-
ray.html\x26vt\x3d6385988667497406354',
where: document.getElementById("navbar-iframe-container"),
id: "navbar-iframe"
});
}
});
</script><script type="text/javascript">
```

```
(function() {
var script = document.createElement('script');
script.type = 'text/javascript';
script.src = '//pagead2.googlesyndication.com/pagead/js/google_top_exp.js';
var head = document.getElementsByTagName('head')[0];
if (head) {
head.appendChild(script);
}})();
</script>
</div></div>
<div class='body-fauxcolumns'>
<div class='fauxcolumn-outer body-fauxcolumn-outer'>
<div class='cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
</div>
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</div>
<div class='content'>
<div class='content-fauxcolumns'>
<div class='fauxcolumn-outer content-fauxcolumn-outer'>
<div class='cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
```

```
</div>
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</div>
<div class='content-outer'>
<div class='content-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left content-fauxborder-left'>
<div class='fauxborder-right content-fauxborder-right'></div>
<div class='content-inner'>
<header>
<div class='header-outer'>
<div class='header-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left header-fauxborder-left'>
<div class='fauxborder-right header-fauxborder-right'></div>
<div class='region-inner header-inner'>
<div class='header section' id='header' name='Header'><div class='widget Header' data-version='1' id='Header1'>
<div id='header-inner'>
<div class='titlewrapper'>
<h1 class='title'>
<a href='https://farhadazimascams.blogspot.com/'>
Farhad Azima Exposed Again
</a>
</h1>
</div>
<div class='descriptionwrapper'>
<p class='description'><span>Farhad Azima- An Iranian-born KC aviation figure with colorful
past.</span></p>
</div>
```

```html
</div>
</div></div>
</div>
</div>
<div class='header-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</header>
<div class='tabs-outer'>
<div class='tabs-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left tabs-fauxborder-left'>
<div class='fauxborder-right tabs-fauxborder-right'></div>
<div class='region-inner tabs-inner'>
<div class='tabs no-items section' id='crosscol' name='Cross-Column'></div>
<div class='tabs no-items section' id='crosscol-overflow' name='Cross-Column 2'></div>
</div>
</div>
<div class='tabs-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
<div class='main-outer'>
<div class='main-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left main-fauxborder-left'>
<div class='fauxborder-right main-fauxborder-right'></div>
<div class='region-inner main-inner'>
<div class='columns fauxcolumns'>
<div class='fauxcolumn-outer fauxcolumn-center-outer'>
<div class='cap-top'>
```

```
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
</div>
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
<div class='fauxcolumn-outer fauxcolumn-left-outer'>
<div class='cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
</div>
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
<div class='fauxcolumn-outer fauxcolumn-right-outer'>
<div class='cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left'>
<div class='fauxborder-right'></div>
<div class='fauxcolumn-inner'>
</div>
</div>
```

```
<div class='cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
<!-- corrects IE6 width calculation -->
<div class='columns-inner'>
<div class='column-center-outer'>
<div class='column-center-inner'>
<div class='main section' id='main' name='Main'><div class='widget Blog' data-
version='1' id='Blog1'>
<div class='blog-posts hfeed'>

<div class="date-outer">

<h2 class='date-header'><span>Thursday, August 11, 2016</span></h2>

<div class="date-posts">

<div class='post-outer'>
<div class='post hentry uncustomized-post-
template' itemprop='blogPost' itemscope='itemscope' itemtype='http://schema.org/BlogPosting'
>
<meta content='8658040888510750793' itemprop='blogId'/>
<meta content='4643253253888213909' itemprop='postId'/>
<a name='4643253253888213909'></a>
<h3 class='post-title entry-title' itemprop='name'>
Farhad Azima and his associate Ray Adams data leaked
</h3>
<div class='post-header'>
<div class='post-header-line-1'></div>
</div>
<div class='post-body entry-content' id='post-body-
4643253253888213909' itemprop='articleBody'>
<b><a href="https://farhadazimascams.blogspot.nl/2016/08/farhad-azima-caught-up-in-fund-
raising.html" target="_blank">Farhad Azima</a> and his associate Ray Adams data
leaked. </b><br />
<b><br /></b>
<b>Click the link and find the details here:</b><br />
<b><br /></b>
<b><a href="http://1337x.to/torrent/1696317/FARHAD-AZIMA-OF-THE-AVIATION-
LEASING-GROUP-EXPOSED/" target="_blank">http://1337x.to/torrent/1696317/FARHAD-
AZIMA-OF-THE-AVIATION-LEASING-GROUP-EXPOSED/</a></b><br />
```

```
<br />
<b><u><a href="https://we.tl/G2v9igEB4i"><span style="font-size:
large;">Download</span></a></u></b><br />
<br />
<div style='clear: both;'></div>
</div>
<div class='post-footer'>
<div class='post-footer-line post-footer-line-1'>
<span class='post-author vcard'>
Posted by
<span class='fn' itemprop='author' itemscope='itemscope' itemtype='http://schema.org/Person'>
<meta content='https://www.blogger.com/profile/03779171998136006667' itemprop='url'/>
<a class='g-
profile' href='https://www.blogger.com/profile/03779171998136006667' rel='author' title='auth
or profile'>
<span itemprop='name'>crimeboard</span>
</a>
</span>
</span>
<span class='post-timestamp'>
at
<meta content='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-
associate-ray.html' itemprop='url'/>
<a class='timestamp-link' href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-
and-his-associate-ray.html' rel='bookmark' title='permanent
link'><abbr class='published' itemprop='datePublished' title='2016-08-11T23:30:00-
07:00'>11:30 PM</abbr></a>
</span>
<span class='reaction-buttons'>
</span>
<span class='post-comment-link'>
</span>
<span class='post-backlinks post-comment-link'>
</span>
<span class='post-icons'>
<span class='item-control blog-admin pid-853471483'>
<a href='https://www.blogger.com/post-
edit.g?blogID=8658040888510750793&postID=4643253253888213909&from=pencil' title='E
dit Post'>
```

<img alt='' class='icon-
action' height='18' src='https://resources.blogblog.com/img/icon18_edit_allbkg.gif' width='18'/
>

</a>

</span>

</span>

<div class='post-share-buttons goog-inline-block'>

<a class='goog-inline-block share-button sb-email' href='https://www.blogger.com/share-
post.g?blogID=8658040888510750793&postID=4643253253888213909&target=email' target
='_blank' title='Email This'><span class='share-button-link-text'>Email
This</span></a><a class='goog-inline-block share-button sb-
blog' href='https://www.blogger.com/share-
post.g?blogID=8658040888510750793&postID=4643253253888213909&target=blog' onclick
='window.open(this.href, "_blank", "height=270,width=475"); return
false;' target='_blank' title='BlogThis!'><span class='share-button-link-
text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-
twitter' href='https://www.blogger.com/share-
post.g?blogID=8658040888510750793&postID=4643253253888213909&target=twitter' target
='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
Twitter</span></a><a class='goog-inline-block share-button sb-
facebook' href='https://www.blogger.com/share-
post.g?blogID=8658040888510750793&postID=4643253253888213909&target=facebook' on
click='window.open(this.href, "_blank", "height=430,width=640"); return
false;' target='_blank' title='Share to Facebook'><span class='share-button-link-text'>Share to
Facebook</span></a><a class='goog-inline-block share-button sb-
pinterest' href='https://www.blogger.com/share-
post.g?blogID=8658040888510750793&postID=4643253253888213909&target=pinterest' tar
get='_blank' title='Share to Pinterest'><span class='share-button-link-text'>Share to
Pinterest</span></a><div class='goog-inline-block google-plus-share-
container'><g:plusone source='blogger:blog:plusone' href='http://farhadazimascams.blogspot.c
om/2016/08/farhad-azima-and-his-associate-
ray.html' size='medium' width='300' annotation='inline'/></div>

</div>

</div>

<div class='post-footer-line post-footer-line-2'>

<span class='post-labels'>

Labels:

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20exposed' rel
='tag'>farhad azima exposed</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20family' rel='
tag'>farhad azima family</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20fraud' rel='t
ag'>farhad azima fraud</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20kansas' rel='tag'>farhad azima kansas</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20panama%20papers' rel='tag'>farhad azima panama papers</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20scam' rel='tag'>farhad azima scam</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20scammer' rel='tag'>farhad azima scammer</a>,

<a href='https://farhadazimascams.blogspot.com/search/label/farhad%20azima%20usa' rel='tag'>farhad azima usa</a>

</span>

</div>

<div class='post-footer-line post-footer-line-3'>

<span class='post-location'>

</span>

</div>

</div>

</div>

<div class='comments' id='comments'>

<a name='comments'></a>

<h4>No comments:</h4>

<div id='Blog1_comments-block-wrapper'>

<dl class='avatar-comment-indent' id='comments-block'>

</dl>

</div>

<p class='comment-footer'>

<div class='comment-form'>

<a name='comment-form'></a>

<h4 id='comment-post-message'>Post a Comment</h4>

<p>

</p>

<a href='https://www.blogger.com/comment-iframe.g?blogID=8658040888510750793&postID=4643253253888213909' id='comment-editor-src'></a>

<iframe allowtransparency='true' class='blogger-iframe-colorize blogger-comment-from-post' frameborder='0' height='410px' id='comment-editor' name='comment-editor' src='' width='100%'></iframe>

<script src='https://www.blogger.com/static/v1/jsbin/2567313873-comment_from_post_iframe.js' type='text/javascript'></script>

<script type='text/javascript'>

BLOG_CMT_createIframe('https://www.blogger.com/rpc_relay.html');

</script>

</div>

</p>

<div id='backlinks-container'>

<div id='Blog1_backlinks-container'>

<a name='links'></a><h4><!--Can't find substitution for tag [post.backlinksLabel]--></h4>

<p class='comment-footer'>

<a class='comment-link' href='' id='Blog1_backlinks-create-link' target='_blank'><!--Can't find substitution for tag [post.createLinkLabel]--></a>

</p>

</div>

</div>

</div>

</div>

</div></div>

</div>

<div class='blog-pager' id='blog-pager'>

<span id='blog-pager-newer-link'>

<a class='blog-pager-newer-link' href='https://farhadazimascams.blogspot.com/2016/08/fraud-between-farhad-azima-and-jay.html' id='Blog1_blog-pager-newer-link' title='Newer Post'>Newer Post</a>

</span>

<span id='blog-pager-older-link'>

<a class='blog-pager-older-link' href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-caught-up-in-fund-raising.html' id='Blog1_blog-pager-older-link' title='Older Post'>Older Post</a>

</span>

<a class='home-link' href='https://farhadazimascams.blogspot.com/'>Home</a>

</div>

<div class='clear'></div>

<div class='post-feeds'>

<div class='feed-links'>

Subscribe to:

<a class='feed-link' href='https://farhadazimascams.blogspot.com/feeds/4643253253888213909/comments/default' target='_blank' type='application/atom+xml'>Post Comments (Atom)</a>

</div>

</div>

```
<script type='text/javascript'>
window.___gcfg = { 'lang': 'en' };
</script>
</div></div>
</div>
</div>
<div class='column-left-outer'>
<div class='column-left-inner'>
<aside>
</aside>
</div>
</div>
<div class='column-right-outer'>
<div class='column-right-inner'>
<aside>
<div class='sidebar section' id='sidebar-right-1'><div class='widget Profile' data-
version='1' id='Profile1'>
<h2>About Me</h2>
<div class='widget-content'>
<dl class='profile-datablock'>
<dt class='profile-data'>
<a class='profile-name-link g-
profile' href='https://www.blogger.com/profile/03779171998136006667' rel='author' style='bac
kground-image: url(//www.blogger.com/img/logo-16.png);'>
crimeboard
</a>
</dt>
</dl>
<a class='profile-
link' href='https://www.blogger.com/profile/03779171998136006667' rel='author'>View my
complete profile</a>
<div class='clear'></div>
<span class='widget-item-control'>
<span class='item-control blog-admin'>
<a class='quickedit' href='//www.blogger.com/rearrange?blogID=8658040888510750793&wid
getType=Profile&widgetId=Profile1&action=editWidget&sectionId=sidebar-right-
1' onclick='return
_WidgetManager._PopupConfig(document.getElementById("Profile1"));' target='configProfile
1' title='Edit'>
```

```
<img alt=" height='18' src='https://resources.blogblog.com/img/icon18_wrench_allbkg.png' wi
dth='18'/>
</a>
</span>
</span>
<div class='clear'></div>
</div>
</div><div class='widget BlogArchive' data-version='1' id='BlogArchive1'>
<h2>Farhad Azima</h2>
<div class='widget-content'>
<div id='ArchiveList'>
<div id='BlogArchive1_ArchiveList'>
<ul class='hierarchy'>
<li class='archivedate expanded'>
<a class='toggle' href='javascript:void(0)'>
<span class='zippy toggle-open'>
&#9660; 
</span>
</a>
<a class='post-count-link' href='https://farhadazimascams.blogspot.com/2016/'>
2016
</a>
<span class='post-count' dir='ltr'>(9)</span>
<ul class='hierarchy'>
<li class='archivedate expanded'>
<a class='toggle' href='javascript:void(0)'>
<span class='zippy toggle-open'>
&#9660; 
</span>
</a>
<a class='post-count-link' href='https://farhadazimascams.blogspot.com/2016/08/'>
August
</a>
<span class='post-count' dir='ltr'>(4)</span>
<ul class='posts'>
<li><a href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-ceo-of-aviation-
leasing.html'>Farhad Azima CEO of Aviation Leasing Group - Expos...</a></li>
```

&lt;li&gt;&lt;a href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-caught-up-in-fund-raising.html'&gt;Farhad Azima caught up in Fund Raising Scandal&lt;/a&gt;&lt;/li&gt;

&lt;li&gt;&lt;a href='https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html'&gt;Farhad Azima and his associate Ray Adams data leak...&lt;/a&gt;&lt;/li&gt;

&lt;li&gt;&lt;a href='https://farhadazimascams.blogspot.com/2016/08/fraud-between-farhad-azima-and-jay.html'&gt;Fraud between Farhad Azima and Jay Solomon&lt;/a&gt;&lt;/li&gt;

&lt;/ul&gt;

&lt;/li&gt;

&lt;/ul&gt;

&lt;ul class='hierarchy'&gt;

&lt;li class='archivedate collapsed'&gt;

&lt;a class='toggle' href='javascript:void(0)'&gt;

&lt;span class='zippy'&gt;

&#9658; 

&lt;/span&gt;

&lt;/a&gt;

&lt;a class='post-count-link' href='https://farhadazimascams.blogspot.com/2016/09/'&gt;

September

&lt;/a&gt;

&lt;span class='post-count' dir='ltr'&gt;(5)&lt;/span&gt;

&lt;/li&gt;

&lt;/ul&gt;

&lt;/li&gt;

&lt;/ul&gt;

&lt;/div&gt;

&lt;/div&gt;

&lt;div class='clear'&gt;&lt;/div&gt;

&lt;span class='widget-item-control'&gt;

&lt;span class='item-control blog-admin'&gt;

&lt;a class='quickedit' href='//www.blogger.com/rearrange?blogID=8658040888510750793&widgetType=BlogArchive&widgetId=BlogArchive1&action=editWidget&sectionId=sidebar-right-1' onclick='return _WidgetManager._PopupConfig(document.getElementById("BlogArchive1"));' target='config BlogArchive1' title='Edit'&gt;

&lt;img alt='' height='18' src='https://resources.blogblog.com/img/icon18_wrench_allbkg.png' width='18'/&gt;

&lt;/a&gt;

&lt;/span&gt;

&lt;/span&gt;

