5/9/2024     Farhad Azima v. Nicholas Del Rosso et al.     Ray Adams

Page 1

**EXHIBIT G**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------x
FARHAD AZIMA,                :
                                  :
           Plaintiff,      :
                                  :       Case No.
       vs.                         :
                                  :      1:20-cv-954-
NICHOLAS DEL ROSSO and     :        UA-JLW
VITAL MANAGEMENT SERVICES,  :
                                  :
           Defendants.     :
---------------------------------x

              Washington, D.C.
              Thursday, May 9, 2024
VIDEOTAPED Deposition of:
              RAY ADAMS,
the witness, was called for examination by counsel for the Defendants, pursuant to notice, commencing at 9:11 a.m., at the law offices of Nelson Mullins Riley & Scarborough, LLP, 101 Constitution Avenue, NW, Washington, D.C., before Dawn A. Jaques, CSR, CLR, and Notary Public in and for the District of Columbia.

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

5/9/2024     Farhad Azima v. Nicholas Del Rosso et al.     Ray Adams

Page 14

 1      of the Plaintiff.
 2           MS. BROOKS:  Laura Brooks on behalf
 3      of Ray Adams.
 4           MR. MAHFOOD:  George Mahfood,
 5      Sam Rosenthal, Justin Kaplan, all of
 6      Nelson Mullins, on behalf of Defendants.
 7           THE REPORTER:  Mr. Adams, if you'll
 8      raise your right hand to be sworn,
 9      please.
10    (The witness was administered the oath.)
11   Whereupon,
12                RAY ADAMS,
13      was called as a witness, after having
14      been first duly sworn by the Notary
15      Public, was examined and testified as
16      follows:
17   EXAMINATION BY COUNSEL FOR THE DEFENDANTS
18           BY MR. MAHFOOD:
19      Q    Good morning, Mr. Adams.
20      A    Good morning.
21      Q    Good to see you again.
22           I won't go into a long speech about

5/9/2024　　　　　Farhad Azima v. Nicholas Del Rosso et al.　　　　Ray Adams

Page 22

```
 1         A    I am.
 2         Q    And did you have a role in that
 3    company?
 4         A    I was the CFO.
 5         Q    Was that a subsidiary of
 6    ALG Transportation?
 7         A    I'd have to remember, but I believe
 8    it was.
 9         Q    All right.  I don't you know if we
10    asked you this before.  Who are the
11    shareholders of ALG Transportation, Inc.?
12         A    Farhad Azima is the sole
13    shareholder.
14         Q    Are you familiar with Caucas
15    International LLC?
16         A    I am.
17         Q    What is your role in that, if any?
18         A    I have no role in that.
19         Q    Okay.  Do you know who the members
20    of Caucas International, LLC, are?
21         A    There are no members now because
22    it's not in existence.
```

5/9/2024      Farhad Azima v. Nicholas Del Rosso et al.      Ray Adams

Page 23

```
 1        Q    Do you know when it ceased -- ceased
 2   to be in existence?
 3        A    I believe it filed its final tax
 4   return in 2018 or 2019.  I'm not sure.
 5        Q    All right.  Do you know what
 6   business Caucas International was in when it
 7   was in business?
 8        A    It was a logistics company.
 9        Q    By "logistics," do you mean it
10   was -- it was in trucking and shipment and
11   cargo handling?
12        A    It was in trucking specifically.
13        Q    All right.  Did it have --
14   strike that.
15             Where were its operations, if you
16   know?
17        A    Its operations were in Afghanistan.
18        Q    Do you know what period of time it
19   in operated in Afghanistan?
20        A    Again, I wasn't intimately involved
21   with that company, but it was during the
22   Afghan War.
```

