UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DOCKET NO. 1:20-CV-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA )<br>      Plaintiff )<br>vs. )<br>)<br>NICHOLAS DEL ROSSO AND )<br>VITAL MANAGEMENT SERVICES, )<br>INC., )<br>)<br>      Defendants. ) | NOTICE PURSUANT TO COURT'S<br>JULY 18, 2024 ORDER |

**NOW COMES** Non-Party Witnesses Christopher Swecker and Christopher Swecker Enterprises, LLC ("Swecker"), by and through undersigned counsel, and hereby files this notice with the Court pursuant to its Order issued on July 18, 2024. In support of this, Swecker offers the following:

1. Pursuant to its July 18, 2024 order this court has scheduled a motions hearing for August 15, 2024 on pending motions before the court.

2. At least one of the pending motions, Doc. 317, is that of witness Swecker filed on February 9, 2024.

3. Undersigned counsel and his colleague, Nana Asante-Smith, have represented Swecker since entering appearances their behalf on August 7, 2023.

4. Undersigned counsel has a preplanned out-of-town trip during a multi-week period in August and into September that includes the week of August 12 to August 16. Counsel understands that the court has ordered all counsel of record to be in attendance at

-1-

PPAB 9863857v1

the August 15 motions hearing and by this notice intends to inform the court of his anticipated inability to attend the conference.

5. Undersigned counsel's colleague will however be in attendance at the August 15, 2024 motions hearing and will be prepared to argue and/or respond to queries.

6. Undersigned counsel has informed counsel for Plaintiff Azima by telephone conference of his travel plans and assures this court that he will confer with opposing counsel prior to the August 15, 2024 motions hearing to discuss any issues arising from the motion filed on behalf of Swecker on February 9, 2024, or any other issues that Azima's counsel needs to discuss.

**WHEREFORE**, Swecker respectfully informs this Court of his counsel's travel plans and also his counsel's notifying opposing counsel pursuant to its July 18, 2024 Order.

Respectfully submitted this 23rd day of July, 2024.

> *s/ Richard S. Glaser*
> Richard S. Glaser, NCSB#: 13998
> Nana Asante-Smith, NCSB#: 51569
> **PARKER POE ADAMS & BERNSTEIN LLP**
> 620 S. Tryon St., Suite 800
> Charlotte, NC 28202
> rickglaser@parkerpoe.com
> nanaasantesmith@parkerpoe.com
> *Counsel for Non-Party Witnesses Christopher Swecker*
> *& Christopher Swecker Enterprises, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system, which sent notification of filing to all attorneys of record.

*/s/ Richard S. Glaser*
Richard S. Glaser
