IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:20-cv-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT<br>SERVICES, INC.,<br><br>　　Defendants. | **PLAINTIFF'S RESPONSE TO<br>DEFENDANTS' MOTION FOR<br>PRE-TRIAL HEARING<br>(ECF No. 389)** |

Plaintiff Farhad Azima hereby responds to the Motion of Defendants Nicholas Del Rosso and Vital Management Services, Inc., for Pre-Trial Hearing, ECF No. 389, to provide further clarity regarding Plaintiff's position.

Plaintiff does not oppose a pre-trial hearing, but submits that resolution of several unresolved discovery disputes is necessary and appropriate before that hearing. For example, Defendants' appeal of the Special Master's Report & Decision #1 remains unresolved. That Decision required RAK to appear to assert any purported privilege. *See* ECF No. 316. That appeal is currently pending before this Court. The outcome of that appeal could result in the production of thousands of documents that Plaintiff asserts have been improperly withheld for privilege by Defendants and other third parties and will almost certainly lead to additional disputes about privilege that have gone unresolved. In Reports & Decisions Nos. 1, 6, and 10, the Special Master also ordered additional documents to be produced, supplemental responses to

1

Plaintiff's Interrogatory No. 1, and the continued deposition of a witness, the results of which could each impact the Court's consideration of summary judgment. Plaintiff therefore submits that the resolution of the outstanding discovery disputes would lead to a more effective pre-trial hearing on issues directly related to the trial rather than involve discovery disputes that will necessarily need to be resolved before trial.

This, the 24th day of July, 2024.

                **WOMBLE BOND DICKINSON (US) LLP**

                */s/ Ripley Rand*
                Ripley Rand
                North Carolina State Bar No. 22275
                Christopher W. Jones
                North Carolina State Bar No. 27265
                555 Fayetteville Street, Suite 1100
                Raleigh, North Carolina 27601
                Phone: 919-755-2100
                Fax: 919-755-2150
                Email:   ripley.rand@wbd-us.com
                                  chris.jones@wbd-us.com

                -and-

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren E. Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com
Email: totoole@milchev.com
Email: lbriggerman@milchev.com
Email: iherbert@milchev.com
Email: clee@milchev.com
Email: cmarden@milchev.com

*Counsel for Plaintiff*

## CERTIFICATE OF WORD COUNT

The undersigned certifies compliance with Local Rule 7.3(d) regarding length limitations. This memorandum contains fewer than 6,250 words. The undersigned has relied on the word count feature of Microsoft Word 365 in making this certification.

*/s/ Ripley Rand*
Ripley Rand
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

Brandon S. Neuman, Esq.
Jeffrey M. Kelly, Esq.
NELSON MULLINS RILEY & SCARBOROUGH, LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
Tel.: 919.329.3800
Fax.: 919.329.3799

Samuel Rosenthal
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave. NW, Suite 900
Washington, DC 20001
Tel.: 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

Justin B. Kaplan
George C. Mahfood
Nelson Mullins Riley & Scarborough LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone: (305) 373-9400
Email: justin.kaplan@nelsonmullins.com
Email: george.mahfood@nelsonullins.com

*Counsel for Defendants*

This, the 24th day of July, 2024.

                              **WOMBLE BOND DICKINSON (US) LLP**

                              */s/ Ripley Rand*
                              Ripley Rand
                              North Carolina State Bar No. 22275
                              555 Fayetteville Street, Suite 1100
                              Raleigh, NC 27601
                              Telephone:  (919) 755-8125
                              Facsimile:  (919) 755-6752
                              Email:       ripley.rand@wbd-us.com

                              *Counsel for Plaintiff*