UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 20-cv-954-WO-JLW

FARHAD AZIMA,

    Plaintiff,

v.

NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,

    Defendants.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO SEAL**

Plaintiff Farhad Azima respectfully responds to the Motion of Defendants to seal (ECF No. 381) with respect to several exhibits filed in connection with their Motion for Summary Judgment (ECF No. 379). In accordance with Local Rule 5.4(c)(4)b., Plaintiff offers the following information in support of its position concurring in Defendants' Motion to Seal.

As to the substance of the motion to seal, the Court "first must determine the source of the right of access with respect to each document, because only then can it accurately weigh the competing interests at stake." *Id.* The Court may seal documents "if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). The factors the Court takes into account in this regard include "whether the records are sought for improper purposes, such as promoting public scandals or unfairly

1

gaining a business advantage; whether release would enhance the public's understanding of an important historical event; and whether the public has already had access to the information contained in the records." *Id.* Based on an evaluation of these and any other relevant factors, the Court must find that the justification for sealing documents overcomes both the First Amendment and common law presumption of access. *Id.* The Court has recognized that it is appropriate to seal certain materials where those materials are covered by confidentiality protective orders entered by the Court. *See, e.g.*, *Trustees of Purdue Univ. v. Wolfspeed, Inc.*, No. 1:21cv840, 2023 WL 2776193, *2 (M.D.N.C. Feb. 28, 2023).

The materials at issue in Defendants' Motion to Seal include (1) documents Plaintiff designated as trade secrets; (2) transcript excerpts of testimony that has been designated confidential in accordance with the parties' Confidentiality Protective Order or that has yet to be subject to confidentiality designation; and (3) transcript excerpts of testimony related to Plaintiff's designated trade secrets. *See* ECF No. 381. All of these exhibits are covered by the Confidentiality Protective Order entered in this case (ECF Nos. 114 & 177).* Plaintiff submits that less drastic alternatives will not afford adequate

---

* With respect to Defendants' Exhibit O (deposition transcript of Jimmy Pappas), the time has not yet run for Plaintiff to finalize confidentiality designations. Once Plaintiff has made those designations, Plaintiff will file an additional response with the Court that complies with the Local Rules as to that Exhibit.

2

protection to the materials that either has been designated as trade secrets or is related to Plaintiff's trade secrets, or is otherwise covered by the Confidentiality Protective Order entered in this case. Plaintiff further submits that the concerns as to trade secrets and confidentiality in the context of the Confidentiality Protective Order entered in the case outweigh the First Amendment and common law presumption of access.

Based on the foregoing, Plaintiff submits that there is good cause to seal the exhibits from Defendants' Motion for Summary Judgment. To the extent the Court determines that one or more of these documents should not be sealed, Plaintiff requests a reasonable time for portions of these documents to be redacted and for further relief as is just and appropriate.

This, the 26th day of July, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand (N.C. State Bar No. 22275)
Christopher W. Jones (N.C. State Bar No. 27265)
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email:    ripley.rand@wbd-us.com
              chris.jones@wbd-us.com

-and-

3

Case 1:20-cv-00954-WO-JLW    Document 392    Filed 07/26/24    Page 3 of 6

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 Sixteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-5800
Facsimile: (202) 626-5801
Email:     kbehre@milchev.com
           totoole@milchev.com
           lbriggerman@milchev.com
           iherbert@milchev.com
           clee@milchev.com
           cmarden@milchev.com

*Counsel for Plaintiff Farhad Azima*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>   v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

    Brandon S. Neuman, Esq.
    Jeffrey M. Kelly, Esq.
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    301 Hillsborough Street, Suite 1400
    Raleigh, NC 27603
    brandon.neuman@nelsonmullins.com
    jeff.kelly@nelsonmullins.com

    Samuel Rosenthal
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    101 Constitution Ave. NW, Suite 900
    Washington, DC 20001
    sam.rosenthal@nelsonmullins.com

Justin B. Kaplan
George C. Mahfood
NELSON MULLINS RILEY & SCARBOROUGH, LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Email: justin.kaplan@nelsonmullins.com
Email: george.mahfood@nelsonullins.com

*Counsel for Defendants*

Richard S. Glaser
Parker Poe Adams & Bernstein LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Email: rickglaser@parkerpoe.com

Nana Asante-Smith
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Email: nanaasantesmith@parkerpoe.com

*Counsel for Christopher Swecker and Christopher Swecker Enters. LLC*

This, the 26th day of July, 2024.

        **WOMBLE BOND DICKINSON (US) LLP**

        /s/ *Ripley Rand*
        Ripley Rand
        North Carolina State Bar No. 22275
        555 Fayetteville Street, Suite 1100
        Raleigh, NC 27601
        Telephone: (919) 755-8125
        Facsimile: (919) 755-6752
        Email: ripley.rand@wbd-us.com

        *Counsel for Plaintiff Farhad Azima*