IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT<br>SERVICES, INC.,<br><br>    Defendants. | **PLAINITFF'S RESPONSE<br>TO DEFENDANTS'<br>NOTICE OF CORRECTION<br>TO RECORD** |

Plaintiff Farhad Azima reluctantly files this Response to Defendants' Notice of Correction to Record (ECF No. 402).

Defendants' Notice is an improper attempt to supplement the record regarding Defendants' appeal of the Special Master's ruling about privilege assertions and should be stricken by the Court *sua sponte* from the record.

Defendants' filing is problematic for the following reasons:

1. It is not a proper "notice." It contains argument and supplemental authority that are untimely and impermissible. As such, it constitutes an attempt to re-litigate the issue on appeal that has been fully briefed and argued.

2. The filing continues and expands upon the discussion that Defendants repeatedly engaged in during oral argument about whether they realized

1

the ruling they appealed concerned—in any respect—privilege logs, which of course it does.

3. The "new" March 1, 2024,[*] privilege log that Defendants seek belatedly to inject into the case may be later in time than those Defendants previously submitted to this Court, but it is not improved and suffers from the same infirmities discussed at oral argument. Nothing changes the fact RAK has failed to submit to this Court's jurisdiction for purposes of resolving privilege disputes, leaving Plaintiff entirely without recourse to challenge RAK's privilege assertions.

Based on the foregoing, the Court should strike Defendants' Notice and accompanying exhibits from the docket and decline to permit Defendants to supplement the record.

---

[*] Defendants incorrectly assert that Plaintiff does not object to their March 1, 2024, privilege log. ECF No. 402 at 4. That assertion, while irrelevant to this appeal, is nonetheless inaccurate.

This, the 21st day of August, 2024.

        **WOMBLE BOND DICKINSON (US) LLP**

        */s/ Ripley Rand*
        Ripley Rand
        North Carolina State Bar No. 22275
        Christopher W. Jones
        North Carolina State Bar No. 27265
        555 Fayetteville Street, Suite 1100
        Raleigh, North Carolina 27601
        Phone: 919-755-2100
        Fax: 919-755-2150
        Email:   ripley.rand@wbd-us.com
                    chris.jones@wbd-us.com

        -and-

        **MILLER & CHEVALIER CHARTERED**
        Kirby D. Behre (*pro hac vice*)
        Timothy P. O'Toole (*pro hac vice*)
        Lauren E. Briggerman (*pro hac vice*)
        Ian Herbert (*pro hac vice*)
        Calvin Lee (*pro hac vice*)
        Cody Marden (*pro hac vice*)
        900 16th Street, NW
        Washington, D.C. 20006
        Telephone: (202) 626-5800
        Fax: (202) 626-5801
        Email: kbehre@milchev.com
        Email: totoole@milchev.com
        Email: lbriggerman@milchev.com
        Email: iherbert@milchev.com
        Email: clee@milchev.com
        Email: cmarden@milchev.com

        *Counsel for Plaintiff*

## CERTIFICATE OF WORD COUNT

The undersigned certifies compliance with Local Rule 7.3(d) regarding length limitations. This memorandum contains fewer than 6,250 words. The undersigned has relied on the word count feature of Microsoft Word 365 in making this certification.

                                        */s/ Ripley Rand*
                                        Ripley Rand
                                        Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>　　Defendants. | **CERTIFICATE OF SERVICE** |

　　I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

　　Brandon S. Neuman, Esq.
　　Jeffrey M. Kelly, Esq.
　　NELSON MULLINS RILEY & SCARBOROUGH, LLP
　　301 Hillsborough Street, Suite 1400
　　Raleigh, NC 27603
　　brandon.neuman@nelsonmullins.com
　　jeff.kelly@nelsonmullins.com
　　Tel.: 919-329-3800
　　Fax.: 919-329-3799

　　Samuel Rosenthal
　　NELSON MULLINS RILEY & SCARBOROUGH, LLP
　　101 Constitution Ave. NW, Suite 900
　　Washington, DC 20001
　　sam.rosenthal@nelsonmullins.com
　　Tel.: 202-689-2951
　　Fax: 202-689-2860

Justin B. Kaplan
George C. Mahfood
NELSON MULLINS RILEY & SCARBOROUGH, LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
justin.kaplan@nelsonmullins.com
george.mahfood@nelsonullins.com
Tel.: 305-373-9400

*Counsel for Defendants*


This, the 21st day of August, 2024.

                                               **WOMBLE BOND DICKINSON (US) LLP**

                                               /s/ *Ripley Rand*
                                               Ripley Rand
                                               North Carolina State Bar No. 22275
                                               555 Fayetteville Street, Suite 1100
                                               Raleigh, NC 27601
                                               Telephone: (919) 755-8125
                                               Facsimile: (919) 755-6752
                                               Email: ripley.rand@wbd-us.com

                                               *Counsel for Plaintiff*