# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 20-CV-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **PLAINTIFF'S NOTICE REGARDING MOTIONS TO SEAL MATTERS IN ECF NOS. 329, 344, AND 359** |

By minute order on August 15, 2024, the Court denied Plaintiff's motions to seal at ECF Nos. 329, 344, and 359 without prejudice for Plaintiff to refile the motions to assert specifically the bases upon which the Court should seal the documents. Those motions to seal addressed the following matters:

- ECF No. 329 sought to seal portions of Plaintiff's Response in Opposition to the Motion to Non-Parties Christopher Swecker and Christopher Swecker Enterprises, LLC, for Fees and Costs and Exhibits 1-6 to that Response (ECF No. 327).

- ECF No. 344 sought to seal portions of Plaintiff's Response in Opposition to the Motion of Non-Parties Christopher Swecker and Christopher Swecker Enterprises, LLC, to Quash (ECF No. 346) and portions of Exhibits 2-4 to that Response.

1

- ECF No. 359 sought to seal portions of Plaintiff's Objections to or Appeal from the Special Master's Report and Decision No. 7 and portions of Exhibits 1-5, 9-11, 15, 17-19, 21-22, and 26-27 (ECF No. 361-362).

Plaintiff has reviewed the 25 exhibits at issue in those Motions, and files this notice to inform the Court and counsel of record that Plaintiff does not believe there is a basis to seal the above-referenced documents. Plaintiff initially filed the documents under seal because they had been designated by the producing parties as confidential under the protective order in this case. Plaintiff submits, however, that the documents do not independently meet the Fourth Circuit standard for filing matters under seal.

The exhibits at issue in those motions included deposition transcripts and documents produced in discovery that have been designated as confidential under the protective order by Defendants and non-parties, Christopher Swecker and Christopher Swecker Enterprises, LLC; Rich Garcia; Dechert LLP; and Linda Goldstein. The documents are relevant to the issues in this case, namely Defendants' hacking of Plaintiff's data and disclosure of that data online and to others, and Plaintiff does not believe that the documents require sealing.

Plaintiff has advised counsel for the designating parties about this filing and has offered them an opportunity to provide their position to be included in this filing. Those positions are included as Exhibit 1. Defendants, Dechert, and

2

Mr. Swecker have each indicated that they would file motions to seal matters in connection with the matters described above by September 5, 2024.

For the above reasons, Plaintiff does not request that the Court seal any of the documents in the above-referenced filings.  Should Defendants or any third party move to seal any of the above-referenced exhibits, Plaintiff will seal or otherwise redact documents in accordance with any Order of the Court.

This, the 29th day of August, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina Bar No. 22275
Christopher W. Jones
North Carolina Bar No. 27625
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: 919-755-2100
Fax: 919-755-2150
Email:   ripley.rand@wbd-us.com
              chris.jones@wbd-us.com

-and-

3

**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren B. Briggerman (*pro hac vice*)
Ian Herbert (*pro hac vice*)
Calvin Lee (*pro hac vice*)
Cody Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C.  20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

*Counsel for Plaintiff Farhad Azima*

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 20-CV-954

FARHAD AZIMA,

     Plaintiff,

     v.

NICHOLAS DEL ROSSO and
VITAL MANAGEMENT
SERVICES, INC.,

     Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this Notice to the following attorneys:

Brandon S. Neuman, Esq.
Jeffrey M. Kelly, Esq.
NELSON MULLINS RILEY & SCARBOROUGH, LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
Tel.: 919.329.3800
Fax.: 919.329.3799

Samuel Rosenthal
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel. 202-689-2951
Fax: 202-689-2860
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants*

5

John Charles Quinn, Esq.
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Ste. 63rd Floor
New York, NY 10118
Email: jquinn@kaplanhecker.com
Tel.: 212-763-0883
Fax.: 212-564-0883

Kearns Davis, Esq.
Daniel D. Adams
Brooks Pierce McLendon Humphrey & Leonard LLP
PO Box 26000
Greensboro, NC 27420-6000
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com
Tel.:336-373-8850
Fax.: 336-378-1001

*Counsel for Dechert LLP*

Richard S. Glaser, Esq.
Parker Poe Adams & Bernstein LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Tel. (704) 372-9000
Fax. (704) 334-4706
Email: rickglaser@parkerpoe.com

Nana Asante-Smith, Esq. 41073-510
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Tel: 919.828.0564
Fax: 919.834.4564
Email: nanaasantesmith@parkerpoe.com

*Counsel for Christopher Swecker and Christopher Swecker Enterprises, LLC*

6

This, the 29th day of August, 2024.

WOMBLE BOND DICKINSON (US) LLP

/s/ *Ripley Rand*
Ripley Rand
North Carolina State Bar No. 22275
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone:   (919) 755-8125
Facsimile:    (919) 755-6752
Email:      ripley.rand@wbd-us.com

*Counsel for Plaintiff Farhad Azima*

7