UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| FARHAD AZIMA, | |
|---|---|
| Plaintiff, | |
| v. | No. 1:20-cv-00954-WO-JLW |
| NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC., | |
| Defendants. | |

**NON-PARTY DECHERT LLP'S MOTION FOR LEAVE TO WITHDRAW SPECIAL APPEARANCE OF MARK WEINER AS COUNSEL**

Pursuant to Local Civil Rule 83.1(e)(3), John C. Quinn, Esq. respectfully requests that this Court grant leave for co-counsel Mark Weiner to withdraw his special appearance as counsel for Non-Party Dechert LLP in the above-captioned matter. In support of this Motion, undersigned counsel states as follows:

1. On August 23, 2023, Mr. Weiner filed a Notice of Special Appearance (ECF No. 274) as counsel on behalf of Non-Party Dechert LLP.

2. As of September 6, 2024, Mr. Weiner is no longer affiliated with Hecker Fink LLP.

3. Non-Party Dechert LLP continues to be represented by myself, Sean Hecker, and David Gopstein of Hecker Fink LLP, as well as by Kearns

1

Davis and Daniel Adams of the law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP.

4. Non-Party Dechert LLP consents to Mr. Weiner's withdrawal.

5. This motion is made in good faith and will not be prejudicial to any parties or delay the proceedings.

Respectfully submitted this the 27th day of September, 2024.

Dated: September 27, 2024
New York, New York

By: /s/ John C. Quinn
John C. Quinn
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0833
jquinn@heckerfink.com

*Counsel for Non-Party Dechert LLP*

/s/ Daniel Adams
Kearns Davis
N.C. State Bar No. 22014
Daniel Adams
N.C. State Bar No. 51806
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Telephone: (336) 271-3174
Facsimile: (336) 232-9174
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com

*Local Civil Rule 83.1(d) Counsel for Non-Party Dechert LLP*

## WORD COUNT CERTIFICATION

Pursuant to Local Rule 7.3(d)(1), I hereby certify, subject to Fed. R. Civ. P. 11, that this brief contains 179 words, according to the word count feature of the word processing system used to prepare the brief. Accordingly, the brief does not exceed the 6,250-word limitation.

Respectfully submitted this 27th day of September, 2024.

By: /s/ John C. Quinn
John C. Quinn
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0833
jquinn@heckerfink.com

*Counsel for Non-Party Dechert LLP*

/s/ Daniel Adams
Kearns Davis
N.C. State Bar No. 22014
Daniel Adams
N.C. State Bar No. 51806
BROOKS, PIERCE, McLENDON,
　HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Telephone: (336) 271-3174
Facsimile: (336) 232-9174
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com

*Local Civil Rule 83.1(d) Counsel for Non-Party Dechert LLP*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2024, I caused a copy of the foregoing document to be served via e-mail through the Court's ECF notification system upon the following:

| | |
|---|---|
| Brandon S. Neuman<br>Jeffrey M. Kelly<br>John E. Branch III<br>Justin B. Kaplan<br>Samuel Rosenthal<br>Nelson Mullins Riley & Scarborough, LLP<br>301 Hillsborough Street, Suite 1400<br>Raleigh, North Carolina 27603<br>brandon.neuman@nelsonmullins.com<br>jeff.kelly@nelsonmullins.com<br>john.branch@nelsonmullins.com<br>justin.kaplan@nelsonmullins.com<br>sam.rosenthal@nelsonmullins.com | Calvin Lee<br>Ian Herbert<br>Kirby D. Behre<br>Cody Marden<br>Timothy P. O'Toole<br>Lauren E. Briggerman<br>Miller & Chevalier Chartered<br>900 16th Street, NW<br>Washington, D.C. 20006<br>clee@milchev.com<br>iherbert@milchev.com<br>kbehre@milchev.com<br>cmarden@milchev.com<br>totoole@milchev.com<br>lbriggerman@milchev.com |
| Christopher W. Jones<br>Ripley Rand<br>Womble Bond Dickinson (US) LLP<br>555 Fayetteville Street, Suite 1100<br>Raleigh, NC 27601<br>chris.jones@wbd-us.com | Richard S. Glaser<br>Nana Asante-Smith<br>Parker Poe Adams & Bernstein LLP<br>Bank of America Tower<br>620 S. Tryon St., Suite 800<br>Charlotte, NC 28202<br>rickglaser@parkerpoe.com<br>nanaasantesmith@parkerpoe.com |

By: /s/ John C. Quinn
John C. Quinn
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0833
jquinn@heckerfink.com

*Counsel for Non-Party Dechert LLP*

/s/ Daniel Adams
Kearns Davis
N.C. State Bar No. 22014
Daniel Adams
N.C. State Bar No. 51806
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Telephone: (336) 271-3174
Facsimile: (336) 232-9174
kdavis@brookspierce.com
dadams@brookspierce.com

*Local Civil Rule 83.1(d) Counsel for Non-Party Dechert LLP*

11