IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-CV-954-WLO-JLW

| | |
|---|---|
| FARHAD AZIMA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS DEL ROSSO AND VITAL MANAGEMENT SERVICES, INC., <br><br> Defendants. | NOTICE OF SPECIAL APPEARANCE OF KATHERINE EPSTEIN |

PLEASE TAKE NOTICE that Katherine Epstein hereby enters a notice of special appearance as counsel for Non-Party Dechert LLP in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Kearns Davis and Daniel Adams of the law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

This the 27th day of September, 2024.

HECKER FINK LLP

/s/ Katherine Epstein
Katherine Epstein
N.Y. State Bar No. 5621412
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (212) 763-0883
Fax: (212) 564-0883
Email: kepstein@heckerfink.com
*Counsel for Non-Party Dechert LLP*

BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, LLP

/s/ Daniel Adams
Kearns Davis
N.C. State Bar No. 22014
Daniel Adams
N.C. State Bar No. 51806
P.O. Box 26000
Greensboro, NC 27420
Telephone: (336) 271-3174
Facsimile: (336) 232-9174
Email: kdavis@brookspierce.com
Email: dadams@brookspierce.com
*Local Civil Rule 83.1(d) Counsel for Non-Party Dechert LLP*