IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-00954-WO-JLW

| | |
|---|---|
| FARHAD AZIMA,<br><br>        Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and<br>VITAL MANAGEMENT SERVICES,<br>INC.,<br><br>        Defendants. | **SUGGESTION OF<br>SUBSEQUENTLY DECIDED<br>AUTHORITY** |

Pursuant to Local Rule 7.3(i), Defendants Vital Management Inc. and Nicholas del Rosso direct the Court's attention to the attached subsequently decided authority for their motion for summary judgment: Report and Recommendation in *Azima et al. v. Dechert et al.*, 1:22-cv-08728 (S.D.N.Y. Sept. 27, 2024) (PGG, JW). Because the opinion is lengthy, Defendants invite the Court's attention to pages 78-95 dealing with damages and causation.

Respectfully submitted, this the 2nd day of October, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/Brandon S. Neuman*
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Samuel Rosenthal (special appearance)
Justin Kaplan (special appearance)
George Mahfood (special appearance)
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
sam.rosenthal@nelsonmullins.com
justin.kaplan@nelsonmullins.com
George.mahfood@nelsonmullins.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of October, 2024, I electronically filed the foregoing document via CM/ECF, which will send email notification to all registered users including the persons listed below:

| | |
|---|---|
| Jonathan D. Townsend<br>Christopher W. Jones<br>Ripley Rand<br>Womble Bond Dickinson (US) LLP<br>555 Fayetteville Street, Suite 1100<br>Raleigh, NC 27601<br>jonathon.townsend@wbd-us.com<br>chris.jones@wbd-us.com<br>ripley.rand@wbd-us.com | Ian A. Herbert<br>Kirby D. Behre<br>Lauren E. Briggerman<br>Cody Marden<br>Calvin Lee<br>Miller & Chevalier Chartered<br>900 16th Street, N.W.<br>Washington, D.C. 20006<br>iherbert@milchev.com<br>kbehre@milchev.com<br>lbriggerman@milchev.com<br>cmarden@milchev.com<br>clee@milchev.com |

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/Brandon S. Neuman*
    Brandon S. Neuman, NCSB# 33590
    Jeffrey M. Kelly, NCSB# 47269
    Samuel Rosenthal (special appearance)
    Justin Kaplan (special appearance)
    George Mahfood (special appearance)
    301 Hillsborough Street, Suite 1400
    Raleigh, North Carolina 27603
    Telephone: (919) 329-3800
    Facsimile: (919) 329-3799
    brandon.neuman@nelsonmullins.com
    jeff.kelly@nelsonmullins.com
    sam.rosenthal@nelsonmullins.com
    justin.kaplan@nelsonmullins.com
    George.mahfood@nelsonmullins.com
    *Counsel for Defendants*