# Exhibit 3

| Bates No. / PRIVID | Family Identifier | File Type | Date / Time | File Name | Email Subject | Email To | Email CC | Email BCC | Email From | Privilege Treatment | Swecker Work Product | VMS Privilege Asserted | RAK Privilege Asserted | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SWECKER_00001030 | SWECKER_00001030 | Outlook Email | 12/24/2016 16:14 | | FW: Ras Al Kaimah Matter | chris swecker <sweckchris@aol.com> | | | Pete Seeber <pseeber@rocusnetworks.com> | Withheld | | | Litigation Privilege; Work Product | Emails reflecting investigative work performed at the direction of counsel for the dominant purpose of litigation. |
| SWECKER_00001042 | SWECKER_00001042 | Outlook Email | 12/24/2016 16:14 | | Re: Pending Civil Actions | chris swecker <sweckchris@aol.com> | | | Shawn Henry <shawn@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Emails reflecting investigative work performed at the direction of counsel for the dominant purpose of litigation. |
| SWECKER_00001044 | SWECKER_00001044 | Outlook Email | 12/29/2016 14:16 | | CrowdStrike Research Request - Clarification Discussion | sweckchris@aol.com | Shawn Henry <shawn@crowdstrike.com>; Adam Meyers <adam@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Jim Hung <jim.hung@crowdstrike.com> | | Justin Weissert <justin.weissert@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001046 | SWECKER_00001046 | Outlook Email | 12/29/2016 19:53 | | Re: CrowdStrike Research Request - Clarification Discussion | chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Adam Meyers <adam@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Jim Hung <jim.hung@crowdstrike.com> | | Justin Weissert <justin.weissert@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001048 | SWECKER_00001048 | Outlook Email | 12/30/2016 8:44 | | Re: CrowdStrike Research Request - Clarification Discussion | chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Adam Meyers <adam@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Jim Hung <jim.hung@crowdstrike.com> | | Justin Weissert <justin.weissert@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001050 | SWECKER_00001050 | Outlook Email | 1/4/2017 13:49 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001051 | SWECKER_00001050 | Microsoft Word 2013 | 1/4/2017 13:49 | Proposed SOW Draft Language.docx | | | | | | Withheld | | | Litigation Privilege; Work Product | Summary detailing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001053 | SWECKER_00001053 | Outlook Email | 1/5/2017 8:37 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001055 | SWECKER_00001055 | Outlook Email | 1/6/2017 11:03 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | Jim Hung <jim.hung@crowdstrike.com>; chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Paul Schultz <paul.schultz@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001057 | SWECKER_00001057 | Outlook Email | 1/9/2017 15:53 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001058 | SWECKER_00001057 | Microsoft Word 97/98 | 1/9/2017 15:53 | CrowdStrike Services SOW 1 - Chris Swecker Attorney At Law - Incident Response Services SOW 010617[2].doc | | | | | | Withheld | | | Litigation Privilege; Work Product | Summary detailing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001060 | SWECKER_00001060 | Outlook Email | 1/11/2017 15:44 | | [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001061 | SWECKER_00001060 | Microsoft Word 97/98 | 1/11/2017 15:44 | CrowdStrike Services SOW 1 - Chris Swecker Attorney At Law - Incident Response Services SOW 010617[2][3].doc | | | | | | Withheld | | | Litigation Privilege; Work Product | Summary detailing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |

| Bates No. / PRIVID | Family Identifier | File Type | Date / Time | File Name | Email Subject | Email To | Email CC | Email BCC | Email From | Privilege Treatment | Swecker Work Product | VMS Privilege Asserted | RAK Privilege Asserted | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SWECKER_00001063 | SWECKER_00001063 | Outlook Email | 1/12/2017 12:22 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | chris swecker <sweckchris@aol.com>; rich@ntilawenforcement.org | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001065 | SWECKER_00001065 | Outlook Email | 1/12/2017 13:07 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | Rich Garcia <rich@ntilawenforcement.org>; chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001067 | SWECKER_00001067 | Outlook Email | 1/12/2017 13:51 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | chris.swecker@gmail.com; chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001068 | SWECKER_00001067 | Microsoft Word 2003/2004 | 1/12/2017 13:51 | CrowdStrike Services SOW 1 - Chris Swecker Attorney At Law - Expert Witness 011217[1].doc | | | | | | Withheld | | | Litigation Privilege; Work Product | Summary detailing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001080 | SWECKER_00001080 | Outlook Email | 1/13/2017 7:05 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | chris.swecker@gmail.com; chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001082 | SWECKER_00001082 | Outlook Email | 1/13/2017 10:15 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | Rich Garcia <rich@ntilawenforcement.org>; chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001084 | SWECKER_00001084 | Outlook Email | 1/13/2017 10:27 | | Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | Rich Garcia <rich@ntilawenforcement.org> | chris swecker <sweckchris@aol.com>; Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001087 | SWECKER_00001087 | Outlook Email | 1/13/2017 17:36 | | Re: [Privileged & Confidential] Torrent Data | Richard Garcia <rich@ntilawenforcement.org> | chris swecker <sweckchris@aol.com>; Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001089 | SWECKER_00001089 | Outlook Email | 1/4/2017 8:38 | | [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | chris swecker <sweckchris@aol.com> | Shawn Henry <shawn@crowdstrike.com>; Thomas Etheridge <thomas.etheridge@crowdstrike.com>; Paul Schultz <paul.schultz@crowdstrike.com>; Justin Weissert <justin.weissert@crowdstrike.com> | | Jim Hung <jim.hung@crowdstrike.com> | Withheld | | | Litigation Privilege; Work Product | Email discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001090 | SWECKER_00001089 | Microsoft Word 2016 | 1/4/2017 8:38 | CrowdStrike Services SOW 1 - Chris Swecker Attorney At Law - Expert Witness 011416. FINAL.docx | | | | | | Withheld | | | Litigation Privilege; Work Product | Summary detailing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |
| SWECKER_00001097 | SWECKER_00001097 | Outlook Email | 12/26/2016 10:35 | | Fwd: Ras Al Kaimah Matter | Nicholas Del Rosso <ndr@vitalmanage.com> | | | chris swecker <sweckchris@aol.com> | Withheld | | Attorney Client Communication | Litigation Privilege; Work Product | Emails discussing investigative work to be performed at the direction of counsel to facilitate the provision of legal advice for the dominant purpose of litigation. |