

**EXHIBIT A**

| Bates | File Name / Subject | Previous ID on Privilege Log | 3/14 Production ID (same as Bates column) | Family | Attachment Notes |
|---|---|---|---|---|---|
| DEFS(MDNC20cv954)P_00769972 | Dates of Torrent sites.docx | PRIVID_RAK-000144 | DEFS(MDNC20cv954)P_00769972 | no | no family but document references an attached document that we do not have |
| DEFS(MDNC20cv954)P_00770055 | Fw: F Azima | DEFS(MDNC20cv954)_0766761 | DEFS(MDNC20cv954)P_00770055 | yes | produced as DEFS(MDNC20cv954)_0766763 |
| DEFS(MDNC20cv954)P_00770057 | Fwd: RAKIA v Azima | DEFS(MDNC20cv954)_00766766 | DEFS(MDNC20cv954)P_00770057 | yes | 2 docs produced as DEFS(MDNC20cv954)_0766767 and blank page produced as DEFS(MDNC20cv954)_0766772 |
| DEFS(MDNC20cv954)P_00770115 | Fwd: Azima Filings | DEFS(MDNC20cv954)_00766811 | DEFS(MDNC20cv954)P_00770115 | yes | 4 docs produced as DEFS(MDNC20cv954)_0766812, DEFS(MDNC20cv954)_0766843, DEFS(MDNC20cv954)_0766844, and DEFS(MDNC20cv954)_0766848 |
| DEFS(MDNC20cv954)P_00770117 | Fwd: Azima Filings | DEFS(MDNC20cv954)_0766849 | DEFS(MDNC20cv954)P_00770117 | yes | 4 docs produced as DEFS(MDNC20cv954)_0766850, DEFS(MDNC20cv954)_0766881, DEFS(MDNC20cv954)_0766882, and DEFS(MDNC20cv954)_0766886 |
| DEFS(MDNC20cv954)P_00770177 | April invoice | DEFS(MDNC20cv954)_0766942 | DEFS(MDNC20cv954)P_00770177 | yes | produced as DEFS(MDNC20cv954)_0766943 in redacted form; redactions are logged on VMS privilege log as VMS privilege (therefore the redactions would not be removed). |
| DEFS(MDNC20cv954)P_00770182 | FA Article | DEFS(MDNC20cv954)_0766944 | DEFS(MDNC20cv954)P_00770182 | yes | produced as DEFS(MDNC20cv954)_0766945 and DEFS(MDNC20cv954)_0766982 |
| DEFS(MDNC20cv954)P_00770185 | FW: Azima transcripts [SL-ACTIVE.FID1018798] | DEFS(MDNC20cv954)_0766994 | DEFS(MDNC20cv954)P_00770185 | yes | produced as DEFS(MDNC20cv954)_0766995 |
| DEFS(MDNC20cv954)P_00770188 | FW: Azima transcripts [SL-ACTIVE.FID1018798] | DEFS(MDNC20cv954)_0767000 | DEFS(MDNC20cv954)P_00770188 | yes | produced as DEFS(MDNC20cv954)_0767001 and DEFS(MDNC20cv954)_0767086 |
| DEFS(MDNC20cv954)P_00770313 | Part 1 - FA & the Three Iranians | PRIVID_RAK-000306 | DEFS(MDNC20cv954)P_00770313 | no | no family but document references an attached zip file that we do not have |
| DEFS(MDNC20cv954)P_00770314 | RE: Part 3 - FA & the Three Iranians | PRIVID_RAK-000307 | DEFS(MDNC20cv954)P_00770314 | no | no family but document references an attached zip file that we do not have |
| DEFS(MDNC20cv954)P_00770316 | RE: Part 2 - FA & the Three Iranians | PRIVID_RAK-000308 | DEFS(MDNC20cv954)P_00770316 | no | no family but document references an attached zip file that we do not have |
