# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Case No. 20-cv-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **JOINT MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Farhad Azima ("Plaintiff") and Defendants Nicholas Del Rosso and Vital Management Services, Inc. ("Defendants" and with Plaintiff, collectively, the "Parties") jointly move this Court to dismiss with prejudice the above-captioned action and all pending claims for relief. It is agreed that each party will bear its own attorneys' fees and costs.

Jointly submitted on this, the 9th day of July, 2025.

**FOR THE PLAINTIFFS:**

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina Bar No. 22275
Christopher W. Jones
North Carolina Bar No. 27625
555 Fayetteville Street, Suite 1100
Raleigh, N.C. 27601
Telephone: (919) 755-2100
Fax: (919) 755-2150
Email:   ripley.rand@wbd-us.com
              chris.jones@wbd-us.com


**MILLER & CHEVALIER CHARTERED**

Kirby D. Behre (*pro hac vice*)
Timothy P. O'Toole (*pro hac vice*)
Lauren E. Briggerman (pro hac vice)
Ian A. Herbert (*pro hac vice*)
Cody F. Marden (*pro hac vice*)
900 16th Street, NW
Washington, D.C.  20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email:   kbehre@milchev.com
              totoole@milchev.com
              lbriggerman@milchev.com
              iherbert@milchev.com
              cmarden@milchev.com

*Counsel for Plaintiff*

**FOR THE DEFENDANTS:**

        **NELSON MULLINS RILEY &
        SCARBOROUGH LLP**

        By:   *Brandon S. Neuman*
        Brandon S. Neuman, NCSB #33590
        Jeffrey M. Kelly, NCSB # 47269
        301 Hillsborough Street, Suite 1400
        Raleigh, North Carolina 27603
        Telephone: (919) 329-3800
        Fax: (919) 329-3799
        Email: brandon.neuman@nelsonmullins.com
                jeff.kelly@nelsonmullins.com

        Samuel Rosenthal (*pro hac vice*)
        101 Constitution Avenue NW, Suite 900
        Washington, DC 20001
        Telephone: (202) 689-2951
        Email: sam.rosenthal@nelsonmullins.com

        Justin B. Kaplan (*pro hac vice*)
        George C. Mahfood (*pro hac vice*)
        2 South Biscayne Blvd., 21st Floor
        Miami, FL 33131
        Telephone: (305) 373-9400
        Email: justin.kaplan@nelsonmullins.com
                george.mahfood@nelsonmullins.com

        *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 20-cv-954

| | |
|---|---|
| FARHAD AZIMA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS DEL ROSSO and VITAL MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of this document to all counsel of record.

This, the 9th day of July, 2025.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ripley Rand*
Ripley Rand
North Carolina Bar No. 22275
555 Fayetteville Street, Suite 1100
Raleigh, N.C. 27601
Telephone: (919) 755-2100
Fax: (919) 755-2150
Email:   ripley.rand@wbd-us.com

*Counsel for Plaintiff*