IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FARHAD AZIMA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:20-cv-954 |
| | ) |
| NICHOLAS DEL ROSSO and VITAL | ) |
| MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that the Parties' Joint Motion for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2), (Doc. 474), is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE.**

This the 14th day of July, 2025.

_____
United States District Judge