```
<div class='clear'></div>
</div>
</div></div>
</aside>
</div>
</div>
</div>
<div style='clear: both'></div>
<!-- columns -->
</div>
<!-- main -->
</div>
</div>
<div class='main-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
<footer>
<div class='footer-outer'>
<div class='footer-cap-top cap-top'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
<div class='fauxborder-left footer-fauxborder-left'>
<div class='fauxborder-right footer-fauxborder-right'></div>
<div class='region-inner footer-inner'>
<div class='foot no-items section' id='footer-1'></div>
<table border='0' cellpadding='0' cellspacing='0' class='section-columns columns-2'>
<tbody>
<tr>
<td class='first columns-cell'>
<div class='foot no-items section' id='footer-2-1'></div>
</td>
<td class='columns-cell'>
<div class='foot section' id='footer-2-2'><div class='widget HTML' data-
version='1' id='HTML1'>
<div class='widget-content'>
```

<!-- Start of StatCounter Code for Blogger / Blogspot -->

<script type="text/javascript">

//<![CDATA[

var sc_project=11312557;

var sc_invisible=0;

var sc_security="f9083051";

var scJsHost = (("https:" == document.location.protocol) ? "https://secure." : "http://www.");

document.write("<sc"+"ript type='text/javascript' src='" + scJsHost+

"statcounter.com/counter/counter_xhtml.js'></"+"script>");

//]]>

</script>

<noscript><div class="statcounter"><a title="web stats" href="http://statcounter.com/" class="statcounter"><img class="statcounter" src="//c.statcounter.com/11312557/0/f9083051/0/" alt="web stats" /></a></div></noscript>

<!-- End of StatCounter Code for Blogger / Blogspot -->

</div>

<div class='clear'></div>

<span class='widget-item-control'>

<span class='item-control blog-admin'>

<a class='quickedit' href='//www.blogger.com/rearrange?blogID=8658040888510750793&widgetType=HTML&widgetId=HTML1&action=editWidget&sectionId=footer-2-2' onclick='return _WidgetManager._PopupConfig(document.getElementById("HTML1"));' target='configHTML1' title='Edit'>

<img alt=" height='18' src='https://resources.blogblog.com/img/icon18_wrench_allbkg.png' width='18'/>

</a>

</span>

</span>

<div class='clear'></div>

</div></div>

</td>

</tr>

</tbody>

</table>

<!-- outside of the include in order to lock Attribution widget -->

<div class='foot section' id='footer-3' name='Footer'><div class='widget Attribution' data-version='1' id='Attribution1'>

<div class='widget-content' style='text-align: center;'>

```
Awesome Inc. theme. Powered
by <a href='https://www.blogger.com' target='_blank'>Blogger</a>.
</div>
<div class='clear'></div>
<span class='widget-item-control'>
<span class='item-control blog-admin'>
<a class='quickedit' href='//www.blogger.com/rearrange?blogID=8658040888510750793&widgetType=Attribution&widgetId=Attribution1&action=editWidget&sectionId=footer-3' onclick='return
_WidgetManager._PopupConfig(document.getElementById("Attribution1"));' target='configAttribution1' title='Edit'>
<img alt='' height='18' src='https://resources.blogblog.com/img/icon18_wrench_allbkg.png' width='18'/>
</a>
</span>
</span>
<div class='clear'></div>
</div></div>
</div>
</div>
<div class='footer-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</footer>
<!-- content -->
</div>
</div>
<div class='content-cap-bottom cap-bottom'>
<div class='cap-left'></div>
<div class='cap-right'></div>
</div>
</div>
</div>
<script type='text/javascript'>
window.setTimeout(function() {
document.body.className = document.body.className.replace('loading', '');
}, 10);
```

```
</script>
<script src='https://apis.google.com/js/plusone.js' type='text/javascript'></script>

<script type="text/javascript" src="https://www.blogger.com/static/v1/widgets/1109080293-widgets.js"></script>
<script type='text/javascript'>
window['__wavt'] = 'AOuZoY5EOTjc5L9-XTkY3ElHYyxL6ce1FQ:1531491802119';_WidgetManager._Init('//www.blogger.com/rearrange?blogID\x3d8658040888510750793','//farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html','8658040888510750793');
_WidgetManager._SetDataContext([{'name': 'blog', 'data': {'blogId': '8658040888510750793', 'title': 'Farhad Azima Exposed Again', 'url': 'https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html', 'canonicalUrl': 'https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html', 'homepageUrl': 'https://farhadazimascams.blogspot.com/', 'searchUrl': 'https://farhadazimascams.blogspot.com/search', 'canonicalHomepageUrl': 'https://farhadazimascams.blogspot.com/', 'blogspotFaviconUrl': 'https://farhadazimascams.blogspot.com/favicon.ico', 'bloggerUrl': 'https://www.blogger.com', 'hasCustomDomain': false, 'httpsEnabled': true, 'enabledCommentProfileImages': true, 'gPlusViewType': 'FILTERED_POSTMOD', 'adultContent': false, 'analyticsAccountNumber': '', 'encoding': 'UTF-8', 'locale': 'en', 'localeUnderscoreDelimited': 'en', 'languageDirection': 'ltr', 'isPrivate': false, 'isMobile': false, 'isMobileRequest': false, 'mobileClass': '', 'isPrivateBlog': false, 'feedLinks': '\x3clink rel\x3d\x22alternate\x22 type\x3d\x22application/atom+xml\x22 title\x3d\x22Farhad Azima Exposed Again - Atom\x22 href\x3d\x22https://farhadazimascams.blogspot.com/feeds/posts/default\x22 /\x3e\n\x3clink rel\x3d\x22alternate\x22 type\x3d\x22application/rss+xml\x22 title\x3d\x22Farhad Azima Exposed Again - RSS\x22 href\x3d\x22https://farhadazimascams.blogspot.com/feeds/posts/default?alt\x3drss\x22 /\x3e\n\x3clink rel\x3d\x22service.post\x22 type\x3d\x22application/atom+xml\x22 title\x3d\x22Farhad Azima Exposed Again - Atom\x22 href\x3d\x22https://www.blogger.com/feeds/8658040888510750793/posts/default\x22 /\x3e\n\n\x3clink rel\x3d\x22alternate\x22 type\x3d\x22application/atom+xml\x22 title\x3d\x22Farhad Azima Exposed Again - Atom\x22 href\x3d\x22https://farhadazimascams.blogspot.com/feeds/4643253253888213909/comments/default\x22 /\x3e\n', 'meTag': '', 'openIdOpTag': '', 'adsenseHostId': 'ca-host-pub-1556223355139109', 'adsenseHasAds': false, 'ieCssRetrofitLinks': '\x3c!--[if IE]\x3e\x3cscript type\x3d\x22text/javascript\x22 src\x3d\x22https://www.blogger.com/static/v1/jsbin/3658603751-ieretrofit.js\x22\x3e\x3c/script\x3e\n\x3c![endif]--\x3e', 'view': '', 'dynamicViewsCommentsSrc': '//www.blogblog.com/dynamicviews/4224c15c4e7c9321/js/comments.js', 'dynamicViewsScriptSrc': '//www.blogblog.com/dynamicviews/dd8a54301fb6e352', 'plusOneApiSrc': 'https://apis.google.com/js/plusone.js', 'sharing': {'platforms': [{'name': 'Get link', 'key': 'link', 'shareMessage': 'Get link', 'target': ''}, {'name': 'Facebook', 'key': 'facebook', 'shareMessage': 'Share to Facebook', 'target': 'facebook'}, {'name': 'BlogThis!', 'key': 'blogThis', 'shareMessage': 'BlogThis!', 'target': 'blog'}, {'name': 'Twitter', 'key': 'twitter', 'shareMessage':
```

'Share to Twitter', 'target': 'twitter'}, {'name': 'Pinterest', 'key': 'pinterest', 'shareMessage': 'Share to Pinterest', 'target': 'pinterest'}, {'name': 'Google+', 'key': 'googlePlus', 'shareMessage': 'Share to Google+', 'target': 'googleplus'}, {'name': 'Email', 'key': 'email', 'shareMessage': 'Email', 'target': 'email'}]}, 'googlePlusShareButtonWidth': 300, 'googlePlusBootstrap': '\x3cscript type\x3d\x22text/javascript\x22\x3ewindow.___gcfg \x3d {\x27lang\x27: \x27en\x27};\x3c/script\x3e'}, 'hasCustomJumpLinkMessage': false, 'jumpLinkMessage': 'Read more', 'pageType': 'item', 'postId': '4643253253888213909', 'pageName': 'Farhad Azima and his associate Ray Adams data leaked', 'pageTitle': 'Farhad Azima Exposed Again: Farhad Azima and his associate Ray Adams data leaked', 'metaDescription': 'farhad azima, farhad azima family, farhad azima fraud, farhad azima exposed, farhad azima scandal, farhad azima scammer, farhad azima usa'}}, {'name': 'features', 'data': {'cmt_anon_warn': 'false', 'lazy_images': 'false', 'poll_static': 'true', 'sharing_get_link_dialog': 'true', 'sharing_native': 'false'}}, {'name': 'messages', 'data': {'edit': 'Edit', 'linkCopiedToClipboard': 'Link copied to clipboard!', 'ok': 'Ok', 'postLink': 'Post Link'}}, {'name': 'template', 'data': {'name': 'custom', 'localizedName': 'Custom', 'isResponsive': false, 'isAlternateRendering': false, 'isCustom': true, 'variant': 'light', 'variantId': 'light'}}, {'name': 'view', 'data': {'classic': {'name': 'classic', 'url': '?view\x3dclassic'}, 'flipcard': {'name': 'flipcard', 'url': '?view\x3dflipcard'}, 'magazine': {'name': 'magazine', 'url': '?view\x3dmagazine'}, 'mosaic': {'name': 'mosaic', 'url': '?view\x3dmosaic'}, 'sidebar': {'name': 'sidebar', 'url': '?view\x3dsidebar'}, 'snapshot': {'name': 'snapshot', 'url': '?view\x3dsnapshot'}, 'timeslide': {'name': 'timeslide', 'url': '?view\x3dtimeslide'}, 'isMobile': false, 'title': 'Farhad Azima and his associate Ray Adams data leaked', 'description': 'farhad azima, farhad azima family, farhad azima fraud, farhad azima exposed, farhad azima scandal, farhad azima scammer, farhad azima usa', 'url': 'https://farhadazimascams.blogspot.com/2016/08/farhad-azima-and-his-associate-ray.html', 'type': 'item', 'isSingleItem': true, 'isMultipleItems': false, 'isError': false, 'isPage': false, 'isPost': true, 'isHomepage': false, 'isArchive': false, 'isLabelSearch': false, 'postId': 4643253253888213909}}]);
_WidgetManager._RegisterWidget('_NavbarView', new _WidgetInfo('Navbar1', 'navbar', null, document.getElementById('Navbar1'), {}, 'displayModeFull'));
_WidgetManager._RegisterWidget('_HeaderView', new _WidgetInfo('Header1', 'header', null, document.getElementById('Header1'), {}, 'displayModeFull'));
_WidgetManager._RegisterWidget('_BlogView', new _WidgetInfo('Blog1', 'main', null, document.getElementById('Blog1'), {'cmtInteractionsEnabled': false, 'showBacklinks': true, 'postId': '4643253253888213909', 'useNgc': false, 'lightboxEnabled': true, 'lightboxModuleUrl': 'https://www.blogger.com/static/v1/jsbin/3172052966-lbx.js', 'lightboxCssUrl': 'https://www.blogger.com/static/v1/v-css/368954415-lightbox_bundle.css'}, 'displayModeFull'));
_WidgetManager._RegisterWidget('_ProfileView', new _WidgetInfo('Profile1', 'sidebar-right-1', null, document.getElementById('Profile1'), {}, 'displayModeFull'));
_WidgetManager._RegisterWidget('_BlogArchiveView', new _WidgetInfo('BlogArchive1', 'sidebar-right-1', null, document.getElementById('BlogArchive1'), {'languageDirection': 'ltr', 'loadingMessage': 'Loading\x26hellip;'}, 'displayModeFull'));
_WidgetManager._RegisterWidget('_HTMLView', new _WidgetInfo('HTML1', 'footer-2-2', null, document.getElementById('HTML1'), {}, 'displayModeFull'));