5/9/2024    Farhad Azima v. Nicholas Del Rosso et al.    Ray Adams

Page 25

 1        A    Yes.
 2        Q    Are you familiar with a company
 3   AZRA LLC doing business as AeroTech Services?
 4        A    I am.
 5        Q    Did it ever come into existence?
 6             MR. BEHRE:  Objection as to
 7        relevance and to time period, temporal
 8        scope.
 9             MR. MAHFOOD:  You may answer the
10        question.
11             THE WITNESS:  AZRA was an active
12        company, yes.
13             BY MR. MAHFOOD:
14        Q    During what period of time was it
15   active?
16        A    Same time frame, 2010-2020.
17        Q    Do you know the members of AZRA LLC?
18        A    I recall some of them.  I don't
19   recall all of them.
20        Q    Could you tell us who you recall?
21        A    I recall Bob Rau and his family
22   trust; Farhad Azima; and there were two

5/9/2024　　　　Farhad Azima v. Nicholas Del Rosso et al.　　　　Ray Adams

Page 26

 1　　minority shareholders, and I can't remember
 2　　the name of their companies.
 3　　　　Q　Okay.  Did you hold any position
 4　　with AZRA LLC?
 5　　　　A　I was its CFO.
 6　　　　Q　All right.  Are you familiar with a
 7　　company called Georgian LLC?
 8　　　　A　I am.
 9　　　　Q　Did you hold a position with
10　　Georgian?
11　　　　A　I can't recall on that one.
12　　　　Q　Do you know if Georgian LLC is --
13　　strike that.  Let me back up a moment.
14　　　　　　Is AeroTech Services still in
15　　operation?
16　　　　A　No.
17　　　　Q　Do you know when it ceased
18　　operations?
19　　　　A　It ceased operations when Bob Rau
20　　passed away.
21　　　　Q　About when?
22　　　　A　I believe its final tax return was

5/9/2024                Farhad Azima v. Nicholas Del Rosso et al.              Ray Adams

Page 29

 1       A    He was one of them.
 2       Q    All right.  HeavyLift International
 3  Airlines, you're familiar with that, of
 4  course?
 5       A    Yes.
 6       Q    All right.  What was your role at
 7  HeavyLift International Airlines?
 8       A    I was its group CFO.
 9       Q    All right.  Was HeavyLift a
10  corporation?
11       A    Define "a corporation."
12       Q    I'm going to say a corporation is a
13  legal entity with shareholders.
14            MR. BEHRE:  Objection, vague,
15       ambiguous.
16            MR. MAHFOOD:  You may answer the
17       question.
18            THE WITNESS:  By that definition, it
19       was a corporation.
20            BY MR. MAHFOOD:
21       Q    All right.  During what years did
22  HeavyLift International Airlines operate?

5/9/2024　　　　Farhad Azima v. Nicholas Del Rosso et al.　　　　Ray Adams

Page 30

 1　　　A　　It was formed in 2005 or 2006, and
 2　　operated actively through 2012.
 3　　　Q　　What operations did HeavyLift
 4　　International Airlines have for those 2005 to
 5　　2012 years?
 6　　　A　　HeavyLift had a contract to fly mail
 7　　for the US government from Bahrain to both
 8　　Iraq and Afghanistan.
 9　　　Q　　Did it have any other operations?
10　　　A　　It did.
11　　　Q　　What were the other operations?
12　　　A　　I believe I'm covered under a
13　　confidentiality agreement on the other
14　　operations.
15　　　Q　　Well, you may be, but I'm still
16　　going to ask you to tell me what other
17　　operations HeavyLift International Airlines
18　　was involved in.
19　　　A　　I'm going to -- may I consult with
20　　my attorney?
21　　　　　　MR. MAHFOOD:　Yes, of course.
22　　　　　　MS. BROOKS:　Do I need to answer