| DEFS(MDNC20cv954)P_00770318 | RE: Part 4 - FA & the Three Iranians | PRIVID_RAK-000309 | DEFS(MDNC20cv954)P_00770318 | no | no family but document references an attached zip file that we do not have |
| DEFS(MDNC20cv954)P_00770320 | RE: Part 5 - FA & the Three Iranians | PRIVID_RAK-000310 | DEFS(MDNC20cv954)P_00770320 | no | no family but document references an attached zip file that we do not have |
| DEFS(MDNC20cv954)P_00770322 | RE: Part 6 - FA & the Three Iranians | PRIVID_RAK-000311 | DEFS(MDNC20cv954)P_00770322 | no | no family but document references an attached zip file that we do not have |
| DEFS(MDNC20cv954)P_00772535 | RE: call | PRIVID_RAK-000296 | DEFS(MDNC20cv954)P_00772535 | yes | produced as DEFS(MDNC20cv954)P_00772537 and DEFS(MDNC20cv954)P_00772544 |
| DEFS(MDNC20cv954)P_00773341 | Dechert Emails (unecrypted).pdf | PRIVID_RAK-000264 | DEFS(MDNC20cv954)P_00773341 | yes | produced as DEFS(MDNC20cv954)P_00773311 and DEFS(MDNC20cv954)P_00773341 |
| DEFS(MDNC20cv954)P_00773400 | RE: charts | PRIVID_RAK-000266 | DEFS(MDNC20cv954)P_00773400 | yes | produced as DEFS(MDNC20cv954)P_00773402, DEFS(MDNC20cv954)P_00773403 and DEFS(MDNC20cv954)P_00773431 **2 additional attachments were not produced as they were empty/corrupt files. |
| DEFS(MDNC20cv954)P_00774376 | Invoice for May 2018 | DEFS(MDNC20cv954)_0767255 | DEFS(MDNC20cv954)P_00774376 | yes | produced as DEFS(MDNC20cv954)_0767256 |
| DEFS(MDNC20cv954)P_00774681 | CONFIDENTIAL | DEFS(MDNC20cv954)_0767531 | DEFS(MDNC20cv954)P_00774681 | yes | produced as DEFS(MDNC20cv954)_0767532, DEFS(MDNC20cv954)_0767533, DEFS(MDNC20cv954)_0767537, DEFS(MDNC20cv954)_0767549 (also produced as DEFS(MDNC20cv954)P_00774682) and DEFS(MDNC20cv954)_0767550 (also produced as DEFS(MDNC20cv954)P_00774695) |
| DEFS(MDNC20cv954)P_00774977 | RAK | DEFS(MDNC20cv954)_0767582 | DEFS(MDNC20cv954)P_00774977 | yes | produced as DEFS(MDNC20cv954)_0767583 and DEFS(MDNC20cv954)_0767680 (also produced as DEFS(MDNC20cv954)P_00774978) |
| DEFS(MDNC20cv954)P_00775023 | RE: NTi - Invoice August 2017 - Confidential & Legally Privileged Attorney Communication & Work Product. | DEFS(MDNC20cv954)_0768510 | DEFS(MDNC20cv954)P_00775023 | yes | produced as DEFS(MDNC20cv954)_0768512 |
| DEFS(MDNC20cv954)P_00775050 | FW: Azima transcripts [SL-ACTIVE.FID1018798] | DEFS(MDNC20cv954)_0768631 | DEFS(MDNC20cv954)P_00775050 | yes | produced as DEFS(MDNC20cv954)_0768632 |
| DEFS(MDNC20cv954)P_00775108 | RE: RAKIA -v- Azima [SL-Active.FID1112623] | DEFS(MDNC20cv954)_0767692 | DEFS(MDNC20cv954)P_00775108 | yes | produced as DEFS(MDNC20cv954)_0767693 |