```
_WidgetManager._RegisterWidget('_AttributionView', new _WidgetInfo('Attribution1',
'footer-3', null, document.getElementById('Attribution1'), {}, 'displayModeFull'));
</script>
</body>
</html>
```

# Attachment 9

# First blog about Farhad Azima Scam

<u>azamsyed123</u> / <u>August 8, 2016</u><u>January 28, 2017</u> / <u>farhad azima</u>, <u>farhad azima exposed</u>, <u>farhad azima fraud</u>, <u>farhad azima Iranian Born charter</u>, <u>farhad azima kansas</u>, <u>farhad azima scam</u>, <u>farhad azima usa</u>, <u>Ray Adams</u>



This is my first post. Click the link to find Azima's involvement with some big personality's including his close associates like Ray Adams & Dr. Khater Massaad.

**Download (https://we.tl/G2v9igEB4i)**

I have written this post to tell readers how this Iranian Born Charter,**"Farhad Azima"**found in Panama Papers and other major scandals of USA.

Case 1:20-cv-00954-WO-JLW    Document 379-6    Filed 07/15/24    Page 126 of 155

Advertisements



New York:
New Rule in Mineola, NY Leaves Drivers Fuming

Report this ad



**New York Drivers With No Tickets In 3 Years Are In For A Big Surprise**

Report this ad

#farhad azima, #farhad azima family, #farhad azima fraud, #farhad azima Iranian Born charter, #farhad azima kansas, #farhad azima scam, #farhad azima usa, #panama papers, #Ray Adams

# Published by azamsyed123

Post information about farhad azima View all posts by azamsyed123

*WordPress.com.*

# Attachment 10

<!DOCTYPE html>
<html class="no-js" lang="en">
<head>
<meta charset="UTF-8">
<meta name="viewport" content="width=device-width, initial-scale=1">
<link rel="profile" href="http://gmpg.org/xfn/11">
<link rel="pingback" href="https://exposedfarhadazima.wordpress.com/xmlrpc.php">
<title>First blog about Farhad Azima Scam &#8211; Farhad Azima | Farhad Azima Scammer</title>
<script>document.documentElement.className = document.documentElement.className.replace("no-js","js");</script>
<link rel='dns-prefetch' href='//s2.wp.com' />
<link rel='dns-prefetch' href='//s1.wp.com' />
<link rel='dns-prefetch' href='//s0.wp.com' />
<link rel='dns-prefetch' href='//fonts.googleapis.com' />
<link rel='dns-prefetch' href='//s.pubmine.com' />
<link rel='dns-prefetch' href='//x.bidswitch.net' />
<link rel='dns-prefetch' href='//static.criteo.net' />
<link rel='dns-prefetch' href='//ib.adnxs.com' />
<link rel='dns-prefetch' href='//aax.amazon-adsystem.com' />
<link rel='dns-prefetch' href='//bidder.criteo.com' />
<link rel='dns-prefetch' href='//cas.criteo.com' />
<link rel='dns-prefetch' href='//gum.criteo.com' />
<link rel='dns-prefetch' href='//ads.pubmatic.com' />
<link rel='dns-prefetch' href='//gads.pubmatic.com' />
<link rel='dns-prefetch' href='//tpc.googlesyndication.com' />
<link rel='dns-prefetch' href='//ad.doubleclick.net' />
<link rel='dns-prefetch' href='//googleads.g.doubleclick.net' />
<link rel='dns-prefetch' href='//www.googletagservices.com' />
<link rel='dns-prefetch' href='//cdn.switchadhub.com' />
<link rel='dns-prefetch' href='//delivery.g.switchadhub.com' />
<link rel='dns-prefetch' href='//delivery.swid.switchadhub.com' />
<link rel="alternate" type="application/rss+xml" title="Farhad Azima | Farhad Azima Scammer &raquo; Feed" href="https://exposedfarhadazima.wordpress.com/feed/" />
<link rel="alternate" type="application/rss+xml" title="Farhad Azima | Farhad Azima Scammer &raquo; Comments Feed" href="https://exposedfarhadazima.wordpress.com/comments/feed/" />
<link rel="alternate" type="application/rss+xml" title="Farhad Azima | Farhad Azima Scammer &raquo; First blog about Farhad Azima Scam Comments

Feed" href="https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-scammer/feed/" />

&lt;script type="text/javascript"&gt;

/* &lt;![CDATA[ */

function addLoadEvent(func) {

var oldonload = window.onload;

if (typeof window.onload != 'function') {

window.onload = func;

} else {

window.onload = function () {

oldonload();

func();

}

}

}

/* ]]> */

&lt;/script&gt;

&lt;script type="text/javascript"&gt;

window._wpemojiSettings = {"baseUrl":"https:\/\/s0.wp.com\/wp-content\/mu-plugins\/wpcom-smileys\/twemoji\/2\/72x72\/","ext":".png","svgUrl":"https:\/\/s0.wp.com\/wp-content\/mu-plugins\/wpcom-smileys\/twemoji\/2\/svg\/","svgExt":".svg","source":{"concatemoji":"https:\/\/s1.wp.com\/wp-includes\/js\/wp-emoji-release.min.js?m=1516999477h&ver=4.9.7"}};

!function(a,b,c){function d(a,b){var c=String.fromCharCode;l.clearRect(0,0,k.width,k.height),l.fillText(c.apply(this,a),0,0);var d=k.toDataURL();l.clearRect(0,0,k.width,k.height),l.fillText(c.apply(this,b),0,0);var e=k.toDataURL();return d===e}function e(a){var b;if(!l||!l.fillText)return!1;switch(l.textBaseline="top",l.font="600 32px Arial",a){case"flag":return!(b=d([55356,56826,55356,56819],[55356,56826,8203,55356,56819]))&&(b=d([55356,57332,56128,56423,56128,56418,56128,56421,56128,56430,56128,56423,56128,56447],[55356,57332,8203,56128,56423,8203,56128,56418,8203,56128,56421,8203,56128,56430,8203,56128,56423,8203,56128,56447]),!b);case"emoji":return b=d([55357,56692,8205,9792,65039],[55357,56692,8203,9792,65039]),!b}return!1}function f(a){var c=b.createElement("script");c.src=a,c.defer=c.type="text/javascript",b.getElementsByTagName("head")[0].appendChild(c)}var g,h,i,j,k=b.createElement("canvas"),l=k.getContext&&k.getContext("2d");for(j=Array("flag","emoji"),c.supports={everything:!0,everythingExceptFlag:!0},i=0;i<j.length;i++)c.supports[j[i]]=e(j[i]),c.supports.everything=c.supports.everything&&c.supports[j[i]],"flag"!==j[i]&&(c.supports.everythingExceptFlag=c.supports.everythingExceptFlag&&c.supports[j[i]]);c.supports.everythingExceptFlag=c.supports.everythingExceptFlag&&!c.supports.flag,c.DOMReady=!1,c.readyCallback=function(){c.DOMReady=!0},c.supports.everything||(h=function(){c.readyCallbac

k()},b.addEventListener?(b.addEventListener("DOMContentLoaded",h,!1),a.addEventListener ("load",h,!1)):(a.attachEvent("onload",h),b.attachEvent("onreadystatechange",function(){"com plete"===b.readyState&&c.readyCallback()})),g=c.source||{},g.concatemoji?f(g.concatemoji): g.wpemoji&&g.twemoji&&(f(g.twemoji),f(g.wpemoji)))}(window,document,window._wpemo jiSettings);

</script>

<style type="text/css">

img.wp-smiley,

img.emoji {

display: inline !important;

border: none !important;

box-shadow: none !important;

height: 1em !important;

width: 1em !important;

margin: 0 .07em !important;

vertical-align: -0.1em !important;

background: none !important;

padding: 0 !important;

}

</style>

<link rel='stylesheet' id='all-css-0-1' href='https://s0.wp.com/_static/??-eJx9kNsOwiAMhl9IRBc344XxWTg0GxsFsrJM317YMo2HcEPa8n/t3/I5MOVdBBc5TizYqTWO+ByUR0ZoLDy+sr0i2vH/mDUDEO8hBqEGtmQ/cml9+57jRy008dZ6KWyptfIjpDoGEbMCQRsBFjDJSthsdAsx4bTFLMK9iGBotkE57NIqxaXX60gZRiBi6UUzIYtd8lbkEpXdr2daDH5UVtRw56NJNL2C/HHD67GuTufmcqjq/gluLanb?cssminify=yes' type='text/css' media='all' />

<link rel='stylesheet' id='rebalance-fonts-css' href='https://fonts.googleapis.com/css?family=Rubik%3A400%2C500%2C700%2C900%2C400italic%2C700italic%7CLibre+Baskerville%3A700%2C900%2C400italic&#038;subset=latin%2Clatin-ext' type='text/css' media='all' />

<link rel='stylesheet' id='all-css-2-1' href='https://s2.wp.com/_static/??-eJyNj0EOwjAMBD+EsQqlnBBvSYMbAk4cNa4ifk8QFyqqws0j76xlLAmsRKWoqFcKlDFNPY7UGzbREg51CaZQljCHrc15g7/0rA/+M+qjfcehJCvhSwoTJJ6cjxmLvzjSjDTVrdw9AZuCSiGx0Vq8fHWhIIv1hsHXyBzWZEcCLNaolzgDGNj4cU2t37K4OjqsqQ98Sedwag67Y7dvm7a7PQGGjNpmh?cssminify=yes' type='text/css' media='all' />

<link rel='stylesheet' id='print-css-3-1' href='https://s2.wp.com/wp-content/mu-plugins/global-print/global-print.css?m=1465851035h&cssminify=yes' type='text/css' media='print' />

<link rel='stylesheet' id='all-css-4-1' href='https://s0.wp.com/_static/??-eJx9i0EKQjEMBS9kDdVfXIlnyS+1jaRJafLx+uJCRBRXbx7MwH2ErOJFHPoWBm+VxACzk8qK8037bLaD3/pQ83BlpAnWcJLU1/6rTDMhB9aqn+cr8lZ6MWgLVNYV+Slc+jmmQzrFtMTj7QHFFQEmu?cssminify=yes' type='text/css' media='all' />

<script type='text/javascript' src='https://s0.wp.com/_static/??-eJyFztEKwjAMBdAfsquTiXsRv6XWOFKXtDbphn69HeiDMBQCgdzDJXZOBtmP5QJiQ517gfx4rybIxv4ChnDITqEh5A/2kRVYF0vxjCOYIpDdUG+16BpXXIqiBCIVraTfLyFPCPNfFkCT8zeTQfC5tJ7o2Hb9Yde3+24bXjRNW9I='></script>

&lt;link rel="EditURI" type="application/rsd+xml" title="RSD" href="https://exposedfarhadazima.wordpress.com/xmlrpc.php?rsd" /&gt;

&lt;link rel="wlwmanifest" type="application/wlwmanifest+xml" href="https://s1.wp.com/wp-includes/wlwmanifest.xml" /&gt;

&lt;link rel='prev' title='Farhad Azima Information' href='https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-information/' /&gt;

&lt;link rel='next' title='Fraud between Farhad Azima and Jay&amp;nbsp;Solomon' href='https://exposedfarhadazima.wordpress.com/2016/08/31/fraud-between-farhad-azima-and-jay-solomon/' /&gt;

&lt;meta name="generator" content="WordPress.com" /&gt;

&lt;link rel="canonical" href="https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-scammer/" /&gt;

&lt;link rel="shortlink" href='https://wp.me/p7MWVq-4' /&gt;

&lt;link rel="alternate" type="application/json+oembed" href="https://public-api.wordpress.com/oembed/?format=json&amp;url=https%3A%2F%2Fexposedfarhadazima.wordpress.com%2F2016%2F08%2F08%2Ffarhad-azima-farhad-azima-scammer%2F&amp;for=wpcom-auto-discovery" /&gt;&lt;link rel="alternate" type="application/xml+oembed" href="https://public-api.wordpress.com/oembed/?format=xml&amp;url=https%3A%2F%2Fexposedfarhadazima.wordpress.com%2F2016%2F08%2F08%2Ffarhad-azima-farhad-azima-scammer%2F&amp;for=wpcom-auto-discovery" /&gt;

&lt;!-- Jetpack Open Graph Tags --&gt;

&lt;meta property="og:type" content="article" /&gt;

&lt;meta property="og:title" content="First blog about Farhad Azima Scam" /&gt;

&lt;meta property="og:url" content="https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-scammer/" /&gt;

&lt;meta property="og:description" content="This is my first post. Click the link to find Azima&amp;#8217;s involvement with some big personality's including his close associates like Ray Adams &amp; Dr. Khater Massaad.

Download

I have writte…" /&gt;

&lt;meta property="article:published_time" content="2016-08-08T11:01:04+00:00" /&gt;

&lt;meta property="article:modified_time" content="2017-01-27T20:28:46+00:00" /&gt;

&lt;meta property="og:site_name" content="Farhad Azima | Farhad Azima Scammer" /&gt;

&lt;meta property="og:image" content="https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg" /&gt;

```html
<meta property="og:image:width" content="960" />
<meta property="og:image:height" content="668" />
<meta property="og:locale" content="en_US" />
<meta name="twitter:site" content="@wordpressdotcom" />
<meta name="twitter:text:title" content="First blog about Farhad Azima Scam" />
<meta name="twitter:image" content="https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg?w=640" />
<meta name="twitter:card" content="summary_large_image" />
<meta property="fb:app_id" content="249643311490" />
<meta property="article:publisher" content="https://www.facebook.com/WordPresscom" />
<!-- End Jetpack Open Graph Tags -->
<link rel="shortcut icon" type="image/x-icon" href="https://s1.wp.com/i/favicon.ico" sizes="16x16 24x24 32x32 48x48" />
<link rel="icon" type="image/x-icon" href="https://s1.wp.com/i/favicon.ico" sizes="16x16 24x24 32x32 48x48" />
<link rel="apple-touch-icon-precomposed" href="https://s2.wp.com/i/webclip.png" />
<link rel="search" type="application/opensearchdescription+xml" href="https://exposedfarhadazima.wordpress.com/osd.xml" title="Farhad Azima &#124; Farhad Azima Scammer" />
<link rel="search" type="application/opensearchdescription+xml" href="https://s1.wp.com/opensearch.xml" title="WordPress.com" />
<meta name="theme-color" content="#ffffff" />
<meta name="application-name" content="Farhad Azima | Farhad Azima Scammer" /><meta name="msapplication-window" content="width=device-width;height=device-height" /><meta name="msapplication-tooltip" content="Farhad Azima CEO of Aviation Leasing Group- A big Panama Scammer exposed again" /><meta name="msapplication-task" content="name=Subscribe;action-uri=https://exposedfarhadazima.wordpress.com/feed/;icon-uri=https://s1.wp.com/i/favicon.ico" /><meta name="msapplication-task" content="name=Sign up for a free blog;action-uri=http://wordpress.com/signup/;icon-uri=https://s1.wp.com/i/favicon.ico" /><meta name="msapplication-task" content="name=WordPress.com Support;action-uri=http://support.wordpress.com/;icon-uri=https://s1.wp.com/i/favicon.ico" /><meta name="msapplication-task" content="name=WordPress.com Forums;action-uri=http://forums.wordpress.com/;icon-uri=https://s1.wp.com/i/favicon.ico" /><meta name="description" content="This is my first post. Click the link to find Azima&#039;s involvement with some big personality's including his close associates like Ray Adams &amp; Dr. Khater Massaad. Download I have written this post to tell readers how this Iranian Born Charter,&quot;Farhad Azima&quot;found in Panama Papers and other major scandals of USA." />
<script type="text/javascript">
function __ATA_CC() {var v = document.cookie.match('(^|;) ?personalized-ads-consent=([^;]*)(;|$)');return v ? 1 : 0;}
```

```
var __ATA_PP = { pt: 1, ht: 0, tn: 'rebalance', amp: false, siteid: 8982, consent: __ATA_CC() };
var __ATA = __ATA || {};
__ATA.cmd = __ATA.cmd || [];
__ATA.criteo = __ATA.criteo || {};
__ATA.criteo.cmd = __ATA.criteo.cmd || [];
</script>
<script type="text/javascript" src="//s.pubmine.com/head.js" async></script><link rel="ampht
ml" href="https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-
scammer/amp/"><style type="text/css" id="syntaxhighlighteranchor"></style>
<script type="text/javascript">
window.google_analytics_uacct = "UA-52447-2";
</script>
<script type="text/javascript">
var _gaq = _gaq || [];
_gaq.push(['_setAccount', 'UA-52447-2']);
_gaq.push(['_setDomainName', 'wordpress.com']);
_gaq.push(['_initData']);
_gaq.push(['_trackPageview']);

(function() {
var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async = true;
ga.src = ('https:' == document.location.protocol ? 'https://ssl' : 'http://www') + '.google-
analytics.com/ga.js';
(document.getElementsByTagName('head')[0] ||
document.getElementsByTagName('body')[0]).appendChild(ga);
})();
</script>
</head>
<body class="post-template-default single single-post postid-4 single-format-link wp-custom-
logo mp6 customizer-styles-applied highlander-enabled highlander-light">
<div id="page" class="site">
<a class="skip-link screen-reader-text" href="#content">Skip to content</a>
<header id="masthead" class="site-header" role="banner">
<div class="col-width header-wrap">
<div class="site-heading">
<div class="site-branding">
<a href="https://exposedfarhadazima.wordpress.com/" class="custom-logo-
link" rel="home" itemprop="url"><img width="80" height="80" src="https://exposedfarhadazi
ma.files.wordpress.com/2016/08/cropped-farhad-azima-fraud.jpg" class="custom-
```

logo" alt="Farhad Azima | Farhad Azima Scammer" itemprop="logo" data-attachment-id="32" data-permalink="https://exposedfarhadazima.wordpress.com/cropped-farhad-azima-fraud-jpg/" data-orig-file="https://exposedfarhadazima.files.wordpress.com/2016/08/cropped-farhad-azima-fraud.jpg" data-orig-size="80,80" data-comments-opened="1" data-image-meta="{&quot;aperture&quot;:&quot;0&quot;,&quot;credit&quot;:&quot;&quot;,&quot;camera&quot;:&quot;&quot;,&quot;caption&quot;:&quot;&quot;,&quot;created_timestamp&quot;:&quot;0&quot;,&quot;copyright&quot;:&quot;&quot;,&quot;focal_length&quot;:&quot;0&quot;,&quot;iso&quot;:&quot;0&quot;,&quot;shutter_speed&quot;:&quot;0&quot;,&quot;title&quot;:&quot;&quot;,&quot;orientation&quot;:&quot;0&quot;}" data-image-title="cropped-farhad-azima-fraud.jpg" data-image-description="&lt;p&gt;https://exposedfarhadazima.files.wordpress.com/2016/08/cropped-farhad-azima-fraud.jpg&lt;/p&gt;

" data-medium-file="https://exposedfarhadazima.files.wordpress.com/2016/08/cropped-farhad-azima-fraud.jpg?w=80" data-large-file="https://exposedfarhadazima.files.wordpress.com/2016/08/cropped-farhad-azima-fraud.jpg?w=80" /></a> <p class="site-title"><a href="https://exposedfarhadazima.wordpress.com/" rel="home">Farhad Azima | Farhad Azima Scammer</a></p>

</div><!-- .site-branding -->

<nav class="social-navigation" role="navigation">

<div class="social-menu-wrap"><ul id="menu-social-media" class="social-menu"><li id="menu-item-15" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-15"><a href="http://www.facebook.com"><span>Facebook</span></a></li>

<li id="menu-item-16" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-16"><a href="http://www.linkedin.com"><span>LinkedIn</span></a></li>

<li id="menu-item-17" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-17"><a href="http://www.twitter.com"><span>Twitter</span></a></li>

<li id="menu-item-18" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-18"><a href="http://www.instagram.com"><span>Instagram</span></a></li>

</ul></div> </nav><!-- #social-navigation -->

</div><!-- .site-heading -->

</div>

<div class="col-width sub-header-wrap">

<p class="site-description">Farhad Azima CEO of Aviation Leasing Group- A big Panama Scammer exposed again</p>

<nav id="site-navigation" class="main-navigation" role="navigation">

<button class="menu-toggle" aria-controls="header-menu" aria-expanded="false" data-close-text="Close">Menu</button>

<div class="menu-farhad-azima-usa-container"><ul id="header-menu" class="menu"><li id="menu-item-12" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-12"><a target="_blank" href="http://farhadazimascams.blogspot.nl/">Home</a></li>