5/9/2024　　　　　　Farhad Azima v. Nicholas Del Rosso et al.　　　　　　Ray Adams

Page 31

1　　　that question?
2　　　　　MR. BEHRE:　Do you want to take a
3　　　break?
4　　　　　MS. BROOKS:　Yeah, we'll take a
5　　　break.
6　　　　　MR. MAHFOOD:　Yeah, sure.　Let's go
7　　　off the record.
8　　　　　THE VIDEOGRAPHER:　The time is
9　　　9:26 a.m.　We're now off the record.
10　　　　　(A break was taken.)
11　　　　　THE VIDEOGRAPHER:　The time is
12　　　9:31 a.m.　We are now on the record.
13　　　　　MS. BROOKS:　Mr. Mahfood, would you
14　　　repeat your question?
15　　　　　BY MR. MAHFOOD:
16　　　[REDACTED]
17　　　[REDACTED]
18　　　[REDACTED]
19　　　[REDACTED]
20　　　[REDACTED]
21　　　Q　　Are you able to tell us out of what
22　　cities they operated?

5/9/2024            Farhad Azima v. Nicholas Del Rosso et al.         Ray Adams

Page 32

 1        A    That's -- that's what I can tell
 2    you.
 3        Q    That's what you can tell me.  737 --
 4        A    300s.
 5        Q    300s.  Did HeavyLift own two DC-8s?
 6        A    I believe they owned three, but --
 7        Q    Three.
 8        A    -- one of them may have been leased.
 9    I can't remember.
10        Q    I think the documents show one was
11    leased --
12        A    Yeah.
13        Q    -- but let's say they operated three
14    DC-8s.
15             How long did HeavyLift operate the
16    737s?
17        A    I don't recall the term of the
18    contract, but it would have been from
19    HeavyLift's inception to 2010 probably.
20        Q    All right.  What happened to those
21    737s?
22        A    They were leased.  They were

5/9/2024                Farhad Azima v. Nicholas Del Rosso et al.                Ray Adams

Page 33

 1     returned.
 2          Q    They were leased and returned?
 3          A    Yeah.
 4          Q    Okay.  Sorry, I interrupted you.
 5               And the two or three DC-8s, how long
 6     did HeavyLift operate those?
 7          A    Throughout its inception.  I mean,
 8     while it owned it, it had its certificate, it
 9     had DC-8s.
10          Q    So from 2005 to 2012?
11          A    Correct.
12          Q    And it stopped operations in 2012?
13          A    That's correct.
14          Q    I didn't ask you about Caucas
15     Trading FZC.  Are you familiar with that
16     company?
17          A    I am.
18          Q    And how are you familiar with that
19     company?
20          A    That was the predecessor to Caucas
21     International.
22          Q    Okay.  What is the significance of

5/9/2024   Farhad Azima v. Nicholas Del Rosso et al.   Ray Adams

Page 36

```
 1        A    At one point, it had five locations.
 2        Q    Okay.  How many locations does it
 3   have now?
 4        A    Three.
 5        Q    We'll get to that later.
 6             Are you familiar with Shollar
 7   Bottling?
 8        A    I am.
 9        Q    How are you familiar with Shollar
10   Bottling?
11        A    I was its CFO.
12        Q    When did Shollar Bottling have
13   operations?
14        A    I don't recall.
15        Q    Did Shollar Bottling cease
16   operations in or about 2012?
17        A    It would have been sometime in that
18   time frame.
19        Q    Was Mr. Azima a shareholder or
20   member of Shollar Bottling?
21        A    He was.
22        Q    Do you remember what portion of it
```

5/9/2024　　　　　Farhad Azima v. Nicholas Del Rosso et al.　　　　Ray Adams

Page 83

```
 1       A    New York General Trading Company was
 2   considering an investment in HeavyLift.
 3       Q    Did they make the investment?
 4       A    They did not.
 5       Q    When were they considering the
 6   investment?
 7       A    Hmm?
 8       Q    When were they considering the
 9   investment in HeavyLift?
10       A    2011.
11       Q    Did this information in Exhibit 1 --
12   did you present this Exhibit 1 financial
13   forecast?
14       A    I may have.
15       Q    And there was no confidentiality
16   requirement when you did so, was there?
17            MR. BEHRE:  Objection, foundation,
18       calls for speculation.
19            MR. MAHFOOD:  You may answer the
20       question.
21            THE WITNESS:  The forecast itself is
22       marked confidential.
```