| DEFS(MDNC20cv954)P_00775112 | Fwd: RAKIA v Azima - judgment addendum [SL-Active.FID1191151] | DEFS(MDNC20cv954)_0767695 | DEFS(MDNC20cv954)P_00775112 | yes | produced as DEFS(MDNC20cv954)_0767696 (also produced as DEFS(MDNC20cv954)P_00775114), DEFS(MDNC20cv954)_0767697 (also produced as DEFS(MDNC20cv954)P_00775115), DEFS(MDNC20cv954)_0767698 (also produced as DEFS(MDNC20cv954)P_00775119) and DEFS(MDNC20cv954)_0767699 |
| DEFS(MDNC20cv954)P_00775221 | FW: KM arrest warrants | DEFS(MDNC20cv954)_0767763 | DEFS(MDNC20cv954)P_00775221 | yes | produced as DEFS(MDNC20cv954)_0767764 |
| DEFS(MDNC20cv954)P_00775222 | FW: KM - attachments | DEFS(MDNC20cv954)_0767778 | DEFS(MDNC20cv954)P_00775222 | yes | produced as DEFS(MDNC20cv954)_0767779, DEFS(MDNC20cv954)_0767863, and DEFS(MDNC20cv954)_0767887 |
| DEFS(MDNC20cv954)P_00775223 | FW: KM | DEFS(MDNC20cv954)_0767925 | DEFS(MDNC20cv954)P_00775223 | yes | produced as DEFS(MDNC20cv954)_0767926, DEFS(MDNC20cv954)_0767927, DEFS(MDNC20cv954)_0768011, DEFS(MDNC20cv954)_0768049, DEFS(MDNC20cv954)_0768075 and DEFS(MDNC20cv954)_0768099 |
| DEFS(MDNC20cv954)P_00775225 | FW: KM | DEFS(MDNC20cv954)_0768107 | DEFS(MDNC20cv954)P_00775225 | yes | produced as DEFS(MDNC20cv954)_0768108, DEFS(MDNC20cv954)_0768122 (also produced as DEFS(MDNC20cv954)P_00775228), DEFS(MDNC20cv954)_0768123, DEFS(MDNC20cv954)_0768149, DEFS(MDNC20cv954)_0768157 (also produced as DEFS(MDNC20cv954)P_00775229), DEFS(MDNC20cv954)_0768158 (also produced as DEFS(MDNC20cv954)P_00775232), DEFS(MDNC20cv954)_0768159 (also produced as DEFS(MDNC20cv954)P_00775240), DEFS(MDNC20cv954)_0768160, DEFS(MDNC20cv954)_0768162, DEFS(MDNC20cv954)_0768164, |

| Bates | File Name / Subject | Previous ID on Privilege Log | 3/14 Production ID (same as Bates column) | Family | Attachment Notes |
|---|---|---|---|---|---|
| DEFS(MDNC20cv954)P_00775322 | Fwd: FW: Confidential and Subject to Legal Privilege [SL-Active.FID1018798] | DEFS(MDNC20cv954)_0768270 | DEFS(MDNC20cv954)P_00775322 | yes | produced as DEFS(MDNC20cv954)_0768271 (also produced as DEFS(MDNC20cv954)P_00775327), DEFS(MDNC20cv954)_0768272 (also produced as DEFS(MDNC20cv954)P_00775331), DEFS(MDNC20cv954)_0768273, DEFS(MDNC20cv954)_0768274 (also produced as DEFS(MDNC20cv954)P_00775333), DEFS(MDNC20cv954)_0768275 |
| DEFS(MDNC20cv954)P_00775327 | FW: Confidential and Subject to Legal Privilege [SL-Active.FID1018798] | DEFS(MDNC20cv954)_0768270 | DEFS(MDNC20cv954)P_00775327 | yes | produced as DEFS(MDNC20cv954)_0768271 (also produced as DEFS(MDNC20cv954)P_00775327), DEFS(MDNC20cv954)_0768272 (also produced as DEFS(MDNC20cv954)P_00775331), DEFS(MDNC20cv954)_0768273, DEFS(MDNC20cv954)_0768274 (also produced as DEFS(MDNC20cv954)P_00775333), DEFS(MDNC20cv954)_0768275 |