```html
<li id="menu-item-13" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-13"><a target="_blank" href="https://exposedfarhadazima.wordpress.com/about/">About</a></li>
</ul></div> </nav><!-- #site-navigation -->

</div><!-- .col-width -->
</header><!-- #masthead -->

<div id="content" class="site-content clear">
<div class="col-width">

<div id="primary" class="content-area">
<main id="main" class="site-main" role="main">

<article id="post-4" class="post-4 post type-post status-publish format-link has-post-thumbnail hentry category-farhad-azima category-farhad-azima-exposed category-farhad-azima-fraud category-farhad-azima-iranian-born-charter category-farhad-azima-kansas category-farhad-azima-scam category-farhad-azima-usa category-ray-adams tag-farhad-azima tag-farhad-azima-family tag-farhad-azima-fraud tag-farhad-azima-iranian-born-charter tag-farhad-azima-kansas tag-farhad-azima-scam tag-farhad-azima-usa tag-panama-papers tag-ray-adams post_format-post-format-link clear-fix fallback-thumbnail">

<header class="entry-header">
<h1 class="entry-title">First blog about Farhad Azima Scam</h1>
<div class="entry-meta">
<span class="author vcard"><a class="url fn n" href="https://exposedfarhadazima.wordpress.com/author/azamsyed123/">azamsyed123</a></span><span class="entry-tags-date"><a href="https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-scammer/" rel="bookmark"><time class="entry-date published" datetime="2016-08-08T11:01:04+00:00">August 8, 2016</time><time class="updated" datetime="2017-01-28T00:28:46+00:00">January 28, 2017</time></a></span><span class="entry-categories"><a href="https://exposedfarhadazima.wordpress.com/category/farhad-azima/" rel="tag">farhad azima</a>, <a href="https://exposedfarhadazima.wordpress.com/category/farhad-azima-exposed/" rel="tag">farhad azima exposed</a>, <a href="https://exposedfarhadazima.wordpress.com/category/farhad-azima-fraud/" rel="tag">farhad azima fraud</a>, <a href="https://exposedfarhadazima.wordpress.com/category/farhad-azima-iranian-born-charter/" rel="tag">farhad azima Iranian Born charter</a>, <a href="https://exposedfarhadazima.wordpress.com/category/farhad-azima-kansas/" rel="tag">farhad azima kansas</a>, <a href="https://exposedfarhadazima.wordpress.com/category/farhad-azima-fraud/farhad-azima-scam/" rel="tag">farhad azima scam</a>, <a href="https://exposedfarhadazima.wordpress.com/category/farhad-azima-usa/" rel="tag">farhad azima
```

usa</a>, <a href="https://exposedfarhadazima.wordpress.com/category/ray-adams/" rel="tag">Ray Adams</a></span> </div><!-- .entry-meta -->

<nav class="navigation post-navigation" role="navigation">

<h2 class="screen-reader-text">Post navigation</h2>

<div class="nav-links"><div class="nav-previous"><a href="https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-information/" rel="prev"><span class="meta-nav" aria-hidden="true">Previous</span></a></div><div class="nav-next"><a href="https://exposedfarhadazima.wordpress.com/2016/08/31/fraud-between-farhad-azima-and-jay-solomon/" rel="next"><span class="meta-nav" aria-hidden="true">Next</span></a></div></div>

</nav> </header><!-- .entry-header -->

<div class="post-hero-image clear-fix">

<figure class="entry-image">

<img width="960" height="668" src="https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg" class="attachment-full size-full wp-post-image" alt="farhad-azima-fraud" srcset="https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg 960w, https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg?w=150&amp;h=104 150w, https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg?w=300&amp;h=209 300w, https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg?w=768&amp;h=534 768w" sizes="(max-width: 960px) 100vw, 960px" data-attachment-id="25" data-permalink="https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-scammer/farhad-azima-fraud/" data-orig-file="https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg" data-orig-size="960,668" data-comments-opened="1" data-image-meta="{&quot;aperture&quot;:&quot;0&quot;,&quot;credit&quot;:&quot;&quot;,&quot;camera&quot;:&quot;&quot;,&quot;caption&quot;:&quot;&quot;,&quot;created_timestamp&quot;:&quot;0&quot;,&quot;copyright&quot;:&quot;&quot;,&quot;focal_length&quot;:&quot;0&quot;,&quot;iso&quot;:&quot;0&quot;,&quot;shutter_speed&quot;:&quot;0&quot;,&quot;title&quot;:&quot;&quot;,&quot;orientation&quot;:&quot;1&quot;}" data-image-title="farhad-azima-fraud" data-image-description="&lt;p&gt;farhad-azima-fraud&lt;/p&gt;

" data-medium-file="https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg?w=300" data-large-file="https://exposedfarhadazima.files.wordpress.com/2016/08/farhad-azima-fraud.jpg?w=960" /> </figure>

</div><!-- .post-hero-image -->

<div class="entry-content">

<p>This is my  first post. Click the link to find Azima&#8217;s involvement with some big personality's including his close associates like Ray Adams &amp; Dr. Khater Massaad.</p>

```
<p><strong><a href="https://we.tl/G2v9igEB4i" target="_blank">Download</a></strong></p
>
<p>I have written this post to tell readers how this Iranian Born
Charter,<strong>&#8220;Farhad Azima&#8221;</strong>found in<strong> </strong>Panama
Papers and other major scandals of USA.</p>
<div id="atatags-370373-5b48b84574466">
<script type="text/javascript">
__ATA.cmd.push(function() {
__ATA.initVideoSlot('atatags-370373-5b48b84574466', {
sectionId: '370373',
format: 'inread'
});
});
</script>
</div> <div class="wpcnt">
<div class="wpa wpmrec">
<span class="wpa-about">Advertisements</span>
<div class="u"> <div style="padding-
bottom:15px;width:300px;height:250px;float:left;margin-right:5px;margin-top:0px">
<div id="atatags-26942-5b48b84574492">
<script type="text/javascript">
__ATA.cmd.push(function() {
__ATA.initSlot('atatags-26942-5b48b84574492', {
collapseEmpty: 'before',
sectionId: '26942',
width: 300,
height: 250
});
});
</script>
</div></div> <div style="padding-bottom:15px;width:300px;height:250px;float:left;margin-
top:0px">
<div id="atatags-114160-5b48b84574494">
<script type="text/javascript">
__ATA.cmd.push(function() {
__ATA.initSlot('atatags-114160-5b48b84574494', {
collapseEmpty: 'before',
sectionId: '114160',
width: 300,
```

height: 250

});

});

</script>

</div></div></div>

</div>

</div> </div><!-- .entry-content -->

<footer class="entry-footer">

<div class="entry-meta">

<span class="entry-tags"><a href="https://exposedfarhadazima.wordpress.com/tag/farhad-azima/" rel="tag">farhad
azima</a>, <a href="https://exposedfarhadazima.wordpress.com/tag/farhad-azima-family/" rel="tag">farhad azima
family</a>, <a href="https://exposedfarhadazima.wordpress.com/tag/farhad-azima-fraud/" rel="tag">farhad azima
fraud</a>, <a href="https://exposedfarhadazima.wordpress.com/tag/farhad-azima-iranian-born-charter/" rel="tag">farhad azima Iranian Born
charter</a>, <a href="https://exposedfarhadazima.wordpress.com/tag/farhad-azima-kansas/" rel="tag">farhad azima
kansas</a>, <a href="https://exposedfarhadazima.wordpress.com/tag/farhad-azima-scam/" rel="tag">farhad azima
scam</a>, <a href="https://exposedfarhadazima.wordpress.com/tag/farhad-azima-usa/" rel="tag">farhad azima
usa</a>, <a href="https://exposedfarhadazima.wordpress.com/tag/panama-papers/" rel="tag">panama
papers</a>, <a href="https://exposedfarhadazima.wordpress.com/tag/ray-adams/" rel="tag">Ray Adams</a></span> </div>

</footer><!-- .entry-footer -->

</article><!-- #post-## -->

<nav class="navigation post-navigation" role="navigation">

<h2 class="screen-reader-text">Post navigation</h2>

<div class="nav-links"><div class="nav-previous"><a href="https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-information/" rel="prev"><span class="meta-nav" aria-hidden="true">Previous</span> <span class="meta-nav-title">Farhad Azima
Information</span></a></div><div class="nav-next"><a href="https://exposedfarhadazima.wordpress.com/2016/08/31/fraud-between-farhad-azima-and-jay-solomon/" rel="next"><span class="meta-nav" aria-hidden="true">Next</span> <span class="meta-nav-title">Fraud between Farhad Azima and
Jay Solomon</span> </a></div></div>

</nav> <div class="entry-author author-avatar-show">

<div class="author-avatar">

&lt;img alt=" src='https://0.gravatar.com/avatar/328f4da4b5843ababe0d23df0cef364e?s=111&#038;d=identicon&#038;r=G' class='avatar avatar-111' height='111' width='111' /> </div><!-- .author-avatar -->

&lt;div class="author-heading">

&lt;h2 class="author-title">Published by <span class="author-name">azamsyed123</span></h2>

&lt;/div><!-- .author-heading -->

&lt;p class="author-bio">

Post information about farhad azima <a class="author-link" href="https://exposedfarhadazima.wordpress.com/author/azamsyed123/" rel="author">
View all posts by azamsyed123 </a>

&lt;/p><!-- .author-bio -->

&lt;/div><!-- .entry-auhtor -->

&lt;/main><!-- #main -->

&lt;/div><!-- #primary -->

&lt;div id="secondary" class="widget-area" role="complementary">

&lt;aside id="search-1" class="widget widget_search"><h2 class="widget-title">farhad azima</h2><form role="search" method="get" class="search-form" action="https://exposedfarhadazima.wordpress.com/">

&lt;label>

&lt;span class="screen-reader-text">Search for:</span>

&lt;input type="search" class="search-field" placeholder="Search &hellip;" value="" name="s" />

&lt;/label>

&lt;input type="submit" class="search-submit" value="Search" />

&lt;/form></aside><aside id="text-1" class="widget widget_text"><h2 class="widget-title">farhad azima fraud</h2> <div class="textwidget"><p>farhad azima fraud, farhad azima Iranian Born charter, farhad azima kansas, farhad azima scam, farhad azima usa, Ray Adams</p>

&lt;/div>

&lt;/aside><aside id="text-3" class="widget widget_text"> <div class="textwidget"><div id="statcounter_image" style="display:inline;"><a title="web stats" href="http://statcounter.com/" class="statcounter"><img src="//c.statcounter.com/11312564/0/e487c8e9/0/" alt="web stats" style="border:none;" /></a></div></div>

&lt;/aside><aside id="text-5" class="widget widget_text"> <div class="textwidget"><div id="statcounter_image" style="display:inline;"><a title="web analytics" href="http://statcounter.com/" class="statcounter"><img src="//c.statcounter.com/11318933/0/4a3bbc8d/0/" alt="web

```
analytics" style="border:none;" /></a></div></div>
</aside></div><!-- #secondary -->
<footer id="colophon" class="site-footer" role="contentinfo">
<div class="site-info">
<a href="https://wordpress.com/?ref=footer_custom_com">WordPress.com</a>.
<br>
</div><!-- .site-info -->
</footer><!-- #colophon -->
</div><!-- .col-width -->
</div><!-- #content -->
</div><!-- #page -->
<!-- -->
<script type='text/javascript' src='//0.gravatar.com/js/gprofiles.js?ver=201828y'></script>
<script type='text/javascript'>
/* <![CDATA[ */
var WPGroHo = {"my_hash":""};
/* ]]> */
</script>
<script type='text/javascript' src='https://s1.wp.com/wp-content/mu-plugins/gravatar-
hovercards/wpgroho.js?m=1380573781h'></script>
<script>
//initialize and attach hovercards to all gravatars
jQuery( document ).ready( function( $ ) {
if (typeof Gravatar === "undefined"){
return;
}
if ( typeof Gravatar.init !== "function" ) {
return;
}
Gravatar.profile_cb = function( hash, id ) {
WPGroHo.syncProfileData( hash, id );
};
Gravatar.my_hash = WPGroHo.my_hash;
Gravatar.init( 'body', '#wp-admin-bar-my-account' );
});
</script>
<div style="display:none">
```

```
<div class="grofile-hash-map-328f4da4b5843ababe0d23df0cef364e">
</div>
</div>
<div class="widget widget_eu_cookie_law_widget"><div
class="hide-on-button ads-active"
data-hide-timeout="30"
data-consent-expiration="180"
id="eu-cookie-law"
>
<form method="post">
<input type="submit" value="Close and accept" class="accept" />