5/9/2024　　　　　　Farhad Azima v. Nicholas Del Rosso et al.　　　　　　Ray Adams

Page 84

```
 1                BY MR. MAHFOOD:
 2        Q    There's nothing in this forecast
 3   that says to the recipient that you are not --
 4   you are not permitted to share this with
 5   anyone, is there?
 6             MS. BROOKS:  Mr. Mahfood --
 7             THE WITNESS:  Nothing in the
 8        forecast.
 9             BY MR. MAHFOOD:
10        Q    Okay.  And are you aware of any
11   non-disclosure agreement that HeavyLift had
12   with New York General Trading Company?
13        A    I believe there was a Stock Purchase
14   Agreement that would have had a
15   confidentiality clause.
16        Q    But that Stock Purchase Agreement
17   was never executed, was it?
18        A    I don't recall, but it would --
19        Q    I may have misunderstood your
20   previous answer.
21             Did New York General Trading Company
22   actually acquire shares of HeavyLift?
```

5/9/2024         Farhad Azima v. Nicholas Del Rosso et al.         Ray Adams

Page 224

 1      Q   I get that.  So there's no
 2   confidential information in this document that
 3   you're aware of?  When I say "document," this
 4   attached contract.
 5           MS. BROOKS:  Objection, misstates
 6        the record.
 7           MR. MAHFOOD:  You may answer.
 8           THE WITNESS:  Well, it's all part of
 9        a proposal, and the proposal was
10        confidential.
11           BY MR. MAHFOOD:
12      Q   Where does it say in the proposal
13   that it's confidential and may not be
14   disclosed?
15      A   It was understood to be
16   confidential.
17   [REDACTED]
18   [REDACTED]
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22   [REDACTED]

5/9/2024		Farhad Azima v. Nicholas Del Rosso et al.		Ray Adams

Page 241

 1          MS. BROOKS: Objection, calls --
 2          THE WITNESS: Well, I totally
 3    disagree with you.
 4          BY MR. MAHFOOD:
 5      Q   And what did you do to require that
 6    the people who received your quotes would not
 7    disclose those prices to others?
 8      A   I've answered that question.
 9      Q   I haven't heard it.
10          What did you do to require that
11    people who received your quotes, but didn't
12    accept your contract, not disclose the
13    information in your quote to others?
14      A   We would have expected them to keep
15    our information confidential.
16      Q   Your expectations aren't actions
17    though, are they?
18      A   Nobody else tried to steal our data.
19      Q   That's not the question I asked you.
20          Your expectations were not actions,
21    were they?
22          MR. HERBERT: Objection.

5/9/2024        Farhad Azima v. Nicholas Del Rosso et al.        Ray Adams

Page 401

 1    knowledge of that, correct?  Correct?
 2         A    Personal knowledge.
 3         Q    That's correct.  Do you have
 4    personal knowledge?
 5         A    No.
 6         Q    What you've testified to about when
 7    they were put there was given to you by your
 8    forensic expert, so it's secondhand, correct?
 9         A    If you want to take it that way.
10              MR. MAHFOOD:  That's all I have.
11         Wait a minute.  Do I have time?
12              MR. BEHRE:  33 seconds.
13              BY MR. MAHFOOD:
14         Q    Mr. Azima relinquished his stock in
15    Smokehouse in 2013, correct?
16         A    He did.
17         Q    So what's his interest after 2013?
18         A    The same.  It's through his wife.
19         Q    Oh, he doesn't own the stock in
20    Smokehouse, his wife does?
21         A    Now she does.
22         Q    As of 2013, correct?