| DEFS(MDNC20cv954)P_00775335 | Fwd: FW: Azima v. RAKIA -- Lebanon Package | DEFS(MDNC20cv954)_0768349 | DEFS(MDNC20cv954)P_00775335 | yes | produced as DEFS(MDNC20cv954)_0768350 (also produced as DEFS(MDNC20cv954)P_00775337), DEFS(MDNC20cv954)_0768351, DEFS(MDNC20cv954)_0768358, DEFS(MDNC20cv954)_0768365 |
| DEFS(MDNC20cv954)P_00775337 | FW: Azima v. RAKIA -- Lebanon Package | DEFS(MDNC20cv954)_0768349 | DEFS(MDNC20cv954)P_00775337 | yes | produced as DEFS(MDNC20cv954)_0768349 (also produced as DEFS(MDNC20cv954)P_00775335), DEFS(MDNC20cv954)_0768351, DEFS(MDNC20cv954)_0768358, DEFS(MDNC20cv954)_0768365 |
| DEFS(MDNC20cv954)P_00775339 | RAKIA v Azima - Assurety session instructions [SL-Active.FID1112623] | PRIVID_RAK-000443 | DEFS(MDNC20cv954)P_00775339 | yes | all attachments were excluded from production as they are password protected and could not be viewed |
| DEFS(MDNC20cv954)P_00775340 | Fwd: Confidential and Subject to Legal Privilege - Meetings | DEFS(MDNC20cv954)_0768377 | DEFS(MDNC20cv954)P_00775340 | yes | produced as DEFS(MDNC20cv954)_0768378 (also produced as DEFS(MDNC20cv954)P_00775342), DEFS(MDNC20cv954)_0768379 |
| DEFS(MDNC20cv954)P_00775343 | Fwd: FW: | DEFS(MDNC20cv954)_0768380 | DEFS(MDNC20cv954)P_00775343 | yes | produced as DEFS(MDNC20cv954)_0768381 (also produced as DEFS(MDNC20cv954)P_00775345), DEFS(MDNC20cv954)_0768382 (also produced as DEFS(MDNC20cv954)P_00775347), DEFS(MDNC20cv954)_0768387 (also produced as DEFS(MDNC20cv954)P_00775352), DEFS(MDNC20cv954)_0768392 |
| DEFS(MDNC20cv954)P_00775357 | Fwd: Re: [Privileged & Confidential] CrowdStrike Expert Witness Statement of Work | PRIVID_RAK-000146 | DEFS(MDNC20cv954)P_00775357 | yes | attachment excluded from production as it is corrupt and cannot be viewed |
| DEFS(MDNC20cv954)P_00775359 | RE: URGENT: privileged & confidential: Ismat data | PRIVID_RAK-000148 | DEFS(MDNC20cv954)P_00775359 | yes | attachments excluded from prod as they are both audio files in foreign language, and could not be translated for review |
| DEFS(MDNC20cv954)P_00775369 | RE: RAK IDO_Corfe_ Processing | DEFS(MDNC20cv954)_0768428 | DEFS(MDNC20cv954)P_00775369 | yes | produced as DEFS(MDNC20cv954)_0768442 |
| DEFS(MDNC20cv954)P_00775385 | RE: Entry and Exit details | DEFS(MDNC20cv954)_0768443 | DEFS(MDNC20cv954)P_00775385 | yes | produced as DEFS(MDNC20cv954)_0768444 |
| DEFS(MDNC20cv954)P_00775387 | RE: Document Production | DEFS(MDNC20cv954)_0768458 | DEFS(MDNC20cv954)P_00775387 | yes | produced as DEFS(MDNC20cv954)_0768459 |
| DEFS(MDNC20cv954)P_00775564 | FW: GJS - Azima Matter - Confidential & Legally Privileged Attorney Communication & Work Product. | DEFS(MDNC20cv954)_0768462 | DEFS(MDNC20cv954)P_00775564 | yes | produced as DEFS(MDNC20cv954)_0768464 |