Privacy &amp; Cookies: This site uses cookies. By continuing to use this website, you agree to
their use. <br />
To find out more, including how to control cookies, see here:
<a href="https://automattic.com/cookies" >
Cookie Policy </a>
</form>
</div>
</div><script type='text/javascript'>
/* <![CDATA[ */
var comment_like_text = {"loading":"Loading..."};
/* ]]> */
</script>
<script type='text/javascript'>
/* <![CDATA[ */
var rebalanceScreenReaderText = {"expand":"expand child menu","collapse":"collapse child
menu"};
/* ]]> */
</script>
<script type='text/javascript'>
/* <![CDATA[ */
var Rebalance = {"is_rtl":"0"};
/* ]]> */
</script>
<script type='text/javascript'>
/* <![CDATA[ */
var actionbardata = {"siteID":"115100608","siteName":"Farhad Azima | Farhad Azima
Scammer","siteURL":"http:\/\/exposedfarhadazima.wordpress.com","icon":"<img alt="
src='https:\/\/s2.wp.com\/i\/logo\/wpcom-gray-white.png' class='avatar avatar-50' height='50'
```

width='50'
\\/>","canManageOptions":"","canCustomizeSite":"","isFollowing":"","themeSlug":"pub\\/rebala
nce","signupURL":"https:\\/\\/wordpress.com\\/start\\/","loginURL":"https:\\/\\/exposedfarhadazima
.wordpress.com\\/wp-
login.php?redirect_to=https%3A%2F%2Fexposedfarhadazima.wordpress.com%2F2016%2F08
%2F08%2Ffarhad-azima-farhad-azima-
scammer%2F","themeURL":"https:\\/\\/wordpress.com\\/theme\\/rebalance\\/","xhrURL":"https:\\/\\/
exposedfarhadazima.wordpress.com\\/wp-admin\\/admin-
ajax.php","nonce":"a23d19b4e1","isSingular":"1","isFolded":"","isLoggedIn":"","isMobile":"",
"subscribeNonce":"<input type=\\"hidden\\" id=\\"_wpnonce\\" name=\\"_wpnonce\\"
value=\\"1cd2751ac6\\"
\\/>","referer":"https:\\/\\/exposedfarhadazima.wordpress.com\\/2016\\/08\\/08\\/farhad-azima-
farhad-azima-
scammer\\/","canFollow":"1","feedID":"51910839","statusMessage":"","customizeLink":"https:
\\/\\/exposedfarhadazima.wordpress.com\\/wp-
admin\\/customize.php?url=https%3A%2F%2Fexposedfarhadazima.wordpress.com%2F2016
%2F08%2F08%2Ffarhad-azima-farhad-azima-
scammer%2F","postID":"4","shortlink":"https:\\/\\/wp.me\\/p7MWVq-
4","canEditPost":"","editLink":"https:\\/\\/wordpress.com\\/post\\/exposedfarhadazima.wordpress.
com\\/4","statsLink":"https:\\/\\/wordpress.com\\/stats\\/post\\/4\\/exposedfarhadazima.wordpress.co
m","i18n":{"view":"View
site","follow":"Follow","following":"Following","edit":"Edit","login":"Log in","signup":"Sign
up","customize":"Customize","report":"Report this content","themeInfo":"Get theme:
Rebalance","shortlink":"Copy shortlink","copied":"Copied","followedText":"New posts from
this site will now appear in your <a
href=\\"https:\\/\\/wordpress.com\\/\\">Reader<\\/a>","foldBar":"Collapse this
bar","unfoldBar":"Expand this bar","editSubs":"Manage subscriptions","viewReader":"View
site in Reader","viewReadPost":"View post in Reader","subscribe":"Sign me
up","enterEmail":"Enter your email address","followers":"","alreadyUser":"Already have a
WordPress.com account? <a href=\\"https:\\/\\/exposedfarhadazima.wordpress.com\\/wp-
login.php?redirect_to=https%3A%2F%2Fexposedfarhadazima.wordpress.com%2F2016%2F08
%2F08%2Ffarhad-azima-farhad-azima-scammer%2F\\">Log in now.<\\/a>","stats":"Stats"}};
/* ]]> */
</script>

<script type='text/javascript' src='https://s1.wp.com/_static/??-
eJyVketOwzAMhV+ILDBpXH4gnsVNvM5tbsROC29PooqpDFS2f9bx+RyfWM9JmRgEg+iB
tcWJDKaP3cB3etXyRSVXegqsHY3I+r1gwRME6zBvmE30vkpqgYZGd5pnSngL9EO4BOW
EvtpS6XTGDhwEgwvkig+OWK4lAkzUg1AM3wQF44pdliAPPbKLYNHuPP3p8cAx5M91+
79H2WRKcnUqHinVfwijOkZTWB1p61Yz2R6FNZbajSOhcjBrQZ8cCF7oG3PA1kSqg9wSC
uZaqThhztSCn7UbJ0gGM/5KvoZMO0aDzlV1v/nXh8P+6X5/eHl+HL4AKAcH+g==></scrip
t>

<script type="text/javascript">
// <![CDATA[
(function() {
try{

```
if ( window.external &&'msIsSiteMode' in window.external) {
if (window.external.msIsSiteMode()) {
var jl = document.createElement('script');
jl.type='text/javascript';
jl.async=true;
jl.src='/wp-content/plugins/ie-sitemode/custom-jumplist.php';
var s = document.getElementsByTagName('script')[0];
s.parentNode.insertBefore(jl, s);
}
}
}catch(e){ }
})();
// ]]>
</script> <script type="text/javascript">
var skimlinks_pub_id = "725X584219"
var skimlinks_sitename = "exposedfarhadazima.wordpress.com";
</script>
<script type="text/javascript" defer src="https://s.skimresources.com/js/725X1342.skimlinks.js
"></script><script src="//stats.wp.com/w.js?56" type="text/javascript" async defer></script>
<script type="text/javascript">
_tkq = window._tkq || [];
_stq = window._stq || [];
_tkq.push(['storeContext',
{'blog_id':'115010608','blog_tz':'4','user_lang':'en','blog_lang':'en','user_id':'0'}]);
_stq.push(['view',
{'blog':'115010608','v':'wpcom','tz':'4','user_id':'0','post':'4','subd':'exposedfarhadazima'}]);
_stq.push(['extra',
{'crypt':'UE5XaGUuOTlwaD85flAmcm1mcmZsaDhkV11YdWFnNncxc1tjZG9XVXhRREQ/
V0xPZ1hKXy9rfFJyblF1SC1SYmJaMDZ4Z2lYRXZPfmpTJj90VERSLGdpbWRjelVMUG1t
aHdWSWEsfGJlNTI2MkQxZjFWMDBmTDhTOXl+PWhSRz1sUiVsMW1NM2MzZzJuaDV
6dzBzWnU2QWx6RzdRWG9CVyV1S1t4S1s4VVU0Y1FVSXhQV0FtVm44aWcyVEhQWk
Vzb3JDdkJHL2xWKyYuV0lDdG1GcE4rUz9yYSxETD09dTRtPTd+NH42RSZUV2I/Ri96V
m5UU00lWHdvfHBFSC1ScXMsOFJ8LStQWFhQ'}]);
_stq.push([ 'clickTrackerInit', '115010608', '4' ]);
</script>
<noscript><img src="https://pixel.wp.com/b.gif?v=noscript"
style="height:0px;width:0px;overflow:hidden" alt="" /></noscript>
<script>
if ( 'object' === typeof wpcom_mobile_user_agent_info ) {

wpcom_mobile_user_agent_info.init();
```

```
var mobileStatsQueryString = "";

if( false !== wpcom_mobile_user_agent_info.matchedPlatformName )
mobileStatsQueryString += "&x_" + 'mobile_platforms' + '=' +
wpcom_mobile_user_agent_info.matchedPlatformName;

if( false !== wpcom_mobile_user_agent_info.matchedUserAgentName )
mobileStatsQueryString += "&x_" + 'mobile_devices' + '=' +
wpcom_mobile_user_agent_info.matchedUserAgentName;

if( wpcom_mobile_user_agent_info.isIPad() )
mobileStatsQueryString += "&x_" + 'ipad_views' + '=' + 'views';

if( "" != mobileStatsQueryString ) {
new Image().src = document.location.protocol + '//pixel.wp.com/g.gif?v=wpcom-no-pv' +
mobileStatsQueryString + '&baba=' + Math.random();
}
}
</script>
</body>
</html>
```

# Attachment 11



Page Info - https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azi... — □ ×

**General** | **Media** | **Feeds** | **Permissions** | **Security**

| | |
|---|---|
| Title: | First blog about Farhad Azima Scam – Farhad Azima \| Farhad Azima Scammer |
| Address: | https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-scam |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 10.13 KB (10,375 bytes) |
| Modified: | Friday, July 13, 2018, 10:54:17 AM |

**Meta (29 tags)**

| Name | Content |
|---|---|
| viewport | width=device-width, initial-scale=1 |
| generator | WordPress.com |
| og:type | article |
| og:title | First blog about Farhad Azima Scam |
| og:url | https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farh... |
| og:description | This is my first post. Click the link to find Azima's involvement with some bi... |
| article:published_time | 2016-08-08T11:01:04+00:00 |
| article:modified_time | 2017-01-27T20:28:46+00:00 |
| og:site_name | Farhad Azima \| Farhad Azima Scammer |

Help

# Attachment 12



https://wetransfer.com/downloads/e5cc80815dd9b6720eb3ee131a0e3bc120170127172710/3b327c

# Attachment 13

| TRADE SECRET # | TRADE SECRET AS IDENTIFIED BY PLAINTIFF | TRADE SECRET LOCATED IN WETRANSFER DATA DOWNLOADED IN 2018 | TRADE SECRET LOCATED IN DATA PRODUCED BY DEFENDANTS | TRADE SECRET LOCATED IN DATA PRODUCED BY THE FBI |
|---|---|---|---|---|
| 1 | Bates Range of Trade Secret: FA_MDNC_01011626 to FA_MDNC_01011627<br><br>Excel: **FA_MDNC_01011626 to FA_MDNC_01011626**<br><br><br>Attachment: FA_MDNC_01011627 to FA_MDNC_01011627 | FA_MDNC_01246543*<br>FA_MDNC_01246550*<br>FA_MDNC_01628377<br>FA_MDNC_01628381<br>FA_MDNC_01630353<br>FA_MDNC_01630564<br>FA_MDNC_01631037 | DEFS(MDNC20cv954)_0142980*<br>DEFS(MDNC20cv954)_0142987* | REV02088262*<br>REV02088264*<br>FA_MDNC_ZUKAS_00660057<br>FA_MDNC_ZUKAS_00660061<br>FA_MDNC_ZUKAS_00662033<br>FA_MDNC_ZUKAS_00662244<br>FA_MDNC_ZUKAS_00662717 |
| 2 | Bates Range of Trade Secret: FA_MDNC_01011628 to FA_MDNC_01011629<br><br>Excel: **FA_MDNC_01011628 to FA_MDNC_01011628**<br>Attachment: FA_MDNC_01011629 to FA_MDNC_01011629 | FA_MDNC_01246543*<br>FA_MDNC_01246550*<br>FA_MDNC_01620398 | DEFS(MDNC20cv954)_0142980*<br>DEFS(MDNC20cv954)_0142987*<br>DEFS(MDNC20cv954)_0521880 | REV02088262*<br>REV02088264*<br>FA_MDNC_ZUKAS_00652078 |
| 3 | Bates Range of Trade Secret: FA_MDNC_01011630 to FA_MDNC_01011630 | FA_MDNC_01947829<br>FA_MDNC_01955571 | DEFS(MDNC20cv954)_0021310<br>DEFS(MDNC20cv954)_0030381 | FA_MDNC_ZUKAS_00005944<br>FA_MDNC_ZUKAS_00013683 |
| 4 | Bates Range of Trade Secret: **FA_MDNC_01011631 to FA_MDNC_01011635** | | | |
| 5 | Withdrawn | | | |
| 6 | Bates Range of Trade Secret: FA_MDNC_01011647 to FA_MDNC_01011652<br>Cover Email: FA_MDNC_01011647 to FA_MDNC_01011647<br><br>Attachment: **FA_MDNC_01011648 to FA_MDNC_01011652** | FA_MDNC_01207944<br>FA_MDNC_01310098<br>FA_MDNC_01310987 | DEFS(MDNC20cv954)_0065456<br>DEFS(MDNC20cv954)_0232004<br>DEFS(MDNC20cv954)_0232988 | FA_MDNC_ZUKAS_00042997<br>FA_MDNC_ZUKAS_00145111<br>FA_MDNC_ZUKAS_00146000 |
| 7 | Bates Range of Trade Secret:  FA_MDNC_01011680 to FA_MDNC_01011759<br>Cover Email: FA_MDNC_01011680 to FA_MDNC_01011680<br>Attachment: **FA_MDNC_01011681 to FA_MDNC_01011682**<br>Attachment: **FA_MDNC_01011683 to FA_MDNC_01011683**<br>Attachment: **FA_MDNC_01011684 to FA_MDNC_01011684**<br>Attachment: **FA_MDNC_01011685 to FA_MDNC_01011691**<br>Attachment: **FA_MDNC_01011692 to FA_MDNC_01011698**<br>Attachment: **FA_MDNC_01011699 to FA_MDNC_01011737**<br>Attachment: **FA_MDNC_01011738 to FA_MDNC_01011745**<br>Attachment: **FA_MDNC_01011746 to FA_MDNC_01011751**<br>Attachment: **FA_MDNC_01011752 to FA_MDNC_01011759** | FA_MDNC_01380898<br>FA_MDNC_01380899<br>FA_MDNC_01380902<br>FA_MDNC_01380904<br>FA_MDNC_01380906<br>FA_MDNC_01380914<br>FA_MDNC_01380922<br>FA_MDNC_01380962<br>FA_MDNC_01380971<br>FA_MDNC_01380978 | DEFS(MDNC20cv954)_0288370<br>DEFS(MDNC20cv954)_0288371<br>DEFS(MDNC20cv954)_0288374<br>DEFS(MDNC20cv954)_0288376<br>DEFS(MDNC20cv954)_0288378<br>DEFS(MDNC20cv954)_0288386<br>DEFS(MDNC20cv954)_0288394<br>DEFS(MDNC20cv954)_0288434<br>DEFS(MDNC20cv954)_0288443<br>DEFS(MDNC20cv954)_0288450 | FA_MDNC_ZUKAS_00281457<br>FA_MDNC_ZUKAS_00281458<br>FA_MDNC_ZUKAS_00281461<br>FA_MDNC_ZUKAS_00281463<br>FA_MDNC_ZUKAS_00281465<br>FA_MDNC_ZUKAS_00281473<br>FA_MDNC_ZUKAS_00281481<br>FA_MDNC_ZUKAS_00281521<br>FA_MDNC_ZUKAS_00281530<br>FA_MDNC_ZUKAS_00281537 |

| TRADE SECRET # | TRADE SECRET AS IDENTIFIED BY PLAINTIFF | TRADE SECRET LOCATED IN WETRANSFER DATA DOWNLOADED IN 2018 | TRADE SECRET LOCATED IN DATA PRODUCED BY DEFENDANTS | TRADE SECRET LOCATED IN DATA PRODUCED BY THE FBI |
|---|---|---|---|---|
| 8 | Bates Range of Trade Secret: FA_MDNC_01011760 to FA_MDNC_01011798 | | | |
| | Cover Email: FA_MDNC_01011760 to FA_MDNC_01011762 | FA_MDNC_01384445 | DEFS(MDNC20cv954)_0292318 | FA_MDNC_ZUKAS_00285004 |
| | | FA_MDNC_01384540 | | FA_MDNC_ZUKAS_00285099 |
| | | FA_MDNC_01229332 | DEFS(MDNC20cv954)_0120664 | FA_MDNC_ZUKAS_00064384 |
| | Attachment: **FA_MDNC_01011763 to FA_MDNC_01011763** | FA_MDNC_01384448 | DEFS(MDNC20cv954)_0292321 | FA_MDNC_ZUKAS_00285007 |
| | | FA_MDNC_01384543 | DEFS(MDNC20cv954)_0292417 | FA_MDNC_ZUKAS_00285102 |
| | | FA_MDNC_01385994 | DEFS(MDNC20cv954)_0294357 | FA_MDNC_ZUKAS_00286553 |
| | | FA_MDNC_01229331 | DEFS(MDNC20cv954)_0120663 | FA_MDNC_ZUKAS_00064383 |
| | Attachment: **FA_MDNC_01011764 to FA_MDNC_01011764** | FA_MDNC_01384449 | DEFS(MDNC20cv954)_0292322 | FA_MDNC_ZUKAS_00285008 |
| | | FA_MDNC_01384544 | DEFS(MDNC20cv954)_0292418 | FA_MDNC_ZUKAS_00285103 |
| | | FA_MDNC_01385993 | DEFS(MDNC20cv954)_0294356 | FA_MDNC_ZUKAS_00286552 |
| | | FA_MDNC_01229328 | DEFS(MDNC20cv954)_0120660 | FA_MDNC_ZUKAS_00064380 |
| | Attachment: **FA_MDNC_01011765 to FA_MDNC_01011766** | FA_MDNC_01384450 | DEFS(MDNC20cv954)_0292323 | FA_MDNC_ZUKAS_00285009 |
| | | FA_MDNC_01384545 | DEFS(MDNC20cv954)_0292419 | FA_MDNC_ZUKAS_00285104 |
| | | FA_MDNC_01385991 | DEFS(MDNC20cv954)_0294354 | FA_MDNC_ZUKAS_00286550 |
| | | FA_MDNC_01384452 | DEFS(MDNC20cv954)_0292325 | FA_MDNC_ZUKAS_00285011 |
| | Attachment: **FA_MDNC_01011767 to FA_MDNC_01011773** | FA_MDNC_01384505 | DEFS(MDNC20cv954)_0292378 | FA_MDNC_ZUKAS_00285064 |
| | | FA_MDNC_01384547 | DEFS(MDNC20cv954)_0292421 | FA_MDNC_ZUKAS_00285106 |
| | | FA_MDNC_01385983 | DEFS(MDNC20cv954)_0294346 | FA_MDNC_ZUKAS_00286542 |
| | | FA_MDNC_01384459 | DEFS(MDNC20cv954)_0292332 | FA_MDNC_ZUKAS_00285018 |
| | Attachment: **FA_MDNC_01011774 to FA_MDNC_01011774** | FA_MDNC_01384504 | DEFS(MDNC20cv954)_0292377 | FA_MDNC_ZUKAS_00285063 |
| | | FA_MDNC_01384554 | DEFS(MDNC20cv954)_0292428 | FA_MDNC_ZUKAS_00285113 |
| | | FA_MDNC_01229327 | DEFS(MDNC20cv954)_0120659 | FA_MDNC_ZUKAS_00064379 |
| | | FA_MDNC_01382267 | DEFS(MDNC20cv954)_0289825 | FA_MDNC_ZUKAS_00282826 |
| | Attachment: FA_MDNC_01011775 to FA_MDNC_01011775 | FA_MDNC_01384460 | DEFS(MDNC20cv954)_0292333 | FA_MDNC_ZUKAS_00285019 |
| | | FA_MDNC_01384555 | DEFS(MDNC20cv954)_0292429 | FA_MDNC_ZUKAS_00285114 |
| | | FA_MDNC_01385990 | DEFS(MDNC20cv954)_0294353 | FA_MDNC_ZUKAS_00286549 |
| | Attachment: FA_MDNC_01011776 to FA_MDNC_01011776 | FA_MDNC_01384461 | DEFS(MDNC20cv954)_0292334 | FA_MDNC_ZUKAS_00285020 |
| | | FA_MDNC_01384462 | DEFS(MDNC20cv954)_0292335 | FA_MDNC_ZUKAS_00285021 |
| | Attachment: FA_MDNC_01011777 to FA_MDNC_01011777 | FA_MDNC_01384557 | DEFS(MDNC20cv954)_0292431 | FA_MDNC_ZUKAS_00285116 |
| | | FA_MDNC_01385995 | DEFS(MDNC20cv954)_0294358 | FA_MDNC_ZUKAS_00286554 |
| | Attachment: FA_MDNC_01011778 to FA_MDNC_01011778 | FA_MDNC_01384463 | DEFS(MDNC20cv954)_0292336 | FA_MDNC_ZUKAS_00285022 |
| | | FA_MDNC_01384558 | DEFS(MDNC20cv954)_0292432 | FA_MDNC_ZUKAS_00285117 |
| | Attachment: FA_MDNC_01011779 to FA_MDNC_01011779 | FA_MDNC_01384464 | DEFS(MDNC20cv954)_0292337 | FA_MDNC_ZUKAS_00285023 |
| | | FA_MDNC_01384559 | DEFS(MDNC20cv954)_0292433 | FA_MDNC_ZUKAS_00285118 |
| | | FA_MDNC_01385996 | DEFS(MDNC20cv954)_0294359 | FA_MDNC_ZUKAS_00286555 |
| | Attachment: FA_MDNC_01011780 to FA_MDNC_01011780 | FA_MDNC_01384465 | DEFS(MDNC20cv954)_0292338 | FA_MDNC_ZUKAS_00285024 |
| | | FA_MDNC_01384560 | DEFS(MDNC20cv954)_0292434 | FA_MDNC_ZUKAS_00285119 |
| | | FA_MDNC_01385997 | DEFS(MDNC20cv954)_0294360 | FA_MDNC_ZUKAS_00286556 |
| | Attachment: FA_MDNC_01011781 to FA_MDNC_01011781 | FA_MDNC_01384466 | DEFS(MDNC20cv954)_0292339 | FA_MDNC_ZUKAS_00285025 |
| | | FA_MDNC_01384561 | DEFS(MDNC20cv954)_0292435 | FA_MDNC_ZUKAS_00285120 |
| | Attachment: FA_MDNC_01011782 to FA_MDNC_01011782 | FA_MDNC_01384467 | DEFS(MDNC20cv954)_0292340 | FA_MDNC_ZUKAS_00285026 |
| | | FA_MDNC_01384562 | DEFS(MDNC20cv954)_0292436 | FA_MDNC_ZUKAS_00285121 |
| | | FA_MDNC_01385998 | DEFS(MDNC20cv954)_0294361 | FA_MDNC_ZUKAS_00286557 |
| | Attachment: FA_MDNC_01011783 to FA_MDNC_01011783 | FA_MDNC_01384468 | DEFS(MDNC20cv954)_0292341 | FA_MDNC_ZUKAS_00285027 |
| | | FA_MDNC_01384563 | DEFS(MDNC20cv954)_0292437 | FA_MDNC_ZUKAS_00285122 |
| | Attachment: FA_MDNC_01011784 to FA_MDNC_01011784 | FA_MDNC_01384469 | DEFS(MDNC20cv954)_0292342 | FA_MDNC_ZUKAS_00285028 |
| | | FA_MDNC_01384564 | DEFS(MDNC20cv954)_0292438 | FA_MDNC_ZUKAS_00285123 |
| | Attachment: FA_MDNC_01011785 to FA_MDNC_01011785 | FA_MDNC_01384470 | DEFS(MDNC20cv954)_0292343 | FA_MDNC_ZUKAS_00285029 |
| | | FA_MDNC_01384565 | DEFS(MDNC20cv954)_0292439 | FA_MDNC_ZUKAS_00285124 |
| | Attachment: FA_MDNC_01011786 to FA_MDNC_01011786 | FA_MDNC_01384471 | DEFS(MDNC20cv954)_0292344 | FA_MDNC_ZUKAS_00285030 |
| | | FA_MDNC_01384566 | DEFS(MDNC20cv954)_0292440 | FA_MDNC_ZUKAS_00285125 |
| | | FA_MDNC_01385999 | DEFS(MDNC20cv954)_0294362 | FA_MDNC_ZUKAS_00286558 |
| | Attachment: FA_MDNC_01011787 to FA_MDNC_01011787 | FA_MDNC_01384472 | DEFS(MDNC20cv954)_0292345 | FA_MDNC_ZUKAS_00285031 |
| | | FA_MDNC_01384567 | DEFS(MDNC20cv954)_0292441 | FA_MDNC_ZUKAS_00285126 |
| | Attachment: FA_MDNC_01011788 to FA_MDNC_01011788 | FA_MDNC_01384473 | DEFS(MDNC20cv954)_0292346 | FA_MDNC_ZUKAS_00285032 |
| | | FA_MDNC_01384568 | DEFS(MDNC20cv954)_0292442 | FA_MDNC_ZUKAS_00285127 |
| | Attachment: FA_MDNC_01011789 to FA_MDNC_01011789 | FA_MDNC_01384474 | DEFS(MDNC20cv954)_0292347 | FA_MDNC_ZUKAS_00285033 |
| | | FA_MDNC_01384569 | DEFS(MDNC20cv954)_0292443 | FA_MDNC_ZUKAS_00285128 |
| | Attachment: FA_MDNC_01011790 to FA_MDNC_01011790 | FA_MDNC_01384475 | DEFS(MDNC20cv954)_0292348 | FA_MDNC_ZUKAS_00285034 |
| | | FA_MDNC_01384570 | DEFS(MDNC20cv954)_0292444 | FA_MDNC_ZUKAS_00285129 |
| | Attachment: FA_MDNC_01011791 to FA_MDNC_01011791 | FA_MDNC_01384476 | DEFS(MDNC20cv954)_0292349 | FA_MDNC_ZUKAS_00285035 |
| | | FA_MDNC_01384571 | DEFS(MDNC20cv954)_0292445 | FA_MDNC_ZUKAS_00285130 |
| | Attachment: FA_MDNC_01011792 to FA_MDNC_01011792 | FA_MDNC_01384477 | DEFS(MDNC20cv954)_0292350 | FA_MDNC_ZUKAS_00285036 |
| | | FA_MDNC_01384572 | DEFS(MDNC20cv954)_0292446 | FA_MDNC_ZUKAS_00285131 |
| | | FA_MDNC_01386000 | DEFS(MDNC20cv954)_0294363 | FA_MDNC_ZUKAS_00286559 |
| | Attachment: FA_MDNC_01011793 to FA_MDNC_01011793 | FA_MDNC_01384478 | DEFS(MDNC20cv954)_0292351 | FA_MDNC_ZUKAS_00285037 |
| | | FA_MDNC_01384573 | DEFS(MDNC20cv954)_0292447 | FA_MDNC_ZUKAS_00285132 |
| | Attachment: FA_MDNC_01011794 to FA_MDNC_01011794 | FA_MDNC_01384479 | DEFS(MDNC20cv954)_0292352 | FA_MDNC_ZUKAS_00285038 |
| | | FA_MDNC_01384574 | DEFS(MDNC20cv954)_0292448 | FA_MDNC_ZUKAS_00285133 |
| | Attachment: FA_MDNC_01011795 to FA_MDNC_01011795 | FA_MDNC_01384480 | DEFS(MDNC20cv954)_0292353 | FA_MDNC_ZUKAS_00285039 |
| | | FA_MDNC_01384575 | DEFS(MDNC20cv954)_0292449 | FA_MDNC_ZUKAS_00285134 |
| | Attachment: FA_MDNC_01011796 to FA_MDNC_01011796 | FA_MDNC_01384481 | DEFS(MDNC20cv954)_0292354 | FA_MDNC_ZUKAS_00285040 |
| | | FA_MDNC_01384576 | DEFS(MDNC20cv954)_0292450 | FA_MDNC_ZUKAS_00285135 |
| | Attachment: FA_MDNC_01011797 to FA_MDNC_01011797 | FA_MDNC_01384482 | DEFS(MDNC20cv954)_0292355 | FA_MDNC_ZUKAS_00285041 |
| | | FA_MDNC_01384577 | DEFS(MDNC20cv954)_0292451 | FA_MDNC_ZUKAS_00285136 |
| | Attachment: FA_MDNC_01011798 to FA_MDNC_01011798 | FA_MDNC_01384483 | DEFS(MDNC20cv954)_0292356 | FA_MDNC_ZUKAS_00285042 |
| | | FA_MDNC_01384578 | DEFS(MDNC20cv954)_0292452 | FA_MDNC_ZUKAS_00285137 |

| TRADE SECRET # | TRADE SECRET AS IDENTIFIED BY PLAINTIFF | TRADE SECRET LOCATED IN WETRANSFER DATA DOWNLOADED IN 2018 | TRADE SECRET LOCATED IN DATA PRODUCED BY DEFENDANTS | TRADE SECRET LOCATED IN DATA PRODUCED BY THE FBI |
|---|---|---|---|---|
| 9 | Bates Range of Trade Secret: FA_MDNC_01011799 to FA_MDNC_01011815<br>Cover Email: FA_MDNC_01011799 to FA_MDNC_01011799<br><br>Attachment: **FA_MDNC_01011800 to FA_MDNC_01011815** | FA_MDNC_01413565<br>FA_MDNC_01413873<br>FA_MDNC_01417479<br>FA_MDNC_01666238 | DEFS(MDNC20cv954)_0326643<br>DEFS(MDNC20cv954)_0326294<br>DEFS(MDNC20cv954)_0326644<br>DEFS(MDNC20cv954)_0331635<br>DEFS(MDNC20cv954)_0575000 | FA_MDNC_ZUKAS_00314149<br>FA_MDNC_ZUKAS_00314457<br>FA_MDNC_ZUKAS_00318063<br>FA_MDNC_ZUKAS_00697927 |
| 10 | Bates Range of Trade Secret: FA_MDNC_01011816 to FA_MDNC_01011817<br>Cover Email: FA_MDNC_01011816 to FA_MDNC_01011816<br><br>Attachment: **FA_MDNC_01011817 to FA_MDNC_01011817** | FA_MDNC_01421341<br>FA_MDNC_01421342 | DEFS(MDNC20cv954)_0336224<br>DEFS(MDNC20cv954)_0336225 | FA_MDNC_ZUKAS_00321925<br>FA_MDNC_ZUKAS_00321926 |
| 11 | Bates Range of Trade Secret: FA_MDNC_01011818 to FA_MDNC_01011823<br>Cover Email: FA_MDNC_01011818 to FA_MDNC_01011819<br>Attachment: **FA_MDNC_01011820 to FA_MDNC_01011820**<br>Attachment: **FA_MDNC_01011821 to FA_MDNC_01011821**<br>Attachment: **FA_MDNC_01011822 to FA_MDNC_01011822**<br>Attachment: **FA_MDNC_01011823 to FA_MDNC_01011823** | FA_MDNC_01424599<br>FA_MDNC_01424601<br>FA_MDNC_01424602<br>FA_MDNC_01424603<br>FA_MDNC_01424604 | DEFS(MDNC20cv954)_0341640<br>DEFS(MDNC20cv954)_0341642<br>DEFS(MDNC20cv954)_0341643<br>DEFS(MDNC20cv954)_0341644<br>DEFS(MDNC20cv954)_0341645 | FA_MDNC_ZUKAS_00325183<br>FA_MDNC_ZUKAS_00325185<br>FA_MDNC_ZUKAS_00325186<br>FA_MDNC_ZUKAS_00325187<br>FA_MDNC_ZUKAS_00325188 |
| 12 | Bates Range of Trade Secret: FA_MDNC_01012043 to FA_MDNC_01012128<br>Cover Email: FA_MDNC_01012043 to FA_MDNC_01012043<br><br>Attachment: **FA_MDNC_01012044 to FA_MDNC_01012098**<br><br><br><br><br>Attachment: **FA_MDNC_01012099 to FA_MDNC_01012128** | FA_MDNC_01252035<br>FA_MDNC_01252036<br>FA_MDNC_01269482<br>FA_MDNC_01252000<br>FA_MDNC_01252091<br>FA_MDNC_01252123<br>FA_MDNC_01269537<br>FA_MDNC_01269794<br>FA_MDNC_01274187<br>FA_MDNC_01274235 | DEFS(MDNC20cv954)_0158804<br>DEFS(MDNC20cv954)_0158805<br>DEFS(MDNC20cv954)_0177556<br>DEFS(MDNC20cv954)_0158759<br>DEFS(MDNC20cv954)_0158871<br>DEFS(MDNC20cv954)_0158914<br>DEFS(MDNC20cv954)_0177622<br>DEFS(MDNC20cv954)_0177901<br>DEFS(MDNC20cv954)_0183535<br>DEFS(MDNC20cv954)_0183594 | FA_MDNC_ZUKAS_00087048<br>FA_MDNC_ZUKAS_00087049<br>FA_MDNC_ZUKAS_00104495<br>FA_MDNC_ZUKAS_00087013<br>FA_MDNC_ZUKAS_00087104<br>FA_MDNC_ZUKAS_00087136<br>FA_MDNC_ZUKAS_00104550<br>FA_MDNC_ZUKAS_00104807<br>FA_MDNC_ZUKAS_00109200<br>FA_MDNC_ZUKAS_00109248 |
| 13 | Bates Range of Trade Secret: FA_MDNC_01012129 to FA_MDNC_01012218<br>Cover Email: FA_MDNC_01012129 to FA_MDNC_01012129<br>Attachment: **FA_MDNC_01012130 to FA_MDNC_01012153**<br><br>Attachment: **FA_MDNC_01012154 to FA_MDNC_01012218** | FA_MDNC_01624978<br>FA_MDNC_01624979<br>FA_MDNC_01253885<br>FA_MDNC_01624644<br>FA_MDNC_01625003 | DEFS(MDNC20cv954)_0526640<br>DEFS(MDNC20cv954)_0526641<br>DEFS(MDNC20cv954)_0160974<br>DEFS(MDNC20cv954)_0526295<br>DEFS(MDNC20cv954)_0526665 | FA_MDNC_ZUKAS_00656658<br>FA_MDNC_ZUKAS_00656659<br>FA_MDNC_ZUKAS_00088898<br>FA_MDNC_ZUKAS_00656324<br>FA_MDNC_ZUKAS_00656683 |
| 14 | Bates Range of Trade Secret: FA_MDNC_01012219 to FA_MDNC_01012263<br>Cover Email: FA_MDNC_01012219 to FA_MDNC_01012219<br>Attachment: **FA_MDNC_01012220 to FA_MDNC_01012263** | FA_MDNC_01627384<br>FA_MDNC_01627385 | DEFS(MDNC20cv954)_0529191<br>DEFS(MDNC20cv954)_0529192 | FA_MDNC_ZUKAS_00659064<br>FA_MDNC_ZUKAS_00659065 |
| 15 | Bates Range of Trade Secret: FA_MDNC_01012264 to FA_MDNC_01012294<br>Cover Email: FA_MDNC_01012264 to FA_MDNC_01012265<br><br>Attachment: **FA_MDNC_01012266 to FA_MDNC_01012267**<br><br><br>Attachment: **FA_MDNC_01012268 to FA_MDNC_01012270**<br><br><br><br>Attachment: **FA_MDNC_01012271 to FA_MDNC_01012294** | FA_MDNC_01631266<br>FA_MDNC_01271292<br>FA_MDNC_01287713<br>FA_MDNC_01293659<br>FA_MDNC_01631268<br>FA_MDNC_01271294<br>FA_MDNC_01287715<br>FA_MDNC_01293661<br>FA_MDNC_01631270<br>FA_MDNC_01271297<br>FA_MDNC_01287718<br>FA_MDNC_01293664<br>FA_MDNC_01631273 | DEFS(MDNC20cv954)_0533328<br>DEFS(MDNC20cv954)_0179510<br>DEFS(MDNC20cv954)_0205073<br>DEFS(MDNC20cv954)_0211613<br>DEFS(MDNC20cv954)_0533330<br>DEFS(MDNC20cv954)_0179512<br>DEFS(MDNC20cv954)_0205075<br>DEFS(MDNC20cv954)_0211615<br>DEFS(MDNC20cv954)_0533332<br>DEFS(MDNC20cv954)_0179515<br>DEFS(MDNC20cv954)_0205078<br>DEFS(MDNC20cv954)_0211618<br>DEFS(MDNC20cv954)_0533335 | FA_MDNC_ZUKAS_00662946<br>FA_MDNC_ZUKAS_00106305<br>FA_MDNC_ZUKAS_00122726<br>FA_MDNC_ZUKAS_00128675<br>FA_MDNC_ZUKAS_00662948<br>FA_MDNC_ZUKAS_00106307<br>FA_MDNC_ZUKAS_00122728<br>FA_MDNC_ZUKAS_00128677<br>FA_MDNC_ZUKAS_00662950<br>FA_MDNC_ZUKAS_00106310<br>FA_MDNC_ZUKAS_00122731<br>FA_MDNC_ZUKAS_00128680<br>FA_MDNC_ZUKAS_00662953 |
| 16 | Bates Range of Trade Secret: FA_MDNC_01012295 to FA_MDNC_01012302<br>Cover Email: FA_MDNC_01012295 to FA_MDNC_01012295<br>Attachment: **FA_MDNC_01012296 to FA_MDNC_01012302** | FA_MDNC_01631657<br>FA_MDNC_01631658 | DEFS(MDNC20cv954)_0533735<br>DEFS(MDNC20cv954)_0533736 | FA_MDNC_ZUKAS_00663337<br>FA_MDNC_ZUKAS_00663338 |
| 17 | Bates Range of Trade Secret: FA_MDNC_01012303 to FA_MDNC_01012306<br>Cover Email: FA_MDNC_01012303 to FA_MDNC_01012303<br>Attachment: **FA_MDNC_01012304 to FA_MDNC_01012304**<br>Attachment: **FA_MDNC_01012305 to FA_MDNC_01012306** | FA_MDNC_01638089<br>FA_MDNC_01638090<br>FA_MDNC_01638091 | DEFS(MDNC20cv954)_0540557<br>DEFS(MDNC20cv954)_0540558<br>DEFS(MDNC20cv954)_0540559 | FA_MDNC_ZUKAS_00669769<br>FA_MDNC_ZUKAS_00669770<br>FA_MDNC_ZUKAS_00669771 |
| 18 | Bates Range of Trade Secret: FA_MDNC_01012307 to FA_MDNC_01012308<br>Cover Email: FA_MDNC_01012307 to FA_MDNC_01012307<br>Attachment: **FA_MDNC_01012308 to FA_MDNC_01012308** | FA_MDNC_01647583<br>FA_MDNC_01647584<br>FA_MDNC_01647586 | DEFS(MDNC20cv954)_0552337<br>DEFS(MDNC20cv954)_0552338<br>DEFS(MDNC20cv954)_0552340 | FA_MDNC_ZUKAS_00679259<br>FA_MDNC_ZUKAS_00679260<br>FA_MDNC_ZUKAS_00679262 |
| 19 | Bates Range of Trade Secret: FA_MDNC_01012312 to FA_MDNC_01012381<br>Cover Email: FA_MDNC_01012312 to FA_MDNC_01012312<br>Attachment: **FA_MDNC_01012313 to FA_MDNC_01012318**<br>Attachment: **FA_MDNC_01012319 to FA_MDNC_01012380**<br>Attachment: FA_MDNC_01012381 to FA_MDNC_01012381 | FA_MDNC_01692590<br>FA_MDNC_01692591<br>FA_MDNC_01692597<br>FA_MDNC_01692659 | DEFS(MDNC20cv954)_0614749<br>DEFS(MDNC20cv954)_0614750<br>DEFS(MDNC20cv954)_0614756<br>DEFS(MDNC20cv954)_0614818 | FA_MDNC_ZUKAS_00724278<br>FA_MDNC_ZUKAS_00724279<br>FA_MDNC_ZUKAS_00724285<br>FA_MDNC_ZUKAS_00724347 |
| 20 | Bates Range of Trade Secret: **FA_MDNC_01012382 to FA_MDNC_01012382** | | DEFS(MDNC20cv954)_0000276<br>through<br>DEFS(MDNC20cv954)_0008108<br>(vCard Data) | FA_MDNC_ZUKAS_00960813 through FA_MDNC_ZUKAS_00968827 (vCard Data) |
| 21 | Bates Range of Trade Secret: **FA_MDNC_01012383 to FA_MDNC_01012383** | | DEFS(MDNC20cv954)_0000276<br>through<br>DEFS(MDNC20cv954)_0008108<br>(vCard Data) | FA_MDNC_ZUKAS_00960813 through FA_MDNC_ZUKAS_00968827 (vCard Data) |
| 22 | Bates Range of Trade Secret: FA_MDNC_01012384 to FA_MDNC_01012395<br>Cover Email: FA_MDNC_01012384 to FA_MDNC_01012384<br>Attachment: **FA_MDNC_01012385 to FA_MDNC_01012385**<br>Attachment: **FA_MDNC_01012386 to FA_MDNC_01012391**<br>Attachment: FA_MDNC_01012392 to FA_MDNC_01012395 | FA_MDNC_01302201<br>FA_MDNC_01302202<br>FA_MDNC_01302203<br>FA_MDNC_01302187<br>FA_MDNC_01302209 | DEFS(MDNC20cv954)_0222322<br>DEFS(MDNC20cv954)_0222324<br>DEFS(MDNC20cv954)_0222325<br>DEFS(MDNC20cv954)_0222308<br>DEFS(MDNC20cv954)_0222331 | FA_MDNC_ZUKAS_00137214<br>FA_MDNC_ZUKAS_00137215<br>FA_MDNC_ZUKAS_00137216<br>FA_MDNC_ZUKAS_00137200<br>FA_MDNC_ZUKAS_00137222 |

| TRADE SECRET # | TRADE SECRET AS IDENTIFIED BY PLAINTIFF | TRADE SECRET LOCATED IN WETRANSFER DATA DOWNLOADED IN 2018 | TRADE SECRET LOCATED IN DATA PRODUCED BY DEFENDANTS | TRADE SECRET LOCATED IN DATA PRODUCED BY THE FBI |
|---|---|---|---|---|
| 23 | Bates Range of Trade Secret: FA_MDNC_01012408 to FA_MDNC_01012411<br>Cover Email: FA_MDNC_01012408 to FA_MDNC_01012408<br><br>Attachment: **FA_MDNC_01012409 to FA_MDNC_01012409**<br><br>Attachment: **FA_MDNC_01012410 to FA_MDNC_01012410**<br><br>Attachment: **FA_MDNC_01012411 to FA_MDNC_01012411** | FA_MDNC_01378272<br>FA_MDNC_01378049<br>FA_MDNC_01378222<br>FA_MDNC_01378273<br>FA_MDNC_01378050<br>FA_MDNC_01378223<br>FA_MDNC_01378274<br>FA_MDNC_01913046<br>FA_MDNC_01378275 | DEFS(MDNC20cv954)_0285528<br>DEFS(MDNC20cv954)_0285279<br>DEFS(MDNC20cv954)_0285461<br>DEFS(MDNC20cv954)_0285529<br>DEFS(MDNC20cv954)_0285280<br>DEFS(MDNC20cv954)_0285462<br>DEFS(MDNC20cv954)_0285530<br>DEFS(MDNC20cv954)_0285531<br>DEFS(MDNC20cv954)_0699489 | FA_MDNC_ZUKAS_00278829<br>FA_MDNC_ZUKAS_00278606<br>FA_MDNC_ZUKAS_00278779<br>FA_MDNC_ZUKAS_00278830<br>FA_MDNC_ZUKAS_00278607<br>FA_MDNC_ZUKAS_00278780<br>FA_MDNC_ZUKAS_00278831<br>FA_MDNC_ZUKAS_00278832<br>FA_MDNC_ZUKAS_00919579 |
| 24 | Bates Range of Trade Secret: FA_MDNC_01012423 to FA_MDNC_01012458<br>Cover Email: FA_MDNC_01012423 to FA_MDNC_01012423<br><br>Attachment: **FA_MDNC_01012424 to FA_MDNC_01012429**<br><br>Attachment: **FA_MDNC_01012430 to FA_MDNC_01012458** | FA_MDNC_01618344<br>FA_MDNC_01229942<br>FA_MDNC_01250625<br>FA_MDNC_01613347<br>FA_MDNC_01613363<br>FA_MDNC_01613534<br>FA_MDNC_01618345<br>FA_MDNC_01630055<br>FA_MDNC_01614524<br>FA_MDNC_01618351 | DEFS(MDNC20cv954)_0519774<br>DEFS(MDNC20cv954)_0121358<br>DEFS(MDNC20cv954)_0155255<br>DEFS(MDNC20cv954)_0514459<br>DEFS(MDNC20cv954)_0514476<br>DEFS(MDNC20cv954)_0514636<br>DEFS(MDNC20cv954)_0519775<br>DEFS(MDNC20cv954)_0532040<br>DEFS(MDNC20cv954)_0515694<br>DEFS(MDNC20cv954)_0519781 | FA_MDNC_ZUKAS_00650024<br>FA_MDNC_ZUKAS_00064994<br>FA_MDNC_ZUKAS_00085639<br>FA_MDNC_ZUKAS_00645027<br>FA_MDNC_ZUKAS_00645043<br>FA_MDNC_ZUKAS_00645214<br>FA_MDNC_ZUKAS_00650025<br>FA_MDNC_ZUKAS_00661735<br>FA_MDNC_ZUKAS_00646204<br>FA_MDNC_ZUKAS_00650031 |
| 25 | Bates Range of Trade Secret: FA_MDNC_01012461 to FA_MDNC_01012467<br><br>Cover Email: FA_MDNC_01012461 to FA_MDNC_01012466<br><br>Attachment: **FA_MDNC_01012467 to FA_MDNC_01012467** | FA_MDNC_01403791<br>FA_MDNC_01403972<br>FA_MDNC_01403978<br>FA_MDNC_01404072<br>FA_MDNC_01404079<br>FA_MDNC_01404085<br>FA_MDNC_01404093<br>FA_MDNC_01404357<br>FA_MDNC_01404367<br>FA_MDNC_01403796 | DEFS(MDNC20cv954)_0314810<br><br>DEFS(MDNC20cv954)_0314613 | FA_MDNC_ZUKAS_00304371<br>FA_MDNC_ZUKAS_00304552<br>FA_MDNC_ZUKAS_00304558<br>FA_MDNC_ZUKAS_00304652<br>FA_MDNC_ZUKAS_00304659<br>FA_MDNC_ZUKAS_00304665<br>FA_MDNC_ZUKAS_00304673<br>FA_MDNC_ZUKAS_00304937<br>FA_MDNC_ZUKAS_00304947<br>FA_MDNC_ZUKAS_00304376 |
| 26 | **FA_MDNC_01012510 to FA_MDNC_01012510** | | DEFS(MDNC20cv954)_0000276 through DEFS(MDNC20cv954)_0008108 (vCard Data) | FA_MDNC_ZUKAS_00960813 through FA_MDNC_ZUKAS_00968827 (vCard Data) |
| 27 | **FA_MDNC_01012511 to FA_MDNC_01012511** | | DEFS(MDNC20cv954)_0000276 through DEFS(MDNC20cv954)_0008108 (vCard Data) | FA_MDNC_ZUKAS_00960813 through FA_MDNC_ZUKAS_00968827 (vCard Data) |
| 28 | **FA_MDNC_01012512 to FA_MDNC_01012512** | | DEFS(MDNC20cv954)_0000276 through DEFS(MDNC20cv954)_0008108 (vCard Data) | FA_MDNC_ZUKAS_00960813 through FA_MDNC_ZUKAS_00968827 (vCard Data) |
| 29 | **FA_MDNC_01012513 to FA_MDNC_01012513** | | DEFS(MDNC20cv954)_0000276 through DEFS(MDNC20cv954)_0008108 (vCard Data) | FA_MDNC_ZUKAS_00960813 through FA_MDNC_ZUKAS_00968827 (vCard Data) |
| 30 | Bates Range of Trade Secret: FA_MDNC_01026845 to FA_MDNC_01026846<br>Excel: **FA_MDNC_01026845 to FA_MDNC_01026845**<br><br>Attachment: FA_MDNC_01026846 to FA_MDNC_01026846 | FA_MDNC_01628377<br>FA_MDNC_01628381<br>FA_MDNC_01630353<br>FA_MDNC_01630564<br>FA_MDNC_01631037<br>FA_MDNC_01238256<br>FA_MDNC_01397915<br>FA_MDNC_01659577<br>FA_MDNC_01659620<br>FA_MDNC_01620398 | DEFS(MDNC20cv954)_0521880 | FA_MDNC_ZUKAS_00660057<br>FA_MDNC_ZUKAS_00660061<br>FA_MDNC_ZUKAS_00662033<br>FA_MDNC_ZUKAS_00662244<br>FA_MDNC_ZUKAS_00662717<br>FA_MDNC_ZUKAS_00074382<br>FA_MDNC_ZUKAS_00298479<br>FA_MDNC_ZUKAS_00691261<br>FA_MDNC_ZUKAS_00691304<br>FA_MDNC_ZUKAS_00652078 |
| 31 | Bates Range of Trade Secret: FA_MDNC_01026847 to FA_MDNC_01026873<br><br>Cover Email: **FA_MDNC_01026847 to FA_MDNC_01026847**<br><br>Attachment: **FA_MDNC_01026848 to FA_MDNC_01026848**<br>Attachment: **FA_MDNC_01026849 to FA_MDNC_01026849**<br>Attachment: **FA_MDNC_01026850 to FA_MDNC_01026873** | FA_MDNC_01380637<br>FA_MDNC_01381543<br>FA_MDNC_01381546<br>FA_MDNC_01381611<br>FA_MDNC_01653701<br>FA_MDNC_01654047<br>FA_MDNC_01654061<br>FA_MDNC_01654159<br>FA_MDNC_01381489<br>FA_MDNC_01380679<br>FA_MDNC_01380638<br>FA_MDNC_01380639<br>FA_MDNC_01381489<br>FA_MDNC_01380640 | DEFS(MDNC20cv954)_0288091<br>DEFS(MDNC20cv954)_0288991<br>DEFS(MDNC20cv954)_0289058<br>DEFS(MDNC20cv954)_0289062<br>DEFS(MDNC20cv954)_0289130<br>DEFS(MDNC20cv954)_0560048<br>DEFS(MDNC20cv954)_0560065<br>DEFS(MDNC20cv954)_0560183<br><br><br>DEFS(MDNC20cv954)_0288092<br>DEFS(MDNC20cv954)_0288093<br>DEFS(MDNC20cv954)_0289521<br>DEFS(MDNC20cv954)_0288094 | FA_MDNC_ZUKAS_00281196<br>FA_MDNC_ZUKAS_00282102<br>FA_MDNC_ZUKAS_00282105<br>FA_MDNC_ZUKAS_00282170<br>FA_MDNC_ZUKAS_00685380<br>FA_MDNC_ZUKAS_00685730<br>FA_MDNC_ZUKAS_00685744<br>FA_MDNC_ZUKAS_00685842<br>FA_MDNC_ZUKAS_00282048<br>FA_MDNC_ZUKAS_00281238<br>FA_MDNC_ZUKAS_00281197<br>FA_MDNC_ZUKAS_00281198<br>FA_MDNC_ZUKAS_00282548<br>FA_MDNC_ZUKAS_00281199 |
| 32 | Bates Range of Trade Secret: FA_MDNC_01026874 to FA_MDNC_01027092<br>Cover Email: **FA_MDNC_01026874 to FA_MDNC_01026874**<br>Attachment: **FA_MDNC_01026875 to FA_MDNC_01027091**<br>Attachment: **FA_MDNC_01027092 to FA_MDNC_01027092** | FA_MDNC_01429052<br>FA_MDNC_01429053<br>FA_MDNC_01429238 | DEFS(MDNC20cv954)_0346780<br>DEFS(MDNC20cv954)_0346781<br>DEFS(MDNC20cv954)_0346997 | FA_MDNC_ZUKAS_00329642<br>FA_MDNC_ZUKAS_00329643<br>FA_MDNC_ZUKAS_00329828 |
| 33 | Bates Range of Trade Secret: FA_MDNC_01027098 to FA_MDNC_01027113<br>Cover Email: FA_MDNC_01027098 to FA_MDNC_01027098<br>Attachment: **FA_MDNC_01027099 to FA_MDNC_01027113** | FA_MDNC_01560971<br>FA_MDNC_01560972 | DEFS(MDNC20cv954)_0432844<br>DEFS(MDNC20cv954)_0432845 | FA_MDNC_ZUKAS_00592630<br>FA_MDNC_ZUKAS_00592631 |

| TRADE SECRET # | TRADE SECRET AS IDENTIFIED BY PLAINTIFF | TRADE SECRET LOCATED IN WETRANSFER DATA DOWNLOADED IN 2018 | TRADE SECRET LOCATED IN DATA PRODUCED BY DEFENDANTS | TRADE SECRET LOCATED IN DATA PRODUCED BY THE FBI |
|---|---|---|---|---|
| 34 | Bates Range of Trade Secret: FA_MDNC_01027114 to FA_MDNC_01027116<br>Cover Email: **FA_MDNC_01027114 to FA_MDNC_01027114**<br>Attachment: **FA_MDNC_01027115 to FA_MDNC_01027116** | FA_MDNC_01689778<br>FA_MDNC_01689779 | DEFS(MDNC20cv954)_0611268<br>DEFS(MDNC20cv954)_0611269 | FA_MDNC_ZUKAS_00721472<br>FA_MDNC_ZUKAS_00721473 |
| 35 | Bates Range of Trade Secret: FA_MDNC_01027167 to FA_MDNC_01027178<br>Cover Email: **FA_MDNC_01027167 to FA_MDNC_01027167**<br><br>Attachment: **FA_MDNC_01027168 to FA_MDNC_01027178** | FA_MDNC_01292257<br>FA_MDNC_01292630<br>FA_MDNC_01292258<br>FA_MDNC_01292631<br>FA_MDNC_01292946 | DEFS(MDNC20cv954)_0210119<br>DEFS(MDNC20cv954)_0210509<br>DEFS(MDNC20cv954)_0210120<br>DEFS(MDNC20cv954)_0210510<br>DEFS(MDNC20cv954)_0210850 | FA_MDNC_ZUKAS_00127273<br>FA_MDNC_ZUKAS_00127646<br>FA_MDNC_ZUKAS_00127274<br>FA_MDNC_ZUKAS_00127647<br>FA_MDNC_ZUKAS_00127962 |
| 36 | Bates Range of Trade Secret: FA_MDNC_01027179 to FA_MDNC_01027183<br><br><br><br>Cover Email: **FA_MDNC_01027179 to FA_MDNC_01027180**<br><br><br><br><br><br><br>Attachment: **FA_MDNC_01027181 to FA_MDNC_01027181**<br><br>Attachment: **FA_MDNC_01027182 to FA_MDNC_01027182**<br><br>Attachment: **FA_MDNC_01027183 to FA_MDNC_01027183** | FA_MDNC_01667093<br>FA_MDNC_01420103<br>FA_MDNC_01667091<br>FA_MDNC_01419903<br>FA_MDNC_01419860<br>FA_MDNC_01419974<br>FA_MDNC_01667065<br>FA_MDNC_01418895<br>FA_MDNC_01419861<br>FA_MDNC_01418886<br>FA_MDNC_01666836<br>FA_MDNC_01418896<br><br><br>FA_MDNC_01419205<br><br>FA_MDNC_01419206<br><br>FA_MDNC_01419207 | DEFS(MDNC20cv954)_0333802<br>DEFS(MDNC20cv954)_0333401<br>DEFS(MDNC20cv954)_0334814<br>DEFS(MDNC20cv954)_0334642<br>DEFS(MDNC20cv954)_0334564<br>DEFS(MDNC20cv954)_0576025<br>DEFS(MDNC20cv954)_0576061<br>DEFS(MDNC20cv954)_0334512<br>DEFS(MDNC20cv954)_0333416<br>DEFS(MDNC20cv954)_0576063<br>DEFS(MDNC20cv954)_0333402<br>DEFS(MDNC20cv954)_0575754<br><br><br>DEFS(MDNC20cv954)_0333804<br>DEFS(MDNC20cv954)_0334503<br>DEFS(MDNC20cv954)_0333805<br>DEFS(MDNC20cv954)_0334504<br>DEFS(MDNC20cv954)_0333806 | FA_MDNC_ZUKAS_00319787<br>FA_MDNC_ZUKAS_00319469<br>FA_MDNC_ZUKAS_00698782<br>FA_MDNC_ZUKAS_00320687<br>FA_MDNC_ZUKAS_00698780<br>FA_MDNC_ZUKAS_00320487<br>FA_MDNC_ZUKAS_00320444<br>FA_MDNC_ZUKAS_00320558<br>FA_MDNC_ZUKAS_00698754<br>FA_MDNC_ZUKAS_00319479<br>FA_MDNC_ZUKAS_00320445<br>FA_MDNC_ZUKAS_00319470<br>FA_MDNC_ZUKAS_00698525<br>FA_MDNC_ZUKAS_00319480<br>FA_MDNC_ZUKAS_00319789<br><br>FA_MDNC_ZUKAS_00319790<br><br>FA_MDNC_ZUKAS_00319791 |
| 37 | Bates Range of Trade Secret: FA_MDNC_01027184 to FA_MDNC_01027189<br><br>Cover Email: **FA_MDNC_01027184 to FA_MDNC_01027184**<br><br>Attachment: **FA_MDNC_01027185 to FA_MDNC_01027185**<br>Attachment: **FA_MDNC_01027186 to FA_MDNC_01027186**<br>Attachment: **FA_MDNC_01027187 to FA_MDNC_01027187**<br>Attachment: **FA_MDNC_01027188 to FA_MDNC_01027188**<br>Attachment: **FA_MDNC_01027189 to FA_MDNC_01027189** | FA_MDNC_01229148<br>FA_MDNC_01229147<br>FA_MDNC_01308129<br>FA_MDNC_01690790<br>FA_MDNC_01690793<br>FA_MDNC_01229149<br>FA_MDNC_01229150<br>FA_MDNC_01229151<br>FA_MDNC_01229152<br>FA_MDNC_01229153 | DEFS(MDNC20cv954)_0120461<br>DEFS(MDNC20cv954)_0612582<br>DEFS(MDNC20cv954)_0229911<br>DEFS(MDNC20cv954)_0612585<br>DEFS(MDNC20cv954)_0120460<br>DEFS(MDNC20cv954)_0120462<br>DEFS(MDNC20cv954)_0120463<br>DEFS(MDNC20cv954)_0120464<br>DEFS(MDNC20cv954)_0120465<br>DEFS(MDNC20cv954)_0120466 | FA_MDNC_ZUKAS_00064200<br>FA_MDNC_ZUKAS_00064199<br>FA_MDNC_ZUKAS_00143142<br>FA_MDNC_ZUKAS_00722478<br>FA_MDNC_ZUKAS_00722481<br>FA_MDNC_ZUKAS_00064201<br>FA_MDNC_ZUKAS_00064202<br>FA_MDNC_ZUKAS_00064203<br>FA_MDNC_ZUKAS_00064204<br>FA_MDNC_ZUKAS_00064205 |
| 38 | Bates Range of Trade Secret: **FA_MDNC_01027190 to FA_MDNC_01027191** | FA_MDNC_01647610<br>FA_MDNC_01647616<br>FA_MDNC_01647613 | DEFS(MDNC20cv954)_0552373<br>DEFS(MDNC20cv954)_0552366<br>DEFS(MDNC20cv954)_0552370 | FA_MDNC_ZUKAS_00679286<br>FA_MDNC_ZUKAS_00679292<br>FA_MDNC_ZUKAS_00679289 |
| 39 | Bates Range of Trade Secret: FA_MDNC_01027192 to FA_MDNC_01027233<br>Cover Email: **FA_MDNC_01027192 to FA_MDNC_01027197**<br><br>Attachment: **FA_MDNC_01027198 to FA_MDNC_01027198**<br>Attachment: **FA_MDNC_01027199 to FA_MDNC_01027199**<br>Attachment: **FA_MDNC_01027200 to FA_MDNC_01027229**<br><br><br>Attachment: FA_MDNC_01027230 to FA_MDNC_01027230<br><br><br><br><br><br><br><br><br><br><br>Attachment: FA_MDNC_01027231 to FA_MDNC_01027231<br><br><br><br><br><br><br><br><br>Attachment: FA_MDNC_01027232 to FA_MDNC_01027232<br><br><br><br><br><br><br>Attachment: FA_MDNC_01027233 to FA_MDNC_01027233 | FA_MDNC_01404014<br>FA_MDNC_01404122<br>FA_MDNC_01404018<br>FA_MDNC_01404019<br>FA_MDNC_01404020<br>FA_MDNC_01933994<br>FA_MDNC_01940102<br>FA_MDNC_01941429<br>FA_MDNC_01392866<br>FA_MDNC_01517562<br>FA_MDNC_01403872<br>FA_MDNC_01404818<br>FA_MDNC_01405002<br>FA_MDNC_01405042<br>FA_MDNC_01405155<br>FA_MDNC_01405913<br>FA_MDNC_01406281<br>FA_MDNC_01406381<br>FA_MDNC_01404136<br>FA_MDNC_01403872<br>FA_MDNC_01404136<br>FA_MDNC_01404818<br>FA_MDNC_01405002<br>FA_MDNC_01405042<br>FA_MDNC_01405155<br>FA_MDNC_01405913<br>FA_MDNC_01406281<br>FA_MDNC_01406381 | DEFS(MDNC20cv954)_0314857<br>DEFS(MDNC20cv954)_0314971<br>DEFS(MDNC20cv954)_0314861<br>DEFS(MDNC20cv954)_0314862<br>DEFS(MDNC20cv954)_0314863<br>DEFS(MDNC20cv954)_0314629<br>DEFS(MDNC20cv954)_0376099<br>DEFS(MDNC20cv954)_0742772<br>DEFS(MDNC20cv954)_0743394<br>DEFS(MDNC20cv954)_0743395<br>DEFS(MDNC20cv954)_0314695<br>DEFS(MDNC20cv954)_0315793<br>DEFS(MDNC20cv954)_0316002<br>DEFS(MDNC20cv954)_0316044<br>DEFS(MDNC20cv954)_0316236<br>DEFS(MDNC20cv954)_0317152<br>DEFS(MDNC20cv954)_0317645<br>DEFS(MDNC20cv954)_0317755<br>DEFS(MDNC20cv954)_0314986<br>DEFS(MDNC20cv954)_0314695<br>DEFS(MDNC20cv954)_0314986<br>DEFS(MDNC20cv954)_0315793<br>DEFS(MDNC20cv954)_0316002<br>DEFS(MDNC20cv954)_0316044<br>DEFS(MDNC20cv954)_0316236<br>DEFS(MDNC20cv954)_0317152<br>DEFS(MDNC20cv954)_0317645<br>DEFS(MDNC20cv954)_0317755 | FA_MDNC_ZUKAS_00304594<br>FA_MDNC_ZUKAS_00304702<br>FA_MDNC_ZUKAS_00304598<br>FA_MDNC_ZUKAS_00304599<br>FA_MDNC_ZUKAS_00304600<br>FA_MDNC_ZUKAS_00293428<br>FA_MDNC_ZUKAS_00549226<br>FA_MDNC_ZUKAS_00952634<br>FA_MDNC_ZUKAS_00958742<br>FA_MDNC_ZUKAS_00960069<br>FA_MDNC_ZUKAS_00304452<br>FA_MDNC_ZUKAS_00305398<br>FA_MDNC_ZUKAS_00305582<br>FA_MDNC_ZUKAS_00305622<br>FA_MDNC_ZUKAS_00305735<br>FA_MDNC_ZUKAS_00306493<br>FA_MDNC_ZUKAS_00306861<br>FA_MDNC_ZUKAS_00306961<br>FA_MDNC_ZUKAS_00304716<br>FA_MDNC_ZUKAS_00304452<br>FA_MDNC_ZUKAS_00304716<br>FA_MDNC_ZUKAS_00305398<br>FA_MDNC_ZUKAS_00305582<br>FA_MDNC_ZUKAS_00305622<br>FA_MDNC_ZUKAS_00305735<br>FA_MDNC_ZUKAS_00306493<br>FA_MDNC_ZUKAS_00306861<br>FA_MDNC_ZUKAS_00306961 |

\* Documents that are different versions but are similar in structure and format to the trade secrets identified by Azima